John T. Gilbert, #004555
Steven G. Ford, #016492
**ALVAREZ & GILBERT**
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona  85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Of Counsel:

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
Amy L. Barrette, Esq.
**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Attorneys for Defendants

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>             Plaintiffs,<br>      vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>             Defendants. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Vincent K. McMahon and Linda McMahon, Titan Sports, Inc. ("Titan"), and World Wrestling Entertainment, Inc. ("Defendants") hereby file this Notice of Removal, removing the above-captioned case (the

"State Court Action") from the Superior Court of the State of Arizona in and for the County of Maricopa (the "Superior Court").  The grounds for removal of this case are as follows:

1. On or about January 9, 2006, the above-captioned plaintiffs ("Plaintiffs") filed the State Court Action, which was docketed at No. CV2006-000364. Pursuant to 28 U.S.C. § 1446(a), copies of the all process, pleadings, and orders served upon Defendants in the State Court Action as of the filing of this Notice of Removal are attached collectively as Exhibit 1.

2. Defendants' counsel accepted service of process on Defendants effective January 23, 2006.

3. The Complaint in the State Court Action alleges claims against Defendants for breach of contract, defamation, and declaratory relief.

4. Pursuant to 28 U.S.C. § 1441(a), removal of an action filed in State court is proper in "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."  In turn, 28 U.S.C. § 1332(a) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

5. There is complete diversity between Plaintiffs and Defendants.

6. As alleged in the Complaint, Plaintiff Ultimate Creations, Inc. is a citizen of the State of Arizona, and Plaintiffs Warrior and Dana Warrior are citizens of the State of New Mexico.

7. Defendants each are citizens of the State of Connecticut.

8. The Complaint does not quantify the specific amount of damages sought, but it does generally allege that the State Court Action is subject to the jurisdiction of the Superior Court, and thus that the amount of damages sought meets the minimum jurisdictional level of the Superior Court, in amounts to be determined at trial.

9. The Complaint seeks to recover from Defendants (i) damages for Defendants' alleged breach of contract; (ii) for alleged damages to Plaintiffs' reputations; (iii) for Plaintiff Warrior's alleged emotional distress; (iv) punitive damages; (v) pre- and post-judgment interest; and (vi) Plaintiffs' costs and attorneys' fees.  A fair reading of the

Complaint demonstrates that the amount in controversy in this action exceeds $75,000, exclusive of interest and costs.  On information and belief, therefore, the amount in controversy requirement is satisfied.

10. Because this case involves claims in excess of $75,000 between citizens of different states, it lies within the original subject matter jurisdiction of this Court pursuant to 28 U.S.C. § 1332(a).

11. Removal of this action is timely under 28 U.S.C. § 1446(b), because this Notice of Removal is being filed within thirty (30) days of service of process on Defendants on January 23, 2006.

12. In accordance with 28 U.S.C. § 1446(d) and Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, written notice of the filing of this Notice of Removal promptly will be given to the adverse parties, and a true and correct copy of this Notice of Removal is on this date being filed with the Clerk of the Superior Court.

13. In accordance with Rule 3.7 of the Rules of Practice of the United States District Court for the District of Arizona, the following additional items filed or issued in the State Court Action are attached collectively as Exhibit 2:  Motion That Complaint Be Filed With Judge Steven Sheldon; Acceptance of Service; Minute Entry dated January 27, 2006 and filed January 31, 2006.

14. In accordance with Rule 3.7, the following documents are being filed in this Court concurrently with this Notice of Removal:  Civil Cover Sheet, AO Form JS-44; and Supplemental Civil Cover Sheet for Cases Removed from Another Jurisdiction.

. . .

. . .

. . .

. . .

WHEREFORE, Defendants hereby give notice that the State Court Action is hereby removed to this Court.

RESPECTFULLY SUBMITTED this 21st day of February, 2006.

ALVAREZ & GILBERT

By /s/JTG #004555
John T. Gilbert, #004555
Steven G. Ford, #016492
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona  85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Of Counsel:
Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
Amy L. Barrette, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

COPY of the foregoing mailed and faxed
this 21st day of February, 2006,
to:

Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs


By: s/JTG #004555