COPY

JAN 0 9 2006

MICHAEL K. JEANES, CLERK
M. LEONG
DEPUTY CLERK

1  Daniel D. Maynard, No. 009211
   Michael D. Curran, No. 012677
2  **MAYNARD CRONIN ERICKSON
   CURRAN & SPARKS, P.L.C.**
3  1800 Great American Tower
   3200 North Central Avenue
4  Phoenix, Arizona 85012
   (602) 279-8500
5
   Attorneys for Plaintiff
6
                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
7
                    IN AND FOR THE COUNTY OF MARICOPA
8
9  Ultimate Creations, Inc., an Arizona
   corporation, Warrior and Dana Warrior,     CV96-15377
10 husband and wife,
11                    Plaintiffs,             MOTION THAT COMPLAINT BE
   v.                                         FILED WITH JUDGE STEVEN
12                                            SHELDON
   Vincent K. McMahon and Linda
13 McMahon, husband and wife; Titan
   Sports, Inc., a Connecticut corporation,
14 World Wrestling Entertainment, a
   Connecticut corporation,
15
                      Defendant.
16
       This Complaint (Exhibit A) is filed to enforce a breach of the Settlement Agreement
17
   and Mutual Release that was entered into in *Ultimate Creations, Inc. v. Titan Sports, et al.*,
18
   CV96-15377, on March 3, 2000 which provided that if there was any breach of this Settlement
19
   Agreement, any action to enforce the Settlement Agreement would be referred to Judge
20
   Sheldon. For these reasons, Plaintiffs request that this action be assigned to Judge Sheldon.
21
       DATED this 9th day of January, 2006.
22
                                              MAYNARD MURRAY CRONIN
23                                            ERICKSON & CURRAN, P.L.C.
24                                            By _____
                                                 Daniel D. Maynard
25                                               Michael D. Curran
                                                 1800 Great American Tower
26                                               3200 Central Avenue
                                                 Phoenix, Arizona 85012
                                                 Attorneys for Plaintiffs


EXHIBIT 2

```
 1  John T. Gilbert, #004555
    Steven G. Ford, #016492
 2  ALVAREZ & GILBERT
 3  Suite 300, The Citadel
    2727 North Third Street
 4  Phoenix, Arizona 85004
 5  (602) 263-0203 (phone)
    (602) 265-9480 (facsimile)
 6
 7  Attorneys for Defendants
```

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation, WARRIOR and DANA WARRIOR, husband and wife, | Case No. CV 2006-000364 |
| Plaintiffs, | **ACCEPTANCE OF SERVICE** |
| vs. | |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation, WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation, | |
| Defendants. | |

STATE OF ARIZONA        )
                        ) ss.
COUNTY OF MARICOPA      )

   Pursuant to Rule 4(f), Arizona Rules of Civil Procedure, John T. Gilbert, Esq., of the law firm of Alvarez & Gilbert, 2727 North Third Street, Suite, 300, Phoenix, Arizona 85004, accepts service of the Summons, Complaint and Certificate Regarding Compulsory Arbitration in the above captioned case on behalf of Defendants Vincent K. McMahon and Linda McMahon, Titan Sports, Inc., a Connecticut corporation, and World Wrestling Entertainment, Inc., a Connecticut corporation, effective January 23, 2006 and agrees that this action may proceed as if said Defendants had been personally served with said Summons, Complaint and Certificate Regarding Compulsory Arbitration outside of the state of Arizona

1  on said date. Undersigned counsel is Defendants' attorney authorized to accept service on
2  Defendants' behalf. This Acceptance of Service does not waive any objection to the venue or
3  to the jurisdiction of the Court over the person of such Defendants. The parties have agreed
4  that the time period within which Defendants must act in response to Plaintiffs' Complaint
5  commences on January 23, 206.

6        DATED this 23rd day of January, 2006.

8                      ALVAREZ & GILBERT

10                     By _____
                      John T. Gilbert - 004555
11                     Suite 300, The Citadel
12                     2727 North Third Street
                    Phoenix, Arizona 85004
13                     (602) 263-0203 (phone)
                    (602) 265-9480 (facsimile)

15     On this 23rd day of January, 2006, before me personally appeared John T. Gilbert,
16 whom I know personally, and acknowledged that he executed the same.

17                     _____
18                     Notary Public

19                 SEAL:
ORIGINAL of the foregoing hand delivered
20 this 23rd day of January, 2006,
21 to:

OFFICIAL SEAL
NANCY KEEN
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Feb. 4, 2006

22 Daniel D. Maynard, Esq.
   Michael D. Curran, Esq.
23 MAYNARD CRONIN ERICKSON
   CURRAN & SPARKS, PLC
24 1800 Great American Tower
25 3200 North Central Avenue
   Phoenix, AZ 85012
26 Attorneys for Plaintiffs

27 By: _____

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2006-000364                                                    01/27/2006

THE HONORABLE ANNA M. BACA          CLERK OF THE COURT
                                     P. Brown
                                     Deputy

                                     FILED: 01/31/2006

ULTIMATE CREATIONS INC, et al.       DANIEL D MAYNARD

v.

VINCENT K MCMAHON, et al.            VINCENT K MCMAHON
                                     1241 E MAIN ST
                                     STAMFORD CT  06902


                                     WORLD WRESTLING
                                     ENTERTAINMENT INC
                                     1241 E MAIN ST
                                     STAMFORD CT  06902
                                     TITAN SPORTS INC
                                     1241 E MAIN ST
                                     STAMFORD CT  06902
                                     LINDA MCMAHON
                                     1241 E MAIN ST
                                     STAMFORD CT  06902
                                     JUDGE GAINES


MINUTE ENTRY

The court has received Plaintiff's Motion that the Complaint in CV2006-000364 be filed with Judge Steven Sheldon.

The Motion has been referred to the Civil Presiding Judge for review and determination.

The present case has been filed to enforce an alleged breach of a Settlement Agreement in CV96-15377.

Judge Sheldon is no longer on a Civil Department assignment. The recited terms of the Agreement require that the Superior Court retain jurisdiction.

Docket Code 023                Form V000A                                 Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2006-000364                                                    01/27/2006

IT IS ORDERED affirming the assignment of the present matter to the Hon. Pendleton Gaines.