John T. Gilbert, #004555
Steven G. Ford, #016492
**ALVAREZ & GILBERT**
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona  85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Of Counsel:
Jerry S. McDevitt, Esq., Pro hac vice
Curtis B. Krasik, Esq., Pro hac vice
Amy L. Barrette, Esq., Pro hac vice
**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>             Plaintiffs,<br>    vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>             Defendants. | **Case No. CV06-00535-PHX-ROS**<br><br><br>**DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Local Rule 56.1, Defendants Vincent K. McMahon, Linda

McMahon, Titan Sports, Inc. and World Wrestling Entertainment, Inc. ("WWE"),

respectfully submit this Statement of Facts.

**The Settlement Agreement**

      1.     On or around March 3, 2000, Vincent K. McMahon, Linda McMahon, Titan Sports, Inc. and WWE (collectively the "Defendants") entered into a settlement agreement ("Agreement") with Ultimate Creations, Inc. and Warrior.  Compl., ¶ 8.

      2.     The Agreement settled two lawsuits between the parties, one in the Superior Court of the State of Arizona in and for the County of Maricopa, Cause No. CV96-15377 and a separate action in the United States District Court for the District of Connecticut, Civil Action No. 3:98CV00467.  Compl., ¶ 9.

      3.     The terms of the Agreement are embodied in the hearing transcript attached to the Complaint as Exhibit 1.  Compl., Ex. 1.

      4.     Pursuant to the Agreement, the parties agreed not to disparage one another in print or media of any kind, including, but not limited to, television, newspaper and the internet.  Compl., Ex. 1, pp. 5 and 8.

      5.     The Agreement also contains a confidentiality provision.  Compl., ¶ 11 and Compl. Ex. 1, pp. 3, 4, 9-10, 13.

      6.     The confidentiality provision precluded the parties from disclosing any term and/or condition of the Agreement, or what had been agreed to by the parties, other than the fact that the case had been settled and dismissed.  Compl., Ex. 1, pp. 3, 4, 9-10, 13.

**Warrior Breaches the Anti-disparagement Clause of the Settlement Agreement**

**Warrior's June 6, 2002 Internet Article**

7.    On June 6, 2002, Warrior authored and published an article on his personal internet website, www.ultimatewarrior.com, which contained disparaging remarks about WWE, Titan and the McMahons.  Affidavit of Matthew Sepp ("Aff."), Tab 6[1]

8.    In the June 6, 2002 article, Warrior claims that a witness's testimony (which was unfavorable toward Warrior) in the prior litigation between Warrior and Titan was "bought by Vince McMahon." Aff., Tab 6, p. 2.[2]

9.    Warrior further states in the June 6, 2002 article that "the product [Titan and the McMahons] put out is sick and repugnant." Aff., Tab 6, p. 5.

10.    Warrior further stated that "Titan, spearheaded by the McMahons, long ago crossed over the propriety line.  All the bank in the world does not change that.  You know it.  I know it.  The whole thinking world knows it.  All their arguments defending their right to do it are nothing more than baseless rationalizations and base denials."  Aff., Tab 6, p. 5.

11.    Warrior goes on to say that "[t]he absence of moral principle in the business, along with the crude, profane creativity, is why I don't, and will not, entertain anymore for a company such as Titan." Aff., Tab 6, p. 5.

**Warrior's May 14, 2003 Internet Article**

12.    Warrior continued his attacks on WWE and the McMahons in later internet articles.  Indeed, on May 14, 2003, Warrior authored and published another article on his website, www.ultimatewarrior.com, entitled "Addressing Death in Wrestling" ("May 14,

---

[1]   All references to Tabs are to the Tabs accompanying the Affidavit of Matthew H. Sepp, filed concurrently herewith.
[2]  For the Court's convenience and ease of reference, the text referenced in WWE's Statement of Facts is highlighted in the corresponding Tabs attached to the Affidavit of Matthew H. Sepp.

3

2003 Article"), which contains further disparaging remarks about WWE and the McMahons. Aff., Tab 1.

13.     Responding to a statement made by Road Warrior Animal, a wrestler for WWE, that morals were coming back to the wrestling business, Warrior states in the May 14, 2003 Article that:

- "Morals are coming back? [Road Warrior Animal] must be confusing PAX with WWE to ease his shame about bowing and bending over at the altar of McMahon … again … again …and again." Aff., Tab 1, p. 1.

- "Looking forward to his 4th or 5th serving of McMahon poop-pie …." Aff., Tab 1, p. 1.

14.     In the May 14, 2003 Article, Warrior also accuses Vincent McMahon of playing a role in their break-up of the marriage between Elizabeth Hulette and Randy Savage, two former WWE wrestlers.  Warrior states that: "Hogan and his wife (and McMahon) can be thanked, and cursed, for that; planting ideas in [Elizabeth Hulette's] head that she was missing out on some magnificent untamed life adventure."  Aff., Tab 1, p. 2.

15.     Warrior further comments that WWE <u>benefits from and somehow encourages</u> the death of its wrestlers:

- "[L]et me enlighten you and be more bold, come out of my shell a little here, even chance offending people unlike how I have tried very hard not to do up till now—WWE needs the debauchery and death." Aff., Tab 1, p. 5.

- "Nobody in the WWE cares."  (referring to deaths of wrestlers). Aff., Tab 1, p. 6.

16.     Warrior even goes so far as to suggest to the public that WWE does not care if its wrestlers die because "it lessens the headaches over what to do with used up talent begging to be kept on the payroll for life.  And it's a quick, non-litigious way to get rid of

done-for talent ….  Unlikely to admit it, this selective elimination is a convenience I'm sure WWE would like to be able to depend on."  Aff., Tab 1, pp. 5-6.

### Warrior's May 20, 2003 Internet Article

17.    Less than one week later, on May 20, 2003, Warrior authored and published another article on his personal website entitled "Animal Rebuttal … Morals and Professional Wrestling" ("May 20, 2003 Article") containing more disparaging comments about WWE and Vincent McMahon.  Aff., Tab 2.

18.    In the May 20, 2003 Article, Warrior characterizes WWE as "a great company to those who have no principles and the people who run it are great only to those who enjoy working for people who are just as unprincipled."  Aff., Tab 2, p. 2.

19.    Warrior further states in the May 20, 2003 Article that the McMahons "have no problem making those who come back on their hands and knees suffer."  Aff., Tab 2, p. 2.

20.    Moreover, Warrior depicts the "WWE's machination machine … [as] a monster none of you control."  Aff., Tab 2, p. 5.

21.    While criticizing another wrestler, Warrior accuses WWE of committing "degenerate and immoral" acts: "You do your thing, thinking that you're a kind of moral corrective, and WWE is doing 50 degenerate and immoral things (at least) behind your back having laughs a-mile-minute disrespecting you and what you believe."  Aff., Tab 2, p. 5.

22.    Warrior's attacks on WWE in the May 20, 2003 Article are not merely limited to personal attacks against the McMahons.  Warrior also assails the morality of WWE programming.  Warrior asserts: "What about organizations like PTC or Morality in Media? These organizations, run by decent, upstanding, caring, dedicated born-again and faith-based

people studiously find that WWE programming is morally degenerative, especially for young minds.  One of the top 5 worst shows."  Aff., Tab 2, p. 3.

### Warrior's October 16, 2003 Speech at Penn State University

23.     In addition to articles authored by Warrior and posted on his website, Warrior breached the terms of the Agreement by making disparaging comments about WWE and the McMahons during public speaking engagements.  Aff., Tab 5.

24.     Specifically, on October 16, 2003, Warrior gave a speech at Penn State University.  A summary of the contents of that presentation was posted by Warrior on his personal internet website.   Aff., Tab 5.

25.     According to the summary Warrior posted on his website, during the October 16, 2003 presentation, Warrior stated that he left wrestling because "wrestling became perverse."  Aff., Tab 5, p. 1.

26.     In addition to attacking the wrestling business, Warrior also disparaged Vincent McMahon's reputation.  Indeed, at least four times during the presentation, Warrior called Vincent McMahon a "scumbag."  Aff., Tab 5, p. 1.

### Warrior's June 28, 2004 interview with Dan Flynn

27.     Warrior's attacks against the McMahons and WWE continued in 2004 when Warrior was interviewed by Dan Flynn, who maintains an official website at www.flynnfiles.com.  During Flynn's interview, which was posted on Flynn's website on June 28, 2004 in a four-part series, Warrior continued to make disparaging comments about WWE and the McMahons.  Aff., Tab 3.

28.     During the June 28, 2004 interview, Warrior claims that "Vince McMahon and other males … were essentially getting paid big money to behave a lot like kids."  Aff., Tab 3 at Part 1, p. 1.

29.    Warrior also states that "Vince and I had some professional fallouts. Through the handling of those fallouts, I came to see him in an unethical, unfavorable light, and began to question his and others' definitions of success and their definitions of what they thought it was to be man, or how they thought one should think and act like a man."  Aff., Tab 3 at Part 1, p. 1.

30.    In addition, Warrior discusses Vincent McMahon's treatment of certain "born-again Christian" wrestlers like Sean Michaels.  He asserts that "Vince is laughingly stabbing them with their own Devil's pitchfork."  Aff., Tab 3 at Part 1, p. 4.

31.    Besides his personal attacks on Vincent McMahon and WWE, Warrior also comments on his past litigation and eventual settlement with Titan, WWE, and the McMahons in violation of the confidentiality provision of the Agreement.  Aff., Tab 3 at Part 3, pp. 1-2.

32.    Warrior does not merely generally characterize the lawsuit.  Instead, Warrior gives a detailed description of the lawsuit, including providing some of the confidential terms of the Agreement, while further attacking the WWE and the McMahons.  Aff., Tab 3 at Part 3, pp. 1-2.  During the interview, Warrior states the following:

● "Shortly after I came back here in '96, they violated the terms of my contract. … So yes, in '96 litigation with Titan began."  Aff., Tab 3 at Part 3, p. 1.

● "Primarily, it was about breach of contract. They violated the terms of the '96 agreement we had. Vince called me at the end of 1995—I'd been out since 1992—and wanted me to come back to wrestling because the business needed a lift, and I guess, he had had the time to reconsider how he'd wronged me in 1992, using me and Davey Boy Smith as scapegoats to take the heat off his back when he was federally prosecuted over the steroid stuff."  Aff., Tab 3 at Part 3, p. 1.

● "So, we had our distinct agreement and four months after I came back they just started violating it. They didn't give a shit. And it turns out they never were going to live up to it. Screwing me again was premeditated."  Aff., Tab 3 at Part 3, p. 2.

7

● "The short answer is that I prevailed. …<u>I have all the intellectual property rights and everything to it</u>. I always did, the lawsuit was necessary to prove it, to put to rest Titan's fallacious claim that they did." Aff., Tab 3 at Part 3, p. 2.  (emphasis added)

33.     Warrior further states that he "fought Vince in a five-year litigation, on principle.  I stood up to his ways, the ways he screwed many, many others. While others have never done that, yet every single person I worked with knew and expressed how Vince had wronged them." Aff., Tab 3 at Part 1, p. 4.

34.     Later in the interview, Warrior further assails Vincent McMahon.  He states that "[t]he people who have their heads up their asses the farthest and have really off-putting unhealthy egos are Vince and Hogan.  They really do deserve each other.  They are cons all the way through and weirdly get off living their lives that way." Aff., Tab 3 at Part 3, p. 5.

35.     Commenting on Vincent McMahon's business tactics, Warrior adds that "Vince, in subtle, covert ways, was always screwing people over.  His entire business, in many ways, has been built on the backs of people he's screwed." Aff., Tab 3 at Part 3, p. 6.

36.     Warrior's attacks during the interview were far from over.  Warrior also derides WWE's policy on stimulants, pain killers and other drugs.  He charges that "Titan will say they have rules.  Bullshit.  There are no rules." Aff., Tab 3 at Part 3, pp. 7-8.

37.     With respect to Vincent McMahon, Warrior states:  "[o]n the whole, I have absolutely no respect or admiration for him. I see him as unmanly. … People like this also have little trouble at being phonies, liars, and backstabbers.  They just see being so as coming with the territory.  I'd say Vince has been very good at hiding his, in truth, losing hand.  He's gotten good at that over years.  After all, he's the ringmaster of a "work."  But he still has to face his own disappointment and ugliness each day when he looks in the mirror." Aff., Tab 3 at Part 4, p. 6.

**Warrior's July 27, 2005 Internet Article**

38.     Following the interview with Dan Flynn, Warrior's attacks on WWE and Vincent McMahon continued in a July 27, 2005 article, authored and published by Warrior on his personal internet website, entitled "Warrior Speaks to WWE DVD Rumors" ("July 27, 2005 Article").  Aff., Tab 4.

39.     Throughout the July 27, 2005 Article, Warrior makes disparaging comments about both WWE and Vincent McMahon.  Aff., Tab 4.

40.     Specifically, Warrior describes Vincent McMahon as "a man who doesn't always put good business sense over his own ego and stupid ideas.  He is like a child who throws his toys when he doesn't get his own way, and is very malicious and vindictive."  Aff., Tab 4, p. 5.

41.     In addition, Warrior assails Vincent McMahon's masculinity.  He states, directly addressing Mr. McMahon, that: "After all these years, though, it's really disappointing to see that you've only become more juvenile and childlike.  It's quite obvious, shrivel by shrivel, you've lost your balls altogether.  So I know you can't be in any pain straddling that fence."  Aff., Tab 4, p. 5.

42.     Moreover, Warrior refers to Vincent McMahon as a "malicious and vindictive kook" (Aff., Tab 4, p. 6), and that WWE is a "company run by liars."  Aff., Tab 4, p. 5.

43.     Directly addressing Vincent McMahon in the July 27, 2005 Article, Warrior continues: "The only thing left to do is push your overmasturbated, [sic] seedy creative envelope more open, since you obviously intend to keep beating limp meat, would be for you to actually televise the fucking you've been doing to so many over just as many years."  Aff., Tab 4, p. 7.

44.     Warrior continues: "Just as you worked so hard to do, you are now surrounded by ass-licking sycophants and mostly slavish, non-thinking, sunken chest talent, but the consequence is that you are burnt out, slow and stuck, have no new ideas and would have a heart attack if true passion, real manliness and legitimate challenge walked into one of the pyrogenic-laden [sic] arenas you use to entertain your equally passionless, mindless and sycophantic audiences."  Aff., Tab 4, p. 7.

45.     Warrior further states: "[o]f course, if this wisdom doesn't work for you, Vince, we can just stick with you making an ass of yourself, and kissing mine. While you are down there notice, *again*, the real balls."  Aff., Tab 4, p. 9.

## **Warrior Anticipates the Release of the DVD**

46.     In anticipation of the release of an upcoming DVD created by WWE that chronicled Warrior's wrestling career, Warrior states: "I think you should, Vince, how do you say it, bring it on.  Frankly, for all the 'push' Ultimate Warrior got in sports entertainment, the constant negative criticism and ridicule, by you and the parasites in the industry who only survive by sucking your blood, has been an even bigger 'push' for everything I've gone on to do outside the ring.  It's promotion I could never afford—and for it, I thank you."  Aff., Tab 4, p. 6.

47.     Warrior continues by saying "the negative, whiny criticism of others, like those to be on this DVD, only expands the legendary status of the Ultimate Warrior in millions of other minds.  The proof of this is abundant everywhere. . . . I'm confident, Vince, that even when all the others on the DVD talk, the viewer will still be impacted most by the guy who was Ultimate Warrior.  After all, the Ultimate Warrior set his own standard . . . and the persona doesn't really need anybody to say anything more for him than he says very intensely all by himself.  He was definitely a classic, and will always be a legend—in a class all his own."  Aff., Tab 4, p. 4.

48.     Indeed, Warrior himself approved of the title of the DVD, "The Self-Destruction of the Ultimate Warrior."  In his July 27, 2005 Article, Warrior stated:  "You want to title the Ultimate Warrior DVD "The Self Destruction of the Ultimate Warrior"?  Great idea.  Whoever came up with that deserves a promotion."  Aff., Tab 4, p. 6.  According to Warrior, "being labeled self-destructive by [Vincent McMahon] is a badge of honor and [he] wear[s] it with pride."  Aff., Tab 4, p. 6.

## WWE Creates a DVD Concerning Warrior's Wrestling Career

49.     Long after Warrior breached the anti-disparagement and confidentiality clauses of the Agreement, WWE, in or around August 2005, utilized copyrighted footage from its video archives and the on-air appearance of various current and former WWE Superstars to create a DVD home video chronicling the Warrior's wrestling career, entitled "The Self Destruction of the Ultimate Warrior."  Compl., ¶ 20.

RESPECTFULLY SUBMITTED this 6th day of March, 2006.


ALVAREZ & GILBERT


By s/JTG#004555
John T. Gilbert, #004555
Steven G. Ford, #016492
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona 85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

11

Of Counsel:
Jerry S. McDevitt, Pro hac vice
Curtis B. Krasik, Pro hac vice
Amy L. Barrette, Pro hac vice
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

COPY of the foregoing mailed*/delivered**
this 6th day of March, 2006, to:

Daniel D. Maynard, Esq.*
Michael D. Curran, Esq.*
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs


By: s/JTG#004555