```
John T. Gilbert, #004555
Steven G. Ford, #016492
ALVAREZ & GILBERT
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona 85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Of Counsel:
Jerry S. McDevitt, Esq., Pro hac vice
Curtis B. Krasik, Esq., Pro hac vice
Amy L. Barrette, Esq., Pro hac vice
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>Defendants. | Case No. CV06-00535-PHX-ROS<br><br>AFFIDAVIT OF MATTHEW H. SEPP IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND MOTION FOR PARTIAL SUMMARY JUDGMENT |

# AFFIDAVIT OF MATTHEW H. SEPP

STATE OF PENNSYLVANIA  )
                       ) ss.
COUNTY OF ALLEGHENY    )

BEFORE ME, a Notary Public, personally appeared Matthew H. Sepp, who, being duly sworn deposes and states as follows:

1. I am over eighteen (18) years of age and I make this Affidavit based upon personal knowledge and in support of Defendants Vincent K. McMahon, Linda McMahon, Titan Sports, Inc. and World Wrestling Entertainment, Inc.'s, ("WWE") Motion to Dismiss and Motion for Partial Summary Judgment.

2. I am a paralegal at the law firm Kirkpatrick & Lockhart Nicholson Graham LLP ("K&L"). K&L serves as principal outside counsel to WWE. I am employed by K&L and work on WWE legal matters.

3. As a paralegal who works on WWE matters, I monitor all media, including, but not limited to, the internet, that refers or relates to WWE. During the course of monitoring the internet, on June 24, 2005, I discovered and printed the following articles evidencing numerous incidences where Plaintiff Warrior made disparaging comments about WWE and Vincent McMahon:

   a) Article dated May 14, 2003 entitled "Addressing Death in Wrestling" written by Warrior and posted on his personal internet web site at www.ultimatewarrior.com/051403.htm (Tab 1);

   b) Article dated May 20, 2003 entitled "Animal Rebuttal…Morals and Professional Wrestling" written by Warrior and posted on his personal internet web site at www.ultimatewarrior.com/052003.htm (Tab 2); and

   c) Interview of Warrior by Dan Flynn, dated June 28, 2004, posted on the internet at www.flynnfiles.com/articles.php (Tab 3).

- 2 -

4. On August 3, 2005, I located and printed an article dated July 27, 2005, entitled "Warrior Speaks to WWE DVD Rumors" posted on Warrior's personal internet web site. The article contained additional disparaging remarks by Warrior about WWE and Vincent McMahon (Tab 4).

5. On January 18, 2006, in connection with the lawsuit filed by Warrior against the Defendants on January 9, 2006, I conducted another search of the internet to determine whether Warrior had made further disparaging remarks about the Defendants. On that date, I located and printed an article from Warrior's personal internet web site which summarized a presentation given by Warrior at Penn State University on October 16, 2003. The article reported numerous disparaging comments and remarks that Warrior made about WWE and Vincent McMahon throughout the presentation (Tab 5).

6. On March 2, 2006, I located and printed an additional article, authored and published by Warrior on Warrior's internet web site on or about June 6, 2002, at the following link: www.ultimatewarrior.com/ww.06.06.02.htm. (Tab 6).

Matthew H. Sepp

Sworn to and subscribed before me this 3rd day of March 2006.

Eileen M. Wargo
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Eileen M. Wargo, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires June 7, 2008
Member, Pennsylvania Association Of Notaries

- 3 -