# flynnfiles.com
official website of the author of *Intellectual Morons* and *Why The Left Hates America*

blog | archives | books | biography | contact | events | articles

### A PATRIOT'S HISTORY OF THE UNITED STATES: | June 7, 2005

What contemporary history of America highlights that just seven percent of Africans brought to the New World were enslaved in the United States? Or that as Standard Oil's prices dropped their market share rose to a monopoly level? Or that Joseph McCarthy underestimated the scope of Soviet infiltration of the U.S. government? None that I know of, other than Larry Schweikart and Michael Allen's A Patriot's History of the United States, which I review on FrontPageMag.com.

PERMALINK | COMMENTS (3) | TRACKBACK (0)

### DEEP BLUE CAMPUSES: | May 3, 2005

Employees at each of U.S. News and World Report's top twenty-five national universities overwhelmingly favored John Kerry over George W. Bush in the 2004 election cycle. Giving ratios of employees at selected schools totaled 9-1 at Duke, 20-1 at Yale, 43-1 at MIT, 302-1 at Princeton, and infinity at Dartmouth, where not a single employee appeared on Federal Election Commission reports as donating to the Bush campaign. I've just completed a major study called Deep Blue Campuses (read it here) for the Leadership Institute's Campus Leadership Program. On campus, the talk is diversity. The reality is conformity.

PERMALINK | COMMENTS (11) | TRACKBACK (0)

### KERRY AUTHORS SENATE RESOLUTION HONORING COMMUNIST: | March 2, 2005

W.E.B. Du Bois declared in 1920, "Absolutely segregate the races and sections of the world." Thirteen years later, the NAACP would eject him from the organization he helped found because of such statements as "I fight Segregation with Segregation." After traveling to Nazi Germany in 1937, he returned to America with largely glowing reports, penning an article called "The German Case Against the Jews" that excused anti-Semitism in the Third Reich by labeling it "a reasoned prejudice." At mid-century Du Bois propagandized that North Korea was attacked to launch the Korean War, that "Harry Truman ranks with Adolf Hitler as one of the greatest killers of our day," and that Stalin was a "great" and "courageous" man. In the early 1960s, Du Bois renounced his American citizenship and formally joined the Communist Party, declaring communism "the only way of human life." Why, in 2005, would John Kerry push the United States Senate to honor this man? Read my Human Events article that broke this story today to learn more about the extremist John Kerry seeks to honor.

PERMALINK | COMMENTS (30) | TRACKBACK (1)

### BUSH WON. GET OVER IT.: | January 21, 2005

Did William Rehnquist swear in the wrong man on Inauguration Day? That's what many protesting the start of George W. Bush's second term believe. Pre-election taunts of "accidental president" and "re-defeat Bush" allowed Bush-haters to benefit from the illusion that they represented the majority. November 2, one might think, would have shattered that illusion. It didn't. In my piece on National Review Online, I discuss the

books by Dan Flynn



INTELLECTUAL MORONS
HOW IDEOLOGY MAKES SMART PEOPLE FALL FOR STUPID IDEAS
DANIEL J. FLYNN

WHY THE LEFT HATES AMERICA
DANIEL J. FLYNN

recommended

syndicate this site:

xml
rdf

site design:

justmakewaves
rabblerouse.online




This work is licensed under a Creative Commons License.

Left's dismissal of the painful truth in favor of a comforting myth.

PERMALINK | COMMENTS (10) | TRACKBACK (0)

### ONE-PARTY DOMINANCE ON CAMPUS BRINGS ASSAULTS ON FREE SPEECH: December 10, 2004

In the 1960s, Herbert Marcuse argued that true tolerance meant censoring the Right, while Noam Chomsky preached that to engage in debate with the Right on certain issues was to lose one's humanity. Ideas have consequences. The post-sixties Left currently dominating the campuses has put the words of these intellectual morons into action in a recent round of newspaper thefts and acts of intimidation. Read about the current state of free speech in academia, and what can be done to defend against campus assaults on free speech, in my article on NewsMax today.

PERMALINK | COMMENTS (4) | TRACKBACK (0)

### ACADEMIC SNOBS BAN THE MILITARY: December 8, 2004

The military is one of the most popular institutions in America but one of the least popular on campus. This is a direct consequence of stacking faculties with people politically alienated from the society that surrounds them. If the campus repulsion to the armed forces seems so foreign to us it is because we are so foreign to the people teaching at these institutions. Read my NewsMax article detailing how two of the institutions most corrupted by the Left--academia and the courts--have combined to kick military recruiters off of law school campuses.

PERMALINK | COMMENTS (21) | TRACKBACK (0)

### JAILBIRD INTELLECTUALS: December 7, 2004

Hamilton College has hired Susan Rosenberg, an advocate of "collective violence" against the U.S. government, to teach a writing class next semester. Caught with several hundred pounds of explosives in 1984, Rosenberg was serving a fifty-eight year prison sentence until President Clinton pardoned her on his last day in office. The hiring of the unrepentant Rosenberg, unfortunately, is not an isolated example of a college bringing on board a faculty member largely *because* of the faculty member's criminal past. My NewsMax article explains why setting off bombs, aiding terrorists, kidnapping, and even murder are no obstacle to steady employment at a number of U.S. academic institutions.

PERMALINK | COMMENTS (1) | TRACKBACK (0)

### CINEMATIC KINSEY CLASHES WITH THE REAL KINSEY: December 6, 2004

The biopic *Kinsey* fails both as biography and motion picture. Against a backdrop of strawmen and stereotypes, Bill Condon's Kinsey emerges to slay ignorance. The real Kinsey did more to perpetuate sexual ignorance than any other figure of the past century. Perhaps in tribute, this fawning movie adopts Alfred Kinsey's dishonesty in telling the Indiana University professor's story. "Artistic license" whitewashes Kinsey's extreme masochism, tolerance of pedophilia, and stacking his sample group with prison inmates and homosexuals, but it fails to make the movie interesting or entertaining. Read what the film starring Liam Neeson leaves out in my review of *Kinsey* on Accuracy in Media's site.

PERMALINK | COMMENTS (2) | TRACKBACK (0)

### BLUE ISLANDS IN A RED SEA:

The U.S. map is red but America's campuses are deep blue. I examined Federal Election Commission records and found donations to John Kerry wildly outpaced donations to George W. Bush. My amateur inspection found that Harvard employees gave 32 times more money to Kerry than to Bush. The disparity was 270-1 at Princeton, 32-1 at Cornell, 22-1 at Penn, 11-1 at Yale, 7-1 at Brown, and 5-1 at Columbia. Get this: because I could find no Dartmouth employee that had donated to President Bush's reelection efforts, John Kerry received an infinite amount more from the faculty and administrators at the Hanover, New Hampshire school than his opponent. I detail my findings, and why a politically alienated academia is bad for education, on NewsMax.com.

PERMALINK | COMMENTS (9)

### THE REAL DR. KINSEY: | November 17, 2004

Alfred Kinsey circumcised himself with a pocketknife, compulsively pierced his genitals, and partook in peculiar activities involving a noose and his groin. But the Indiana University professor's unsettling personal behavior is not why his mid-century reports on human sexuality are so controversial today. My piece on TownHall.com explains why Kinsey's dishonest scholarship, rather than the bedroom behavior that motivated that scholarship, serves as the primary basis for objecting to Kinsey and the hagiographic film by the same name that hits theaters across the nation on Friday.

PERMALINK | COMMENTS (8)

### FLYING BLIND: | November 15, 2004

On 9/11, nineteen young men sharing the same Islamic faith and Arab heritage hijacked four planes and killed nearly 3,000 people. To prevent future hijackings, the federal government demands that its airport security forget past hijackings. Specifically, government rules dictate that airport screeners treat elderly black women the same as twenty-five year old Muslim men. My review of Michael Smerconish's Flying Blind wonders if the government's indulgence of political correctness in favor of some passengers' convenience comes at the expense of other passengers' safety.

PERMALINK | COMMENTS (1)

### THE BUSH-HATERS: | October 26, 2004

If there's one thing that short-circuits the mental wiring of leftists, it is the name George W. Bush. For the last four year's, George W. Bush's enemies, by their immoderation, have succeeded driving Americans into the president's arms. On November 2, the Bush-haters have the opportunity to turn passion into votes. My article on TownHall.com explores the strange world of the Bush-haters, wondering if the president could have been handed a better set of enemies had he the opportunity to invent his opposition.

PERMALINK | COMMENTS (11)

### PETER SINGER'S PROGENY: | October 14, 2004

English animal-rights leaders have given their imprimatur to protests targeting the children of biomedical scientists. Where did they get such ideas? One inspiration for animal-rights extremism, my article on TownHall explains, is Princeton University Professor Peter Singer, who gives his okay to parents killing their newborns but objects to schoolchildren lunching on turkey sandwiches.

PERMALINK | COMMENTS (9)

### GLORIOUS ENDS DON'T JUSTIFY VILE MEANS: September 30, 2004

The most dangerous delusion is the idea that man is perfectible. The goal is unattainable, but the crimes committed to achieve it are very real. The belief in heaven on earth led to the horrors of the gas chamber, the gulag, and the killing fields. Today, it leads to theocratic screwballs randomly beheading Westerners in hopes of creating Allah's earthly kingdom. If you really believe that the ideology you follow will bring utopia, I write today on TownHall, then all is justified in its advancement. That's scary.

PERMALINK | COMMENTS (5)

### HONORING STALIN'S CHEERLEADERS: September 27, 2004

Communism is dead in Bucharest, Phnom Penh, and Managua. It lives in Madison, Berkeley, and Chapel Hill. My article at NewsMax.com explains how American colleges and universities are honoring prominent Communists by naming scholarships, academic chairs, and buildings in their honor.

PERMALINK | COMMENTS (2) | TRACKBACK (0)

### ACADEMICS DEFEND PEDOPHILIA: September 23, 2004

Are pedophiles a persecuted group deserving society's tolerance and protection? A small, but growing, number of college professors say yes. Pro-pedophile academics are attempting to give their vile beliefs a scientific air by invoking famed researcher Alfred Kinsey as the source of their "scholarship." But as I discuss in my article on NewsMax, Kinsey, like his present-day admirers, is a frightening example of how much harm intellectual morons can unleash with a lie.

PERMALINK | COMMENTS (3) | TRACKBACK (0)

### RATHERGATE HAS ONLY JUST BEGUN: September 22, 2004

Dan Rather still doesn't believe the Texas Air National Guard documents disparaging President Bush that he broadcast are forgeries. So why, and to whom, did he apologize? Rather's lame act of contrition Monday night didn't kill the Rathergate story. My NewsMax article shows that it's only just begun.

PERMALINK | COMMENTS (7) | TRACKBACK (0)

### ACADEMIA IS AN INTELLECTUAL GHETTO: September 21, 2004

Employees of America's oldest college, Harvard, have given 97 percent of their donations this presidential election cycle to the Kerry campaign and about three percent to the reelection effort of George W. Bush. At America's second oldest college, William & Mary, employees have given 100 percent of their donations to John Kerry. The uniform support of John Kerry by college professors and administrators, as my article on NewsMax demonstrates, evokes the lopsided vote tallies in Castro's Cuba or Hussein's Iraq. Folks, where's the diversity?

PERMALINK | COMMENTS (21) | TRACKBACK (0)

### PSEUDO-SCHOLARS VERSUS REAL SCHOLARS: