having fun, life was great. It was not though till the night before when Hogan and Vince and I got together one last time that it was set that I would go over and the exact details of that finish were laid out. Hogan and I never really discussed anything beyond that. We did not hang out together. He did his thing, I did mine. We did the match and it was awesome.

**FLYNN**: The match itself: Neither Hogan, nor you, is considered by the wrestling wonks to be the best of technical wrestlers. But, even though this is the stigma that you both have—that you get by on charisma and ring personality and your physiques—a lot of wrestling fans think this is one of the best matches of all time.

**WARRIOR**: They do because it was. Look, technical wrestling to some degree is something every guy in the business learns to do—the basics and all—because you can't get your foot in the door of the business unless you know how to get by technically to begin with. I learned all that stuff before I even went to the WWF and continued with it for a good while after I got there. I was wrestling in high-school arenas with Steve Lombardi and Terry Gibbs and Mike Sharpe and some others. And we were doing back drops, and arm drags, leap frogs, working holds—we were doing all the wrestling stuff that you see little guys do as part of their regular act. You have to be able to know how to do at least some of that stuff in the beginning. The gimmick, if you have one or are capable of one, takes priority later.

Not being a technical wrestler is kind of a silly bad wrap I get all the time from guys like Bret Hart and industry pundits. My response is, look, you guys were in the business for a dozen years before I even got there. A dozen years and you never figured it out that wrestling skills per se were not where it was at. It was about being a gimmick. I got there and in two years I figured it out. I'd also busted my ass in painful ways they never had—years of training in the gym, self-discipline in working out and dieting. If they want to criticize anybody they should criticize the promoters who were, in effect, telling them, your little bag of fancy wrestling moves don't sell tickets t-shirts, posters, dolls, etc.—so leave them and your tears at home, instead show up with some muscle and some energy.

What, am I supposed to apologize I did what it took, at that time, and they didn't?

It wasn't part of my gimmick—it wouldn't fit Ultimate Warrior—to keep doing the wrestling stuff. I was smart enough to know that. Making that decision is up to the talent. In other words, whatever a wrestler decides to portray himself as in the wrestling ring character-wise, he's the one who develops that. Hogan and I both had strong big man gimmicks but we knew the significance of the match called for weaving in some of the wrestling skills we didn't regularly use to create drama and emotion, the working of big man holds and the close false finishes, etc. It was a big thing, that match, and people believed in the Ultimate Warrior character enough to know he might be the one for the very first time to put Hogan cleanly on his back for the 1-2-3.

**FLYNN**: Does that small-guy stuff shorten your career?

**WARRIOR**: Well, it will if you stay with it and you're a big guy with the potentials in other ways to pull off a big guy gimmick. If you don't figure it out. I didn't get in the business to be just a pro wrestler. Let alone one who had a whole bag of technical moves. I got in it to succeed at its highest levels and I did.

One of the hardest things about making it in the business is figuring out the image you need to portray of your persona. Even once you get up to a top spot in it, it is the thing you have to pay the most attention to. Small-guy is a broad term to describe many things here, but, I was a big, powerful—and violently intense—guy who didn't need to do a lot of the other things others did.

**FLYNN**: Now with Hogan, did you guys take a lot of time to choreograph the match?

**WARRIOR**: No. We went over it one time. I went down to Florida and met him in an old building where they had a ring set up. We walked through the match one time. And in Toronto, we "danced."

**FLYNN**: Let's move on a bit. You were at the WWF when it's at one of its high points when you're wrestling Hogan. Then a few years later, the business goes south big time.

**WARRIOR**: The business has always had its highs and lows, but you are talking about the time when the crap hit the fan with the Dr. Zahorian steroid stuff, causing Vince and some of the talent, Hogan and Piper, to be implicated, eventually Vince being prosecuted.

**FLYNN**: That's what I want to know. What was it like being in the WWF during that real dark time with the Steroid scandal, and the feds coming down on Vince?

**WARRIOR**: Well, most of the guys took stuff. Even guys you'd never imagine, just to keep up with the pace of the road, the lifestyle, the hanging out with groupies, and drinking, and whatever else. Of course, steroids were legal. You could get them with a prescription from a doctor. It was just at the time that the government was initiating a crack down. The war on street drugs was a bust, so they focused their attention on steroids. The word came down from the office to either to make sure you had a prescription or get off altogether. I can't remember exactly without a timeline in front of me. All the documents I have from my litigation with Titan lay it all out to the day, everything. I just know the office did things in stages. Just trying to go off the top of my head here, it effected a lot of guys negatively. I wasn't bothered by it. I never depended on just steroids to maintain my physique and knew I could keep right at what I was doing. In '92 when I came back you couldn't use them, and I reached a great physical peak by using the knowledge I had. Hogan, on the other hand, went on The Arsenio Hall Show and lied about having ever taken them, which just made matters worse and created, I recall, real friction between Vince and he. Both had different ideas about how to handle it all. Hogan would always say that Vince was going about dealing with all this the wrong way. But Vince got really scared about it all. I remember very vividly a conversation he had with me. He really thought he was going to do some time in prison.

**FLYNN**: What was the mood like in the WWF at that time?

**WARRIOR**: Guys were looking for ways around it all. They were especially pissed off that Vince was paying all the bodybuilders for the bodybuilding organization he was starting up, obviously all on the juice, and here they were—the wrestlers—busting their ass up and down the road to foot the bill for guys that got guaranteed money to do nothing but eat, train and sleep. But that was part of being on the road, the whining and complaining. Yet, like I said, nobody ever did anything about the bitches they had.

**FLYNN**: As a wrestler, when the crowds are getting smaller, what's the mood like in the WWF at the time? It can't be as good as a couple of years before, right?

**WARRIOR**: I never really let it effect me. I had to get so pumped up to do Ultimate Warrior. From the moment the music came on, I had to run out to the ring. I mean, other guys could just walk out there and walk around. I had to get into this zone in my head to do Ultimate Warrior to just get to the ring and always continue to just give people their money's worth.

**FLYNN**: Over the years, to build up his company Vince McMahon has taken a lot of chances. Occasionally, he would make mistakes—the XFL, the bodybuilding federation.

**WARRIOR**: This is the way I see it. Vince has always tried to use the money he's made from professional wrestling to become a part of the more elite class of promoters in other professional sports. That's why he has done it. Of course, he wants to be successful as a businessman, I believe that. But I really think he wants to be a part of that more notable established clique to diminish the stigma of being more like a circus promoter. When he did the bodybuilding venture, it wasn't like he wanted to raise a crop of bodybuilders. What he wanted was to have Joe Weider's publishing empire, a credible business without the stigma. Contracting the bodybuilders, which Weider had never done at the same level, was really just a means to a bigger end. Vince said as much about what his end goals were when he brazenly belittled the NFL when he launched the XFL.

**FLYNN**: One thing that I remember, and I asked a guy today if I were dreaming or something like that—one of the gimmicks that Vince had you do which was probably the dumbest thing I've ever seen on professional wrestling...

**WARRIOR**: With the Papa Shango thing?

**FLYNN**: Yeah, you know exactly what I'm talking about. So, he had some guy put a voodoo curse on you and you where throwing up or something. Could you say to Vince, "Hey Vince, this is a bad idea?"

**WARRIOR**: I did. But it did little good once he had his mind set on something. The big problem was that every three weeks you showed up at a television taping and they had it all laid out already. They got that one evening to tape three different television programs—whatever they were at the time. So, they can't modify things that much. You—the talent—have been on the road and you're worn down anyway, so it depends how much fight or how much creativity you have in you to make the case for doing something differently.

**FLYNN**: If you tried to say to him, "Look, this isn't such a good idea." Is he the type a guy that takes criticism in stride?

**WARRIOR**: Yeah, Vince was always good about hearing good ideas out. In fact, back then it was really up to the top talent to come up with their own creative ideas to make an angle work. But you had to come up with another idea really quick because they are going from one thing to the next. Papa Shango was a voodoo type of character anyway. So, in some way the office was already convinced that people were buying the voodoo thing. So taking it up a notch and having Warrior leak ooze or puke pea-soup wasn't, so they thought, wasn't going to make less believable the angle.

**FLYNN**: When was the last time you spoke to Vince McMahon?

**WARRIOR**: Geez, 1996, if you mean spoke at any length. In 2000, the day our trial was to begin and all was settled, he came up to me in the courtroom before the day got underway with his hand out and stared with his trademark, "Hey pal." I refused to shake his hand and told him, "I've been insulted enough and we have nothing to be pals about." Truly probably the only time Vince has had that done to him. Try it some time. Refuse to shake the hand of a person you don't respect when they have their hand extended. It's very hard to do. But man does it build your character and tell you something about yourself. Ever since that day, my handshake means something and I don't give it as if it does not.

---

*Return to Flynn Files tomorrow for part 3 (of 4) of this interview. In part 3, read Warrior's thoughts on the decline and fall of WCW, on the possibility of a return to wrestling, the character and integrity of Hulk Hogan and Vince McMahon, and the deaths of Rick Rude, Davey Boy Smith, and Curt Hennig.*