# flynnfiles.com
official website of the author of *Intellectual Morons* and *Why The Left Hates America*

blog | archives | books | biography | contact | events | articles

## INTERVIEW WITH THE ULTIMATE WARRIOR - PART 3 OF 4

*You can read part one of the series here. Part two of the series is here.*

**FLYNN**: There was a guy on WCW TV, after they bring in Hogan and Savage, they bring in this guy...

**WARRIOR**: Renegade.

**FLYNN**: Yeah. Now, were you flattered or pissed-off by this?

**WARRIOR**: I don't know...I never watched TV when I was out of the business, so I didn't see it until somebody at my gym told me about. I don't know if I'd say it was flattering. It's been a long time ago but I was probably a little pissed off. But it does validate the strength of the Ultimate Warrior character's success and his impact on the business. Just like when organizations drop his name today. I mean, you can't hear or read the transcript of one wrestling related program, radio or internet or whatever, without someone calling in and asking: "What about the Ultimate Warrior?" I did think Hogan and the others who came up with the scheme really believed that I would see them making this attempt to replicate The Ultimate Warrior and I would see it and go, "You motherf'ers! I'm the damn Ultimate Warrior! How dare you!" and then, like, show up unannounced at the next TV taping with my gear bag laying claim to what was mine (laughs).

**FLYNN**: And you really think they had that scheme in mind—that you showing up to defend yourself is the way it would play itself out?

**WARRIOR**: Hell, yes. These guys are still on the streets working their gimmicks, all the time TV or no TV.

**FLYNN**: I skipped over something—the lawsuit with WWF.

**WARRIOR**: It's a lot to skip over and probably too much to, in this interview, cover in any decent respect. In 1996 I went back to work for Titan [WWF] after having had two previous contractual fallouts with them in '91 and '92. Shortly after I came back here in '96, they violated the terms of my contract. The first two times, being a person who was never afraid to set other goals, do other things, without doubt and confident of that, I just went on my own way. Thinking positive and giving thanks to the opportunity and wonderful experience of it all. But here in '96 it was different and other things of value, and of value to me, were on the line. So yes, in '96 litigation with Titan began.

**FLYNN**: What was the lawsuit about and what was the outcome?

**WARRIOR**: Primarily, it was about breach of contract. They violated the terms of the '96 agreement we had. Vince called me at the end of 1995—I'd been out since 1992—and wanted me to come back to wrestling because the business needed a lift, and I guess, he had had the time to reconsider how he'd wronged me in 1992, using me and Davey Boy Smith as scapegoats to take the heat off his back when he was federally prosecuted over the steroid stuff.

books by Dan Flynn

**INTELLECTUAL MORONS**

HOW IDEOLOGY MAKES SMART PEOPLE FALL FOR STUPID IDEAS
DANIEL J. FLYNN


*WHY THE LEFT HATES AMERICA*
DANIEL J. FLYNN

recommended

syndicate this site:
xml
rdf

site design:

justmakewaves
rabblerouse. online.

This work is licensed under a Creative Commons License.

When he called I was already up to my neck in my own entrepreneurial projects using the Warrior intellectual property. Basically, I just told him no, especially if it was to be under a generic contract. There was no way I could do that after all the investments I'd made since leaving the ring. Linda called me, his wife. Of course, I knew Linda because I had met her before out at their house, at Titan. I don't know really how much she did business wise before, my business was handled with Vince really. But somewhere in the 1990s, she took a more active role, then eventually became CEO.

She called me and said, "Can I meet with you?" So she came out to Phoenix and I just got the impression that it would really be different this time. So I said, "Look, I can't come back under a generic contract. I need a special contract. I got all these other projects going on. I got my gym, which is becoming a private facility—maybe to train guys who want to get in the business. I got my big comic book project I want to turn in to an animated movie, got my mail order business, etc. I can't just up and leave these things." I said, "This is what I'll do. I'll come back. I'll be the wrestler. You can sell the t-shirts, the posters, you can make the money from the ticket sales. You give me a price for that. But I get to plug into your merchandising and networking with my other Warrior projects. And there's got to be a distinction between my new intellectual properties that I've developed, and those that represent who the wrestler is. So, we had our distinct agreement and four months after I came back they just started violating it. They didn't give a shit. And it turns out they never were going to live up to it. Screwing me again was premeditated.

FLYNN: So did you sue them, or did they sue you?

WARRIOR: I sued them.

FLYNN: So what happened in the suit?

WARRIOR: The short answer is that I prevailed. Beyond that, I learned a lot about myself and life and my own integrity. I found out a lot I do not like about other people, especially the professional, expert suits in the world who get unchecked approval just because of who they are. I am more skeptical and cynical of others. I matured much, became a better man and came to know how I would define being one. I found out that it is never wrong to fight for what is right—never. In ways, having the experience has set me on the path I am now.

FLYNN: And when was the date of that?

WARRIOR: March, 2000, and then I fought my own lawyers for over a year, because they did an unbelievably corrupt turn and tried to screw me out of rightful settlement. I hung in there and beat them too. It was a rough five years.

FLYNN: So now, you have the right to "Warrior," "Ultimate Warrior"?

WARRIOR: Yeah, I have all the intellectual property rights and everything to it. I always did, the lawsuit was necessary to prove it, to put to rest Titan's fallacious claim that they did. Although just one aspect of the litigation, it was important from the stand point—a standpoint many don't want to understand—that I had worked hard to create it and make it what it was and wanted to be able to, should be able to, use it to do other business things outside of the ring—down the road at a different time in my life. Christ, what was I supposed to do: just lay down and give over all the work, sweat, toil, and value? Critics are so narrow-minded, like, "Yeah, he fought for it just so he could always have it as a momento of his wrestling days." The intellectual property is worth more than the memory of my career there. That chapter in my life signifies something about the whole of my life, what my life and the way I think about it and live it means to me. Of course, too, my full legal name is the one name of Warrior, and my family has it as their surname. It signifies the philosophy of life I live by.

FLYNN: Let's move forward to WCW.

WARRIOR: That was in '98, in the middle of my lawsuit against Titan. [Eric] Bischoff

called me about coming to work there. I think Hogan called me too. I guess they were surprised the Renegade fiasco didn't drive me to make that mad dash to the ring they expected it to. Titan got wind of them contacting me about a return and rushed into the court and filed a brief making even wilder and broader claims about negotiations than even I knew myself, in an attempt to prevent it. In their brief they made the claim that I, Warrior, didn't own the Ultimate Warrior—that they did, that they owned the intellectual property.

So we had to file a response to it. What happened out of those two briefs being filed was that I came forward and proved through photos and footage—copyrighted footage I owned of the Dingo Warrior—that Dingo Warrior was really just a nascent version of the Ultimate Warrior; that I all along owned it, even before I went up to Titan. The judge said look, there's no question that Warrior owns the character "Warrior"—all the trademark indicia, all the mannerisms, and everything else—he had indisputably created it and was performing the Warrior persona before he even came up to Titan. Vince though had a couple of his cronies file affidavits telling a contrived story that they came up with and provided "Ultimate." So the judge decided that as the trial played itself out, what the truth about that specific matter would be determined then. So that's why when I went to WCW in 1998, it was only under "Warrior."

**FLYNN**: What did you spend, a few months in WCW?

**WARRIOR**: About three months. I had a six month contract, and believed, was misled to believe, that we'd move into working with one another much longer than that. Actually, right from the start, they pushed for a one year contract, and I kept it at six. In hindsight, they never had any intention of going beyond Halloween Havoc and the one single match with Hogan—and that was, like I said, only three months into the six month contract. What basically happened was [Eric] Bischoff used Turner's checkbook—Hogan called it the [Turner] ATM machine—to bring me in to soothe Hogan's ego about '90, even the score, catch the pin-fall on UW (laughs).

**FLYNN**: Ultimately, obviously, WCW gets absorbed by WWF. It fails.

**WARRIOR**: Yeah, as soon as I got there I realized it was falling apart. It was inevitable.

**FLYNN**: Why did it fail?

**WARRIOR**: Bottom line is nobody was in charge. Bischoff—as much as he was credited for rebuilding and reinvigorating WCW when they were happening—while I was there, he literally ran from the responsibilities of the job. I don't know if it was anxiety or what. But he had this thing about "spontaneity" as he would say, and there was no advance preparation. You couldn't reach him all week. About an hour and a half before live show-time, Bischoff and his "yes" guys—all of them playing favorites for their own buddies—would get together and start deciding, then, what to do. It was erratic and destructive, shooting from the hip like that. Somebody has to be in charge overall. At WCW, at that time, every talent did whatever they wanted to. There has to be a chief in charge of sorts. Someone who makes it clear what the hierarchy of talent is—who goes over, who shines, how talent is going to come off in the programs, on the TV.

In WWF, that happened. In WCW, everybody went out and did what they wanted to do regardless of their ability to sell tickets or where they stood on the talent roster. If I'm in the ring and I'm punching at a guy and he doesn't want to sell or take bumps, yet in the next segment he's selling for his bottom-of-the-card buddy, like he's trying to stand on banana peels, it looks ridiculous. A guy has to know his spot and work it. Too many there that were middle-card guys didn't know they were—nobody acting with authority told them. In the end it's about making money and in the beginning someone with authority has to lay it out about how a talent is getting used, let others know, in an essence, the investment being made and how that investment is to be treated—come off, be portrayed in the ring.

Say what you want, and others can think whatever they will—and naturally the business has changed in so many ways since then, but when I went over there in '98, Ultimate Warrior was a Main-Eventer and I can assure that is the kind of investment they made. My first 15 minutes in the ring, after another long, long absence, proved that beyond any reasonable doubt. It was

a launching pad WCW could have used to take Ultimate Warrior to a whole other level. But they didn't want to do the work, put the time in. They were already convinced reaching for the lowest, degenerate level of creativity was where it was at. And as much as I was willing to give it whatever it would have took, you need a whole team of people behind you.

**FLYNN**: You haven't wrestled since then. Has anyone approached you to come back since then, like the Jarrett outfit?

**WARRIOR**: Yeah, when they first started up they did—others too, mostly dreamers. I spoke with both Jeff and his dad. They, the Jarretts and others, always present themselves like they think I'm sitting at home drooling for a chance to charge at the ring and that I should be grateful that they called, like, allowing me an opportunity to do so. Blows me away. Of course, that is how most other guys still working, outside WWE, are. They don't know anything else, are afraid to go out and attempt anything else and get all their self worth from being in a ring, staying part of the circus of it all. They don't have any other means of making a living for themselves so when anybody calls and says jump they say how high and when their feet hit they ask about how far to bend over.

This type of attitude they have though, these promoters, like the Jarretts had when they called, creates a problem when it comes to negotiating with me. This has contributed to many mischaracterizations. They get offended when they realize I know how valuable the Ultimate Warrior is and if they want him he isn't going to come cheaply. They don't get away without discussing those details with me like they do with others, which is to say they don't really discuss them in detail at all with others. It's like, "Hey, we have a ring set up and are going to put your face on TV for a little while, come on down and we'll figure what we'll pay you afterwards." That's enough for most guys looking for work not doing anything else. That doesn't work for me.

Another thing with the Jarretts, in the initial conversations, was that they told me they were going to go in a different creative direction, not so heavy on the degenerate, shock-value provocativeness. It became clear the more I paid attention to what was going on through the grapevine that they weren't being honest about that. So, I pulled back after that too. And it also became clear very soon into discussions that Jerry was really getting involved sorta to get Jeff his own little clubhouse, where he could play and be king. So that Jeff could have a place to live out his own "get-over" dream.

**FLYNN**: When you look back, who are the biggest egos you've come across in the business and who are the genuine good guys you've come across in the business?

**WARRIOR**: Wow, the list would be long. I would probably say, to be honest, I'd begin with me (laughs)! I have a huge ego when it comes to the Ultimate Warrior and standing up for him. Most will agree with me here (laughs). Hey, like I always say: "If I don't do it for him, who will?" Then again, I don't define ego altogether in bad way. I think there's difference between a healthy ego and unhealthy one, and having a healthy ego is a necessary thing if you want to succeed, even just to survive at life really. It's a must and I don't make any apologies about having one and don't sit quietly by when others want to universally claim that "ego" is a bad, mean thing. It's not.

I think a healthy one is defined by a person, especially a guy, who, even if he's done really great things, can acknowledge and praise others who are or have done things just as great or even greater. Guys who are comfortable in their own skin about what they have done—who they are. There are a lot of guys in pro sports, especially the backstabbing one such as wrestling, who are so full of themselves they don't have it in them to tell when someone else has done good. Using the example of a current guy, I'd say Goldberg has an unhealthy ego. Obviously, he's talented and made a way in the business. I even told him as much when I was at WCW. But the guy has got a huge insecurity complex running through him and others like him—Nash and Hall and their clique. That says a lot to me about his, or their, character as men. Shows me they've got a really weak link in their masculine makeup no matter what macho image they put forth. Nash is the type of guy who would shit in your bag to ruin your day—literally. Nash and Hall and Hunter and Michaels—all those guys.

Some of the good guys I've met are guys whose names you wouldn't even recognize. They