**FLYNN**: Who are some thinkers and some authors that you have read that you have got something out of?

**WARRIOR**: All kinds. The Iliad and The Odyssey are great stories written beautifully. Young guys always want testosterone driven stories, I tell them to read Homer. The writings exchanged between the Founders are awesome and inspiring. American history is too. History by Plutarch, Thucydides, Gibbon, Herodotus —all that stuff from the Great Books writings is great. Aristotle's Ethics is a must read. De Tocqueville and Adam Smith too. Russell Kirk, I've gotten a lot out of him and also got turned on to many other traditional conservative thinkers through him, especially The Conservative Mind that he authored. Ayn Rand. I got a lot out of reading Ayn Rand. I part ways with her atheism, and am a little perplexed how someone so in appreciate of creation and existence didn't ever write on the Greatest One—the world around us. But the philosophy she laid out in detail, Objectivism, is truly the philosophy we all live by to survive on this Earth. I think as corrective for young people with their subjective heads up their butts, her writings are the best to suggest. Of course, all the Founding documents too. So much lies in those documents and the Federalists papers about what was dependent upon the people for our Republic to survive, the virtues and the morals.

**FLYNN**: Others?

**WARRIOR**: Yeah, many. Albert Jay Nock, Irving Babbitt, Coleridge, Randolph, Fenimore Cooper, George Santayana, Solzhenitsyn, Whittaker Chambers, a little William F. Buckley, Thomas Paine —I don't think he gets the credit he deserves, I mean he did create "United States of America" and did more to inspire the colonists to revolt than any other...he was vilified because people took his book The Age of Reason (great book itself) and contextually twisted into something it was not. Oh, there are many others.

Contemporarily, I really dig Victor Davis Hanson's books. He's a brilliant classicist and eloquent writer who writes about what the serious detrimental effects are of losing our historical and cultural ties to Western Civilization. I don't read much fiction—some of the great stuff is an exception, like George Orwell. [Friedrich] Hayek. Thomas Sowell. Bill Bennett has done some great anthology books pulling together a lot of the Founder's literature and correspondence and I always enjoy getting back into them. I read some current stuff but not as much as I stick with the classical, Great Books stuff. I thought your book, Why The Left Hates America, was awesome and filled with great ammo to fight the fight. As are Coulter's books and many other modern books. There are just so many and only so much time.

**FLYNN**: When you go out on college campuses—and obviously kids don't have a lot of time to read because they're reading anyway in their classes—if you were to recommend one or two books to a nineteen or twenty-year-old conservative, what would you recommend.

**WARRIOR**: Distinctly about Conservatism?

**FLYNN**: Yes.

**WARRIOR**: Well, I would start with The Conservative Mind. Goldwater's Conscience of a Conservative. I would also suggest, to provide a good overview of the cultural degeneration and where we're at, Slouching Toward Gomorrah by Robert Bork. It's a great read with a broad but detailed overview. Dinesh D'Sousa's simply written book Letters to a Young Conservative. The Bennett books I mentioned. And Ayn Rand, some of her non-fiction stuff from Who Needs Philosophy? and The Virtue of Selfishness or The New Intellectual—at the least these books will prep a young kids mind on how to think and where to go next to find more.

**FLYNN**: When you look at the political landscape. I know there are probably hundreds of people that you could point to that are on your "enemies list," but when you look at current political office-holders is there anyone out there where you say, "I really admire this person."

**WARRIOR**: No. I can't think of anybody. There is one guy who I know who is more conservative than others, a guy from Texas—Ron Paul. But if you are talking about being in

office, I don't know of any others. Tom Delay throws some follow-through punches once in a while and I like that. I do get some stuff from the Constitution Party and I like where they stand on what government's role should be. They are strict constitutionalists and I like that. But I don't like how they, and other like groups as them, spin Jesus and Christianity. Yes, this country was founded with emphasis on a belief in God, a Supreme Being. There's no doubt about that. Only a damn idiot can't see that. But through the study I've done, I don't see that belief flowing distinctly out of Jesus or Christianity's organized religion. It's just not there, and these groups use the ignorance most people have to mislead. I'm not putting it into the best words perhaps, but, off the top of my head, that's how I see it. God is huge and all over the idea America, but twisting things into what they are not bothers me.

**FLYNN**: Firsthand, or secondhand, have you gotten any sort of reaction from any of your old colleagues in wrestling about what you're doing these days?

**WARRIOR**: No, well—yes, secondhand. Goes back to what I said earlier. I'm cut from a different mold. Most the guys I worked with are still trying to make a living off the business, in any way they can. They haven't grown in the ways I have. Of course, they think what I am doing is oddball. Truth is they don't really know and have never taken the time to find out. Everybody who finds out about what I am doing these days by reading some criticism of me elsewhere, when they take the time to come and find out truly where my head is, they are pleasantly surprised. Many are proud to have been fans of my wrestling career, but even more proud to say they are bigger fans of what I am doing now.

**FLYNN**: Any chance you'll ever go back to wrestling?

**WARRIOR**: I don't foresee it. There's no place to go. I can't split my energies and always have in the back of my mind that I will return. I just keep on keeping on with what I am doing now. I have been able though to use quite advantageously the intellectual property. New dolls are out and they are selling better than all others. I just sold one of my collector's dolls for more than that has ever been paid for a wrestling figure. And I am in Akklaim's new "Legends of Wrestling" game. The response about that has been over the top—getting ready to do some promotional appearances for that soon. It's been, believe it or not, very humbling to see how Ultimate Warrior's popularity has sustained itself. Of course, I never expected anything less (laughs).

**FLYNN**: Let's close with this. I thought it would be fun to throw some names and get a one or two sentence response.

**WARRIOR**: Couple of sentences is going to be hard for me, but I'm game...

**FLYNN**: Pat Tillman.

**WARRIOR**: I wrote a post on him, you should go read it. Incredible man. I think a lot of people had a hard time calling him the best or better, and I wrote pointing that one thing out. I think a real man is okay and comfortable with calling another man, when they are, better than him. That guy was a hero in a true classical Greek sense. I lived in Arizona for over ten years, I would like to have known him, I never had the chance.

**FLYNN**: George W. Bush.

**WARRIOR**: Disappointed. From a political point of view, the guy is not a conservative. The guy has made the government bigger and bigger and he's done some things with education and immigration and other entitlement gestures that I'm not happy with as a conservative politically. Some of the PC indulging he's done offends me—like having a Kwanzaa tribute at the White House. Aside from that, the guy has integrity and that counts for a lot with me. I'd like to see him have a little more of his own common-sense mind and country candor. I get the sense he's being handled by his inside-the-beltway blowhards and goofs. When he shows the top of his cowboy boots and tells it like it is, I like him better. In general, I'd like to see a president on a more regular basis bring up things about our Founding, and use the Founding Father's words and this country's history to defend

themselves, and America, on positions—teach Americans while they stand up for what it is right.

**FLYNN**: Then let's go to the other George, George Washington.

**WARRIOR**: I mean, incredible. There are so many things to say about those times and those people, especially him. When you take the time to know about those times, it's very hard not to believe in a prophetic placement, of sorts. To have had those men with their peculiarly enlightened minds is, well, to me, supernatural almost. As a guy who believes in destiny, I believe its founding was something set in motion to happen since creation. And believe that those men lived to give that epochal time its best shot at happening. That's what I believe and there is nothing that could make me change my mind. George Washington truly was America's first heroic role model setting a standard for Americans from there on out to emulate. Whatever his faults, and no human lives without having some, he was a man of incredible integrity and leadership.

**FLYNN**: Vince McMahon?

**WARRIOR**: On the whole, I have absolutely no respect or admiration for him. I see him as unmanly. I guess you could break it down, take for example what he's done with his business, and you could say he's been successful. He does love the business of wrestling and I remember him being a very persistent, hard worker, devoted to doing whatever it took to get the job done. Even, unfortunately, if that meant maligning or tearing down others. He does have bank and celebrity, etc. But my own life experiences have taught me that defining success just on those terms alone, like many mistakenly do, is superficial and those chasing that kind of success are very, very shallow. People like this also have little trouble at being phonies, liars, and backstabbers. They just see being so as coming with the territory. I'd say Vince has been very good at hiding his, in truth, losing hand. He's gotten good at that over years. After all, he's the ringmaster of a "work." But he still has to face his own disappointment and ugliness each day when he looks in the mirror.

**FLYNN**: Jesse Ventura.

**WARRIOR**: You know Jesse is a witty guy, great at sound-bites. That's why he did, in wrestling, better outside the ring than he did inside it. I think the moniker "The Body" is ill-fit. The guy never had a good physique when he was in the business and when he was in office he was nothing less than a fat, piggish slob. Jeez, did you ever see such a gut (laughs)! I think the disrespect and juvenile irreverence he showed to a governorship of a state was contemptible, and should be, by any decent adult, condemned. I didn't need to know, again as most decent people agree, that he doesn't wear underwear as he let the world know. And I was especially offended, as an American citizen and a guy who has taken the time to know and do more than speak from a pot-foggy mind, when he went to Cuba and after smoking some of his cigars comes back to this country singing the dictator's and Communism's praises. He really proved himself to be just as absent substance as other airhead, anti-American entertainers. He's a circus act.

**FLYNN**: Arnold Schwarzenegger.

**WARRIOR**: I would not have voted for Arnold in the election. He's not conservative. But I think they have underestimated Arnold. I think Arnold is going to get some great things done. They don't understand what kind of discipline the guy has had since his bodybuilding days—that career, what it has done for him, what kind of discipline it has instilled in him throughout everything else that he has done in his life. I know what it's done for me and there's nothing like it. I don't agree with the idea that has been advanced that we should amend the Constitution so he can run for President. I was a huge fan of his for years, for all that he had done. But as I matured myself, I thought he could have used his stroke in entertainment to make better choices about the projects he did, to more positively affect culture instead of just piggybacking on the degenerate stuff already going on. A few of his interviews I read around the same time reflected that he was very puerile in many ways.

**FLYNN**: The Rock.