Welcome to WarriorWeb                                   Page 1 of 1



The Official Online Presence of The Ultimate Warrior





Use PULSE link for ALL NEWS and Updates.

WARRIOR SPEAKS TO WWE DVD RUMORS.

All Ultimate Warrior & Warrior Trademarks and Copyrights are Reserved 1997 - 2005 Ultimate Creations, Inc.

WarriorWeb is NOT associated with Titan Sports or the World Wrestling Federation/Entertainment

http://www.ultimatewarrior.com/                          08/03/2005

DVD Rumor Response-07.27.05                                                                Page 1 of 9

Hello warriors.

WWE is releasing an Ultimate Warrior DVD set. Two prominent rumors are on the street. One is that the title will be "The Self Destruction of The Ultimate Warrior." The other is this, supposedly a WWE insider's anonymous post put up at Warrior Central:

"Hi everyone,

I know there is a great deal of BS and lies on the internet, so I understand if you do not believe me during this post, but I will go ahead anyway. I do not want to disclose my name, as I know the company monitors the internet quite tight, but I have been working as an intern at the production department of Titan Television (WWE's studios). I have been involved in the making of several DVD projects these past few months, one of which was the forthcoming Ultimate Warrior 2 disc set.

While I can't give out too many specifics on the set, I can tell you a few things that may upset you as Warrior fans, and would like your feedback which I will happily return to my supervisor, Mr Chambers.

First off, Vince McMahon and Warrior have actually spoke several times regarding this DVD. Those of you who have purchased WWE 'Legends' DVDs will know how they work...there is a documentary on the wrestler, and fellow superstars and office staff will talk about that wrestler - memories, favorite moments, opinions, backstage stories, etc. We recently released a DVD on the Road Warriors, which featured Animal tracing the roots of the characters and giving insights into their careers as superstars, wrestlers, and men.

Vince wanted Warrior to do the same, and called him at home. Warrior apparently has his own documentary film coming soon and said to Vince he would like to do a deal where they could have flyers inside each DVD to help advertise the other one. Mr McMahon said he didn't want to do this, as it wouldn't be a 50-50 beneficial deal(it would benefit Warrior much more than WWE), and that the shareholders wouldn't like advertising with a former talent.

Warrior was worried about being seen as a hypocrite if he appeared on the DVD, and when Vince refused advertising and a smaller fee than what Warrior wanted, Warrior refused steadfast to participate in it. Negotiations ended there on the phone, and I was

DVD Rumor Response-07.27.05                                                    Page 2 of 9

told by my supervisor that Vince told Warrior "Well then, we'll see what happens."

I can reveal to you that this DVD is not going to be one that fans will want to see. Many talents have appeared on this disc to talk about Warrior - Bobby Heenan, Pat Patterson, Paul London, HHH, JR, John Cena, Batista, Hogan, Eddie, Benoit and others - and every single one of them has painted him a negative light. All the comments make fun of Warrior, and talk about what an idiot, flash in the pan, and lucky guy he was.

There are also two bonus features on disc 2. The first is "Ultimate Impressions" in which current WWE superstars do their best impersonation of Warrior. It is sad to say the least - Benoit foams at the mouth and yells at the top of his voice...HHH messes his hair all up and pretends to be Warrior shaking the ropes, and Batista ties some bootlaces around his arms and talks to his hands. More insulting, there is a "Warrior Calamaties" montage of times when Warrior has made mistakes - slipping over, bloopers during interviews, botched moves, etc.

Basically, the whole thing is made to have the message that Warrior was intense and powerful, but also a bit of an idiot. He is painted in the same light as Doink, Repo Man and Duke Droese, rather than as a legend next to Randy Savage, Bret Hart and André. Sad - because the majority of people who would buy this would be UW fans from the 80s...and once they know that this is a giant farce, they will boycott it and the DVD will fail to sell.

Good business sense Mr McMahon!! It looks like another desperate attempt to bury UW."

Tellingly, and as is typical, this is a combination of small truths and fat lies. Specific advertising promotions were not discussed, money was not discussed at all -- let alone a proposed smaller fee causing disgruntlement, shareholders wouldn't like advertising with a former talent? -- ple-e-ase, WWE is practically a f'ing nursing home for former talent, and advertising and bilking it for all its worth all the time; negotiations didn't end on the phone -- I have more than a handful of voicemails from Kevin Dunn, and other communication, to prove it.

I do believe this was spawned in-house over at WWE, and that the writer was instructed to speciously concoct it and get it out, beginning with placing it at Warrior Central.

I did speak to Vince - one time only, not several times. He did call me at my house and left a message and I called him back. His call to me was prompted by a series of previous phone calls others had

http://www.ultimatewarrior.com/DVDRumorResponse-07.27.05.htm                   08/03/2005