ww.06.06.02                                                                                                                    Page 1 of 9

Hello. Warrior here. After much time away from the internet altogether, not just my own site, I had been working on a new Warrior Web post, and then I came across the news that Davey Boy Smith died...

Let us begin with the answering the demandingly curious. I am always asked if -- when -- I will be making a comeback to the ring. Especially now that Hogan (The Unprincipled Sellout) has come back to Titan. I can tell you this: I will never work for Titan Sports again.

Will I ever make a return to the ring at all? I can't answer that at this time. Not because I know and it has to be kept a secret. I can't answer that because I truly do not know at this time. Has it crossed my mind? Yes. In what capacity? With who? How? Those are good questions. Can I? Do I still have the fire and discipline that it would take? *Please,... just a little common sense.* I mean, there are men and women over a half-century old in the ring; none of them ever within a year's worth of heartbeats of having the physical or mental discipline I hold. I put more determination into, and extracted more sweat from, working just "one of my abs" than all the exhaustion that would come out of and all the wetness they, covered in sponges, could wish to absorb while the entire New York City Fire Department ran every hose they have over their heads for an entire week long, sleepless shift. Don't even get me started...yet...give me a few minutes at least to say hello and tell you what I have been up to.

Davey's Boy death...

I think it is more sorry than sad. Sorry because Davey let circumstances control him instead of digging down and conquering the circumstances of the challenges set before him. You "abuse" something long enough, it gets its revenge.

Make no mistake about it -- Davey died at 39 years of age because he chose to. The choices he was making led him to an early death. He, and he alone, killed himself prematurely. But few want to accept what is true.

Sad? I mean, make the comparison as many of you already have but would be unwilling to admit -- when Owen died that was sad. He wasn't treating his life with disrespect and dismissing his responsibilities as a man. He wasn't intentionally tempting fate or behaving destructively. He was the epitome of what a father, husband and real man should be. He made commitments and was heroically seeing them through. His life was unfortunately taken from him because of a tragic accident. Davey committed a slow, sure, suicide. He was eternally blaming his "falling of the horse" again and again on nothing more than circumstances of his life. Circumstances he kept creating for himself. I read over and over: "I was involved with the Harts for 20 years. It was the worst 20 years I've ever had. I have no intention of having anything to do with them." Why then was he banging his ex-brother-in-law's bimbo ex-wife? The tragedy of Davey Boy's loss of life is that he was acting the fool making a tragedy of his life. He chose it, no accident intervened. I don't mourn the same for Davey's loss of life as I did for Owen's.

All that said, I was once very close with Davey Boy. He and Dynamite took me under their wings when I first came into the WWF. I have many memories memorialized in my Warrior book. They were there at the very beginning in the Green Bay, Wisconsin promo room the very day I supplanted "Dingo" with "Ultimate" while cutting a promo insert to appear along with my first televised TV match. As many have already stated, they (Davey and Dynamite) were the "Lords" of road travel ribs and practical jokes and locker room antics. And they had this unusual ability to summons flatulence on command. Many a passenger on flights with them were sickened to the point of vomiting by their lack of restraint and civility in that regard. No one was safe. (Neither was any Haliburton.) And the best recourse, always, was to just roll with the gag and the personal punches. Those who didn't, found themselves sitting in it, or worse, sticking their hands in it...literally. They had a reputation of testing new guys on the block to

http://web.archive.org/web/20021001145340/www.ultimatewarrior.com/ww.06.06.02.htm        03/02/2006

see what kind of sense of humor you had. Good thing I had one. Many did not and they cracked under the "Hey, mate! Sleep with one eye open!" prodding. I saw them break more than a few guys down to literal tears simply out of frustration.

The last time I saw Davey was at a lawyer's office in Canada during the discovery process of my litigation with Titan Sports. We had subpoenaed him for a deposition to get information he remembered surrounding his and my '92 termination. His memory had been radically manipulated. He had survived his near-death ordeal with the spinal cord/staph injury, and he had been bought by Vince McMahon; this was after Owen's death. Davey telling me over the phone, "Vince flew Diana and I in and put us up at New York City's Waldorf-Astoria Hotel, first class all the way. He came to meet with us at the hotel and before 5 minutes was up he offered me a deal worth more money than I had ever made. I couldn't turn it down." Davey also went on to boast about how well he had healed since his debilitating injury, surprising even his doctors. Him telling me the reason was his supplement program which included "large, daily doses of Growth Hormone". My attorneys and I found that interesting since Titan was making litigation arguments that such a thing -- even an attempt to purchase such things -- constituted "moral turpitude". Davey was caught in many lies and contradictions during that deposition, all because he had a price. Any respect I may have had for him before that day rapidly disappeared into thin air.

Davey Boy was a drug abuser, not just a drug user. Just because you ingest "prescription" drugs instead of "non-prescription" drugs doesn't decrease your chances of becoming one any less. Although, when I was at WCW it was even revealed to me by Jim Neidhart that Davey and he regularly smoked crack. (Here's a drug for low-lifes and skid road losers.) Back injury? Go look at the WCW tapes before Davey supposedly injured his back on the trap door WCW had put in the ring. He was unstable and under the influence of something even then. Sure, records may substantiate Davey's back suffered an injury at some point and time, but the pharmacy records (toxicology reports if we had them) will show, if any one takes the time to look, that Davey was consuming copious amounts of drugs way before he was taking them for an injury. His alleged lawsuit against WCW was nothing more than a seedy attempt to grab some easy money.

Why am I stating this? Because I am sick of all the cover-up, phony emotion and flat out hypocrisy that is used to make what is unauthentic seem authentic. I'm tired of the quasi-coroner's character make-up job that gets done to cover up the multitude of vices an adult individual had when they were alive. As if to say: "One of our true heroes. Momentarily misguided." What is it that makes the people controlling the media platforms want to take the worst of its humans and glamorize them as if they are (were) the best? And what makes people who know things so conveniently forget?

All the top Superstars use drugs. All wannabe superstars use them. Many fall into perverse habitual use which leads to abuse. There are just as many drug-combination choices as there are drugs easily available to them. Painkillers, gimmicks to get up, gimmicks to get down, steroids, rejuvenation juice, liquor, marijuana, etc. And here's a news flash for all the ignoramuses: many of the super-effective hormonal drugs used by athletes are legal to obtain. Drugs like GH and Testosterone can be obtained legally. Go to any age-defying rejuvenation clinic, lay down your money, and walk out with the goods. Ask Hogan, he knows a good one. "Doctor-/physician-prescribed" is the protection mechanism that creates the line between legal and illegal. Doctors can be marks too. Those talent who have unexpectedly and prematurely died over the last few years are not aberrant "natural" occurrences. Relatively healthy individuals just don't drop dead in their 30's and 40's. The only thing natural about it is this: Naturally after such chemical abuse the body shuts down, ceases to operate, dies.

Look, people are going to do what they are hellbent on doing. Just don't insult my intelligence by claiming: We would never see or know the severity of it. It doesn't happen here and we don't allow it. You did, it does and you do. And to make the point further, I've got personal opinion and experience

about those types of things, all of it to be laid out in the book I've been writing. Many times there is nothing wrong, illegal or unethical if a person has a conscience and the discipline to control himself. Imagine that: a human being choosing to control what he does. My beef is that the truth is more often than not left out of the stories that do get told.

On the other hand, I am not dead. I get much mail, indignantly, telling me flat out that I am: "You are dead. I heard you were from a friend who would not tell me this unless it was true. Write back and confirm this." The day I actually do die no one will believe it. That fits though. Whenever I have had something to say I have said it here @ Warrior Web, since the origination of the internet and my participation, and still it is all the other fabrication elsewhere people still want to believe.

Truth is: Death will have to work hard to take me. I'm healthier than a thoroughbred horse and happy like one that gets the best grade of feed...(Some people will be disappointed to hear that.) And like a Triple Crown Winner, I'm still full up of my Warrior self...full of self-esteem, that is.

Most of that "...you died, and your "twin" brother took over, or someone else was Ultimate Warrior too, right?" (and the wondering "if") comes from the 1992 Wrestlemania 8 when I returned. Without a close look, it does look like it could be someone else. Largely because I was much lighter and my hair was shorter. Aside from that, and although it has been over 10 years since I wrestled regularly, people just aren't willing to accept the simple truth: I am the only one who has ever been the Ultimate Warrior. I created him, I own him, I lived him. And I don't have a twin brother.

Why the long silence? What have I been up to? I got busy doing the right things.

After the WCW stint in 1998 I fought through my legal battle with Titan to its eventual end. On March 3, 2000 that litigation ended the day it was to begin trial. The mindboggling aftermath was that, after things settled with Titan, I had to battle my own attorneys for nearly a whole year over very stunning concerns of deleterious and costly professional misconduct. The travail that followed could not have been better contrived even by sports entertainment/soap-opera writers. In the end, there was vindication. All of them were found guilty and reprimanded and penalized by the State Bar Association. I had prevailed and I had my life to get on with. It was never easy fighting those fights, but I am proud that I did. It was right, and it is NEVER wrong to fight for what is right. NEVER. You won't get that advice from most people when you find yourself in a similar position. You will have to find the strength yourself. The initial list of negatives far outweighs the positives. But believe me, down the road the regret for not standing up for what is right becomes a subconscious burden not even the largest shoulders can carry.

While I was fighting that fight with my own attorneys I became a father. My wife and I have an absolutely perfect baby daughter, Indiana (Indy) Marin Warrior, and we are expecting Warrior Baby 2 in December. Warrior, as many know (many more refuse to accept or acknowledge as if they have say so in the matter), is my entire legal name. It has been since 1993. The specious 2 second answer, given by uninformed others, for me taking that name: "Because he wrestled as the Ultimate Warrior." is disrespectful and undeserving of any further response. I write about this at length in my book. Anyway my wife took Warrior as her surname. And our daughter, Indy, has it as hers.

What can I say, becoming and being a father is incredible. It is also the proudest thing I will ever do. You know when you get asked that question "What is the best thing that has ever happened to you?" Your mind goes digging inside itself to get at the choice you want to make. Starts shuffling through all the memories till it pulls a handful or so out to the front of your mind, and then you try to pick the best three, narrow it down to the best one, but you always end up covering your butt by saying: "Well, it would be hard for me to say, but if I had to pick ONE of the best three or four things, I'd have to pick..."