You're on the spot and you're thinking "I know I'm leaving something out that is important, something special..." You just know you'll get called on it later for not saying this thing or including that thing, etc. I no longer have that dilemma. I can tell you without hesitation, and without taking anything away from all the other wonderful events of my life, including falling in love with my wife which was necessary for me to have this "best ever" -- The best thing that has ever happened to me ever in my whole life to this day is when my daughter, Indy, gave me a kiss. And it continues to be the best thing every time it happens. There is nothing like it in the entire world to me. That is how powerful bringing a life into the world is.

People will say that having a child changes your life perspective in an instant. I can say that it didn't do that to mine. My perspective about life was changing, seriously, way before Indy came into the world. The sporadic nature of my career contributed to that. I had time to take the time to see things I never paid attention to, and develop a learned understanding about them. And the fight with Titan revealed disorders about other people (society as a whole) I never saw, let alone understood. Let me just say: There are way too many people -- largely professional people -- who get unconditional, instantaneous respect and do not deserve one iota of it. They are charlatans, wolves in sheep's clothing, and they have no qualms whatsoever about destroying your entire existence. In the words of one of our greatest -- living or dead -- Presidents, Ronald Reagan: "Trust but verify." Few pass the verification test.

Needless to say, I am very skeptical and cynical of other people. And if you think, just as another human being, that that is sad. I agree, it is. But after the experiences I had, it has become a matter of protection for me and, now, my family. And, too, I am not not the same person I was 5, 10, 15 years ago. I don't think the same. I don't act the same. Many of the questions I had about life 15,10, 5 years ago have now been answered. What was important to me in years past is not, and what was not is.

Since I have not regularly participated in wrestling, I have had the time to develop other interests. I had to. I have spoke of those here on Warrior Web. For years I made my living by being physically explosive. The madder I became in the gym the more motivated I was to have the best physique, the most awe-inspiring intensity in Sports Entertainment. But when I got off the road I didn't have that motivator or that energy release night after night. What was I going do fail at running my life just because I couldn't run to a wrestling ring anymore? Sure, I could have done like so many others have done when the spotlight is gone. Just become a local barroom brawling bully pissing away my life, forcing career highlights on any sympathetic ears of losers at life that would listen, milking celebrity to get me out of jams, legal and otherwise, and all the while increase my People magazine DGF (Degenerate Coolness Factor) by ten times or more. I mean, look at all the dribbling "I'm an addict of something and have been victimized" scumbags that do it and get even more popular.

The sick part of that story is that it would have made many people happy. Why? Two reasons. People like to witness other people falling from high places. And because many other people losing at life want to be able to associate sympathetically with other emotionally distraught individuals who fall under the pressure of life.

I chose not to do that because I have more pride in myself simply as human being, putting aside any celebrity I earned, and I'm also not any good at sitting in my own pile of shit. It is my own personal opinion that people who over and over again choose to act stupid, weak and anti-human should no longer be allowed to interact with those of us that choose not to. Let your own imagination take it from there... Guys like Darryl Strawberry and Scott Hall and Robert Downey, Jr. and Mike Tyson, etc. should at the least be confined till death do we part in a place with all their recidivist others, and at best terminated so as to protect the future gene pool. There is no help for those who won't help themselves. I have no sympathy to offer here. And believe me, I won't in my life be begging for any either. The worst times in life, anyone's life, still hold the best thing about it -- Having it. Respect it and don't abuse it.

I am way past the stage of my life where I think irreverent, puerile behavior is cool. Titan, spearheaded by the McMahons, long ago crossed over the propriety line. All the bank in the world does not change that. You know it. I know it. The whole thinking world knows it. All their arguments defending their right to do it are nothing more than baseless rationalizations and base denials. The product they put out is sick and repugnant. And to participate, even in the less offensive segments, means you condone it.

I've always been about principles; and what is principled. I have always understood and practiced basic common decency, respect, civility, manners, etc. It is a part of me that has never left me. And I'm not giving it up just because it has been periodically cool to act otherwise. The absence of moral principle in the business, along with the crude, profane creativity, is why I don't, and will not, entertain anymore for a company such as Titan. It matters. It matters to me. And if that were my final answer it would be answer enough. In today's cultural debate where belligerent lying and hypocrisy and the twisting and tainting of the truth are omnipresent and constant, you just have to say "No, you are wrong." Because as long as they lack the bravery to disassociate themselves from it, they will never agree with what is knowingly right.

A couple years ago I was speaking confidently about my goals and intentions with what I call "Project Warrior". I'm still confident, but after becoming a father I intentionally changed my priorities and pursuits for a while. One of those was to get settled in an environment better suited to raise children. I knew that was not going to be in the area of AZ where I lived. Once a rural, ranch-like setting, the population explosion brought with it all kinds of new dangers; the worst -- non-thinking people. Instead of complaining like so many of the others around me who were witnessing the same thing, I decided I was going to change my own scenery. That entire process, finding the best environment, including the decision to actively participate in the building of a Warrior home (something I've wanted to do for a long time), took over a year. It was an incredible experience. We are mostly settled now, and my drive is to move full speed ahead with Project Warrior's vision.

Warrior Web is going to be getting some attention. I have to tell you though that the internet lost its appeal to me. I wrote a few years ago, here:

"It is no secret -- except maybe to those guilty as charged -- that the internet spawned a demimonde of liars, evaders and enablers of egregious, base speculation and sophistry."

It is obvious to me that the spawning has proliferated. Silence from any subject of their comments only exasperates speculation and sophistry. My silence encourages them to tell bolder bald-faced lies. None of them have the discipline to seek out the truth, and never are they the bearers of good, positive news. I don't want to know people like this. I don't even want to give these people, who have repetitively proven themselves to be obfuscaters and liars, a chance. I get requests to do interviews all the time from radio and internet people. The question I ask myself is "What for?" What purpose does it serve? For me it serves none. I happen to think, although I appreciate the fans who enjoyed my career, that people have more important things in their own life to listen to or do. If I help provide an interview that always has the chance to be taken out context (most times is), then I'm doing nothing more than condoning and supporting the lying and the idiocy. I don't have to take that chance, so I don't. So many of the questions asked are not deserving of answers.

The attention Warrior Web is going to get, however, will not be the addition of the typical bells and whistles other sites have a lot of. It is irritating to me to go to a site and have ad pages download over pages I really want to see, and, what is it...the shockwave? stuff just bothers me more. Some tricky computer generated images, ones that take more time to download than to actually play, are just a waste of time to me. I'm looking for substance, not visual effects. I enjoy learning something, and thinking to

do so. All the visuals and the solicitation to get me to use my feelings instead of my thinking is a little overdone. Especially on a computer screen. If I want to get set back into the seat of my chair from entertainment I go to a movie or see something performed live. To start, and until I find someone who gets it about what I want to accomplish with Warrior Web, the attention may just be in the form of more frequent writing. I would like to do something interactive that is inspiring and informational. So I'll be looking into that too.

I am also ready to discuss offers about making appearances in and out of the ring. Let me say this first...

The majority of the stories written about me and my experiences with promoters I have worked for are erroneously lopsided. The one word answer to the why of that is "jealousy." Look, people get in this business to succeed. Success comes in many different forms. You often times do not even know that till you experience success yourself. But to stay on point, people strike out in this career with the want to be the best, to be recognized by the business side of it as having become the best. No? What, people seek a career in it to stay at the bottom, fail? Whatever criticisms people want to make about me, the fact that I succeeded -- no matter the angle of analysis taken to evade this -- is there and never disappears. I'm not going to, here in this internet post, provide an exposition exposing the outright stupidity and falsehood inherent in 99% of all that anybody has ever stated about me. But has anyone ever just wondered: "Here's a guy that gets bashed from all sides, nearly all the time, yet if all that lambasting is true how and why did the guy ever succeed to begin with? They say he's a nutcase. How then was he able to bamboozle the intelligentsia in charge? And if every single word of the adverse commentary were true, all that going against him, what did he still do? He succeeded." That is always what you have to get back to, because the Succeeding is always there. And that is enough to fuel the bias dialogue rooted in jealousy.

I write this because I have in the last couple of years had discussions with people about making that "in the ring" reappearance. I get many requests from independents. Some time ago I discussed the idea with this guy named Andrew McManus, who was taken to be respectable. But somewhere in the middle of the negotiations he begins to make announcements as if I had committed myself. I think that would take a signed agreement, which he did not have. He seemed to believe this was okay. I saw it as sign that something wasn't straight up about this guy. I let him know this and, he, instead of just being a man's man saying "my interest is no longer there," goes behind my back bad mouthing me and my character. I found out and ceased any further discussion about ever working for him. I have a "Superstars" file on my computer that holds 27 different correspondences from 01.16.01 - 03.12.01 which verify the truth of all this. But what does the guy go on to do? He continues to advertise me to appear anyway and when I legally handled this, he lies and blames the entirety of cancellation on me. I'm not sorry to say this: I do not work with people who conduct themselves that way. I don't care if they have a mint that makes money. And so it goes.

The point I'm making is, I am a reasonable guy, and I can be easy to work with. I just don't go for getting screwed with. I do not let others purposely misinterpret an understanding we come to, officially, have between one another. During the negotiation process, if I say something I mean it, I'm not just blowing smoke out my ass. If a guy agrees to conditions and deadlines with me, he needs to come through or I will not perform just because he believes I am supposed to put guilt and fans above the terms of the agreement. It is amazing how promoters will think otherwise. I have worked with four independent promoters; three of them I performed with, and one, negotiations fell through. The three I worked for all tried to circumvent the terms of the agreement. The fourth guy was Andrew McManus, and I told you about how that deal soured. I know four independent promoters is a small number compared to what guys who work the independent circuit full-time are dealing with. But the presumption would be that I, working the Ultimate Warrior character, would be the least susceptible to any promoter problems, and that if I do not appear it must be because I had or created the problem. That