is just not true. The reason why is that many, not all by any means, of the Indy promoters have nothing to lose at trying to scam anybody, including the fans. And when their scam does not work, as I have found out, they put all the heat on the talent.

Up and comers, guys who really want to strike out in this business and make a career out of it, often times have no choice. They have to do things and put up with things that are not right. Unfortunate but true. I had to do that too when I first started out. When you need money just to buy gas to get out of town, you have little choice. Today, I don't have to put up with it, and I don't.

At this stage of my life, with the cultural atmosphere running against the grain of my own beliefs and principles, I don't see doing independents, with principled promoters who want to do something decent and good-natured, as a step down, but rather a step up. A step up out of the cultural darkness prevalent in all kinds of entertainment. Many believe that in Sports Entertainment Ultimate Warrior is one of those hero personas that can fill the void. I agree. I know the expensive glamour and show presence isn't going to be there, but I will perform proudly and with pride in smaller venues, building from there. All this talk about the dislike of the degeneracy (not just talk coming from others; I'm speaking more about my own inner dialogue)...somebody...I've got to begin, even in small ways, to do something about what I do not like, while I still have the physical discipline and potential and The Ultimate Warrior character still has the name recognition that he does. I have to believe there are people and places yearning for a better example of adult and public-athletic-event behavior. Getting this done, making it achievable is a two-way street. I am exploring opportunities to do this with reputable people only, Indy promoters who act with principle and follow through. If you are not, I will find that out, so do not waste your time. Maybe I'm just being naive, and there are no principled promoters, independent or otherwise. Let's find out. If there are, contact me here first via email. Anyone out there familiar with the entire independent scene that could work as a collaborator of sorts, contact me as well.

I am also relocating Warrior University. It will be more than just a school training those who wish to pursue Sports Entertainment careers. I will be elaborating on that within a couple of months. WU is not ready to begin immediate training or initiate the ancillary projects I have in mind. However, I am reviewing the requests of those interested -- with the requisite raw talent -- in participating in the near future. Contact me here @ Warrior Web first. Learning moves is one thing, learning the business of it is another thing altogether. At WU -- if enough raw talent comes forward -- both will be taught.

There are rumors that I have negotiated with the Jarrett's. I have. But there is no obligating agreement; no signed papers. Additional context of the rumor was that I asked to have 15% of the company. That is not true. And there is no proof of that. I did have my attorney write some language over issues concerning the protection of my rights to the Ultimate Warrior character outside any copyright JSE would seek to attain. And there were numerous other details still to be worked out. Since the time I have received that language from my attorney, which has not been forwarded to JSE, I have changed my mind about joining up over there; very recently in fact. Although I enjoyed talking to both Jeff (whom I have only met one time; when he was a little kid; when Steve and I began there in the mid 80's as the Freedom Fighters, then Bladerunners) and his dad, Jerry, I am seeing recent creative decisions that were unexpected based on the talks I had with them. (Within this post lies a point made that goes to the heart of this.) Of course, TNA is their's to do with as they wish, as it is mine to decide what I will or will not do with my character, The Ultimate Warrior. The best to them.

I am also exploring offers to do personal appearances and public speaking. If the cost of having The Ultimate Warrior perform in the ring doesn't work for you, then there are other ways we may be able to work together. Contact me here at Warrior Web.

Intellectually, I believe what I am today is more valuable and empowering than anything I ever did in

the ring. The world needs more of its public identities to become even more leader-worthy. I have worked hard to be more than just whatever I did in the ring. Become more of a responsible adult who leads by knowledge and example. Of course I am not ashamed one bit by having done what I did. I am very proud of it. But there are bigger American Adult responsibilities that come with having been able to realize your own individual success story in a country that secures your Freedom to do so. If there is a "duty" people have, as so many argue, then to me this is it: When you grow up, think and act like it. Although there is much one can teach, motivationally, from having mastered his own craft, there are some worthier time-honored lessons public identities should be knowledgeable enough about so that they can teach them too, to an audience already sitting in the palm of their hand. And it is especially more important when your audience is kids.

Not since the beginning of this country when the Founding Fathers performed heroically, do we need heroes more than we do now. I don't use that reference lightly. Never one to have held on to long-term idols, I found myself inspired by the words and acts of the Founding Fathers of this country. They are, as I am proud to say today, my Heroes. All kids should have the chance to find and decide for themselves about these great originators of this country. (There are actually some schools in this country who are trying to remove the learning about them out of their curriculums.) The inspiration they provide just keeps giving and giving. They are the real studs. These guys had balls that dug trenches in the ground when they walked. Let me just add, if you are a parent with kids, get and read and disperse all the books on American history that you can. There is nothing more chillingly motivating to read about than the courage of the first real Patriots, true American Heroes.

It is also not my intention, especially at these definitively patriotic times, to trivialize the word "hero" or "Heroism" or use it lightly at all. It is not any actor's right, fortunate to find themselves successful playing an entertainment hero, to think himself a hero in the same vein as those heroes who gave, and daily risk giving, all their tomorrows so that we should still have ours. Yes, all heroes begin human. It is just that point we should use to ask ourselves: "How close, or removed from, am I to living an example of a heroic life, myself?"

On another similar note, I am disappointed to find out that Bret Hart has written a "soft", almost "Pillsbury pudgy" column calling Hogan a Hero. I don't know what criteria Bret is using to judge Hogan a hero. Maybe just the anecdotal stuff he put in the article. If so, I'd say Hogan, a person with heartstrings like us all, took the time to show his caring side, while, also, thinking to take advantage of the press-op. And who of us, traveling as we did up and down the road, hasn't had the 50th petitioner for an autograph call us an asshole, not knowing we just spent every last available second we had signing 49. Still, if that is what it takes to be a hero, that is a pretty low bar to hold up as the standard. In Sports Entertainment, Hulk Hogan is the standout, the White *Elephant*. He is the face most people know and will remember. Each one of us that has danced inside the squared circle concedes this much. But a hero? Do we call a guy who milked a philosophy of life -- one he pushed on and sold to kids -- that he really doesn't live by, a hero? Do we call a guy who's whole life is absolutely nothing but a work, "real" and a hero? (There are plenty of people in the business who will not say this. But there is nobody in the business that does not know it.) Do we call a guy who turns bad and good and bad and good for the storyline and a few more bucks to add to millions already accumulated, a hero? Do we keep calling him a hero when he sues the poorly-paid-just-trying-to-do-my-job storywriters for defamation, making the circus-like claim that they legitimately slandered his reputation? Do we call the same guy a hero when he has the bank and connections to do something positive but cowers to his own inner fears of failure and sells out to the sleaziest promoter pimp there is? Do we call the same near 50-yr-old guy (now a grown man, an inveterate, iconic role model for all the youth) a hero when he still refuses to exercise his mind and inspire us with ideas that are more serious and worthy? (Keep building your body, sure. But use your mind a little.) Do we still call this guy a hero when the attention -- ergo, influence -- he commands is worldwide yet he finds it ok to stand and watch and participate in programming that

pushes the lowest, viliest forms of human behavior?

Unlike Bret and many others, I don't use a grab bag of feelings to determine the character of someone. Hogan is no Hero. And believe me, these questions I propose, here, are just a paltry poke at getting to know that. I'm writing...

Perhaps Bret is paving the way to soothe any previous pains he had about returning to Titan. *After all, Hogan is there, he's a hero.* Ironically, timing couldn't be better. Michaels has come clean about the Montreal screwjob, and stepped back in the ring, to set the stage. Or perhaps, the dysfunction of the Hart family knew only one boundary -- Sadly, he's no longer here to clarify that for us. It's time to stay strong in character, Bret. Don't let your separation, possibly nostalgia, from the business make you lonely, then weak. And before you scrawl out a dismissive, scathing retort -- sure to appear -- let me say that I had previously always held you in high regard. You seemed, after all, a man of varied accomplishments. Maybe one of those you haven't developed is the everyday, common courage it takes to draw a deep, distinct line between what really is right and what really is wrong. If for nothing else than all the eyes and ears upon you. Calling Hogan "real" and a hero is wrong. Too many people are listening to you. You know better. You should do better. You once seemed the fighter. But, when the truth is told, you only whined about what Titan did to you, I warred and made what was wrong, right.

That's all for now. Always Believe, Warrior