1  John T. Gilbert, #004555
2  Steven G. Ford, #016492
   **ALVAREZ & GILBERT**
3  Suite 300, The Citadel
   2727 North Third Street
4  Phoenix, Arizona  85004
5  (602) 263-0203 (phone)
   (602) 265-9480 (facsimile)
6
   Jerry S. McDevitt, Esq.
7  Curtis B. Krasik, Esq.
   Amy L. Barrette, Esq.
8  **KIRKPATRICK & LOCKHART**
   **NICHOLSON GRAHAM LLP**
9  The Henry Oliver Building
   535 Smithfield Street
10 Pittsburgh, Pennsylvania  15222
   (412) 355-6500 (phone)
11 (412) 355-6501 (facsimile)

12 Attorneys for Defendants

13
                  **IN THE UNITED STATES DISTRICT COURT**
14
                    **FOR THE DISTRICT OF ARIZONA**
15

16 ULTIMATE CREATIONS, INC., an Arizona
   corporation; WARRIOR and DANA               **Case No. CV06-00535-PHX-ROS**
17 WARRIOR, husband and wife,

18          Plaintiffs,
                                               **DEMAND FOR TRIAL BY JURY**
19      vs.

20 VINCENT K. McMAHON and LINDA
   McMAHON, husband and wife; TITAN
21 SPORTS, INC., a Connecticut corporation;
   WORLD WRESTLING ENTERTAINMENT,
22 INC., a Connecticut corporation,

23          Defendants.

24

25          Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants

26 Vincent K. McMahon and Linda McMahon, Titan Sports, Inc., and World Wrestling

27 Entertainment, Inc. hereby demand a trial by jury of any issue triable of right by a jury in this

28

action.

RESPECTFULLY SUBMITTED this 6th day of March, 2006.

ALVAREZ & GILBERT

By s/Steven G. Ford
John T. Gilbert, #004555
Steven G. Ford, #016492
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona  85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
Amy L. Barrette, Esq.
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

COPY of the foregoing mailed this
6th day of March, 2006,
to:

Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By: s/Steven G. Ford

2