EXHIBIT "B"

02/19/1996   20:49   2123887570        JEFFREY LICHTMAN          PAGE  02



WORLD WRESTLING FEDERATION®                                    LINDA E. McMAHON
                                                              President and COO

        VIA FACSIMILE - 212-308-7570 (home)
        February 19, 1996

        Warrior
        c/o Jeffrey Lichtman, Esq.
        Gerald L. Shargal Law Offices
        1585 Broadway, 15th Floor
        New York, NY 10035

        Dear Warrior:

        Based on the representation to Titan that James Hellwig has
        legally changed his name from James Hellwig to one name,
        Warrior, this agreement has been drawn between Titan Sports,
        Inc. (Titan) and Warrior.

        By this letter, you (Warrior) and Titan Sports, Inc. (Titan)
        d/b/a the World Wrestling Federation (WWF) agree to the
        following terms and conditions, and Vince McMahon is
        authorized by you to announce your return as the Ultimate
        Warrior during the live broadcast of "Monday Night Raw",
        February 19, 1996.

        It is the intent of Warrior and Titan within thirty (30) days
        from the date herein, to incorporate these terms and
        conditions as stated into a more formal and comprehensive
        document, but until that occurs, this letter binds both
        Warrior and Titan.

        Term:  18 months from the date of signing this agreement.

        Services: You agree to perform as the Ultimate Warrior, make
        personal appearances, attend press conferences, appear at
        promotional functions, etc., and to provide these services
        exclusively to Titan.  At all times these services are
        provided by you as an independent contractor to Titan.

        Compensation: One million dollars ($1,000,000) to be paid
        bi-weekly.  said compensation includes payment for all
        services and the full exploitation of the Intellectual
        Property Rights of the character Ultimate Warrior.  No
        additional payment is due Warrior by Titan for royalties or
        any services.

        The above compensation is for fourteen (14) working days per
        month, twelve (12) days allocated to wrestling either at live

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone:203 352 8618
Fax  203 352 8717

® Registered Trademark of Titansports, Inc.

Warrior              Page 2              February 18, 1996

arena events, PPV telecasts, or personal appearances, press
conferences, etc., and two (2) days allocated to taping WWF
cable and syndicated programming.  Additional days will be
compensated at $2,500 per day.

Creative:  Titan and Warrior agree to mutually discuss and
plan creative design of merchandise and character
representations.  Titan and Warrior agree to mutually discuss
opponents for Warrior and the schedule of matches and to work
together in developing story lines for character development.
However, the final determination of the outcome and the
"finish" of the match resides with Titan.

Territory:  The World

Travel:  Warrior will be provided First Class flight
accommodations.

Drug Testing:  Warrior agrees to abide by Titan's current
drug policy.

Intellectual Property Rights:

   (a) Titan owns trademarks and registrations for the
   mark, Ultimate Warrior.  Titan hereby transfers
   ownership of the marks to Warrior.  Simultaneously,
   Warrior licenses exclusively to Titan in perpetuity the
   marks for all wrestling related uses of the mark which
   include, but are not limited to, wrestling performances,
   appearances, and merchandise items, and videos.  More
   specifically, Warrior agrees, and hereby represents that
   he will not license, assign, consent or grant the right
   to the use of any of the marks to any person, entity, or
   organization involved in the promotion of professional
   wrestling.

   (b) Warrior agrees to assume all costs of maintaining
   current registrations, new registrations, legal costs
   for monitoring and defending against infringements on a
   worldwide basis.

   (c) Titan has the exclusive right with Warrior during
   the Term of this Agreement to fully exploit the
   character, marks, indicia, persona, performances, and
   image and likeness of "The Ultimate Warrior"
   (Intellectual Property) without any additional
   compensation to Warrior.

Warrior agrees to pay Titan a twelve percent (12%) royalty on
gross profits on non wrestling products like the comic book
which is already in production.  Gross profits to be defined



Warrior                  Page 3                February 18, 1996

as gross revenue less direct costs (for you to define) but
not overhead costs.

Titan has the exclusive right to record Warrior's appearance,
or performance for any Titan related activity in any media
and owns all works in perpetuity.

Warrior University (WU):  Titan and Warrior agree to move
forward to develop a business plan and budget to operate the
Warrior University, a business concept proposed by Warrior to
audition and train potential new WWF stars at Warrior's gym
facility.  Titan's commitment is to develop the business plan
by the end of March, 1996, and to endeavor to implement the
advertising and marketing program by the end of May, 1996.
Titan and Warrior may enter into a license agreement relative
to the operation of WU, the terms and conditions of which are
to be determined when the business plan is finalized.

Warrior agrees to be reasonably on site at Warrior University
when he is not appearing for Titan and to be actively
involved in the business plan, concepts, training program.
Warrior's personal time and involvement are integral to the
license deal.  Should this license go forward, Warrior agrees
that he is not due any additional compensation for any
services he provides as provided for in the license.

Titan and Warrior agree to mutually plan the dates of the
Warrior World Tour.

Titan agrees to provide advertising or promotional space in
its magazines every month and during its television programs
when appropriate, for Warrior's comic book, WU, and other
products which have been mutually approved.

Confidentiality:  Other than as may be required by applicable
law, government order or regulations, or by order or decree
of the Court, Warrior agrees not to divulge or discuss the
terms and conditions of this agreement either in particular
detail or by general description.  ~~~~~~~~~~~~~~~~~~~~~~
guaranteed contract in terms of compensation  would be a
general description classification.  Confidentiality is a
material condition and any breach of this provision by
Warrior or his agents will terminate the agreement
immediately and Titan will have no further obligation to
Warrior.

This agreement is made in Connecticut and shall be governed
by and interpreted in accordance with the laws of the State
of Connecticut, exclusive of its provisions relating to

02/19/1996  20:45    2123087578           JEFFREY LICHTMAN                    PAGE  05



Warrior                    Page 4                    February 18, 1996

matter in question arising out of or relating
agreement, the enforcement of any provision therein,
breach of any provision thereof, it shall be submitted to the
federal, state or local courts, as appropriate, only in the
State of Connecticut. This provision to submit all claims,
disputes or matters in relation to the Federal or state
courts in the State of Connecticut shall be specifically
enforceable, and each party, hereby waiving personal service
of process and venue, consents to jurisdiction in Connecticut
for purposes of any other party seeking or securing any legal

I believe the foregoing accurately states our understanding.
Please sign where indicated below and return to me.

Sincerely,
TITAN SPORTS, INC.

By: _____
        Linda E. McMahon

Date: February 10, 1996

Accepted and agreed to:

_____
        Warrior

Date: _____

EXHIBIT "C"

WARRIOR SUSPENDED INDEFINITELY!!

Officials at TitanSports announced earlier today that the Ultimate Warrior would be suspended indefinitely due to his failure to make three scheduled apperances last weekend in Indianapolis, Detroit and Pittsburgh.

In order to fill our commitment to our fans, the Warrior will compete tonight on Monday Night Raw in his scheduled match agains Owen Hart. However, immediately following that contest the supension will officially begin.

"This suspension will be immediately lifted however, as soon as the Warrior posts an appearance bond to insure WWF fans that he will appear when advertised," further explained Federation President Gorilla Monsoon issued statement. "We remain hopeful that the Ultimate Warrior will soon post an appropriate appearance bond and return to action. Despite the immense popularity of the Ultimate Warrior, no one wrestler is above answering to our loyal WWF fans."

For further details concerning this late breaking story, watch tonight on Monday Night Raw!!

7-31-1996          America Online:Baxmur          Page 1

AUG 30 '96  03:52PM

Warrior Update....This past week end the Ultimate Warrior was not in Indianapolis, Detroit and Pittsburgh giving rise to rumor and speculation. Although over the week end the WWF reported on some ongoing contractual discussions, it was learned today from Warrior that he had been notified on Friday that his father had passed away.  We at the WWF offer our condolences to Warrior and his family.

7-31-1996     America Online:Baxmur          Page 1

1  HEBERT, SCHENK & JOHNSEN, P.C.
   1440 E. Missouri Avenue
2  Missouri Commons Suite 125
   Phoenix, Arizona 85014
3  Telephone: (602) 248-8203
   Facsimile: (602) 248-8840
4
   Shawn K. Aiken - 009002
5  Philip R. Rupprecht - 009288
6  HART, BAXLEY, DANIELS & HOLTON
   59 John Street
7  New York, New York 10038
   Telephone: (212) 791-7200
8
   Charles E. Baxley
9  Joseph T. Murray
   Ira Cohen
10
   Attorneys for Plaintiffs WARRIOR
11 and ULTIMATE CREATIONS, INC.

12

13              SUPERIOR COURT, STATE OF ARIZONA

14                    COUNTY OF MARICOPA

15
                                            CV96-15377
16
   WARRIOR and ULTIMATE CREATIONS,
17 INC.,                                 Cause No.

18              Plaintiffs,
                                         CERTIFICATE OF COMPULSORY
19 V.                                    ARBITRATION

20 TITAN SPORTS, INC.; WORLD
   WRESTLING FEDERATION; VINCENT K.
21 McMAHON and LINDA McMAHON,
   husband and wife; INTERNATIONAL
22 PROMOTIONS, INC.; STANLEY
   TORGERSON; MACFRUGALS BARGAINS
23 CLOSE OUTS, INC.; and JOHN DOE 1-15,

24              Defendants.

25          The undersigned certifies that the largest award sought by the complainant, including punitive

26 damages, but excluding interest, attorneys' fees and costs exceeds the limits set by local rules for compulsory

27 arbitration. This case is not subject to the Uniform Rules of Procedure for Arbitration.

28

DATED: August 28 1996.

HEBERT, SCHENK & JOHNSEN, P.C.

By: _____
Shawn K. Aiken
Philip R. Rupprecht
1440 E. Missouri, Suite 125
Phoenix, AZ 85014
Attorneys for Plaintiffs

I:\WARRIOR\ARB-CERT.WPD

2