1  John T. Gilbert, #004555
2  Steven G. Ford, #016492
   **ALVAREZ & GILBERT**
3  Suite 300, The Citadel
   2727 North Third Street
4  Phoenix, Arizona 85004
5  (602) 263-0203 (phone)
   (602) 265-9480 (facsimile)
6
   Of Counsel:
7  Jerry S. McDevitt, Esq., Pro hac vice
   Curtis B. Krasik, Esq., Pro hac vice
8  Amy L. Barrette, Esq., Pro hac vice
   **KIRKPATRICK & LOCKHART**
9  **NICHOLSON GRAHAM LLP**
   The Henry Oliver Building
10 535 Smithfield Street
   Pittsburgh, Pennsylvania 15222
11 (412) 355-6500 (phone)
   (412) 355-6501 (facsimile)
12
   Attorneys for Defendants
13

FILED _____ LODGED
RECEIVED _____ COPY

APR 0 5 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

14           **IN THE UNITED STATES DISTRICT COURT**

15             **FOR THE DISTRICT OF ARIZONA**

16 ULTIMATE CREATIONS, INC., an Arizona
17 corporation; WARRIOR and DANA        **Case No. CV06-00535-PHX-ROS**
   WARRIOR, husband and wife,
18
19          Plaintiffs,            **INDEX OF EXHIBITS FILED NON-**
                                   **ELECTRONICALLY IN SUPPORT OF**
      vs.
20                                 **DEFENDANTS' MOTION TO DISMISS**
   VINCENT K. McMAHON and LINDA    **COUNTS TWO AND THREE OF THE**
21 McMAHON, husband and wife; TITAN  **FIRST AMENDED COMPLAINT**
                                   **AND**
22 SPORTS, INC., a Connecticut corporation;  **DEFENDANTS' REPLY TO**
   WORLD WRESTLING ENTERTAINMENT,   **PLAINTIFFS' RESPONSE TO MOTION**
23 INC., a Connecticut corporation,      **TO DISMISS**

24          Defendants.

25

26

27     Defendants Vincent K. McMahon and Linda McMahon, Titan Sports, Inc. and World

28 Wrestling Entertainment, Inc. ("Defendants"), through counsel, hereby submit the Index of

Non-Electronically Filed Exhibits in support of Defendants' Motion to Dismiss Counts One and Two of Plaintiffs' First Amended Complaint and Defendants' Reply to Plaintiffs' Response to  Motion to Dismiss pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, Section J.2.  The non-electronically filed exhibits filed herewith are as follows:

1.      One copy of DVD (in plastic jewel case) entitled "The Self-Destruction of the Ultimate Warrior".

DATED this 5th day of April, 2007.

ALVAREZ & GILBERT

By
John T. Gilbert, #004555
Steven G. Ford, #016492
Suite 300, The Citadel
2727 North Third Street
Phoenix, Arizona 85004
(602) 263-0203 (phone)
(602) 265-9480 (facsimile)

Of Counsel:
Jerry S. McDevitt, Pro hac vice
Curtis B. Krasik, Pro hac vice
Amy L. Barrette, Pro hac vice
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

COPY of the foregoing mailed
this 5th day of April, 2007,
to:

Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By: _____