05/20/03: 'Animal Rebuttal...Morals and Professional Wrestling'

Hello warriors. Great emails. Thanks much. Let's get started.

Charlatans and enablers, both, furtive executers of the ruse.

Animal wrote in response to Warrior Writer post of 5/14.

ULTIMATE IGNORANCE !!!

*The commentary that the Ultimate Warrior wrote the other day on his website deserves no response, as he cannot help his ignorance, it speaks for itself and has no merit whatsoever.*

*But I will say this:*

*First we look forward to a long and successful business relationship with the WWE. It is a great company, with great people running it. We have a new found appreciation and respect for our business.*

*Hawk and I just came back from a two week Mission trip to South Korea and supported our military troops and went to several Christian schools, which was truly rewarding.*

*We are proud of our lifestyle changes, and we have grown and matured as individuals who appreciate things like never before, like the Wrestling Profession.*

*On the other hand you are just another person writing about something you know nothing about. You have just joined an elite group. Congratulations!*
*Best of luck to you, Jim!*

Ignorance meaning "not having the knowledge," there are many things I am ignorant about. Nowhere do I claim to hold the knowledge about everything. However, I am not ignorant in the naive, demeaning sense Joe intends the term, nor am I ignorant in the correct use of the term, i.e., unknowledgeable, as it is related to the subject causing the exchange of our comments with one another.

What I wrote about Animal, the Road Warriors on 5/14.

The best worm-eaten line I read was something Road Warrior Animal said. Looking forward to his 4th or 5th serving of McMahon poop-pie after toughly swearing each successive time Hawk and he would never be back, Animal said he was "glad morals are coming back into the business." Earth to Ani...ah, forget it. Whoever is looking for a serious, Starship Enterprise hook-up needs to get with Animal because he's got to be smoking or injecting the best stuff there is — that line is simply from another friggin' planet.

Morals are coming back? He must be confusing PAX with WWE to ease his shame about bowing and bending over at the altar of McMahon...again...again...and again. Hey Joe, don't feel too bad, it's only

*begging. Since when were morals synonymous with born-agains (Hawk! and him? born-again) behaving like hypocrites? Here we go one more time -- a born-again's piety being used as an excuse instead of an empowerment.*

There is no ignorance. My readers know begging and your return to WWE is begging. Begging for a hand out. It's not called swallowing your pride, its called swallowing your own s#%$ and eating some extra thrown on top. You are not in a position of industry power to call your own shots. Those days are behind you and you never held the kind of power like marks will forever fallaciously believe. And when you held the little that you did, you apparently squandered it with personal imprudence.

You can look forward all you want, but your business relationship will be anything but long or successful. WWE is a great company to those who have no principles and the people who run it are great only to those who enjoy working for people who are just as unprincipled. Marriages made in hell. They also have no problem making those who come back on their hands and knees suffer. You may be convincing yourself through some deep rationalization therapy that you have found a new appreciation and respect for the business, but trust your first gut instinct, Joe -- you've only just struck a new low.

You may have changed, and being born-again is admirable (the hypocrisy isn't which we'll get to in a minute) but that doesn't mean WWE or its owners have. Or that they give a rat's ass what you belief. They have an excellent history anyone can look to to know that. In your own case alone, it has been but only a few months since last seeing excerpts of what Hawk and you creatively expressed about WWE and Vince re your own repulsive memories. Vince must be having nightmarish fits between laughing and anxiety -- laughing at your belief in your faith and worried that all his talent is going to go born-again. You do what they tell you to do, quit fooling yourselves and others.

Now, let's get serious...

You say, morals are coming back? Bravo!, "morals" actually means something, here; your statement makes it so. Hurray! -- In a world filled with moral relativity, we're making headway. Your statement also means that if morals are coming back then they were missing. If they were absent we can look to those times when they were, and say that those times were not moral. From there we make a comparison between those times and today's times (times when you claim morals are coming back) -- and see for ourselves, then ask the audience, "Are morals truly coming back?"

Ah, too bad, you lose this round. Simple common sense tells anybody with even half-a-mind working that what programming is today is what it was then, and vice-versa. Is Shawn Michaels the return of morals you're referring to? If it is, then I, and many, many others in our audience can't find what it will take to think so low.

The most substantive illustration of your, and other *hypocritical* born-agains, own ignorance here seems to be what you do not truly know about what you assertively profess you know

most about. I'd like to invite you to enlighten us -- cure our ignorance -- but I'm not so sure you are qualified.

Because, you see, I've read The Book -- many times. In case, you didn't know, I'm a curious guy who likes to read. Many are the dog-eared pages and the annotations in the margins in The Book of mine. Yet for the life of me, I can't find anywhere how your choice -- made by your own Creator-endowed free will -- to participate in the industry during these especially morally deteriorated times finds a "fit" with the lessons of the beliefs you practice.

Now I can find, then come to know, as I have through my readings of other brilliant, original thinkers and theologians like Augustine, Aquinas, Martin Luther (not King!), John Locke and more, that morality is simply choosing what is right, true and good over what is wrong, false and evil to guide the course of the actions I take in my life. Moreover, I can know that I don't need a middle person (or need to pay a fee) to have contact with the Creator. And, I can know that He expects, similarly, that I won't run to throw the responsibility of using my sui-generis human creation off on any other middle person, group or identity.

Yet, the beliefs you profess to practice don't allow any "moral" wiggle room, so to speak. In The Book there is not any discrepancy whatsoever when it comes to what morality is, ergo, what immorality is. What is immoral is what is sexually profligate, gratuitous -- anything sexually overdone, overemphasizing the prurient nature of bodily desires. For those of you forever to be only wrestling fans, that means -- sleazily slinging it around like you're a primate in heat out in the jungle.

Recognizing the nature of the SE industry, then, would be enough for any genuinely born-again person to find himself in a dilemma, yes? no?

What, then, are the natural questions to be asked?

If a common sense understanding about the sexually explicit nature of today's sports entertainment industry is not enough to answer the question of whether it is immoral or moral according to the standard set down by the belief system born-agains profess to practice, where do we go to find an authoritative answer? Do we go outside His word to find the answer?

What about organizations like PTC or Morality in Media? These organizations, run by decent, upstanding, caring, dedicated born-agains and faith-based people studiously find that WWE programming is morally degenerative, especially for young minds. One of the top 5 worst shows. Are these people authority enough? Are they wrong? Nuts? Zealots? What? What other authority, Joe, would you have people use if other qualified born-agains or the distinctive description in The Book cannot guide them?

Would you look to your born-again comrade Sting? Ted Dibiase?

Steve Borden's comments:

"It's too sexual, too raunchy. It's just filth. At times, there's nothing there that you'd want your children to see. And it's nothing good for adults to see, either."

"The moment that it does start to go too far and it just continues and I don't see any change, then I'll have to bow out." (The questions, I suppose, are just how much farther out does it have to go to be judged for exactly what it has long been and already is; and will Steve refuse to bow to pressure to jump back into what he knows, himself, is raunch and filth?)

**Ted Dibiase's site:**

"Ted believes that now, when three of the top five shows on cable television are pro wrestling, and the quality and content of most of the wrestling being viewed today is disgusting..."

"Ted believes the youth of our nation are in for the fight of their lives. He wants to help them avoid being poisoned by the value system of today's culture and not be influenced by the barrage of filth and garbage being thrown at them by today's society. (Movies, TV, etc.)"

"Ted wants to challenge men to be all they can truly be and not just some self-glorified "macho man." He wants to challenge them to be real men, godly men. A godly man is a man who will be a servant in his home and community. He is a man who will discover his unique destiny and enter today's cultural warfare and make an impact for God's glory. He is a man who will be there for his wife and children, assuming the role of spiritual leader of his family as called on by God to do so, and not bailing out when the going gets tough. Ted wants men to know that a real man is a man who will strive to be a leader by setting a godly example and not merely someone who just follows the crowd."

Enough for us to know yet?

Let me tell what is enough to unequivocally solve the dilemma. Enough is the always asked question to those who are born-again: "How do you justify being in the business while following your faith, how do you square one with the other?" That's it. There is no more proof necessary. *That the question always get asks is the answer.* And when further proof is shakily provided -- the line has been crossed over into hypocrisy, deceit and denial. At that point, one set of the proverbial two sets of footprints in the sand are fading away.

Does the morality of your belief system, Joe, survive scrutiny while you willingly participate in programming that on a whole is judged immoral by the very standards you say you look to to guide your life? Or is that determination, too, based on faith?

Just what kind of sliding scale do you use to measure what you condemn yet also condone? It'd be interesting to see for many of those who are paying attention to you.

I know from my own reading of The Book, there are many stories -- allegorical or not -- illustrating more courageous behaviors and tougher sacrifices than refusing to participate in an industry, literally and figuratively, hell-bent, at this time, on being creatively immoral and

destructive to young minds. Are you want for courage? discipline? Perhaps you should reevaluate the depth of your own faith to find what you need to do what is right instead of what is obvious rationalization.

I reckon, as do many others in the audience, somehow you're making it all 'fit," not for a higher purpose but your own.

You have a greater responsibility, Joe, to explain yourself. The Book -- again, where you find the beliefs you say you profess -- speaks volumes on being an example of godly behavior. In the position of influencing others, esp. those young minds, you should explain yourself. Tell us, not just superficially and dismissively but thoroughly and deeply with conviction, how you make the contradiction work. God endows us with the gifts empowering us -- he doesn't expect, *or respect,* that we use them as excuses. You are and you're letting yourself get away with it.

True, so we find here at this thoughtful journey's end, there is ignorance... and hypocrisy and envy -- even flat-out deceit and dishonesty -- but it ain't mine, brother -- it ain't mine.

Look, Joe, take some advice from a guy who's truly invested in growing up. One day you're going to hit a wall because you're living fradulently, and your an enabler to others to do so as well.

You and others with the same *hypocritical* born-again gimmick want to fool yourselves that your one of the few standing up to the tide of degeneracy and immorality. No you're not. Aiding and abetting is what you're doing. WWE's machination machine is a monster none of you control. You do your thing, thinking that you're a kind of moral corrective, and WWE is doing 50 degenerate and immoral things (at least) behind your back having laughs a-mile-minute disrespecting you and what you believe. You're conning yourself if you think otherwise, and when you choose to play the game, the biggest con ends up being that you are conning everyone else.

Whatever is degenerate, debased and immoral out there in the world, all that you wouldn't want showing up in your own backyard in your own loved ones faces (no list is necessary, pick up a newspaper or watch the news), you and people like you are enabling it by preaching one thing and practicing another. Your ability to rationalize the irrefutable moral/immoral contradiction is an example set that is an example learned that is an example replicated. Your example is that you are not man enough to find the courage, the self-discipline or the strength in faith to do anything beyond being a follower, a blind one at that. What you willingly refuse to see, all young minds and eyes are upon. You are doing nothing but standing behind your faith, hiding behind the face of God. The Book could also tell you a great deal about shame, Joe. You should really read it.

Keep your luck, Joe. I don't believe in it and you need it worse than I.

I have to run, before I do I want to address an email making the rounds out there written by a

former WWE employee making fallacious assertions.

Let me begin by saying the writer of this email couldn't groom my groin hairs -- he doesn't have the skills. A former writer for the WWE he claims to be -- let us be clear, son, when I did my thing guys like you -- writers -- weren't even an idea.

Funny, well over 12 years after last being in the ring with Rick Rood, this former WWE employee now claims Rick took me to the mat outside the ring, and Curt Hennig would have done worse to me. How creative to be the first one to come up with that idea -- one wrestler having a beef outside the ring with another wrestler. Absolutely Brilliant. No wonder you're out of work, and freelancing with grab-my-ankles-like-this?-am-I-bent over-far-enough-yet? newsletter parasites. You know the locker rooms at events are generally full -- *duh, the rest of the card* -- any chance anyone who isn't deader than a drugged, squished rat is able to verify this dream you had? A little Jayson Blair advice – run out and make someone up...quick, I'll wait...the things I do to be a nice guy.

I mean, really, too many people mistake my congeniality for timidity. What's up with that? Ask yourselves -- a guy without any connections in the wrestling business rises up through all the real killers to its top -- boy, I really must be a wuss, a guy who would just let others piss-slap him, a guy fearful of physical contact, a 280 pound guy who would just lay down and let others beat him. Man, its a wonder I survived; people must have really been watching my back for me. I never knew I was that special then. Gee, thanks, guys. Love you, too, man.

But, to be a good sport I tell you what, you dig up the deteriorating stiffs, and dig up that murdered Davey Boy, too. Put all your creative questions to them face-to-skull and each time their bony mandibles articulate "But, it's true," I'll be embarrassingly caught in not fessing up to what you claim. And to make it more worth the wrestling world's while, I agree to fight all three of them at the same time while we film a "Weekend at Warrior's" version of Weekend at Bernie's."

Look, my sense, and sense of humor, is sharper than yours. Give it a break. Entertain yourself -- go sit by a paper shredder and get rid of your worthless ideas and inutile newsletters, I don't have the time to be a flyswatter. You are all just pissed off because I haven't died, and, worse, that I am not afraid to.

Let me end by thanking all of you who disparage me most, for your efforts are in vain. Your attempts have only increased the depth of legitimate curiosity others have to find out for themselves who I truly am and what I'm truly made of. As a consequence, my audience grows for speaking engagements and the volume of my voice spreads farther and farther. Appreciate it.

Two, five, ten years from now, all the guys 40-50-60! years of age are still going to be trying to "fit" in, or working as agents, while I will be well into an even more successful career that will motivate and stimulate me throughout the entirety of my lifetime. It's easy for someone who has being doing a "work" their whole life to put on a feigned happy face. But the truth we all

know is that, those guys who have gone back to Vince are sick at themselves on the inside, disgusted at what they really are, know that when it comes to real, honorable character they don't have any of the kind that makes you truly proud to be who you are. Whatever miniscule amount they can drum up is a work. A life working yourself -- now there's a real goal.

Your Founding Father of Ring Intensity, Always Believe -- Warrior

BACK TO VAULT

BACK TO MIND