Feec



# WARRIOR TALKS - RESPONSES

By Melissa Beecher, February 26, 2003

WALTHAM - He didn't leap off the top buckle of the squared ring, or even don his infamous face paint and armbands, but make no mistake about it - the Ultimate Warrior was center stage at Bentley College last night.

Hundreds of students - mostly young men - flocked to Bentley's Wilder Pavilion to hear the former World Wrestling Federation superstar discuss his life, conservative politics, the destruction of diversity and Americanism.

Bringing his own flair and four letter words, the Warrior - formally Jim Hellwig who legally changed his name in 1993 - talked to the audience about his perspective on life.

"When I was your age, I would have never attended a speech on politics. Only after doing something so physical like wrestling, I turned to reading, writing and studying the great books of the western world," the 43-year-old Warrior said.

"What I am now is a conservative Republican. I got sick of the degenerate behavior, especially from men, and the way people conduct their lives," said the Warrior.

Daring students to pay closer attention to politics and a changing American society, the Warrior first spoke about his rise to fame.

The Ultimate Warrior first came on the wrestling scene in 1985, but did not achieve stardom in the WWF until 1987.

A fan favorite, the wrestler enjoyed his stardom until 1991, when a legal battle ensued over the rights of his character. After a lengthy battle, the courts ruled in the Warrior's favor and he was able to retain the rights to the Ultimate Warrior.

http://www.ultimatewarrior.com/PSFeedback.htm

01/18/2006

The character has not been seen on camera since 1998, when the Warrior fought alongside Hulk Hogan, another wrestling icon.

"My advice now to young people is that each time you are at a moral crossroad, do the right thing. Every decision that I have made in my life, I stand by. Men need to evolve beyond the piss and vinegar of their 20s to people that can use their minds and think," the Warrior said.

"I do not miss wrestling because I knew that I could do something beyond it. When I last saw Hulk Hogan it saddened me because here was a man in his 50s that never evolved past the old wrap, 'Say your prayers, take your vitamins.' How about go out and talk about capitalism or the benefits of tax cuts," the Warrior said

The Warrior also spoke about the need for American history to be taught in public schools and against liberal ideology.

"Liberals are trying to create a country that cannot think for themselves. Liberals want to destroy America by deconstructing history in its entirety," the Warrior said. "Our society is choking to death on moral relativity."

Diehard Warrior fans were not let down, however, with the seemingly metamorphosed wrestler. Using obscenities and colorful language, the former WWF champion kept his audience entertained.

Bentley students Randy Reynolds and Tyler Bussmann arrived at the speech dressed as WWF wrestlers. Bussmann, who wore the Ultimate Warrior's face paint, arm bands and red Speedo, posed for pictures with the Warrior. Reynolds, who dressed as Hulk Hogan, the Ultimate Warrior's rival, wore the red headband and yellow costume traditionally donned by the 'Hulkster.'

"The school gave us $10 for this event and the Warrior spoke to a packed house. He exceeded all of my expectations," said Andy Prunier, co-vice chairman of the Bentley College Republicans, the group that sponsored the event. "He didn't sugarcoat anything and I appreciated that."

"What you come to college for is to hear a variety of views, both liberal and conservative, and he really let his views be known," said junior Matt Revan. "He is direct and gave it to us straight."

"I really didn't know what to expect, knowing that the Warrior is a rookie as a speaker. But this really was a great event. We couldn't be happier," said Chris DeRose, a freshman co-vice chairman of the Republican group. "He got up there and presented some important issues."



By Michael Shalik, Long Island , N.Y.

February 26, 2003

After weeks of anticipation, former WWF Champion [The Ultimate] Warrior came to my school, Bentley College (in Waltham, Massachusetts) last night as a special guest of the Young Republicans and Young America's Foundation to speak about "The Destruction of Diversity." He began his presentation by playing a movie highlighting his wrestling career that really got the crowd going. Being a huge Ultimate Warrior fan as a kid, it was really a great thing to see. When Warrior came out, I was really in awe to see the guy in person. He is still a very imposing figure, and came across very well spoken and well read.

He said that although he usually gets right into the topic at hand, he would talk about his professional wrestler career before getting on to his actual speech. He gave a really good breakdown of his career, saying he first graduated high school with hopes of becoming a chiropractor, but after getting his start in bodybuilding and eventually in professional wrestling, the money was so good in wrestling that he never really had the need to go back to open his own chiropractic office. He said how beating Hulk Hogan at WrestleMania VI was naturally the highlight of his career, and that after that point he really felt as though it was almost anticlimactic. He had reached the top of the mountain, and wasn't happy with doing the same old thing once he was at that level. He left the company because of creative differences and eventually returned later in 1996 after a call from Linda McMahon. In his time off, Warrior had opened a health club, started his comic book series, as well as other business ventures. When he returned, he was a different man - no longer the "Feel the Power" Ultimate Warrior, but now the "Always Believe" Ultimate Warrior.

He had his own project going and wanted to plug the new Warrior image into their system. When he felt that Titan was ripping off his ideas and marketing the ideas themselves, his back was against the wall and he had no other choice but to leave the company and settle things in court. After a long ordeal, Warrior finally prevailed in court over the WWF and should have been in the clear. It was at this point where his lawyers tried to steal some of his settlement from Titan, and because of a confidentiality agreement Warrior had with Titan, Warrior had to defend himself in court against his own legal team that had been ripping him off. After another year in court with them, Warrior prevailed once again and is now touring the country doing what he loves - speaking to young people and educating.

His actual speech - "The Destruction of Diversity" - was very interesting. Warrior is a strong conservative and a Republican, although he did stress that he believes in conservative philosophies - not necessarily all the political affiliations that go along with conservatism. He is very into the potential of human life and living your life morally, with honor. He explained what conservatism stood for, and was pretty clear about his negative views on liberalism eating away at what America stands for. He said America is the greatest nation in the world hands down, and he was sickened how many immigrants (legal and not) come to this country looking for handouts and are not willing to assimilate into American society and defend American rights and beliefs. He made it clear that he wasn't against people coming here and practicing their own faiths, but its people who come here and try to make America into their country that he didn't like. He feels that the things that America stands for are rotting away - and that immigration is a large part of it.

It was a great speech, and I am honored that I got to meet the guy who was really a larger-than-life figure to myself as a child as well as legions of others.



Feed

P: 1 of 7

Troy Rumans, Washinton University, St Louis
September 22, 2003

Some came to cheer, others came to jeer, but students of all political persuasions could not resist the lure of the Ultimate Warrior, a former professional wrestler with the World Wrestling Federation who frequently espouses his conservative values.

The Warrior, who legally changed his name in 1993, attracted over 150 listeners on Thursday. Though definite delineations could be seen between conservatives and liberals in the crowd, most of the students came simply as fans.

Topics addressed included the Warrior's position as a role model, the depravity of the wrestling industry, the hypocrisy of society, and the perceived pitfalls of liberalism.

The Warrior used a few anecdotes from his childhood to illustrate his attitude toward self-improvement.

"It was never the reaching of the goal that made me happy...it was striving to reach the goal," said the Warrior.

He said that he has an overall feeling of disgust with the world's current situation.

"It frightens me to think of the lack of thinking...in the world out there," said the Warrior.

He said that he acted as a conservative throughout his life without recognizing it. The people that disgusted him in his life were the liberals of the world.

"All those whiners, those bitches, they're the liberals," said the Warrior. "I don't like liberals."

Reactions to the Warrior's speech were mixed.

"It was certainly a lively atmosphere," said sophomore Eric Portis. "I don't necessarily agree with everything he said, but I'm glad he was brought to campus."

Many students expressed disappointment over the lack of political commentary throughout most of the presentation.

"I was expecting him to talk more about his politics," said Emily Katz, president of the Conservative Leadership Association.

CLA, who helped to bring Warrior to the campus, preceded his arrival with a veritable blitz of media hype. Katz noted that a few members dressed up like wrestling girls. Numerous advertisements ran in the Washington Witness as well.

College Republicans leader Kelley Mesa said that the recent Warrior speech exemplifies CLA's method of voicing their ideas.

"[CLA is] great about getting interesting kinds of guys in [that are] real eye-catching," said Mesa . "They have a different approach to things."

Previous speakers include Phyllis Schlafly, Marshall Fritz, and Paul Cantor. Katz has a few ideas for future speakers, but nothing is set in stone yet. They plan on bringing in sports star Reggie Jones to speak during black history month, and are trying to bring conservative speaker Ann Coulter to campus as well.

After quitting the wrestling world for good in 1998, the Warrior opened a health club and started a comic book series. He has spent much of his time researching today's society and has been speaking about the subject on college campuses for the past year and a half.



Nicholas Norcia , Penn State University

October 17,2003

"The difference between conservatism and liberalism is the difference between thinking and feeling. Those who think make the world work — not those who feel."

So said former pro wrestler Warrior, addressing a standing-room-only crowd in 101 Thomas Building in a speech sponsored by Young Americans for Freedom.

The evening began on a whimsical note — with a video montage of Warrior's finer moments in professional wrestling, culminating with his classic Wrestlemania VI victory over Hulk Hogan. During another early highlight, Warrior called forward two students who came dressed as he and Hogan.

But after a brief summary of his wrestling career, Warrior was quick to re-establish the evening's mood as one of serious-minded intellectuality. "How many people here know about the great books of the Western World?" Warrior asked. When only a few hands went up, he shook his head and sighed.

He gave his three primary reasons for public speaking: "To inspire activists ... to get people who previously haven't paid attention to politics to start paying attention, and lastly to piss liberals off."

The audience answered these with resounding applause.

In his speech, Warrior stressed the importance of a conservative philosophy of life, which he sees as embracing morality and what is "right, true and good over what is wrong, false and evil."

Feed

He stressed a differentiation between this conservative philosophy of life and conservative politics: "Most conservative politicians do not live by a conservative philosophy of life," he said.

Warrior constantly made challenges to the members of the audience.

He finished his speech with a final challenge: "No iniquity or cruelty can exceed our own if we pusillanimously ... surrender successive generations to a condition of wretchedness. Will you do in your life what will live forever?"

That closer was met with a standing ovation. Most who attended stayed for all of Warrior's 75-minute speech; many had to stand the entire time.

"That was the greatest speech I've seen at this school," said Mike Jozkowski (senior-mathematics). "He emphasized that what makes this country great is self-reliance — the pull-yourself-up-by-your-bootstraps mentality."

Young Americans for Freedom Chairman Toby Eberhart was pleased with the turnout. He conceded that it had a lot to do with Warrior's celebrity, but he felt the audience was receptive to the message. "If 10 people walk away from this with a better knowledge of themselves, we've accomplished our goal," Eberhart said.

by Rob Hirschbuhl, Penn State University

October 16 th 2003



Show had a huge crowd. More than the room could hold and alot of people were forced to stand.

Show started with a video package of some of his wrestling highlights. Biggest pops were for Hogan, Heenan, Andre, and the blue steel cage.

He spotted a few fans dressed up as the Ultimate Warrior before he got into the speech. One was also dressed as Hogan, but it was fully because he was pretty fat and only wearing yellow tights. He called them on stage and took pictures with them and got the crowd to cheer for them.

His speech was incredibly conservative. He wanted to know who in the crowd was liberal and conservative. He went as far as to say he "could never be friends with a liberal." In his opening statement, one of the things he wanted to accomplish was "piss liberals off." Called liberals "Weasly whiners."

http://www.ultimatewarrior.com/PSFeedback.htm

01/18/2006

P: of 7

## STUDENT FEEDBACK (from www.yaf.org)

"I am a Bentley College student. I recently saw the Warrior speak here and I would like to say what a fantastic job he did. He certainly ruffled a few feathers, but all the while making his point and sticking to his beliefs. He would not stand down to any challenge. I would definitely enjoy hearing him speak again in the future. He was a great guy and extremely friendly and receptive to us. I enjoyed talking with him, and hearing what he had to say. GREAT JOB. He is a keeper, keep him moving and get more people to see what he has to offer." --Chris DeRosa, Bentley Student

"We had the Warrior come and speak to us at Norwich University on conservatism vs liberalism. I can tell you, I sensed the same energy from that crowd as if they had been watching Warrior destroy an opponent years before in the wrestling ring. He was passionate, articulate and absolutely right on in his discussion. He eloquently elaborated on what you don't see Conservatives doing, ie. burning a flag, shutting down businesses to interrupt everyday life; and he stirred our nearly full crowd to a level I have not seen on our campus in my four years. The highlight of my night (besides the speech) came when I was approached by a cadet who was formerly in the Navy and he said to me, "You know, I didn't really realize I was a Conservative until tonight." I don't know about other Conservatives, but it makes me feel wonderful to discover a new-found Conservative that you've known for years. Warrior rocked, he entertained, he ruffled some feathers and it was great. I encourage everyone to experience Warrior Wisdom first hand, it's a true learning experience." - Paul Smith, Norwich University student



BACK