Warr    'entral : Speaker: Penn State University                                                                          P:    ' of '

# Warrior speaks at Penn State

by Rob Hirschbuhl

The Ultimate Warrior (now Warrior) was on the Penn State University Campus Thursday 10/16/03. He was giving a speech on living conservative lifestyle. Sorry it took me a few days, but I wanted to tell you about it incase you wanted to write about it.

Show had a huge crowd. More than the room could hold and alot of people were forced to stand.

Show started with a video package of some of his wrestling highlights. Biggest pops were for Hogan, Heenan, Andre, and the blue steel cage.

He spotted a few fans dressed up as the Ultimate Warrior before he got into the speech. One was also dressed as Hogan, but it was fully because he was pretty fat and only wearing yellow tights. He called them on stage and took pictures with them and got the crowd to cheer for them.

His speech was incredibly conservative. He wanted to know who in the crowd was liberal and conservative. He went as far as to say he "could never be friends with a liberal." In his opening statement, one of the things he wanted to accomplish was "piss liberals off." Called liberals "Weasly whiners."

Quotes about wrestling:

Wrestling is "not good anymore." No surprise there.

He left wrestling (the break from 1993-1996) because "wrestling became perverse."

Called Vince McMahon a "scumbag" at least four times.

Quote: "In all of my years of wrestling, one thing I never learned how to do was wrestle." Kind of funny

Said his stint with WCW failed because he wanted to be the one guy who would spread a good message, and Hogan and Bischoff said that fans wouldn't get it and wouldn't allow him to do it. Said he'll never work for Vince or Eric again.

There was a loud hooting and hollering from people outside the room, and he paused for it to stop, and then addressed it by asking "Are those liberals?" It was pretty funny, but he really does not like liberals.

He changed his name (he never stated either of his old first or last names) to Warrior. I was curious as to how it all works, and

Warrior Central : Speaker: Penn State University

Page ? of ?

**Warrior, Speaker: Penn State University**

here it is. It's his full name. His driver's license, apparently says Warrior. It his wife's and children's last name. His father left him when he was 12, and never accepted responsibility, and said that his father's last name meant nothing to him, so he changed it to something that did.

Said president Clinton was "disgusting."

There was a Q & A session afterwords. Alot of people got up and left and he thanked all of them for coming even though they didn't want to hear the Q & A.

After Q & A, he said whoever wants an autograph or picture could come up to the front. I couldn't believe how well he treated the fans during this. Alot of the people he was with were trying to get him to leave but he wanted to stay. He would talk to everybody until they didn't have anything to talk about. He signed anything you wanted, took endless pictures, he even spoke on the phone to one fan's parents. He came off as a very nice patient guy during this part. I told him I loved the work he did with Rick Rude. He said that was his best opponent because Rick was a guy who wanted Warrior to look good and who went out of his way to teach him things about the business. Said something kind of odd here, he said "As much as I loved Rick, I'm glad he's dead" and guys like Rick because he didn't want people who did drugs on the same planet as his children. I understood what he was saying, but he sounded real harsh, saying he was glad he died. Other favorite opponents were Hogan and Andre. I asked him "Is there anyone in the business that you're still close with?" He responded with a hearty "No." A fan asked if he had ever wrestled Ric Flair. Warrior said he had once, but doesn't think footage of it exists. Said "I don't think Ric liked me." When there was only like the final three or four serious fans left in the room, someone asked where he was going after this, and to my surprise he told us (it was a sports grille). He said we could join him if we wanted to, but I didn't really want to. He seemed to not like talking about wrestling as much as politics.

Return To Warrior Speaker

Warrior : Speaker: Penn State University Speech

# Warrior speaks on conservativism

By Nicholas Norcia
Collegian Staff Writer
Oct.17.2003

"The difference between conservatism and liberalism is the difference between thinking and feeling. Those who think make the world work -- not those who feel."

So said former pro wrestler Warrior, addressing a standing-room-only crowd in 101 Thomas Building in a speech sponsored by Young Americans for Freedom.

The evening began on a whimsical note -- with a video montage of Warrior's finer moments in professional wrestling, culminating with his classic Wrestlemania VI victory over Hulk Hogan. During another early highlight, Warrior called forward two students who came dressed as he and Hogan.

But after a brief summary of his wrestling career, Warrior was quick to re-establish the evening's mood as one of serious-minded intellectuality. "How many people here know about the great books of the Western World?" Warrior asked. When only a few hands went up, he shook his head and sighed.

He gave his three primary reasons for public speaking: "To inspire activists ... to get people who previously haven't paid attention to politics to start paying attention, and lastly to piss liberals off."

The audience answered these with resounding applause.

In his speech, Warrior stressed the importance of a conservative philosophy of life, which he sees as embracing morality and what is "right, true and good over what is wrong, false and evil."

He stressed a differentation between this conservative philosophy of life and conservative politics. "Most conservative politicians do not live by a conservative philosophy of life," he said.

Warrior constantly made challenges to the members of the audience.

He finished his speech with a final challenge: "No iniquity or cruelty can exceed our own if we pusillaninously ... surrender successive generations to a condition of wretchedness. Will you do in your life what will live forever?"

That closer was met with a standing ovation. Most who attended stayed for all of Warrior's 75-minute speech; many had to

http://www.warriorcentral.net/pennstate.html

01/18/2006

stand the entire time.

"That was the greatest speech I've seen at this school," said Mike Jozkowski (senior-mathematics). "He emphasized that what makes this country great is self-reliance -- the pull-yourself-up-by-your-bootstraps mentality."

Young Americans for Freedom Chairman Toby Eberhart was pleased with the turnout. He conceded that it had a lot to do with Warrior's celebrity, but he felt the audience was receptive to the message. "If 10 people walk away from this with a better knowledge of themselves, we've accomplished our goal," Eberhart said.

Return To Warrior Speaker