| | |
|---|---|
| 1 | John T. Gilbert, #004555 |
| 2 | Steven G. Ford, #016492 |
|   | **ALVAREZ & GILBERT PLLC** |
| 3 | 14500 N. Northsight Blvd. Ste. 216 |
|   | Scottsdale, AZ 85260 |
| 4 | (602) 263-0203 (phone) |
|   | (480) 686-8708 (facsimile) |
| 5 | |
|   | Of Counsel: |
| 6 | Jerry S. McDevitt, Esq., Pro hac vice |
|   | Curtis B. Krasik, Esq., Pro hac vice |
| 7 | Amy L. Barrette, Esq., Pro hac vice |
|   | **KIRKPATRICK & LOCKHART** |
| 8 | **PRESTON GATES ELLIS LLP** |
|   | Henry W. Oliver Building |
| 9 | 535 Smithfield Street |
|   | Pittsburgh, Pennsylvania  15222 |
| 10 | (412) 355-6500 (phone) |
|   | (412) 355-6501 (facsimile) |
| 11 | |
|   | Attorneys for Defendants |
| 12 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife, | **Case No.  CV06-0535-PHX-ROS** |
| Plaintiffs, | |
| vs. | **AMENDED NOTICE OF DEPOSITION OF WARRIOR** |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation, | |
| Defendants. | |
| ———————————————————— | |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; | |

1  WORLD WRESTLING ENTERTAINMENT,
   INC., a Connecticut corporation,
2
3
                Counterclaim-Plaintiffs,
4
5       vs.

   WARRIOR,
6
                Counterclaim-Defendant.
7
8
9
10       **PLEASE TAKE NOTICE** that, pursuant to Rule 30, Fed. R. Civ. P., the deposition will be
11  taken upon oral examination of the person whose name and address are stated below at the time and
12  place noted before an officer authorized by law to administer oaths.

    **PERSON TO BE EXAMINED:**                  Warrior
13
14

    **DATE AND TIME OF DEPOSITION:** `    Tuesday, June 10, 2008 at 9:00 a.m. and continuing on
15                                            Wednesday, June 11, 2008 at 9:00 a.m.
16
    **PLACE OF DEPOSITION:**              Alvarez & Gilbert, PLLC
17                                        14500 N. Northsight Blvd., Ste. 216
                                          Scottsdale, AZ  85260
18
    **COURT REPORTER BEFORE WHOM**
19    **DEPOSITION IS TO BE TAKEN:**      Brush and Terrell Court Reporters
                                          Donna Terrell, RDR, RMR, CRR
20                                        23331 N. 90th Drive
21                                        Peoria, AZ 85282
                                          Tel: 623-561-8046
22

23  **VIDEOGRAPHER: (if to be videotaped):** K-Video, Inc.
                                          3241 E. Shea Blvd.
24                                        Phoenix, AZ 85028
                                          Tel: 602-992-4443
25
26
27
28

                                              2

Testimony shall be recorded by stenographic and video graphic means.

RESPECTFULLY SUBMITTED this 27th day of May, 2008.

ALVAREZ & GILBERT PLLC


By: s/JTG/#004555                   .
John T. Gilbert, #004555
Steven G. Ford, #016492
14500 N. Northsight Blvd. Ste. 216
Scottsdale, AZ 85260
 (602) 263-0203 (phone)
 (480) 686-8708 (facsimile)

Of Counsel:
Jerry S. McDevitt, Pro hac vice
Curtis B. Krasik, Pro hac vice
Amy L. Barrette, Pro hac vice
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

COPY of the foregoing mailed
this 27th day of May, 2008 to:

Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By: s/JTG/#004555                   .

3