| | |
|---|---|
| 1 | John T. Gilbert, #004555 |
| 2 | Steven G. Ford, #016492 |
|   | **ALVAREZ & GILBERT PLLC** |
| 3 | 14500 N. Northsight Blvd. Ste. 216 |
|   | Scottsdale, AZ 85260 |
| 4 | (602) 263-0203 (phone) |
| 5 | (480) 686-8708 (facsimile) |
|   | Of Counsel: |
| 6 | Jerry S. McDevitt, Esq., Pro hac vice |
|   | Curtis B. Krasik, Esq., Pro hac vice |
| 7 | Amy L. Barrette, Esq., Pro hac vice |
|   | **KIRKPATRICK & LOCKHART** |
| 8 | **PRESTON GATES ELLIS LLP** |
|   | Henry W. Oliver Building |
| 9 | 535 Smithfield Street |
|   | Pittsburgh, Pennsylvania  15222 |
| 10 | (412) 355-6500 (phone) |
| 11 | (412) 355-6501 (facsimile) |
|   | Attorneys for Defendants |
| 12 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife, | **Case No.  CV06-0535-PHX-ROS** |
| Plaintiffs, | |
| vs. | **AMENDED NOTICE OF DEPOSITION OF DANA WARRIOR** |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation, | |
| Defendants. | |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; | |

1  WORLD WRESTLING ENTERTAINMENT,
   INC., a Connecticut corporation,
2

3              Counterclaim-Plaintiffs,

4       vs.

5  WARRIOR,

6              Counterclaim-Defendant.

7

8

9

10       **PLEASE TAKE NOTICE** that, pursuant to Rule 30, Fed. R. Civ. P., the deposition will be

11  taken upon oral examination of the person whose name and address are stated below at the time and

12  place noted before an officer authorized by law to administer oaths.

13  **PERSON TO BE EXAMINED:**                Dana Warrior

14

15  **DATE AND TIME OF DEPOSITION:**          Thursday, June 12, 2008 at 9:00 a.m.

16  **PLACE OF DEPOSITION:**         Alvarez & Gilbert, PLLC
                                     14500 N. Northsight Blvd., Ste. 216
17                                   Scottsdale, AZ  85260

18  **COURT REPORTER BEFORE WHOM
     DEPOSITION IS TO BE TAKEN:**    Brush and Terrell Court Reporters
19                                   Donna Terrell, RDR, RMR, CRR
                                     23331 N. 90th Drive
20                                   Peoria, AZ 85282
                                     Tel: 623-561-8046
21

22
    **VIDEOGRAPHER: (if to be videotaped):** K-Video, Inc.
23                                   3241 E. Shea Blvd.
                                     Phoenix, AZ 85028
24                                   Tel: 602-992-4443

25

26

27

28

1  Testimony shall be recorded by stenographic and video graphic means.

2  RESPECTFULLY SUBMITTED this 14th day of March, 2008.

ALVAREZ & GILBERT PLLC

By: _s/JTG/#004555_____ .
    John T. Gilbert, #004555
    Steven G. Ford, #016492
    14500 N. Northsight Blvd. Ste. 216
    Scottsdale, AZ 85260
    (602) 263-0203 (phone)
    (480) 686-8708 (facsimile)

    Of Counsel:
    Jerry S. McDevitt, Pro hac vice
    Curtis B. Krasik, Pro hac vice
    Amy L. Barrette, Pro hac vice
    KIRKPATRICK & LOCKHART
    PRESTON GATES ELLIS LLP
    The Henry Oliver Building
    535 Smithfield Street
    Pittsburgh, Pennsylvania  15222
    (412) 355-6500 (phone)
    (412) 355-6501 (facsimile)

COPY of the foregoing mailed
this 27th day of May, 2008 to:

Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By: _s/JTG/#004555_____ .