John T. Gilbert, #004555
Steven G. Ford, #016492
**ALVAREZ & GILBERT, PLLC**
14500 N. Northsight Blvd., Ste. 216
Scottsdale, AZ 85260
(602) 263-0203 (phone)
(480) 686-8708 (facsimile)

Of Counsel:
Jerry S. McDevitt, Esq., Pro hac vice
Curtis B. Krasik, Esq., Pro hac vice
Amy L. Barrette, Esq., Pro hac vice
**K&L Gates LLP**
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>               Plaintiffs,<br>     vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>               Defendants. | **Case No. CV06-00535-PHX-ROS**<br><br>**DEFENDANTS' FINAL SUPPLEMENTATION OF DISCOVERY PURSUANT TO SECTION 1(G) OF THE COURT'S FIFTH AMENDED RULE 16 SCHEDULING ORDER** |

Pursuant to Section 1(G) of the Court's Fifth Amended Rule 16 Scheduling Order, Defendants, Vincent K. McMahon, Linda McMahon, Titan Sports, Inc. and World Wrestling Entertainment, Inc. (collectively, "WWE"), respectfully submit this final supplementation of discovery.

WWE reserves the right to not call the following witnesses, reserves the right to not use the following documents, reserves the right to object to the admissibility of the following documents, and reserves the right to call additional witnesses and use additional documentary evidence for purpose of impeachment.

### A.    **Witnesses That WWE May Call at Trial**

WWE may call the following individuals as witnesses at trial:

**1.    Vincent K. McMahon**

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. McMahon is the current Chairman of WWE.  Defendants expect Mr. McMahon to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. McMahon on the DVD entitled "The Self-Destruction of the Ultimate Warrior" (hereinafter the "DVD").

**2.    Jennifer Good**

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Ms. Good is the current Vice-President of Television Programming for WWE. Defendants expect Ms. Good to testify regarding, among other things, the production of the DVD.

**3.    Lori Calabrese**

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Ms. Calabrese is a former producer of WWE programming. Defendants expect Ms. Calabrese to testify regarding, among other things, the production of the DVD.

### 4. Kevin Dunn

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Dunn is the current Executive Vice President of WWE Television Production. Defendants expect Mr. Dunn to testify regarding, among other things, the production of the DVD.

### 5. Warrior

c/o Daniel D. Maynard
Maynard Cronin Erickson Curran & Sparks, P.L.C.
1800 Great American Tower
3200 North Central Avenue
Phoenix, AZ  85012
602-279-8500

Defendants expect Warrior to testify regarding, among other things, Warrior's wrestling career,  the subject matter of the statements made on the DVD, Warrior's current business activities and Warrior's reputation, including Warrior's reputation in the wrestling business as well as his reputation in his current business activities.

### 6. Gene Okerlund

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Okerlund is a former WWE announcer.  Defendants expect Mr. Okerlund to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. Okerlund on the DVD.

### 7. Robert Remus a/k/a Sergeant Slaughter

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Remus is a former WWE wrestling talent.  Defendants expect Mr. Remus to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. Remus on the DVD.

### 8. Jim Ross

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Ross is a current WWE wrestling announcer and former head of WWE talent relations.  Defendants expect Mr. Ross to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. Ross on the DVD.

### 9. Bruce Prichard

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Prichard is a former WWE employee and a long-time member of WWE's creative team.  Defendants expect Mr. Prichard to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. Prichard on the DVD.

**10.   Jason R. Hafelein**

2616 Abbott Road
Apt. #i08
Midland, MI  486642
989-486-1305

Defendants expect Mr. Hafelein to testify regarding, among other things, Warrior's reputation and Warrior's business activities.

**11.   Joshua Webb**

1506 Boyle Street
Alcoa, TN  37701
865-803-3443

Defendants expect Mr. Webb to testify regarding, among other things, Warrior's reputation and Warrior's business activities.

**12.   Howard Finkel**

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Finkel is a current WWE employee.  Defendants expect Mr. Finkel to testify regarding media coverage of Warrior's wrestling career with WWE and Warrior's reputation in the wrestling business.

**13.   Jerry Lawler**

World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Lawler is a current WWE wrestling announcer and former wrestling talent. Defendants expect Mr. Lawler to testify regarding, among other things, Warrior's wrestling career with WWE and the subject matter of statements made by Mr. Lawler on the DVD.

5

Mr. McMahon, Ms. Good, Ms. Calabrese, Mr. Dunn, Mr. Okerlund, Mr. Remus, Mr. Ross, Mr. Prichard, Mr. Finkel and Mr. Lawler should be reached through WWE's undersigned attorneys at: K&L Gates LLP, Henry W. Oliver Building, 535 Smithfield Street, Pittsburgh, Pennsylvania 15222, 412-355-6500.

**B.** **Deposition Testimony WWE May Use at Trial**

WWE may present the testimony of the following witnesses by deposition:

1. Chris Lewis;
2. Andrew Wright;
3. Warrior;
4. Dana Warrior;
5. Terry Bollea;
6. Kevin Dunn; and
7. Vince McMahon.

**C.** **Documents WWE May Use at Trial**

See Attachment A.

RESPECTFULLY SUBMITTED this 24th day of April, 2009.

    ALVAREZ & GILBERT, PLLC

    By: /s/JTG/#004555                  .
    John T. Gilbert, #004555
    Steven G. Ford, #016492
    14500 N. Northsight Blvd., Ste. 216
    Scottsdale, AZ 85260

    Of Counsel:
    Jerry S. McDevitt, Pro hac vice
    Curtis B. Krasik, Pro hac vice
    Amy L. Barrette, Pro hac vice
    K&L Gates LLP

|   |   |
|---|---|
| 1 | Henry W. Oliver Building |
| 2 | 535 Smithfield Street |
|   | Pittsburgh, Pennsylvania  15222 |
| 3 | (412) 355-6500 (phone) |
|   | (412) 355-6501 (facsimile) |

COPY of the foregoing was mailed*/
delivered** this 24th day of April, 2009, to:

Daniel D. Maynard, Esq.*
Michael D. Curran, Esq.*
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By:  /s/JTG/#004555                         .