John T. Gilbert, #004555
Steven G. Ford, #016492
**ALVAREZ & GILBERT, PLLC**
14500 N. Northsight Blvd, Ste. 216
Scottsdale, Arizona 85260
602-263-0203 (tel)
480-686-8708 (fax)

Of Counsel:
Jerry S. McDevitt, Esq., Pro hac vice
Curtis B. Krasik, Esq., Pro hac vice
**K&L GATES LLP**
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
412-355-6500 (tel)
412-355-6501 (fax)

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>Defendants. | **Case No. CV06-00535-PHX-ROS**<br><br>**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Defendants Vincent K. McMahon, Linda McMahon, Titan Sports, Inc., and World Wrestling Entertainment, Inc. (collectively "WWE"), hereby submit this Appendix in Support of Defendants' Motion for Summary Judgment.

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | April 15 and 16, 2009 Warrior Deposition Transcripts |
| 2. | September 17, 1999 Decision in Warrior and Ultimate Creations, Inc. v. Titan Sports, Inc. et al, CV 1996-015377 |
| 3. | September 23, 1987 Warrior Booking Contract with WWE |
| 4. | July 10, 1991 Letter from Warrior to Vince McMahon |
| 5. | July 13, 1991 Letter from Vince McMahon to Warrior |
| 6. | August 26, 1991 WWF Wrestler Card for Madison Square Garden Event in New York, New York |
| 7. | August 26, 1991 Letter from Vince McMahon to Warrior |
| 8. | August 27, 1991 Internal Memo from Vince McMahon to all Titan personnel |
| 9. | Excerpts from February 18, 1999 Vince McMahon Deposition Transcript, Warrior and Ultimate Creations, Inc. v. Titan Sports, Inc. et al, CV 1996-015377 |
| 10. | October 19, 1992 Wrestling Observer |
| 11. | March 8, 1993 Wrestling Observer |
| 12. | July 2, 1996 Pro Wrestling Torch Hot Line Report |
| 13. | June 28, 2004 Wrestling Observer |
| 14. | Excerpts from April 18, 2009 Terry Bollea Deposition Transcript |
| 15. | Transcript of Excerpt from Andrew Wright Deposition Exhibit 24 (Hard drive), File Name "war_doc.sting interview2.mov" |
| 16. | Excerpts from April 22, 2008 Chris Lewis Deposition Transcript |
| 17. | April 2, 1992 Warrior Booking Contract with WWE |
| 18. | Affidavit of Mauro G. DiPasquale, M.D. |
| 19. | Excepts from April 1, 1993 Grand Jury Hearing Transcript |

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 20. | July 1, 1996 Prodigy Transcript of Warrior Interview given to Robert Ryder |
| 21. | July 1, 1996 America Online Posting by Warrior |
| 22. | Transcript of July 1, 1996 "Warrior Whereabouts Hot Line" |
| 23. | Excerpts from October 19, 1999 Warrior Deposition Transcript, Warrior and Ultimate Creations, Inc. v. Titan Sports, Inc. et al, CV 1996-015377 |
| 24. | Partial Transcript of April 5, 2008 Warrior Speech at University of Connecticut |
| 25. | Excerpts from February 19, 1999 Vince McMahon Deposition Transcript, Warrior and Ultimate Creations, Inc. v. Titan Sports, Inc. et al, CV 1996-015377 |
| 26. | July 8, 1996 Letter from Warrior to Vince and Linda McMahon |
| 27. | July 19, 1996 Letter from Linda McMahon to Charles Baxley, Esq. |
| 28. | August 28, 1996 Complaint, Warrior and Ultimate Creations, Inc. v. Titan Sports, Inc. et al, CV 1996-015377 |
| 29. | Excerpts from April 24, 2009 Vince McMahon Deposition Transcript |
| 30. | Excerpts from April 23, 2009 Kevin Dunn Deposition Transcript |
| 31. | Excerpts from April 17, 2009 Dana Warrior Deposition Transcript |
| 32. | Defendants/Counterclaim-Plaintiffs' Rule 26(a) Initial Disclosures |

RESPECTFULLY SUBMITTED this 15th day of May, 2009.

ALVAREZ & GILBERT

By __/s/John T. Gilbert_____
John T. Gilbert, #004555
Steven G. Ford, #016492
ALVAREZ & GILBERT, PLLC
14500 N. Northsight Blvd, Ste. 216
Scottsdale, Arizona  85260
602-263-0203 (tel)
480-686-8708 (fax)

|   |   |
|---|---|
| 1 | Of Counsel: |
| 2 | Jerry S. McDevitt, Pro hac vice |
|   | Curtis B. Krasik, Pro hac vice |
| 3 | K&L GATES LLP |
|   | Henry W. Oliver Building |
| 4 | 535 Smithfield Street |
| 5 | Pittsburgh, Pennsylvania  15222 |
|   | 412-355-6500 (tel) |
| 6 | 412-355-6501 (fax) |

COPY of the foregoing LOCAL RULE CIV. 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT was mailed* this 15th day of May, 2009, to:

Daniel D. Maynard, Esq.*
Michael D. Curran, Esq.*
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs


By: N.Keen_____