# EXHIBIT 4

McMAHON

Depo. Exh. #  9

Pamela J. Mayer

Date  2-18-99

JULY 10/1991

Vince-

Writing this as a different approach
in ~~discussing~~ my feelings about the things
we had discussed the last 2 days under
the pressure of TV - Knowing that any second
someone would be knocking on the door, etc.
Every other avenue we have tried - via
phone, face to face, myself still walking
away with unanswered questions. Always
put off till a later date. Always with the
same result - no answer.

Writing sometimes allows a person
to express feelings or say things that don't
come in conversations such as we have.
Some of the things will once again become
repetitive - so what I've heard "in an
essence" at least a million times. I've
tried to speak as a friend but somehow
you don't hear. I've spoken as a professional
but the direction always gets changed.
No you have never let me leave with-
out a response, but the words you speak
never have any definites. My whole life
for the last 8 years has had no room for
anything but definites. (So Angeles on Thurs,
S.F. Diego on Friday, San Francisco on Sat,
Sacramento on Sunday, Prime Time on Monday ...)
But you always have to have the luxury of
time. Time to view things over to work
them your way.



WARRIOR
EXHIBIT NO. 19
4-15-09
DONNA TERRELL

WWE/WAR 001532

W000717

I have been from day 1 different from the others. I have identified myself enough both in my personal life and physical well being. The fairness you say you want everyone to have is unfair to me. I grew in 5 (five) years to become what the "Ultimate Warrior" is today, Always questioning, but nonetheless taking him in the direction you wanted him to go at any particular time. Done what would and has taken others 10-15 yrs.

The points and suggestions you have made over the last 5 yrs were very well taken. Now I look at another individual with less than 1/3 the creativity, desire and hunger I had (have) and wonder how you can look and see him as the one. For you as a friend I pray all the things you believe in rise to the surface and present themselves.

Then there is a side that says "What the fuck?" When I was thought of as the one the topic of conversation was — "Treat the Veterans with respect". The Veterans you speak are the very ones that will fuck it up for you. No matter I listened. I would go to ring push myself to the brink of a heart attack and you would say "When you go to the. Corners — Smile...." You spoke of the Ultimate Warrior appealing to all, old, young, ugly, beautiful, fat, skinny, black, white.

WWE/WAR 001533

W000718

A Character who would show ups and downs,
emotions and intensities, sensitivities and
cold-hearted ness when it was needed.
Like a yo-yo I obliged so I could be
the one. Where the hell are their manic
ups and downs. — Total jugular-vein popping
yelling at all times. Is this the Total
Aptitude, character, or presentation That
Can be 'the one'? I learned with you to
show intensity at this level but also to
show just as much intensity with the look
of only eyes or with the whisper of my
Voice or even better — extreme intensity
in total silence. I did all you asked.

Then the long-term plan changed.
At first I was reluctant for what I believed
Were the right reasons – but once again I went
with what I knew I could believe in – "Vince
has never fucked me". I dealt with the
changes out of only wanting to go with what
you thought was best no matter what the
cost to me., no matter the countless #
of sleepless nights There were to come, no
matter the # of times I had to knock
on your door with questions I should never
have had.

For the last 2½ years I should
have never had the questions I did.
To stand and make a videotaped apology
for something I never did made me
realize all we have in business.

WWE/WAR 001534

W000719

Once again I went without sleep, If ever I do so again it will be because I elect to, not because my wandering mind says to do so.

In reaching this conclusion I ask for these things. You say 500,000 for Wrestlemania is unfair, then I say the last 8½ yrs of not being compensated equally when I meant as much or more to this company was total bullshit and most definitely unfair. I have sacrificed more than 500,000 more than 1 million dollars, even myone in monies that should have been paid to me in recieving equal compensation as Hulk.

I paid my God-Damn dues long ago. I need not pay anymore. I have given everything and never once was there a Kryce on my fucking door. Whether to bullshit as a friend or help me thru my times I need or you trusting me to help you thru yours.

I ask for these things Vince and the answers must come for the next event is upon us. It has been for me the last 5 yrs. and for you to tell me you need to evaluate whether or not I'm cost effective and this takes time is unfair. A show runs at a given time and date — I have always been there, never asking for time to see if I have the reel, fools or whatever it takes to make it. Now I ask the same of you.

WWE/WAR 001535

W000720

① or

I want 550,000 release from the monies
allotted me to purchase my home. This will
suffice as my Wrestlemania VII payoff, but
let it be noted it is not paid. I meant
as much or more to that show as Hulk — I deserve
to be paid the same. (I know what Hulk will get)
② 4 days off every other time off period — except in
Pay-Per View only.
③ I want the same pay cut as Hulk gets on all
Pay-per Views, SNME, FRIDAY PrimeTime, House shows)
and proof as such. The same pay cut applies to
what Hulk has been paid with relationship to past events
Wrestlemania I, II, III i.e. when Hulk was top draw.
④ I want numbers and proof of monies done on
1-900-Hulk and likewise same pay cut.
⑤ Same pay cut on all forms of merchandising.

Because I have had to always knock on your door
Words alone are not good enough. I understand
Doug Sugar is on Vacation, call him take his days
off any day like you do the boys and myself and
Have it written. Every time I have had to knock
upon your door upon leaving I have always
apologized. I no longer feel I have any reason
to apologize, Therefore I will not. I have
tried to speak as a friend, but maybe I
don't have the qualities you require to seek me
out as a friend. The video taped apology was the
icing on the cake — You see it as business so whether
I like it or not I must do the same. Whatever
your decision I can and will live with it. Till
Then I remain home with one who cares Jim.

WWE/WAR 001536

W000721

# EXHIBIT 5

**TITAN TELEVISION**



**WORLD
WRESTLING
FEDERATION**
120 Hamilton Avenue
Stamford, CT 06902
203 353 2900
FAX: 203 357 1209

July 13, 1991

Mr. Jim Hellwig
6229 East Via
Los Caballos
Paradise Valley, AZ 85253

> WARRIOR
> EXHIBIT NO. 20
> 4-15-09
> DONNA TERRELL

Dear Jim:

This letter is in response to your facsimile to me of July 10, 1991.

1. You will be paid an aggregate amount of $550,000 (five-hundred-fifty-thousand) for your participation in WrestleMania VII.

2. With the exception of special events only, you will receive four days off every other time off period.

3. Your pay rate on house shows will increase to 4-5% of the net, effective immediately, with the understanding that no other WWF athlete will be paid at a higher rate. Likewise, no other WWF athlete will be paid at a higher pay rate than you on pay-per-view events.

4. Effective immediately, your royalty rate on all forms of merchandise is to be increased. The specific amount will be determined in writing within one week.

5. Your compensation for the Warrior 900 hotline will be identical to that of the Hulk 900 hotline. Likewise, documentation for this will follow in writing within one week.

I regret the turmoil you've put yourself though and your agonizing over what you feel is fair compensation. And even though we have a difference of opinion over some of these matters, I am resolved to work with you in the same honest and equitable way that I always have. Furthermore, I would like to express to you my deepest appreciation and admiration for you as a performer, as a member of the WWF family, as a man and as my friend.

.TS 043713

WWE/WAR 001208

# EXHIBIT 6

PAGE 1

```
DATE  MONDAY  ,  08/26/91      07:45PM        GROSS        $404150.00
NAME  MADISON SQUARE GARDEN                   Less TAXES   $ 22228.25
LOCATION  NEW YORK, NY            NYC01       OFFICIALS    $  3050.00
TEMPERATURE_____ CONDITIONS_____         OTHER        $     0.00
  ATTENDANCE 17474_____COMPS_____1731     NET          $378871.75
UTIL   90 %                                   TALENT NET   $724150.00
                                              TALENT PCT         191 %
                                              EST TRAVEL   $ 11457.65
```

```
        ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                       *MARRIAGE*
                       SAVAGE VS. ELIZABETH
                       *TAG-TITLE*
                       LEGION OF DOOM VS. NASTY BOYS
                       (NO DQ AND NO COUNT-OUT)
                       *TITLE*
                       HART B, VS. MR. PERFECT

                       *MILLION $ BELT*
                       VIRGIL VS. DIBIASE
                       *JAIL MATCH*
                       BIG BOSS MAN VS. MOUNTIE
                       (LOSER SPENDS THE NIGHT IN JAIL)
                       BUSHWHACKERS VS. NATURAL DISASTERS
                       (ANDRE)
                       VALENTINE VS. I.R.S.
                       DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                                             WARLORD
```

| MATCH TALENT NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|

COMMENTS:



WARRIOR
EXHIBIT NO. 26
4-15-09
DONNA TERRELL

WWE/WAR 001225

TS 054665

PAGE 2

```
DATE  MONDAY   ,  08/26/91      07:45PM      GROSS              $404150.00
NAME  MADISON SQUARE GARDEN                  Less TAXES         $ 22228.25
LOCATION   NEW YORK, NY          NYC01       OFFICIALS          $  3050.00
TEMPERATURE____  CONDITIONS____              OTHER              $     0.00
  TTENDANCE 17474    COMPS____   1731         NET                $378871.75
  TIL   90 %                                 TALENT NET         $724150.00
                                             TALENT PCT               191 %
                                             EST TRAVEL         $ 11457.65
```

ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
*MARRIAGE*
SAVAGE VS. ELIZABETH
*TAG-TITLE*
LEGION OF DOOM VS. NASTY BOYS
(NO DQ AND NO COUNT-OUT)
*TITLE*
HART B, VS. MR. PERFECT

*MILLION $ BELT*
VIRGIL VS. DIBIASE
*JAIL MATCH*
BIG BOSS MAN VS. MOUNTIE
(LOSER SPENDS THE NIGHT IN JAIL)
BUSHWHACKERS VS. NATURAL DISASTERS
(ANDRE)
VALENTINE VS. I.R.S.
DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
WARLORD

| MATCH | TALENT NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1 | 000458 HULK | | 75000 | | 15000 0 | | |
| 2 | 000563 Z WARRIOR | | 75000 | | | | |
| 3 | 000495 SGT. SLAUGHTE | | 50000 | | | | |
| 4 | 000367 Z COLONEL MUS | | 25000 | 200 | | | |
| 5 | 000464 Z GENERAL ADN | | 10000 | 200 | | | |
| 6 2 | 000676 SAVAGE, RANDY | | 75000 | | | | |
| 7 | 000602 Z ELIZABETH | | 50000 | | | | |
| 8 3 | 000492 Z HAWK | | 25000 | | | TAG | |
| 9 | 000493 Z ANIMAL | | 25000 | | | | |
| 10 | 011728 KNOBBS, BRIAN | | 17500 | 200 | | | |
| 11 | 011731 SAGS, JERRY | | 17500 | 200 | | | |
| 12 4 | 000588 HART B, | | 17500 | | | | |
| 13 | 000524 PERFECT, MR. | | 20000 | 200 | | | |

TS 054666

WWE/WAR 001226

PAGE 3

```
DATE  MONDAY   , 08/26/91      07:45PM        GROSS              $404150.00
NAME  MADISON SQUARE GARDEN                   Less TAXES         $ 22228.25
LOCATION  NEW YORK, NY          NYC01         OFFICIALS          $  3050.00
TEMPERATURE____ CONDITIONS____                OTHER              $     0.00
   TTENDANCE 17474      COMPS        1731      NET                $378871.75
 TIL  90 %                                    TALENT NET         $724150.00
                                              TALENT PCT               191 %
                                              EST TRAVEL         $ 11457.65
```

             ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                            *MARRIAGE*
                            SAVAGE VS. ELIZABETH
                            *TAG-TITLE*
                            LEGION OP DOOM VS. NASTY BOYS
                            (NO DQ AND NO COUNT-OUT)
                            *TITLE*
                            HART B, VS. MR. PERFECT

                            *MILLION $ BELT*
                            VIRGIL VS. DIBIASE
                            *JAIL MATCH*
                            BIG BOSS MAN VS. MOUNTIE
                            (LOSER SPENDS THE NIGHT IN JAIL)
                            BUSHWHACKERS VS. NATURAL DISASTERS
                            (ANDRE)
                            VALENTINE VS. I.R.S.
                            DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                                        WARLORD

| | MATCH | TALENT | NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 000522 | VIRGIL | | 10000 | 200 | | | |
| 15 | | 000521 | DIBIASE, TED | | 20000 | 200 | | | |
| 16 | 6 | 000507 | BIG BOSS MAN | | 15000 | 200 | | | |
| 17 | | 000690 | Z MOUNTIE | | 20000 | | | | |
| 18 | 7 | 000421 | MILLER, BUTCH | | 5000 | 200 | | | |
| 19 | | 000422 | WILLIAMS, LUK | | 5000 | 200 | | | |
| 20 | | 000466 | TYPHOON | | 7000 | | | | |
| 21 | | 000468 | EARTHQUAKE | | 7000 | 200 | | | |
| 22 | 8 | 000348 | Z VALENTINE | | 5000 | 200 | | | |
| 23 | | 000584 | I.R.S. | | 5000 | 100 | | | |
| 24 | 9 | 000643 | Z DRAGON | | 5000 | 200 | | | |
| 25 | | 000490 | Z TEXAS TORNA | | 5000 | 200 | | | |
| 26 | | 000653 | Z BULLDOG | | 6000 | 200 | | | |

WWE/WAR 001227

TS 054667

```
DATE  MONDAY   , 08/26/91      07:45PM      GROSS        $404150.00
NAME  MADISON SQUARE GARDEN                 Less TAXES   $ 22228.25
LOCATION  NEW YORK, NY            NYC01     OFFICIALS    $  3050.00
TEMPERATURE_____ CONDITIONS_____            OTHER        $     0.00
  TTENDANCE 17474      COMPS        1731     NET          $378871.75
 FIL   90 %                                 TALENT NET   $724150.00
                                            TALENT PCT         191 %
                                            EST TRAVEL   $ 11457.65
```

ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                          *MARRIAGE*
                   SAVAGE VS. ELIZABETH
                      *TAG-TITLE*
                   LEGION OF DOOM VS. NASTY BOYS
                   (NO DQ AND NO COUNT-OUT)
                      *TITLE*
                   HART B, VS. MR. PERFECT

                      *MILLION $ BELT*
                   VIRGIL VS. DIBIASE
                      *JAIL MATCH*
                   BIG BOSS MAN VS. MOUNTIE
                   (LOSER SPENDS THE NIGHT IN JAIL)
                   BUSHWHACKERS VS. NATURAL DISASTERS
                     (ANDRE)
                   VALENTINE VS. I.R.S.
                   DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                           WARLORD

| MATCH | TALENT NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|
| ? | 000639 Z GLORY | 5000 | 200 | | | | |
| 28 | 000634 Z HERCULES | 5000 | 200 | | | | |
| 29 | 000413 Z WARLORD | 5000 | 200 | | | | |
| 30 | 10 000633 HART J | 8000 | 200 | | | | MANAGERS |
| 31 | 000450 SHERRI | 5000 | 200 | | | | |
| 32 | 000307 Z ANDRE | 7500 | 500 | | | | |
| 33 | 000349 FUJI | 2000 | 200 | | | | |
| 34 | 001473 Z COACH | 3000 | | | | | |
| 35 | 000672 SLICK | 3000 | 200 | | | | |
| 36 | 000474 PAUL BEARER | 3500 | 200 | | | | |
| 37 | 11 000504 MICHAELS, SHA | 2000 | 200 | | | | STAND BY |
| 38 | 000635 Z KOKO | 1000 | 200 | | | | |
| 39 | 000487 Z MAX MOON | 1000 | 200 | | | | |

TS 054668

WWE/WAR 001228

```
                                                             PAGE 5
DATE  MONDAY   , 08/26/91      07:45PM    GROSS        $404150.00
NAME  MADISON SQUARE GARDEN               Less TAXES   $ 22228.25
LOCATION  NEW YORK, NY         NYC01      OFFICIALS    $  3050.00
TEMPERATURE     CONDITIONS                OTHER        $     0.00
  TTENDANCE 17474    COMPS      1731      NET          $378871.75
   TIL  90 %                              TALENT NET   $724150.00
                                          TALENT PCT         191 %
                                          EST TRAVEL   $ 11457.65
```

          ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                         *MARRIAGE*
                         SAVAGE VS. ELIZABETH
                          *TAG-TITLE*
                         LEGION OF DOOM VS. NASTY BOYS
                         (NO DQ AND NO COUNT-OUT)
                           *TITLE*
                         HART B, VS. MR. PERFECT

                           *MILLION $ BELT*
                         VIRGIL VS. DIBIASE
                          *JAIL MATCH*
                         BIG BOSS MAN VS. MOUNTIE
                         (LOSER SPENDS THE NIGHT IN JAIL)
                         BUSHWHACKERS VS. NATURAL DISASTERS
                          (ANDRE)
                         VALENTINE VS. I.R.S.
                         DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                                    WARLORD

| | MATCH | TALENT | NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| | | 012720 | Z BERZERKER | | 1500 | 200 | | | |
| 41 | | 013282 | BEAU BEVERLY | | 1000 | 200 | | | |
| 42 | | 000472 | UNDERTAKER | | 5000 | 200 | | | |
| 43 | | 000471 | KIMCHEE/BRAWL | | 1000 | 200 | | | |
| 44 | | 000505 | JANNETTY, MAR | | 2000 | 200 | | | |
| 45 | | 000484 | Z TANAKA | | 1000 | 200 | | | |
| 46 | | 000414 | Z BARBARIAN | | 2000 | 200 | | | |
| 47 | | 000359 | Z SNUKA, JIMM | | 2000 | 200 | | | |
| 48 | | 013281 | BLAKE BEVERLY | | 1000 | 200 | | | |
| 49 | | 000497 | Z SNAKE | | 5000 | 200 | | | |
| 50 | | 000570 | DUGGAN, JIM | | 2000 | | | | |
| 51 | 12 | 000459 | MATADOR | | 1000 | | | | |
| 52 | | 000716 | WHITE, TIM | | 750 | | | | |

TS 054669

WWE/WAR 001229

PAGE 6

```
DATE  MONDAY   , 08/26/91     07:45PM       GROSS          $404150.00
NAME  MADISON SQUARE GARDEN                 Less TAXES     $ 22228.25
LOCATION  NEW YORK, NY        NYC01         OFFICIALS      $  3050.00
TEMPERATURE      CONDITIONS                 OTHER          $     0.00
ﾟTTENDANCE 17474    COMPS        1731       NET            $378871.75
 ﾟIL   90 %                                 TALENT NET     $724150.00
                                            TALENT PCT          191 %
                                            EST TRAVEL     $ 11457.65
```

ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                     *MARRIAGE*
                 SAVAGE VS. ELIZABETH
                   *TAG-TITLE*
                 LEGION OF DOOM VS. NASTY BOYS
                 (NO DQ AND NO COUNT-OUT)
                   *TITLE*
                 HART B, VS. MR. PERFECT

                   *MILLION $ BELT*
                 VIRGIL VS. DIBIASE
                   *JAIL MATCH*
                 BIG BOSS MAN VS. MOUNTIE
                 (LOSER SPENDS THE NIGHT IN JAIL)
                 BUSHWHACKERS VS. NATURAL DISASTERS
                   (ANDRE)
                 VALENTINE VS. I.R.S.
                 DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                     WARLORD

| | MATCH | TALENT | NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|
| ⸀ | | 000629 | Z NEIDHART | | 1000 | | | | |
| 54 | | 000350 | BEEFCAKE | | 1000 | | | | |
| 55 | | 000476 | Z SID JUSTICE | | 25000 | | | | |
| 56 | | 000999 | LOCAL | | | | | | |
| 57 | | 000999 | LOCAL | | | | | | |
| 58 | | 000999 | LOCAL | | | | | | |
| 59 | | 000999 | LOCAL | | | | | | |
| 60 | | 000999 | LOCAL | | | | | | |
| 61 | 13 | 000708 | LANZA, JACK | | 3500 | | | | AGENTS |
| 62 | | 000463 | GAREA, TONY | | 1200 | 100 | | | |
| 63 | | 000442 | GOULET, RENE | | 1200 | | | | |
| 64 | | 000547 | Z GARVIN, TER | | 1000 | 500 | | | |
| 65 | | 000357 | STRONGBOW, JA | | 3500 | | | | |

TS 054670

WWE/WAR 001230

PAGE 7

```
DATE  MONDAY   , 08/26/91     07:45PM       GROSS          $404150.00
NAME  MADISON SQUARE GARDEN                 Less TAXES     $ 22228.25
LOCATION  NEW YORK, NY           NYC01      OFFICIALS      $  3050.00
TEMPERATURE_____ CONDITIONS_____            OTHER          $     0.00
ATTENDANCE 17474    COMPS         1731      NET            $378871.75
 IL   90 %                                  TALENT NET     $724150.00
                                            TALENT PCT           191 %
                                            EST TRAVEL     $ 11457.65
```

```
            ORIGINAL CARD: HULK/WARRIOR VS. SLAUGHTER/MUSTAFA/ADNAN
                      *MARRIAGE*
                   SAVAGE VS. ELIZABETH
                      *TAG-TITLE*
                   LEGION OF DOOM VS. NASTY BOYS
                   (NO DQ AND NO COUNT-OUT)
                      *TITLE*
                   HART B, VS. MR. PERFECT

                      *MILLION $ BELT*
                   VIRGIL VS. DIBIASE
                      *JAIL MATCH*
                   BIG BOSS MAN VS. MOUNTIE
                   (LOSER SPENDS THE NIGHT IN JAIL)
                   BUSHWHACKERS VS. NATURAL DISASTERS
                     (ANDRE)
                   VALENTINE VS. I.R.S.
                   DRAGON/TEXAS TORNADO/BULLDOG VS. POWER & GLORY
                                                      WARLORD
```

| MATCH | TALENT | NAME | # | PAY | DRAW | BONUS | TYPE | COMMENTS |
|-------|--------|------|---|-----|------|-------|------|----------|
| 6~ | | 000655 HEBNER, DAVE | | 2000 | | | | |
| 67 | | 000309 SKAALAND | | 1000 | | | | |
| 68 | | 000475 MYERS, JIM | | 2000 | | | | |
| 69 | 14 | 000743 D'AMICO, JOHN | | 0 | | | | RING CREW |
| 70 | | 013002 SUSI, JOE | | 0 | | | | |
| 71 | | 000535 YEATON, MARK | | 0 | | | | |
| 72 | | 001085 COLLERTON, CR | | 0 | | | | |
| 73 | 15 | 000539 MARELLA, JOEY | | 2000 | 200 | | | REFEREE |
| 74 | | 000538 HEBNER, EARL | | 3500 | | | | |
| 75 | | 000537 Z SPARTA, FRE | | 1500 | | | | |
| 76 | | 000325 DAVIS, DANNY | | 1000 | | | | |

43050 05792

.TS 054671

WWE/WAR 001231

# EXHIBIT 7

McMahon Depo. Exh. # 11
Pamela J. Mayer
Date 2-18-99



**WORLD WRESTLING FEDERATION**

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
203 352 8600
FAX: 203 352 8699
TELEX: 643283 TITAN STM

HAND DELIVERED

August 26, 1991

Mr. James Hellwig
6229 East Via
Los Caballos
Paradise Valley, Arizona  85253

**CONFIDENTIAL**

WARRIOR

EXHIBIT NO. 22
4-15-09
DONNA TERRELL

Dear Jim:

As you know, on September 23, 1987, you signed a Booking Contract with Titan Sports. At the time you signed the Contract, you were a relatively obscure wrestler, with an enthusiastic professed desire to succeed. I therefore invested a substantial amount of time, money and sincere energy to develop your talents and persona as a worldwide WWF Superstar wrestler, such that you have been able to be successful and achieve stardom status throughout the world. Unfortunately, it now appears the fame that you have obtained through the efforts of Titan has gone to your head. Frankly, you have become impossible to work with, and have completely forgotten your obligations to Titan and WWF fans, both ethically, professionally and contractually.

Although your Contract provides you with substantial compensation, over the past several months you have expressed your continuing dissatisfaction with the amount of compensation which Titan has paid to you, despite the fact that Titan has paid you over $1.3 mil during the past year. Your principal complaint apparently is that you are not being compensated at the same rate as Hulk Hogan, although "Hulk" is a living legend, is still much better known to the public, has wrestled longer, is the WWF Champion, is in much greater demand for personal appearances, is a bigger star and draw at WWF events, is more dependable and is far more revered and respected by WWF fans and by the public at large.

You have become a legend in your own mind; you are certainly entitled to your opinion. However, you are not entitled to vent your feelings by breaching and threatening to breach your Contract. In particular, you have breached the Contract by failing to appear at matches in which you were scheduled to wrestle without a legitimate excuse, including matches which were scheduled to be televised, failing to cooperate with our booking

WWE/WAR 001538

W000727

2



department, and being rude and abusive to WWF fans.
See, Contract at paragraph 9.

You also threatened (that unless I met your demands)
that you were going to "stay at home", not
appearing at the numerous events which Titan has
booked for you (as far out as April 1992 and
Wrestlemania VIII), unless and until you were given
all of the perks and pay of Hulk Hogan. Of course,
you did not make your threat until Titan had spent
tens of thousands of dollars to promote these events
and your presence at them. Therefore, when on July
9, 1991, you threatened to "stay at home" thereby
not even appearing at Titan's major summer pay-per-
view event "SummerSlam", I had no choice but to
accede to your exorbitant demands. Had I not agreed
to your terms, then Titan would have lost its public
credibility and goodwill and have been gravely
harmed with cable companies and WWF fans who paid
the pay-per-view fees for SummerSlam. This was a
serious mistake on your part.

Your behavior has become unreliable and erratic,
which behavior is intolerable in the WWF. Because
Titan can no longer feel secure in knowing when or
if you would appear at events for which you have
already been booked, Titan has no alternative but to
make every effort to cut its losses now, and to
mitigate against potential losses in the future;
consequently, Titan must now spend considerable
amounts of time, expense and energy to change the
personnel previously scheduled in the matches and
cards which are customarily booked months in
advance, modify all of the tv promos and event
center tapes to reflect these changes, while
simultaneously notifying the arena buyers and
advertisers, among others, of these changes.
Obviously, this has a significant financial impact
not only on Titan directly, but indirectly as well,
on Titan's licensees, its affiliates and most
importantly, its WWF Fans.

Paragraph 9.6 of your Contract provides that you
"shall ...use your best efforts in the ring in the
performance of wrestling services for match or other
activity." Titan's available remedies for your
breach of these obligations are severe but fair; you
forfeit any future payments of royalties and you are
prohibited from using or exploiting the persona and
characterization of "Ultimate Warrior" or "Warrior"
or any substantially similar likeness or name
thereof. However, rather than suspend you for the

WWE/WAR 001539

W000729



duration of the contract term (September 23, 1992), a remedy which Titan has under paragraph 12 of the Contract, I am temporarily suspending you from bookings.

Pursuant to Paragraph 1.1 of the Contract, Titan agreed that it would book you to wrestle in at least ten (10) events during the contract period. Titan has booked you at far more than ten (10) events during the past year, and you have made a substantial livelihood from those bookings. I do not plan to book you for any events in at least the next 90 days, or until you and I can resolve this dispute as to how you believe Titan should treat you, and how you will behave to Titan and WWF fans.

Please be advised that, during the term of this temporary suspension, pursuant to paragraphs 9.6 and 12.1, if you attempt to use the name or likeness of the "Ultimate Warrior", or any likeness or name confusingly similar thereto (including any use of the name "Warrior") then Titan has the right to and will seek immediate injunctive relief and damages from you for infringement of Titan's intellectual property. See paragraph 12.3 of the Contract.

Please be advised that I do not consider the purported modifications to your Contract dated July 13 and 22 to be valid or binding. It is well established that contracts entered into under duress are voidable. You forced me to sign those modifications under duress and under the threat that you would not wrestle at previously scheduled events (including "SummerSlam"), unless I agreed to those modifications, although Titan clearly had the right to book you to wrestle at all of these events without additional compensation. Obviously, in the face of your threatened breach of your Contract, I had to sign the modifications, because the only alternative was that Titan would suffer great loss and irreparable harm, if you failed to appear at "SummerSlam" or any of the other numerous dates which have been booked and advertised months in advance of the events. Accordingly, I consider those purported contract modifications to be null and void and will not adhere to any of their terms. At this time Titan requires adequate assurances as to what action you will take to cure your failure to comply as described above.

® Registered trademark of TitanSports, Inc.

WWE/WAR 001540

W000729

4

 If you would like to discuss this matter further,
please call my office.   Otherwise, we will be in
touch with you shortly before the end of the period
to notify you of the date and place where you will
next be scheduled to perform, under the terms of the
original Contract.

Very truly yours,

Vincent K. McMahon
President

VKM:ef

™ Registered Trademark of Titan Sports, Inc.

# EXHIBIT 8

<u>MEMORANDUM</u>

TO:    All Titan Personnel

FROM:  Vince McMahon

DATE:  August 27, 1991

Please be advised the Ultimate Warrior has been suspended for
no less than 90 days due to unprofessional conduct.

Thank you.

VKM

WARRIOR

**EXHIBIT NO.** 36
4-15-09
DONNA TERRELL

McMahon   Depo. Exh. #   60
Pamela J. Mayer
Date    2-18-99

T-JH 00037