# EXHIBIT 9

# In The Matter Of:

*Warrior and Ultimate Creations   v.*
*Titan Sports*

*Vincent McMahon*
*Deposition February 18, 1999*

*Griffin and Associates*
*Court Reporters*
*3030 North Central Avenue*
*Suite 605*
*Phoenix, AZ  85012*
*(602) 264-2230    FAX: (602) 264-2245*

Original File MCMAHON.SUM, 220 Pages
Min-U-Script® File ID: 1315357255

# Word Index included with this Min-U-Script®

WWE/WAR 001367

Page 199

[1] son, who was, I think, about eight years old or
[2] younger. It was then repeated.
[3]     And the only way that — and subsequent
[4] to this — obviously, the general manager was not
[5] enamored with the World Wrestling Federation — picked
[6] up the phone and called Joe Perkins and said
[7] "Goodbye." And Joe handles our syndication. Joe
[8] Perkins handles our syndication, or did at the time.
[9] And tried to talk — calm the general manager down,
[10] who had been embarrassed in front of his son.
[11]     And Mr. Hellwig agreed to, at the very
[12] least, do a videotaped, "I'm sorry," you know, type
[13] situation, which he objected to, obviously.
[14]     Q: Did he make a videotaped apology?
[15]     A: Yes.
[16]     Q: And it was sent on to the general
[17] manager?
[18]     A: Yes.
[19]     Q: Did you ask Mr. Hellwig to do that?
[20]     A: Absolutely.
[21]     Q: The last line of the letter, or the
[22] last —
[23]     A: It wasn't uncommon, you know, I mean,
[24] for Mr. Hellwig from time to time to refuse autographs
[25] from kids or from anybody. He didn't like to do that

Page 200

[1] and was often rude to fans.
[2]     Q: Had that been true throughout his years
[3] at the WWF?
[4]     A: More specifically, as he became more
[5] and more popular.
[6]     Q: The last two sentences reads, "Whatever
[7] your decision, I can and will live with it. Till
[8] then, I remain home with one who cares. Jim."
[9]     What was the decision?
[10]     A: Well, whatever he's making reference
[11] here is that he's going to stay home and not make
[12] Summer Slam. That's what he's saying.
[13]     Q: My question is, what is the "your
[14] decision" that he's referring to?
[15]     A: My decision is —
[16]     MR. McDEVITT: You're asking him what
[17] Hellwig is referring to?
[18]     THE WITNESS: The only thing I can
[19] deduce from this is that, whatever my decision is, I
[20] guess I either accept these new terms and conditions,
[21] under — which no one has agreed to — I either accept
[22] this, or he is going to remain home and not perform,
[23] certainly meaning Summer Slam.
[24]     Q: BY MR. AIKEN: And that's how you took
[25] this last line, that he would remain home and not

Page 201

[1] perform at Summer Slam?
[2]     A: Yes.
[3]     Q: What was your response to this letter?
[4] Did you speak with Mr. Hellwig?
[5]     A: I tried to talk some sense into him,
[6] did everything I possibly could.
[7]     Q: Do you remember that conversation or
[8] those conversations?
[9]     A: Not specifically. I mean, again, at
[10] this juncture, you know, Summer Slam was all set and
[11] advertised.
[12]     Q: As it turned out, you've testified,
[13] Mr. Hellwig did appear at Summer Slam.
[14]     A: Yes.
[15]     Q: Did you agree to any or all of the
[16] conditions stated in this letter?
[17]     A: I think I probably agreed to every
[18] single one of them.
[19]     Q: That is, you agreed to the monetary and
[20] nonmonetary demands listed on the last page of this
[21] letter.
[22]     A: I really didn't agree to any of them.
[23] In essence — I mean, I did and I didn't. In essence,
[24] it was a situation whereby, "Look, you've been
[25] advertised to appear at Summer Slam, and you're

Page 202

[1] holding a gun to my head. So I don't have any good
[2] choices here. I can either cave in to your demands,
[3] in which it would louse up business and business
[4] affairs and something we never agreed to — I can
[5] either cave in to your demands" — that was one
[6] option — "and allow you to come to Summer Slam, and
[7] then have you perform at Summer Slam, and then say to
[8] you, 'Look. You didn't do the right thing here. You
[9] don't hold a gun to somebody's head in the middle a
[10] contract,'" or I guess we had another year or so on
[11] it, "'and try to change terms and conditions, much
[12] less something like this. So, therefore, you're
[13] suspended for 90 days. Go home.'" That's what
[14] happened.
[15]     Q: The suspension, we know, though, from
[16] looking at Exhibit 6, happened August 27th.
[17]     A: Right.
[18]     Q: Some five or six weeks later.
[19]     A: Right.
[20]     Q: Did you —
[21]     MR. McDEVITT: Five or six weeks after
[22] this letter, you mean —
[23]     THE WITNESS: After this letter.
[24]     MR. McDEVITT: — or after Summer Slam?
[25]     Q: BY MR. AIKEN: After this letter.

WWE/WAR 001394

# EXHIBIT 10

WARRIOR
EXHIBIT NO. 23
4-15-09
DONNA TERRELL

# Wrestling Observer Newsletter

PO Box 1228, Campbell, CA 95009-1228                              October 19, 1992

Bret Hart captured the WWF title in a last minute decision from Ric Flair in approximately 25:00 on 10/12 in Saskatoon, Saskatchewan at the television tapings amidst much WCW-like booking-on-the-fly chaos. Hart won the title by submission using the sharpshooter after a superplex in what was said to have been an excellent match. The title change will be announced on the syndicated shows this weekend although I'm not certain of a television air date, but it could be as soon as the 10/19 Prime Time show. The title change was a decision made within the last week because the WWF needed to get a babyface, and Hart in particular, over big time in a hurry because of uncertainty as to the long-term future of Ultimate Warrior (see below) and short term because Undertaker isn't expected back after undergoing shoulder surgery this past week until mid-December. Hart and a few others apparently knew about it by mid-week although I'm not sure Flair was one of the few others. As it turned out, Hart both sprainked his ankle and broke one finger during the match and spent most of the night in the hospital, but was expected to wrestle 10/13 in Regina for the second night of television anyway.

In addition, Ted DiBiase & IRS were at the tapings with the WWF tag team titles although it doesn't appear they defeated The Natural Disasters for the belts. Typhoon missed the entire weekend and wasn't at the Monday night television show. Either they are going to do the title change at a house show this week or next so the change will be done before 10/12 tapings start airing on television (10/24), or it's simply a phantom title change. At press time, we have no other details on the whys for these events.

The status of three of the biggest babyface names in this country remains the subject of much speculation, with the current status of all three somewhat up in the air as of press time Tuesday morning.

The World "Now We're going back to" Wrestling Federation canceled its normal run of Events Center inserts that were to be taped the past week because a situation had developed with one of the main event performers (either Randy Savage, Ric Flair, Ultimate Warrior or Razor Ramon). The title change with Hart beating Flair and the tag title change would certainly explain that away. However, later in the week came word from several sources that the party in question was Warrior, although exactly what the situation is has been unable to be confirmed. Warrior made all of his regularly-scheduled weekend dates and was in Saskatoon Monday night for the first of two nights of television tapings. Ironically, there were an awful lot of people who didn't expect him there since word was out that the Flair-Warrior house show program was going to be canceled in favor of a Flair-Hart program, which is definitely the case. In addition, there was talk that Hart would replace Warrior in the main event at Survivor Series in the tag team match, which may not be the case and "officially" as of Tuesday morning is not the case. As of Tuesday, Warrior had not been officially pulled from any house show cards although the previous afternoon there had been talk of several Flair-Warrior dates in November becoming Flair-Hart. At the same time, WWF officials scheduled a meeting with Hulk Hogan to attempt to arrange his return. The meeting was scheduled for later in the week after company president Vince McMahon gets back from Canada from the tapings. Whether Hogan being asked to return as soon as possible, which just two weeks ago appeared to have no chance of happening until the spring, is due to a possible problem with Warrior or simply because of the business being in the condition it's in can only be speculated on. While there may have been demands made by Warrior, whether they be for more money or to work fewer dates, the only thing we have been able to confirm is that Warrior was upset about the finish given to him at one of the weekend house shows for a match with Flair.

Warrior, who has been the WWF's second biggest babyface draw for the past several years, reportedly held up Titan during the summer of 1991. It was reported in one entertainment trade publication that he demanded the same money as Hogan for the SummerSlam '91 card ($150,000 as opposed to $50,000 were the reported figures), although our sources said he also wanted to work two or three days per week rather than a full schedule and wanted Hogan-like money. Warrior missed about a week's worth of house shows and some television tapings about a month before Summer Slam before it appeared the two sides had reached an agreement, and Warrior appeared in the SummerSlam tag match main event. However, immediately after the match, Warrior was officially suspended without pay for "unprofessional behavior," with the word being that he would never return. However, with Hogan taking a hiatus from wrestling after the past Wrestlemania, and Roddy Piper leaving as well, Titan brought Warrior back to headline the summer cards. Most of the trade ads that formerly featured Hogan as the focal point of the WWF were switched to Warrior, and many speculated the promotion had decided to go with Warrior as the new top star. It was generally felt Warrior could never completely get over as the marquee wrestler if Hogan were around after Warrior as champion in 1990 didn't draw well. Many have blamed that not on Warrior, but on the fact Hogan was continually pushed as the leading attraction and Warrior couldn't break out of Hogan's shadow. There is little doubt that at one point the plan was for Flair to put Warrior over for the WWF title and Warrior would then be attempted to be pushed as the superstar of the group. However, WWF attendance and television ratings have plummeted to their lowest level ever, which resulted in many cancellations, pre-emptions and shifts to weaker time slots which has put the organization in its weakest position since it broke through nationally. In addition, the Flair-Warrior title matches have consistently drawn surprisingly weak houses, even trailing the generally weak houses of the Savage-Ramon program. Going into the fall, the Savage-Ramon program looked to be a major question mark at the gate, which it has been, but it appeared Flair-Warrior for the title would at least do average business. It is in no way definite right now that Hogan will return, and if Warrior leaves, and Hogan doesn't return, with the state the business is in right now, this could be a short-term damaging blow because there is no track record that Hart by himself on top can draw. While most believe Hogan would return, it would have to be on his own terms, which presumably would be less than a full-time schedule.

The other name open to much speculation, as has been for several weeks, is Scott Steiner. Steiner reportedly had a locker room argument with WCW Vice President Bill Watts before the taping 10/5 at Center Stage. After Monday night's taping, Steiner hasn't appeared at any house shows nor was he booked for Halloween Havoc and was taken off the booking sheets for house shows in early November. Since it has hardly been wrestling's best-kept secret that the Steiners were making noises about leaving, most likely for WWF but possibly for New Japan, the assumption is/was that he was finished. However, WCW officials said at press time that the Steiner Brothers and Watts were still talking and while they haven't agreed on a new deal, Scott is supposed to be in Dothan, AL for television tapings on Wednesday night and the TV title match where he won the title from Rick Steamboat is still scheduled to run both in syndication and on cable this coming weekend. In addition, apparently Watts and Rick Steiner had a "productive" meeting later in the week. As far as negotiations are concerned,-unconfirmed words are that this past week Watts was more open to actually negotiating. Supposedly he agreed to take out a few of the more draconian clauses in the deal in regards to control of the name Steiner brothers (since that isn't their real name) in perpetuity, however they were still not seeing eye-to-eye on the changes in the medical coverage. The Steiners should know about that stuff first-hand since Rick has had three major muscle tears over the past

# EXHIBIT 11

WFMMJOR
EXHIBIT NO. 24
4-15-09
DONNA TERRELL

# Wrestling Observer Newsletter

PO Box 1228, Campbell, CA 95009-1228         March 8, 1993

SUPERBRAWL III FINAL POLL RESULTS
| | |
|---|---|
| Thumbs up | 459 (95.2%) |
| Thumbs down | 1 (00.2%) |
| In the middle | 22 (04.6%) |

BEST MATCH POLL
| | |
|---|---|
| Sting vs. Big Van Vader | 146 |
| Chris Benoit vs. Too Cold Scorpio | 121 |
| Rock & Roll Express vs. Heavenly Bodies | 73 |
| Cactus Jack vs. Paul Orndorff | 71 |
| Great Muta vs. Barry Windham | 17 |

WORST MATCH POLL
| | |
|---|---|
| Dustin Rhodes vs. Maxx Payne | 171 |
| Davey Boy Smith vs. Bill Irwin | 129 |
| Watts & Bagwell vs. Austin & Pillman | 46 |
| Great Muta vs. Barry Windham | 34 |

Based on phone calls, letters and fax messages to the Observer as of Monday, 3/1. Margin of error: not much on this show.

Based on updated reports over the past week, it appears SuperBrawl did between an 0.4 and an 0.5 percent buy rate on PPV, which would mean a company gross between about $850,000 and $1.1 million on the show. The buy rate would be, at best, the third lowest of any major promotion PPV event, slightly ahead of the 1992 Beach Blast and Great American Bash shows during the period when WCW tried running three PPV shows in a nine week period. At worst, it would be the lowest buy rate ever for a major WCW PPV event. If the mini-movie was the reason for the unexpectedly good showing of the Halloween Havoc PPV, then this just shows duplicating the same idea twice in a short period of time doesn't generate the same results.

Jim Ross, who has been the face of World Championship Wrestling for the past five years, officially resigned from the company on 2/25. The resignation wasn't unexpected since the new regime in charge made it abundantly clear they had no plans to use Ross on the air, and instead re-assigned him to a role as a salesman for the syndicated television division. Ross, who signed a three-year contract with the company at a price rumored to be between $150,000 and $200,000 per year shortly after Bill Watts was brought aboard as Vice President of Wrestling Operations, reportedly asked Bill Shaw and Bob Dhue if he could get out of the contract because he didn't want to give up broadcasting, something his new job would make it very difficult for him to continue. I'm not sure if the details of the release have been completely worked out, but part of the deal may include a no-compete clause, which would make it impossible, at least for a time period that would probably be in the six month range, for Ross to join Titan Sports, which would be the obvious place he'd look for employment. Ross told friends during the week that he had no definite future plans but apparently was talking about moving back to the Tulsa area within a matter of a few months and trying to pursue radio work in the area. From WCW sources, Ross left the company on amicable terms in particular with Shaw and Dhue. If Ross' contract also included the same 90 day review period that Watts' wrestlers contract had in them, which meant Ross and his big salary could have been dumped for poor job performance as a salesman in syndication, and selling syndicated wrestling shows these days with the current television attitude toward the product could have made being a success fairly difficult. For the time being, Ross will continue his weekly wrestling radio show in Atlanta. He'll also continue on the WCW 900 line for a short period of time, probably just a few weeks, until WCW had find a replacement on Saturdays. This was probably close to a mutual disillusionment since both Ross and Dennis Brent (WCW Magazine and head of hotline) were moved out of their offices in the WCW wing of CNN Center over the past two weeks, prior to each leaving the company. Brent resigned Tuesday, shortly after that decision was made, although he apparently felt much pressure from external forces to lead to that decision. Friends of his say he felt the new regime wanted those closely aligned with Bill Watts and those aligned with Jim Herd out of the company, and Brent fit both bills to an extent.

Wrestlers and friends said their final good-byes to two of the biggest wrestling attractions of recent years, Andre "the Giant" Roussimoff and Kerry Adkisson, last week.

Andre's long-time best friend and caretaker Frenchy Bernard put together a lavish ceremony in front of 200 to 250 guests on Andre's 200-acre ranch in Ellerbe, NC, a small town two hours North of Charlotte, on 2/24. There were actually very few wrestling personalities in attendance, the most notable of which were Hulk Hogan (who was one of seven who delivered a eulogy), Vince McMahon, Randy Savage, Brutus Beefcake, Rene Goulet, Pat Patterson, Wahoo McDaniel, Fabulous Moolah, Ivan Koloff and Rita Chatterton. Hogan broke down twice during the eulogy and was visibly moved from the moment he showed up, breaking kayfabe to an extent by saying how Andre let him slam him in the Pontiac Silverdome in order to take Hogan's career to a new plateau. "I bodyslammed him once because he let me do it. He said, 'Slam me, boss.' I'll never forget how kind and how generous he was." Besides Hogan, Frenchy and Jackie Bernard, he was also eulogized by his personal doctor, a ranch hand, a cattleman he did business with and Dr. Terry Todd, a former champion powerlifter who became his good friend while writing a 1981 article on him for Sports Illustrated. Frenchy Bernard kept the ceremony low-key and made it clear that autograph seekers weren't welcome. Getting Andre to his own funeral was just another in a series of unique stories that constituted Andre's existence both in life and in death. As mentioned here previously, Andre has asked to be cremated within 48 hours of his death, however there was no crematorium in Paris that could accompany his size (Andre was 555 pounds at death). A 300-pound custom-made oak casket was built for him, but plane flights had to be continually juggled because the cargo holds on many airplanes weren't large enough to hit the huge casket. When his remains arrived at the Charlotte Airport, the coffin wouldn't fit into a hearse. The funeral home had to bring in a forklift to get the 860 pounds of casket and body out of a friends truck, and needed the forklift to get him out of the casket because it was nearly impossible to pick up the 555 pounds of dead weight. A special mahogany case had to be built for his ashes, which themselves weighed 19 pounds, or about double that of a normal human being. Bernard, his wife, and five other riders concluded the ceremony by taking Andre's remains around the ranch for one last tour on a seven horse ceremony. Bernard kept the coffin and wants to donate it some day if there will ever be a wrestling Hall of Fame built.

It should be noted that several newspapers eventually, including the Miami Herald, Montreal Gazette, Charlotte Observer and Los Angeles Times did print Andre's height at either 6-9 or 6-10, as opposed to the 7-4 figure that was printed in the wire services and carried in such periodicals of record including Sports Illustrated and the New York Times.

The funeral for Adkisson, who committed suicide four days earlier, was held on 2/22 at the First Baptist Church in Dallas before about 500 onlookers in a ceremony open to the public. Many Dallas area wrestlers attended, although the only out-of-towners that were there were Jim Hellwig (Ultimate Warrior) and Bret and Owen Hart. Other wrestling personalities in attendance included Scott Putski, Terry Simms, Steven

Dane, Calvin Knapp, retired wrestler/referee Bronko Lubich, former referee/booker David Manning, Bob Beddow (promoter in Southeastern Texas), Toni Adams and Jimmy Papa (musician behind the WCW Slam Jam album). Pall bearers included Hellwig, Bill Collville (long-time family bodyguard) and Kerry's ex-father-in-law. There were no speakers at the service.

Hellwig, who became friends with Kerry in 1986 when he wrestled for his father in the World Class promotion as Dingo Warrior, has talked about starting a trust fun for Kerry's two daughters, since Kerry left the family with no money.

In addition, The Global Wrestling Federation will be presenting a benefit show on 4/2 at the Dallas Sportatorium with all proceeds going into a trust fund for Kerry's two daughters. Promoter Grey Pierson started the trust with a $1,000 donation and Max Andrews, the former television syndicator for the Von Erichs' defunct World Class Championship Wrestling promotion, added a $500 donation. Peace was made with Kerry's family as brother Kevin will work the main event and father Fritz will make his first appearance at a pro wrestling show in more than two years and his first at the Sportatorium since he gave us his company four years ago to appear in Kevin's corner. The promotion (Grey Pierson, 817-265-7771) is looking for any independent name wrestlers who would like to appear at the benefit and will help provide transportation to the event for out-of-towners. They are also going to try and get cooperation from both WWF and WCW and hopefully both groups will supply talent for this benefit show. The normal free passes which make up the large bulk of the Friday night Sportatorium audience each week will be eliminated on this show and ticket prices will be increased. On the tasteless end of all this, at this past Friday's show at the Sportatorium, Scandor Akbar, who no doubt will wind up managing Kerry's opponent and be in the opposite corner from Fritz on the 4/2 card, did a live interview saying that he had no sympathy for Kerry Von Erich and he agreed with Judge Larry Baraka's statement about Kerry taking the coward's way out. Baraka, who was the judge scheduled to hear Kerry's case, was quoted in the Dallas Morning News the morning after the death as saying that Kerry took the coward's way out, which infuriated the hardcore wrestling marks in the area. Akbar then proclaimed himself the real king of Dallas wrestling (as opposed to Fritz). They can't let it go, can they? I guess it can be rationalized by saying Kerry would have wanted it that way, which is probably true.

Lots of news regarding some of the biggest names in both today's wrestling business, and of the modern era. Both Hulk Hogan and Ric Flair have returned to the WWF and WCW within the past weeks. Hogan returned on Monday Night Raw on 2/22, doing two interviews, the latter of which was replayed throughout syndication over the weekend. Hogan & Brutus Beefcake will face Ted DiBiase & IRS (who almost surely won't have the tag team titles by that time) at Wrestlemania, which will be Hogan's first match back, although he'll appear live at two or three more television tapings before that show. The current plan, and I'm not sure how much of this is finalized, is that Hogan's next match after Mania will be the 5/3 Fukuoka Dome show in Japan, probably as a tag team with Antonio Inoki, and that he'll start working weekend house shows for the WWF, likely against Yokozuna although I'm not sure anything is close to finalized about that, from June through August. Hogan's return will pop big houses, something that has been almost non-existent in this country of late, and should significantly help the Mania orders. How long he's willing to stay this time is unclear, but it is expected he'll appear on all PPV shows from this point forward and the WWF is adding the June PPV show from Dayton to the regular four. After Mania, Hogan will be filming a television pilot called "Thunder in Paradise," by the producers of Baywatch. If that series is picked up, it would surely necessitate another leave from wrestling. Besides doing his regular shtick interview on the Raw show, he also did a fake-shoot studio interview. I'm torn between admiration for just how good Hogan delivered the interview (if you're a fan of this business and you accept it for what it is, you have to give credit to the best workers both in the ring and on the mic and Hogan's sincere interview delivery is the best in the business) and disdain for the public message he was trying to deliver. I still see this as someone who is blaming the messengers for the fact he was caught with his hand in the cookie jar. Then he put himself in a very public position and tried a work and got caught. Then he quietly, nearly two years later, in recanting his original story, never admitted any personal blame for trying the work but instead tried to blame it on the producers of the show and the reporters who wouldn't accept the lie at face value, while at the same time praising all those who did.

Flair returned to WCW on 2/21 in Asheville and made his first television appearance on the show (taped 2/23 that aired this past Saturday. Flair just said that he was back, and only hinted of his initial role which will be to do an interview segment called "A Flair for the Gold," which not-so-coincidentally was the subtitle for Starrcade '83 (and should be for Starrcade '93 if they play their cards correctly). Obviously something at some point will happen that will lead to him getting back into the ring, with general speculation being his first match taking place on the 6/15 Clash of Champions from Norfolk.

Sid (Justice/Vicious) Eudy was in Atlanta on Friday and met with Ole Anderson. Eudy came out of the meeting expecting that he'll be getting an old-style WCW contract with guaranteed money and complete medical benefits including getting paid in full if injured. No deal has been signed, but most feel at this point it is inevitable.

On the other hand, two of the biggest names in recent Japanese wrestling history are on the shelf. Tomomi "Jumbo" Tsuruta, who turns 42 later this month, and has been out of action since 10/21 with an undisclosed illness believed to have been a severe liver problem, was hospitalized in the past few weeks with kidney failure. Tsuruta, who has been a main event superstar in Japan since his debut in 1973 coming out of the Olympic games, had been pushed as All Japan's top star for most of the past ten years. Word we get is that Tsuruta was in the hospital for two weeks, but was released over the past few days, and that an announcement will be made shortly of one of two things—either Tsuruta will announce his retirement from wrestling, or the promotion will acknowledge that Tsuruta will be out of action until sometime in 1994. As part of the in-ring story to try and fill the load left by Tsuruta's being absent, Toshiaki Kawada, the long-time partner of Mitsuharu Misawa, announced this past week that he would no longer team with Misawa after the current tour of advertised matches ends at the end of this week. Kawada said he wouldn't join up with either the old Tsuruta side (now headed by Akira Taue who is being pushed as a new Jumbo Tsuruta with similar haircut and attempted similar workstyle) or with Misawa's side in the traditional All Japan main event feud, but would try and work as an individual. Kawada feuding with Misawa and Kenta Kobashi is the spark All Japan has needed to break up the monotonous, although excellent inside the ring, series of main events the company has been running for the past three plus years.

Perhaps an even more devastating loss, one of Japan's one-man promotions, Akira Maeda's RINGS, is going to have to survive for the next several months without the one-man. Maeda is scheduled to undergo reconstructive surgery (similar operation to the ones suffered in recent years by Mitsuharu Misawa, Sting and Robert Gibson among many others) on 3/4 and is not expected back in the ring until October at the earliest. RINGS is going through with its scheduled monthly cards, which include a few major arena promotions, while Maeda is absent. The first show, which will be 3/5, will be headlined by Volk Han vs. Andrei Kopilov. While some of the former Soviets, Dutch and Bulgarians have picked up a following from their association with Maeda, who is still a pretty major celebrity and thought of as a major sports star in Japan, one wonders how well the company will be able to draw without a Japanese superstar as a headliner and with names that are largely known only to the hardcore wrestling audience.

The WWF had two similar losses of headline talent this past week, although each for a much briefer period of time. Razor Ramon (Scott Hall) underwent arthroscopic knee surgery on 2/26 and will be out of action probably until about a week or so before Wrestlemania. Ramon, who has been bothered by a bad knee since early January, blew his knee out for a second time in a 2/20 match with Mr. Perfect in Emmitsburg, MD. It's turning into almost a Do-c-do deal for the two, since Ramon initially injured the knee against Perfect, then just a few weeks back in a freak accident, Perfect's knee went out against Ramon, and in Perfect's first weekend back, it was Ramon's turn. In addition, Shawn Michaels separated his shoulder from taking a shoulder shot on the post a little too realistic on 2/22 on the Monday Night Raw show. He isn't expected back until Wrestlemania. On the shows this past weekend, Doink the Clown

2

(Matt Osborne) replaced Ramon in matches with Perfect, while Jerry Lawler was brought into most of the weekend cities to replace Michaels in matches against either Randy Savage or Big Bossman. In Memphis, where Lawler was scheduled as a babyface to oppose Michaels for the IC title on 2/25, Lawler brought in his own opponent, Jeff Gaylord, to put him over.

Our this week in lawsuits section of the Observer only shows one this past week. This was one was filed by Irv Muchnick, no relation to Phil Mushnick but nephew of Sam Muchnick, against the *Village Voice*. Muchnick wrote a lengthy story last summer on pro wrestling, and due to a dispute largely because a lot of the key material was "scooped" by *Penthouse Magazine*, even though Muchnick's story had been completed about two months earlier, there was a dispute over matters relating to the holding of the story and non-payment for the story and a court date is set for early April.

Since we didn't have space last week, there were two major suits, both of which will likely garner significant publicity, filed the previous week, both involving Vince McMahon, and another suit filed earlier which we didn't get details on until last week.

In the latter, which is the simplest and most straight-forward of the three, McMahon is suing Kevin Wacholz (Nailz). According to the complaint filed in Brown County Circuit Court in Wisconsin, McMahon claimed Wacholz perpetrated a violent attack and assault upon him with great force and violence. As a consequence of the attack, the suit claims, McMahon suffered pain and bodily injury as well as embarrassment and humiliation. McMahon also claimed the defendant filed a false police report claiming he had been sexually assaulted and the police report compounded the anguish and humiliation because the police report was published in various media outlets.

Lawsuit No: 2: James Hellwig (Ultimate Warrior) filed a $5,819,500 lawsuit against Titan Sports Inc., World Wrestling Federation and Vince and Linda McMahon. The 19-page suit was filed about two weeks ago in U.S. District Court for the Eastern District of New York.

The main claims and allegations involved in the suit are:
*Hellwig claims to have created the name and image of Dingo Warrior while in Texas, which included the unique pattern of face-paint and brightly colored strings wrapped around his biceps
*Hellwig signed a two-year contract with Titan on September 23, 1987, which provided for automatic one-year renewal upon conclusion
*Hellwig was re-named Ultimate Warrior, but the paint pattern on his face and bicep strings were remained and were largely unchanged from his pre-WWF sting as Dingo Warrior
*The original contract was automatically renewed on September 23, 1989 and September 23, 1990
*Hellwig claimed he began to experience illegal and unfair treatment by the defendants, claiming he was overworked and underpaid in comparison with other wrestlers of his acclaim, skill (I don't know why I found that word in this context so humorous) and status
*On July 13, 1991, Vince McMahon agreed to increase Hellwig's compensation and lessen his workload in a novation. The novation, written by McMahon, which was introduced as part of the suit, had 1) McMahon agreeing to pay Hellwig $550,000 for his participation in Wrestlemania VII (The semi-main event on the card against Randy Savage at the Los Angeles Sports Arena); 2) Agreeing that with the exception of special events, Hellwig would receive four days off every other time off period; 3) His pay on house shows would increase to four to five percent of net, effective immediately, with the understanding that no other WWF athlete would be paid at a higher rate and that no other WWF athlete would be paid at a higher rate than him on pay-per-view events (keep in mind this includes Hogan); 4) His royalty rate on merchandise would be increased; 5) His compensation from the Warrior 900 line would be identical to Hogan's from his 900 line.
*On August 26, 1991, the defendants refused to honor the terms of the written novation
*Hellwig was then suspended without cause by the defendants for 90 days. Although the parties later renewed their professional relationship, defendants illegal and unfair treatment of plaintiff continued
*On or about March 31, 1992, Hellwig and Titan entered into a second booking contract, a two-year deal to last until March 31, 1994

*On October 28, 1992 and October 30, 1992, Hellwig and McMahon had discussions regarding Hellwig's desire to pursue commercial activity in which the promoter is not otherwise engaged. Those included opening a gym, making a workout video, and releasing a poster. Verbal agreement to be able to use the name Ultimate Warrior on these projects was obtained by McMahon
*On November 6, 1992, Hellwig's attorney, John Goodson of Phoenix, sent a letter to McMahon memorializing these conversations. McMahon never signed the letter
*On November 9, 1992, McMahon terminated Hellwig's contract immediately. The basis of the termination, according to McMahon, was Hellwig's alleged involvement in a scheme to import Human Growth Hormones. Hellwig claims McMahon knew these allegations were false
*Hellwig said he began using anabolic steroids in 1982 as a bodybuilder and continued to use them as a wrestler. The use of steroids was commonplace among the other wrestlers and employees of the defendants including Vince McMahon
*The defendants acquiesced and encouraged the wrestlers to use anabolic steroids in order to improve their appearances. Often McMahon discussed his own use of steroids with Hellwig and with other wrestlers
*After the Zahorian trial, Titan instituted an anti-steroid policy and drug testing for both steroids and other illicit drugs. However, after this policy was instituted, steroid use continued with both the knowledge and acquiescence of the defendants
*McMahon continued to use anabolic steroids and other controlled substances in violation of his own drug policy
*Titan discriminately imposed the so-called drug policy by punishing certain wrestlers for testing positive for the use of anabolic steroids while allowing others to go unpunished
*At the time the defendants anti-steroid policy went into effect, Hellwig ceased the use of anabolic steroids
*Certain wrestlers and other Titan employees then began using Human Growth Hormone (HGH) to circumvent the drug policy without detection
*At certain times during Hellwig's employment, McMahon asked him if he knew of any source to obtain HGH. Hellwig replied that he didn't
*In May 1992, Hellwig inquired into securing HGH for his own personal use. He was not successful and never attempted to obtain HGH again. At no time did Hellwig ever use HGH
*On or about October 10, 1992, Hellwig told McMahon of his unsuccessful attempt to obtain HGH
*In Hellwig's contract, the only guidance to how much he was to be paid was a phrase stating "An amount equal to such percentage of the gate receipts for such event as is consistent with the nature of the match in which wrestler appears ie, preliminary bout, main event, etc.; the prevailing practice of the United States professional wrestling community; and any standards promoter or others establish specifically for such event."
*Wrestlers under contract to Titan were never told by the company and/or its agents of the amount of compensation or the percentage of the gate they were to receive for participation in exhibitions. The wrestlers learned of the amount of their payment on receipt of the checks
*On August 29, 1992, Hellwig was booked by Titan as a headline attraction in the Summer Slam PPV show. Despite Hellwig appearing (and in the main event against Savage), Titan never paid Hellwig his percentage of the total receipts for this event. Hellwig claims he is entitled to $1 million for this event
*Hellwig is also asking for the following amount for matches he has yet to be paid for: October 16 Nassau Coliseum ($2,000); October 23 Denver ($1,200); October 25 Peoria ($850); October 26 Springfield, IL ($1,200); October 27 Terre Haute, IN ($1,200); October 28 Louisville ($1,500); November 5 San Antonio ($1,250); November 6 Minneapolis ($1,200); November 7 Cincinnati ($800); November 8 West Palm Beach ($850); November 8 Orlando ($550)
*Hellwig's booking contract states that he "shall receive 25 percent of licensed products net receipts
*Hellwig received in royalties, about $150,000 for the last quarter of 1991, $99,392.99 for the first quarter of 1992 (at which time he wasn't even an active wrestler), $50,113.66 for the second quarter of 1992 (at which time he was working). The lawsuit contends the defendants purposely withheld monies owed to Hellwig according to the contract under the section regarding merchandise royalties
*Hellwig asks that an accounting be ordered by the court from Titan Sports in the areas of domestic concession sales, mail order sales, licensees, toys, domestic Coliseum and Canadian Coliseum for the period starting with the third quarter of 1991 through the second quarter of 1992

WWE/WAR 002314

* During a phone conversation between McMahon and Hellwig, McMahon stated his reason for termination was that his attorneys had advised him to terminate the contract because of some alleged intent on behalf of Hellwig to distribute anabolic agents. Defendants knew this allegation was false
* At no time has McMahon provided any reason in writing as to why Hellwig's contract was terminated
* With no cause for termination, Hellwig is claiming wrongful breaching of contract
* For the terms of the contract, Hellwig would have been a headline attraction in one more PPV show in 1992, four in 1993 and two in 1994
* Plaintiff is asking for $1 million for his participation in each Survivor Series 1992 and 1993, $400,000 for each Royal Rumble 1993 and $1 million each for the 1993 Wrestlemania and Summer Slam
* The contract also stipulates an obligation to book at least ten bookings per year, so based on the full year of 1993 and the first quarter of 1994 that is 13 bookings and they are asking $1,500 per booking
* Hellwig claims he began his pro wrestling career in Texas in 1984 as Dingo Warrior. Dingo Warrior garnered some national recognition and eventually became noticed by Titan Sports
* Hellwig's initial booking contract along with his second contract contain a section regarding trademarks. This section attempts to differentiate between pre-developed intellectual property of Hellwig and of intellectual property developed during the course of being under contract to Titan Sports
* Section 3.1 of Hellwig's second contract states that "intellectual property" belongs exclusively to Titan Sports for the term of the contract. This includes all names, trademarks and identifying indicia
* Section 3.2 of Hellwig's second contract lists items that make up name and likeness and provides these items belong to Titan Sports forever. The contract states "If promoter develops such service marks...and distinctive and identifying indicia for wrestler, they shall belong to promoter in perpetuity
* Therefore, Hellwig contends, since Dingo Warrior, the pattern of the face paint and strings around the biceps were not developed by Titan Sports and the contract has now been breached by Titan Sports, Hellwig owns and is entitled to use, for purposes of commercial exploitation, the name Dingo Warrior, the face-paint pattern and the strings
* Titan Sports promoted Summer Slam '92 on November 25, 1992. Hellwig was to be a headline attraction in most of the promotion for this event. Employees of Titan Sports indicated on WWF television shows that Ultimate Warrior "quit the Survivor Series."
* Hellwig contends he didn't choose to quit the Survivor Series. Hellwig contends he has been, and will continue to be irreparably harmed if Titan or Titan employees continue to state Ultimate Warrior dropped out of his own accord from Survivor Series
* Hellwig is asking that Titan Sports be permanently enjoined from using or exploiting the name Dingo Warrior and/or its likeness for any purpose and that Titan Sports be permanently enjoined from making any public statements that either imply or directly state that Ultimate Warrior left Titan Sports either on his own volition or due to an act of cowardice

Basically how I read this is that at some point there will most likely be some form of settlement at least when it comes to Hellwig getting paid for the last PPV and last run of house shows that he already worked. Aside from that, he is obviously seeking not so much to use the Dingo Warrior name, but perhaps the Warrior part of the name, but to continue to use the Dingo Warrior costuming if he chooses to wrestle in the future. As far as damages and the rest, that's another story. The amount he's asking for the PPV events sounds to me to be a lot higher than what one would think he would have earned, but at the same time, knowing the grosses from the cities on his last run, the amount he's asking for is well under the four to five percent as stipulated in McMahon's written novation. For example, the gross in Nassau was about $160,000 and he was asking for $2,000, which comes out to 1.25 percent rather than 4-5 percent, although the novation does stipulate net rather than gross, but it's hard to believe Titan's net on a $160,000 house comes out to $40-50,000. The fact that his gimmick check was almost double during the quarter that he wasn't even working than during the period after he returned is unusual. But it may be able to be at least partially explained in that Warrior's popularity wasn't the same after he returned as it was before he left, and the business itself was in the midst of a tailspin, but that he earned twice as much when he wasn't even appearing on television then he did when he was on television and involved in the biggest pushed

angle in the company at the time is still curious. Another interesting statement was in going over his history, Hellwig's suit listed him as beginning his wrestling career in 1984 in Texas as a member of a tag team called The Blade Runners. That technically is incorrect, as Hellwig's career began in November 1985 in Tennessee as a member of a tag team called Power Team USA, The Freedom Fighters. In January 1986, the team was re-named The Blade Runners. He went to Mid South in March 1986, which did promote in Texas, but it wasn't until a few months later that he went to Texas where he was re-named Dingo Warrior.

From reading the suit and accompanying evidence and what little knowledge of the situation as it existed that has gone public, it appears that in July of 1991, Hellwig held up McMahon for a huge payoff from the Wrestlemania of a few months earlier (where the $550,000 figure comes in) and a guarantee he'd basically be the highest paid guy in the company on all PPV shows and get the highest percentage of anyone on house shows (remember Hogan was still around at this time), McMahon agreed to it in writing (the written novation), but then got rid of him immediately after the Summer Slam PPV show for what was reported as unprofessional conduct. He was brought back at Wrestlemania in 1992. On October 28, 1992, in Louisville, he allegedly had a meeting with McMahon where a letter from his lawyer indicates McMahon gave him verbal approval to use the name Warrior Gym in an upcoming business venture, and wanted to put out a workout video and release a poster. From what I gathered, he would not use the Warrior name or gimmick in the latter two endeavors. Titan's plan at that time was to turn Warrior heel and have him wrestle Hulk Hogan at this year's Wrestlemania. Hellwig wasn't in agreement with the change and his contract stated that "Promoter shall (develop and enhance)..the value of wrestler's performance as professional wrestler and his/her standing in the professional wrestling community, all of which shall inure to the benefit of wrestler." Hellwig's belief was the future objective to turn Warrior heel would hurt the image of the character, not enhance it. However, in return for Hellwig agreeing to let Warrior turn heel, he was asking Titan to cut down his house show schedule to a bare minimum which would allow him to pursue an acting career unrelated to the Warrior character and the WWF. Hellwig wanted all rights to the characters and likenesses that he portrays in any acting endeavors and for Titan to have no claim to any of them. Hellwig in return agreed that he would not do any projects in which he plays a character with a likeness to The Ultimate Warrior. Hellwig only wanted to be booked on PPV events and would devote a reasonable amount of time before the shows to promote them. Hellwig agreed to make himself available to work house shows only in emergency situations and provided these house shows didn't interfere with his outside commitments. So anyway, based on the wording of the letter, we are led to believe McMahon agreed to these terms verbally in Louisville, was sent a letter by Hellwig's attorney to get it in writing, then four days after receiving the letter, terminated Hellwig allegedly on the HGH distribution charge. Actually, one can understand McMahon's side to all this if his slant was that Warrior only agreed to turn heel if McMahon wouldn't book him on all but emergency duty house shows, because there is no point in keeping someone around to work on top at PPV's when they won't work on the road because it just takes up a slot for someone who will work full-time to get their character over. Still, I can't imagine Hellwig not at least receiving a settlement based on the shows he's already worked and not been paid for although the $1 million asked for the Summer Slam PPV sounds awfully high on the surface.

Hellwig was interviewed on 2/27 on John Arezzi's Pro Wrestling Spotlight radio show in New York. A caller brought up the subject of anabolic steroids and Hellwig claimed the last time he used steroids was August 26, 1991. He said he considered them like vitamins, that he was aware of the dangers but felt it was a sacrifice he was willing to make to be successful. He said that at times he had thoughts that he was using too great a quantity of steroids at one time but when he talked with other steroid users, he believed he was using less than many others were. It should be noted that August 26, 1991 date was just a few days after McMahon told myself and a few other journalists (and a few others masquerading as such) that there was no possible way that any of his wrestlers were still using steroids (and three months before half the wrestlers failed the first steroid test, and you still wonder why McMahon's credibility is where it is) although it was about six weeks after Titan's first public announcement regarding steroids. So this does slightly contradict what is in the suit about Hellwig ceasing use when Titan announced its

policy, if you take his claim at face value. Hellwig also said that he won't be wrestling in the United States at anytime in the near future, but did talk of possibly wrestling overseas. He said WCW had contacted him but indicated there had been no real discussions. Hellwig started Monday filming a martial arts movie in Southern California called "Firepower." In regard to his career, Hellwig made an attempt to separate himself from The Ultimate Warrior the wrestling character and also when talking about his Wrestlemania match with Hogan in 1990, first said the Warrior beat Hogan, then thinking, immediately corrected his wording to that The Ultimate Warrior was the only man chosen to beat Hogan.

Lawsuit No. 3: Vincent K. McMahon and Titan Sports vs. The New York Post and Phil Mushnick, a 13-page document filed February 17, 1993 in U.S. District Court for the state of Connecticut although as of the weekend, I believe neither Mushnick nor the Post had actually been served papers.

The suit claims:
*The defendants had a tortious, systematic and ongoing campaign to maliciously destroy the business of Titan Sports, Inc. and the life of its owner
*Beginning in or around July 1991, Mushnick and the Post targeted plaintiffs to be victims of a character assassination of the type practiced by the Post
*With respect to the attacks made on McMahon and Titan, Mushnick never asked for comment from either Titan or McMahon. Mushnick and The Post also refused to print retractions when provided with specific evidence that factual statements they had published about McMahon and Titan were false and erroneous
*Defendants have falsely portrayed Titan, its executives, its employees and its talent as an evil empire involved with organized crime and operated and staffed by sexual criminals, homosexual predators and child molesters
*Defendants have smeared WWF fans by publishing false and malicious statement about WWF fans implying that no right-headed person would attend or purchase WWF products
*Defendants have also made and published false and malicious statements about wrestlers affiliated with the WWF and the process by which they are selected by implying by innuendo that wrestlers must submit to a homosexual casting couch sponsored by corporate management of Titan in order to become affiliated with the WWF or succeed in it.
*Defendants have repeatedly and viciously defamed McMahon by direct statement or provable innuendo, Mushnick has written or orally stated McMahon was a child abuser, a child molester, homosexual criminal sexual offender, a liar in general, a man practiced in the art of deception, cold-blooded, devoid of honor and propriety, a member of organized crime and worse than the fictional character Hannibal Lecter
*Mushnick made all these statements although he doesn't know McMahon, refused McMahon's request to meet and talk, and has never spoken to him in person
*Mushnick claimed part of the business of Titan was to transport minors across state lines for sexual purposes and that such a claim has legal legitimacy as evidenced by a claimed impending lawsuit. No such lawsuit was ever filed or served on Titan or on any person affiliated with Titan
*Mushnick falsely implied McMahon had been charged with rape and that charges had been made against another person involving the sodomy of a minor. No lawsuit has ever been filed by or on behalf of any minor claiming to have been sodomized by a person affiliated with the WWF
*Mushnick and the Post implied or stated in stories with bold headlines "Wrestling Hit by Gay Sex Scandal" and "Boy-Sex Scandal Rocks Wrestling" that high-ranking officials of the WWF have sexually abused teenage employees
*After publishing these articles, Mushnick and Post falsely reported McMahon would make a full admission that certain sexual misconduct charges made in these articles were true, thereby giving false credence to the charges
*Mushnick and/or persons acting at his request or direction or on his behalf offered financial inducements, job promises and the allure of money to be obtained by lawsuits to induce third parties to fabricate accusations of sexual misconduct by WWF personnel
*Mushnick and Post consistently failed to identify their sources for attribution so as to preclude specific rebuttal and prevent any question about the motives and veracity of their sources
*Upon information and belief, Mushnick's sources included convicted felons, a fugitive from justice with a history of crimes against trust, a confidence man of considerable achievement with an easily ascertainable past which includes judicially noted perjurious tendencies, former disgruntled employees or third parties with known desires to retaliate against plaintiffs and a variety of other persons who shared improper and malicious financial motives for their actions and statements
*Mushnick attempted to persuade government agents to take adverse action against Titan and has promised favorable articles to such agents
*When Titan learned of Mushnick's tactics, Mushnick responded by calling for a federal investigation into Titan and McMahon
*Mushnick took steps to fabricate evidence to support his statements and to enhance and influence the likelihood of success for his demand of an investigation and indictment of Titan Sports and McMahon. To do so, Mushnick affiliated himself with Lee Cole, a convicted felon who had been a fugitive from justice during his early dealings with Mushnick
*Mushnick and Cole devised and implemented a calculated plan to induce an individual to stretch the truth and claim he had been sexually abused while a minor by a person formerly affiliated with the WWF. As part of this plan, the person was offered a job and other consideration
*As a result, McMahon has suffered severe emotional distress, severe mental anguish, anger, embarrassment, shame, humiliation, depression and loss of sleep
*During the course of his campaign, Mushnick has been provided with specific evidence in the form of a letter from the Department of Justice proving the falsity of certain statements he has made in his column. Despite such proof, Mushnick refused to retract those statements or inform his readership of the letter
*Mushnick printed an accusation of criminal homosexual conduct by McMahon despite the fact other writers from the Post refused to publish the charges after being provided with specific information that the charge was false and fabricated. Mushnick also made no mention of the information provided the paper indicating the accusation was false and fabricated
*Mushnick knew he was publishing false statements with actual malice and/or reckless disregard for truth

Many of the points in this suit are frivolous in that a columnist is not only allowed, but encouraged to print his opinions. Others lack the very same specifics the suit charges Mushnick with. Others we can at least try and comment on with whatever knowledge we have of the proceedings as they took place during the time period they took place.

Since I haven't seen what is referred to as specific evidence that factual statements they have published were false and erroneous, I can't comment on it. If they were statements made that were provably false, and no retraction was printed, then there is certainly a case. Since no specifics were noted or evidence offered, I don't know of any evidence such is or isn't the case. It's no secret to anyone who knows something about this story that the main witness for both Titan Sports and for Phil Mushnick is the same person, which makes it very difficult for either side to say the main witness that Mushnick used was a bad source since Titan's key source against Mushnick is the same person.

Mushnick has the right to state Titan is an evil empire if that is his opinion (and it is his opinion, and he has the right even if it isn't his opinion, although that would be a poor example of being a columnist) and the charge he smeared Titan's fans is equally ludicrous. I may have missed it, but I believe I've seen just about every column Mushnick wrote regarding this subject, but I can't recall any column stating or insinuating McMahon himself was a child abuser or child molester or a member of organized crime (there was one mention where Billy Graham talked about the investigation and said they were asking him questions along those lines but it was never stated as far as I know point blank or insinuated that was true, just that at one point the idea of it was, according to Graham, being investigated, a huge distinction). He did state there was a police report filed by a wrestler (Kevin Wacholz) and the contents of that report certainly would give one that impression. But the existence of such a report was fact, even though I know of few people who believe the act described actually took place. As far as being a liar in general, I'd think any person who sees a tape of the Larry King show today knowing the facts in hindsight could reasonably reach that conclusion let alone the contradictions between that show and the different Vince McMahon on Donahue. If I recall correctly, the article in which that was stated had specifics to back up that claim. A man practiced in the art of deception? How can that even be argued? Pro wrestling is the art of deception and