# EXHIBIT 12

THE FINKEL REPORT.....JULY 2, 1996



TERRY TAYLOR....WCW HOT LINE

(TRANSCRIPT)

Well, the Ultimate Warrior did not show in Louisville, Indianapolis, and Detroit. Travel (they said) was the problem. Well, what it was or what it wasn't, we don't know. But what I'm hearing through my sources is there's a 90 % chance he's gone. And what does this mean to professional wrestling fans? Well, this guy came into professional wrestling (I said) on the promoter's terms, left on his own terms. Well, a guy who has all the money in the world, other businesses and all that, and doesn't want to make the trips, doesn't want to pay the price to be in professional wrestling, is very hard to do business with. And I think that that's been proven in this situation. This guy came from being almost a chiropractor, to a body builder. Great name in professional wrestling, one of the biggest draws of his time. I think his time may have come and past. This guy doesn't seem to be in the professional wrestling world right now. We'll have to wait and see.

Well, Psycho Sid took his place. And I don't know what this means, but when you've got to dig down that deep to replace one fly by night by another one, pretty incredible. I don't know what's going on.

---

WADE KELLER...PRO WRESTLING TORCH HOT LINE

On the Warrior situation, he sets a chronicle of events over the past few days, then goes into the receiving of the fax yesterday day from Warrior, citing his father's death, attributing that to Jim Ross' Superstar Line report. Keller says to that, "you can sense a little skepticism that that was the reason Warrior missed the date. It kind of sounds like the kid at school who has every excuse in the world for all I forgot his notes. I'm not trying to be the least bit insensitive because Ultimate Warrior's father died. Obviously that's very sad and very personal. However, I do have a problem with him denying the fact that there was a big blow up last week, considering there was a big blow up between Warrior and Vince, and it certainly isn't disingenuous to attribute your entire missing of the weekend dates to just your father dying, without being up front and saying, OK, maybe I would have missed the dates anyway, because of the negotiations, So OK, we can judge that".

He then talks about Jim Ross' commentary on the Superstar Line, then says:

"I called the WWF yesterday, talked to several people in the front office, and nobody was saying anything, which is par for the course, nobody really does say anything there, because the word paranoid has often been associated with the World Wrestling Federation front office, and the other word would be professionalism, and you can take your pick.
(M O R E)

KELLER (continued)

But either way, everybody who is either totally in the dark about what was going on, which was probably the case, and a couple of the cases, or were not going to say anything because it was such a strange weekend.

Now last night, late at night, Jay Andronaco of the World Wrestling Federation finally got back to me, and said he didn't know anything about the subject. And of course his job is media relations, and he was not even willing to tell me what Jim Ross had on his own 900 line. So that wasn't of much help. So the WWF is definitely trying to not say much about this officially on the record at this point, because it's up in the air. Warrior is not done for good, and he's not for sure back either. They are expected (I'm sure) to have over the next week more negotiations. Now both sides are saying they're confident they'll be back. I mean Warrior Monday morning says oh I expect fully to be at the Albany show on the 11th. Well the WWF is also confident he'll be back in time for the pay per view, but confident, that being like 51% hopeful, as opposed to like 90% sure. So anyway, that's that situation.

Now what really happened last week? Well, what really happened also week was Ultimate Warrior went to the Superstars TV tapings, and he beat Vader in the main event. Then he went to his hotel room, got up the next morning, flew out to New York for a toy and trade show, and from what we're hearing, he got a little upset at the trade show, because there was some merchandise that had his gimmick or his likeness on it, and that he had not given permission, or at least he didn't feel he gave permission to the WWF to use it. Now, given Warrior's interview with Bob Ryder, I doubt we're gonna get great details out of Warrior concerning all of this. And I have not spoken to Warrior yet. But the story that we have heard from real good sources is that he was upset. Warrior blew his top that McMahon, you know, McMahon had betrayed him, by marketing merchandise for toys, without that being part of their initial, very complicated contract deal, where Warrior asked for a lot, in return for coming back to the WWF. So he blew his top, and pretty much was ready to walk out.

Now there had been talk of conversations between Warrior and McMahon on Thursday, either in person or on the phone. I wouldn't be surprised if conversations started on Wednesday. But whatever it was, there were discussions that where Warrior made great demands, in exchange for what he felt was Vince's wrongdoing. He felt Vince betrayed him, he felt that Vince, you know, presented himself as a friend, but when it came down to it, was once again just purely looking for business from his perspective. And again, this is all second and third hand stuff, and I qualify what I'm saying. When I report this, however, this is pretty solid stuff, even with that qualifier.

So anyway, they had their discussions during the week and try to work things out. Vince finally said no. Now there's lots of rumors going around that Warrior has already held up Vince a couple of other times in the last six months for changes in the deals, and a better deal for Warrior, because he's got a reputation for doing that. And we'll talk about his history in just a second, if you're not familiar with that. There's a lot of insider stuff on the relationship between Warrior and McMahon that is legitimate background for what just happened in this last week.

So, Warrior was not scheduled Wednesday night for a show, but he was scheduled Thursday, Friday, Saturday, and Sunday, and he missed all four dates. Ahmed Johnson had to take his place in each of the towns, or took his place on Thursday and Friday, and that Sid came in and was a replacement for Warrior, and got over like gangbusters in both Detroit and Pittsburgh. He was really over with the crowd. It was a suitable replacement by the reaction of the fans, they were very pleased with it.

(MORE)

UCI 000852

T-JH 01914

I'm sure if Sid wouldn't have the mainstream effect of bringing fans into buildings necessarily, or popping TV ratings. But in terms of a pop in the arena, he got a real strong pop.

By the way, as a side note, we had talked yesterday about Bret Hart getting called. Bret Hart was the first phone call the WWF made, and I would assume it was Friday. I don't have an exact time line on it, as I look at my notes. But Bret was called as soon as they realized that Warrior was gonna miss these dates. And Bret said let me think about it, I'll call you back, and a short time later called the WWF back and turned down the invitation to return to work these dates this weekend. Bret is from all accounts, he is holding out until Vince McMahon calls him and says, Bret, we need you, come back for this amount of guaranteed money. Shawn Michaels isn't working as Champion, we need you to save the company. That is essentially what Bret's waiting for, and he's not gonna come back to be part of a three man team in WCW, no matter what the amount within reason, and he's certainly not gonna come back to take Ultimate Warrior's spot. Sid was their second choice, and they called Sid, got a hold of him, and he agreed to come back.

Now, the fight with Warrior and McMahon. Warrior demanded a tremendous amount in return. There were some rumors going around, unsubstantiated, that Warrior wanted Vince to do something to make up for it with his comic books, buying hundreds of thousands of comic books, some sort of distribution deal or something to that effect. Didn't confirm that, the best we could confirm was that Warrior did ask for something, maybe even close to seven figures overall in what he wanted, in order to stay for the next 14 months on his 18 month contract, assuming he was telling the truth that it's 18 months. Whatever it was, Warrior wanted huge concessions for what he felt was wrong doing. And also, Warrior thinks he's got real good value because he, and many others in the WWF are attributing the success of the WWF house business this year to Ultimate Warrior. Now the up trend started before him, and they had a great Royal Rumble, and that's followed up with great house show business, and that was before Warrior came in. But nevertheless, it's debatable whether the WWF could keep this up with Warrior. Now, Warrior could be getting pops at arenas simply because fans like him. But when it comes to buying tickets, they're really buying tickets to see Shawn Michaels. Or heck, maybe they're seeing him, buying tickets to see the Godwinns for all we know. But nevertheless, that's certainly something Warrior certainly is playing hard ball on, thinking that he is a very important puzzle piece for the WWF right now, especially since they lost Bret Hart, Diesel, and Razor Ramon for various reasons in the past few months.

Now, the WWF has not given official word of if it's pay per view is gonna be changed or not, and they don't have to yet, because it will be next week's Raw where they'll have to acknowledge it if Warrior departed. They did go quite far in acknowledging that they had problems with Warrior, by mentioning it on Raw, and giving a very truthful (from all accounts) report on the 900 line, going public with it. What Ross said seemed very straightforward. Not the most insider thing you'll hear, but certainly not going along with the story line either.

So anyway, that's the situation now. If you're not familiar with the history of the Warrior, we should just touch on this briefly, because I was shocked as I went back and did research on the story, in finding out the parallels on this situation. Warrior's rocky relationship with the WWF hit it's first major bump in the road, well, it was the day after Summer Slam in 1991. He was suspended for 90 days from the WWF for unprofessional conduct. He was suspended, and the WWF was hoping that by suspending him for 90 days, he wouldn't jump to WCW right away, because there was some fear that if they fired him, he could go to WCW.

(MORE)

UCI 000853

T-JH 01915

KELLER (continued)

So anyway, Warrior had been attempting to re-work his contract with the WWF, so his pay and schedule resembled Hulk Hogan's at the time, and it got to the point where he held up the WWF backstage the day of the pay per view. And then when he actually did wrestle, he went out there, wrestled his match, ran back before the match was over, and was out of there. Earlier that month, he had also missed some house show dates, and this sounds familiar, for the same reason. If the WWF brings Warrior back now for this July 21 pay per view they've got coming up, it could turn into a full fledged replay of the 1991 incident. We'll talk about in a second about what the WWF plans to do to stop that.

Warrior returned a few months later, at a surprise return, saving Hogan from a 2 on 1 attack by (of all people) Sid, and Papa Shango. How's that for ironic. That was at WrestleMania 7 in 1992 (H-It was WM 8). Then he would go on to headline Summer Slam '92 against Randy Savage, but then a few weeks before his scheduled appearance at the Survivor Series, the WWF fired him, after he again made more last second plays for more money. The WWF then decided it was better to release him, then deal with his unrelenting demands, at times when he had the most leverage. And Warrior sure does pick his spots to hold out for more, or ask for changes in his contract.

Now note that this latest incident came just a few days after an entire months' worth of television was taped, hyping Warrior's first pay per view main event since he returned to the WWF earlier this year. So Warrior's picking his spots. I mean I don't think it's just a coincidence, and it may be. Maybe the toy show was legitimately the only reason he went off on the WWF. Or maybe he was planning for it, and that was just an excuse. That we don't know, because nobody's really talking openly and honestly about it, who are directly involved. And anybody who does know is scared to death to talk, because, you know, in the WWF, if you get caught talking through unofficial channels, you're in big trouble. So, nobody's saying anything, other than what we're getting off record from a bunch of other people, or you know, stuff not up from entribution.

Now, since the beginning of his third run in the WWF earlier this year, Warrior has been part of, although not necessarily the primary reason for the WWF's house show business. And he did provide a bump in TV ratings at a key time during his stay, during the Monday night wars, and he was heavily cheered at live shows. But his influence on pay per view buy rates has been tough to evaluate so far, because WrestleMania, his first show, wasn't a disappointment, but it wasn't a tremendous success either. And, you know, you can't say he's all of a sudden come in and doubled buy rates, or moved them up 50 %.

But ironically, Sid was Warrior's replacement at house shows following Summer Slam '91. Sid would go on to be as nearly as tough to deal with as Warrior, although really never having the clout to become quite as much as a pain, because the threat he had over the WWF wasn't equivalent to Warrior's. Now Sid had announced his retirement from wrestling on March 2, after suffering a constant string of nagging injuries during his storied career, and he had suffered a neck injury late last year that took him off the road, and out of his scheduled run as a tag team with 1-2-3 Kid. Now if the WWF and Warrior don't reach agreement for him to return, it's possible that this Monday on the July 8 Raw, the WWF will air the angle they taped June 24, last Monday, at the Raw tapings, where Warrior was attacked by Owen, Bulldog, and Vader, and left lying. Now Warrior did make a comeback, but they won't air that. Instead, if they decided to not bury Warrior, but have him be part of a story line, they can explain his absence from the pay per view by saying he was too badly beaten to wrestle, and heck, start a letters campaign so they can add to their mailing list.

(M O R E)

UCI 000854

T-JH 01916

KELLER (continued)

If an agreement is reached for Warrior to remain with the promotion, the WWF may take extreme legal measures to keep Warrior from holding them up in the future, such as bonding him. And I'm not quite sure of the exact terminology, but what they would do is basically have it if he didn't show up for the show, he'd be basically hunted down, and his pants would be sued off, and he'd be responsible for all the lost monies. And if Warrior has every intention of making shows, he should no problem signing such an agreement. But nevertheless, Vince McMahon gets....you know, I mean....God, I can't tell you how many people I talked to today, who had various terms for Vince McMahon, when it comes to the lack of realism he has when he deals with the top talent who's in his promotion at the time, be it Hulk Hogan, Ultimate Warrior in his first run, Diesel, Bret Hart, now Shawn Michaels. He's got these kind of glassy eye, or this glisten in his eye, where he sees in them this ideal leader of his promotion, and you know, there are terms like super trooper used for Bret Hart. I mean, it's just.........he ends up....God....the term gullible was even used. It's tough to use that with Vince, because he's such a leader in so many ways. But when it comes to the top guy, he's vulnerable sometimes to not necessarily seeing what's really happening. And with Shawn Michaels, you know there's people pointing to certain elements of that, although not quite as much as with some of the other guys, especially Warrior and Hogan and Diesel.

Nevertheless, that's that situation. Now we'll have a lot more on this Warrior story tomorrow. The WWF is expected, at least they told me yesterday, last night, that they would have official word sometime during the day today regarding the Warrior situation. I don't know if they've got meetings set with him or not. But we'll see if any more official word comes down. And also, we'll either get more backing to what we heard about the toy convention story, or perhaps some alterations or reputations on that situation, although I'm pretty confident that there is something to that, some version close to that story, was the legitimate reason that set off this whole string of events. Hopefully by tomorrow we'll have word on whether Warrior's dad really did die over the past few days. And the only reason I'm suspicious if something as sad and serious as that, is that it was used as an excuse and as a cover up, which from a taste perspective I have a problem with.

UCI 000855

T-JH 01917

# EXHIBIT 13


WARRIOR
EXHIBIT NO. 42
4-15-09
DONNA TERRELL

# Wrestling Observer Newsletter

PO Box 1228, Campbell, CA 95009-1228        ISSN10839593        June 28, 2004

PRIDE CRITICAL COUNTDOWN
| | |
|---|---|
| Thumbs up | 175 (100.0%) |
| Thumbs down | 0 (00.0%) |
| In the middle | 0 (00.0%) |

BEST MATCH POLL
| | |
|---|---|
| Quinton Jackson vs. Ricardo Arona | 84 |
| Antonio Rodrigo Nogueira vs. Heath Herring | 55 |
| Sergei Kharitonov vs. Semmy Schlit | 13 |

WORST MATCH POLL
| | |
|---|---|
| Naoya Ogawa vs. Giant Silva | 110 |
| Kazushi Sakuraba vs. Nino Schembri | 23 |

UFC PAYBACK
| | |
|---|---|
| Thumbs up | 81 (45.5%) |
| Thumbs down | 30 (16.9%) |
| In the middle | 67 (37.6%) |

BEST MATCH POLL
| | |
|---|---|
| George St. Pierre vs. Jay Hieron | 64 |
| Ken Shamrock vs. Kimo | 42 |
| Evan Tanner vs. Phil Baroni | 19 |
| Frank Trigg vs. Dennis Hallman | 16 |

WORST MATCH POLL
| | |
|---|---|
| Matt Hughes vs. Renato Verissimo | 63 |
| Phil Baroni vs. Evan Tanner | 36 |
| Frank Mir vs. Tim Sylvia | 15 |

Based on phone calls, e-mails and fax messages to the Observer as of 6/22.

The John Layfield situation remained controversial all week, with the pro wrestling mentality surfacing its head as the week went on.

On Smackdown, his firing from CNBC was turned into a storyline, which must have made some people unhappy, since the interview in the ring contained many negative things about the network that didn't end up airing.

The main things edited out, apparently from UPN not wanting it on the show, was Bradshaw saying CNBC's ratings might as well be in the witness protection program, and that without him, CNBC was little more than the stock market ticker. Some criticism of CNBC did appear, but UPN was said to have been negative about it. What did air was probably his best promo, as far as delivery went, ripping on the fans, although all the cracks on the liberal news media made no sense because wrestling espouses conservative viewpoints (I've never been comfortable with it, thinking when you play ideological politics in the babyface/heel role you're alienating parts of your audience). It almost made him a babyface by wrestling standards, but with ripping the country and the crowd, he instead used his real feelings of in his mind, being wronged, to do one of the company's best heel promos in a while.

This was a Vince McMahon written (according to one source), or at least inspired promo. The first half, talking about being knocked down and getting up and being resented for being successful, and blaming the liberal media was total VKM, from different periods when he was under the gun. If you recall 2001, when the XFL was dying in the ratings, he blamed it on the media, because it was an easier scapegoat for him than simply admitting he had an idea that was failing, and nobody reacts well to high-profile failing. Where it came across totally sleazy is they used it as an angle, and showed mainstream news clips throughout the show. But they never once mentioned or even hinted what the issue was that caused all of this, just showing clips that said Layfield was fired, but never what he was fired for. Ironically, it appears this was more due to UPN, which is said to have called during the show and said there could be no references to what Layfield did to get fired on the show, feeling that the station itself could be embarrassed by those actions by one of its stars. It is this problem, where scripted pro wrestling does reality storylines based on real life, that it is a different art form than a movie or things it tries to compare itself to. It is not the same as Anthony Hopkins playing Hannibal Lechter, as Layfield has said. In this angle, John Layfield is playing the role of John Layfield. Now, granted, it's not the same character as him in real life, but it is the same name and his talking about being fired from a real job and talking about the real media was the real him. It was the inability, due to UPN, to tell the whole story on their own show that should have made them see it from CNBC's side of things, that they can't have a business analyst who goose steps in his role as a heel wrestler. The closest thing to an explanation is Michael Cole hinted he was fired because he was a loudmouth wrestler. They did have Eddy Guerrero make fun of his being fired, so in that sense, the babyface was not defending him, but they were using the firing as heat.

The promo was saw Layfield come across like a major league heel. The promo eventually did get to the PPV match, with Layfield talking about bloodshed on the next show and claiming they don't do bullrope matches anymore because of it. The segment ended with Guerrero chasing him out of the ring. WWE has often used its perceived (and real) enemies to work storylines as almost a catharsis. IRS was Vince McMahon's reaction to being audited annually. Right to Censor was creating heels to represent the PTC, when they were going after company advertisers. Billionaire Ted, the Huckster and Nacho Man was the response to not dominating a ratings war that was supposed to be an embarrassment to WCW and turned out differently, and to talent McMahon felt was washed up, but was drawing money against him.

The next day, Layfield went on Howard Stern, who had been sympathetic to his plight, as Stern believed Layfield was just acting out a script. When Stern asked if goose stepping had been scripted for him to do, he said a large part of his character and what he does is scripted for him, but that wasn't. He noted he did the same thing in 1996 in Germany without any problems, but failed to mention no WWE performer has done it since 1997, when HHH did it, and it caused at least minor controversy at that time. He said the German press said what he did was not illegal in Germany. I'm not aware of any German press coverage on the story to begin with, but there are laws that are often enforced regarding such behavior. Since he did it on what was a staged show, it didn't result in anything happening. He did not bring up that there was enough controversy and complaints from Germany that he was asked not to do it again the next night, and this was days before CNBC would have had any idea of what happened. He said nobody in Germany was put off by it, when, in fact, it was the major thing that was talked about among fans leaving the show and it was the reaction of German fans there, not American fans, that started the story. Bradshaw tried to put the blame of his being fired on wrestling web sites that he offended, and claimed it was some guy in Florida (believed to be Alex Marvez, as Vince McMahon went off on Marvez and his belief that he worked for a liberal newspaper, backstage that night) who started it by e-mailing CNBC. That was funny on many levels. I laughed about his internet reporters diatribe because I just saw it as a heel character doing a half work, and understood his viewpoint, except that when lumping everyone together like he did, it comes off kind of foolish. There were people who did get some sort of glee in feeling that Layfield had insulted them, and through his own bad judgment, the internet reaction got him fired. I'm sure he never figured something at a house show in Munich would even get back to the U.S., but the world has changed incredibly since 1996.

Whether this was legit or not, someone claiming to be a producer from CNBC called at that point and said the station received hundreds of complaints (the number we were given was 1,200 total complaints), not just one

WWE/WAR 002351

1

In another shocker, Dr. Wagner Jr. pinned Canek in 13:01 after hitting him with a chain given to him by Apolo Dantes to win the UWA world heavyweight title. What's next, Mil Mascaras losing the IWA belt? Canek has been refusing to drop that belt, even though UWA has been out of business for eight years. Tag champs Ultimo Guerrero & Rey Bucanero lost a non-title match to Atlantis & Blue Panther in what was said to be the best match on the show. . . CMLL booker Panico is trying to set up a Wagner vs. Canek mask vs. mask match for later this year, with Canek losing. Canek isn't happy with the idea, but hasn't said no yet. The other big match they've been building is Wagner vs. Atlantis in a mask match, maybe with a one year build for early 2005. Atlantis is being pressured to drop his mask, and since he's talked of retirement, it's possible they'll convince him. . . ENESMA had its second TV taping for TV Azteca, as well as the U.S. based Azteca America network, on 6/19 in Xochimilko with a lot lower level of stars than the first taping. Blue Demon Jr., El Hijo de Rayo de Jalisco Jr., Super Parka, Scorpio Jr., Tinieblas Jr. and Villanos IV & V were the headliners. . . Veneno scored a major upset on 6/20 at Arena Coliseo in Mexico City, beating pretty boy Tony Rivera for his hair. Rivera had won something like 32 straight hair matches. . . AAA is now doing night club shows, and on television showed clips of girl on girl action (and not wrestling), strippers and wet t-shirt contests when promoting their risque night club shows. . . CMLL is using a ref camera for some close-ups. I believe that was done in the U.S. a few years back but dropped.

**PUERTO RICO:** IWA's big Savio Vega return took place the day before Victor the Bodyguard's death, on 6/19. The death took all the emphasis off the angle. After too many months of build-up where clips were shown of Vega getting fired from one job after another, turning him babyface, he announced that he would-be-in-Bayamon-on the 6/19 show. His return drew a sellout of 4,500 fans and turned 3,000 more away at the door, for him doing a promo. He'll have his first match back on 7/17 at Roberto Clemente Baseball Stadium in Carolina. . . The wrestlers wanted next weekend's shows canceled because of Victor's death, but owner Victor Quinones was up in the air about it. At first he thought the show must go on, but said he'd make a decision after the funeral. . . WWC is now talking about doing an angle where the entire Colon family goes heel, including Carlos, thinking they need it to save business. It would build to a Carlos vs. Victor Jovica program. . . The taped IWA PPV that ran only on the Dish Network in the U.S. grossed $29,000. That seems to mean about 2,500 buys, which isn't that bad. I believe the show ran in Puerto Rico so that's probably where most of the buys came from.

**HUSTLE/ZERO-ONE:** Shinya Hashimoto and 54-year-old Yoshiaki Fujiwara won the NWA Intercontinental tag titles from Takao Omori & Shiro Koshinaka on 6/17 in Sendai. On the same show, Tatsuhito Takaiwa kept the jr. title, pinning Jun Kasai. . . Predator returns on 7/9 at Korakuen Hall as United States champion. . . The only thing announced for the 6/28 Hustle show at Korakuen Hall one week before the show is Hashimoto & Kaz Hayashi & Spanky vs. Jose & Joel Maximo & Katariki, who is a guy doing a Filipino gimmick, and if Hashimoto loses, he has to wrestle with an afro wig.

**ALL JAPAN:** Toshiaki Kawada vs. Takao Omori was announced as the Triple Crown title match on 7/18 at Sumo Hall. The planned biggest drawing match on the show is Keiji Muto & Taiyo Kea vs. Mitsuharu Misawa & Yoshinari Ogawa in a rematch of the 7/10 NOAH Dome match.

**PRO WRESTLING NOAH:** 6/6 TV was the main event from Sapporo and one of the company's best matches this year. It was KENTA & Naomichi Marufuji keeping the GHC jr. tag titles over Kotaro Suzuki & Ricky Marvin in 32:49. This was edited for television, so I think I need to watch the unedited version. KENTA & Marufuji are always good, and I've seen them better, but the star of this match was Suzuki, who has improved greatly in recent months. They opened with some Lucha, ending with Marvin & Suzuki doing a double tope. Later Marvin did a Silver King dive and Suzuki did a tornillo outside the ring. Suzuki did the Tajiri springboard off the ropes deal, but instead of bouncing backwards with the elbow, he turned and hit the Misawa style elbow. Picked up with all the near falls. Crowd was going nuts by the end. Suzuki did a great rolling series of cradles and la magistrals on Marufuji. Marufuji came back with a shiranui. Suzuki did the greatest reverse Frankensteiner off the top rope that I've ever seen on Marufuji for a near fall. Match ended with Marufuji pining Suzuki after a one-man Spanish fly. ****½

**NEW JAPAN:** The next tour is 7/4 to 7/26, starting with shows on 7/4 and 7/6 at Korakuen Hall. The 7/4 show is headlined by singles matches of Yuji Nagata vs. Mitsuya Nagai, Shinsuke Nakamura vs. Katsuyori Shibata and Minoru Suzuki vs. Kazunari Murakami (talk about a style clash). 7/6 has Osamu Nishimura vs. Yutaka Yoshie, Toru Yano (who almost always gets DQ'd doing a 70s Umanosuke Ueda gimmick) vs. Hiroyoshi Tenzan, Suzuki vs. Blue wolf, Nakamura vs. Koji Kanemoto, Shibata vs. Manabu Nakanishi and Kensuke Sasaki vs. Hiroshi Tanahashi. Only three foreigners are booked, and they are only working the last two weeks of the tour, and that's Scott Norton, Stampede Kid (T.J. Wilson) and Steve Madison from Florida, so it shows just how much they've cut back on budget, since Norton is the only one of those three who probably is being paid good money. . . The 6/26 show in Santa Monica, which is the first TV taping for Ch. 23 in Los Angeles, held at Inoki's dojo, was changed to Heat vs. Rocky Romero for the IWGP jr. title and Ultimo Dragon vs. American Dragon as the top matches. Yano from New Japan will be on the show, plus it will be the pro wrestling debut of Kazuhiro Hamanaka, who fought several matches in Pride before quitting for New Japan. . . **6/5 TV was another waste of 30 minutes.** Instead of getting the Osaka stuff from 6/5 on the air fast, like NOAH does if they have a big show on the same night as TV, they had assorted clips. They showed Katsuyori Shibata's MMA match over Iceman from the Jungle Fight in Brazil. They showed Shibata traveling and talking. Iceman is a Southern California indie wrestler from the Inoki dojo, who I believe is named John Black. He's much smaller than Shibata, and was beaten in 45 seconds in a rout. Then Lion Maru DDQ Manabu Nakanishi in 6:08. Maru worked exactly like Nagata, and then was unmasked, revealing Nagata, to nobody's surprise. Match was a disappointment. Nagata was good, but both have the feel because of booking of being nothing special. Both threw down the ref for the DDQ. Why do they book finishes that are guaranteed to flop? *; The main was American Dragon & Ultimo Dragon & Kanemoto vs. Naomichi Marufuji & Heat & Tiger Mask from the 5/3 Tokyo Dome show. That was an excellent match, but heavily edited.

**OTHER JAPAN NOTES:** The movie Don Frye is filming in Japan now is called "Godzilla: Final Wars." Frye is one of three fighters in the movie, and plays the colonel of the Earth Defense Force. . . 16-year old Katsuhiko Nakajima scored his first top name win on 6/19 on the Michinoku Pro show in Sapporo, when he pinned Great Sasuke in the main event.

**HERE AND THERE:** In the long Ultimate Warrior interview we wrote about last week, he brought up the Jarretts talking to him about coming in. Warrior would be 46 now, and also said he doesn't see himself coming back to wrestle. He's gotten huge money offers in the past few years such as to do WWA overseas tours, and turned all of them down. "I don't foresee it. There's no place to go." He did say he thought his popularity has sustained itself because of how well the new dolls of him are doing. He said the Jarretts presented themselves to him like they thought he was sitting at home drooling for a chance to come back, but he's a different bird. He said when they came to him two years ago, they told him they were going to do wrestling without the shock value provocativeness, and he thinks they weren't honest, so he pulled back. He also said that in discussions, he believed Jerry was just setting up the promotion so Jeff could have his fun little clubhouse and for Jeff to live out his "get over dream." Warrior won the rights to the Ultimate Warrior name in an early 2000 out of court settlement with WWF, where he also got a significant but undisclosed amount of money, from a lawsuit for wrongful termination in 1996. WWF terminated him after he no-showed a few house shows. The company demanded he place a $250,000 bond (this is a true story) that he'd forfeit if he missed a show, which was their way of firing him. He didn't and never wrestled again in a WWF ring. Warrior had demanded Vince McMahon buy a certain amount of Warrior comic books (his own deal) per month to sell at the matches. McMahon declined to do so. As it turned out, Warrior's father, who he wasn't close with, passed away the weekend he no-showed the cards. McMahon felt that wasn't the reason he no-showed. No other wrestler in history that we are aware of has ever had to place a bond like that to keep his job, although many have been fired for no-showing. However, Warrior came up with a saying, "Always believe," and WWF then used it for their own promotional material for the company. Evidently, WWF didn't feel confident in taking its case to a jury. It was the best Warrior interview I've seen. He talked heavily about GH use, saying most of the guys in wrestling use it (it is expensive and a lot of the guys who earn good money use it but I'm guess "most" is overstating things based on wrestlers we've asked about it). The GH combined with steroids creates that hard physique look as opposed to the puffy bloated steroid physique associated with the 80s guys. But as a general rule, the current wrestlers also diet better, which is another reason they are slimmer and more cut. Plus, in the 80s, the demands were to be huge and you were judged on physical size and presence. Now they want guys who can move around, so being huge and bloated works against you. But the difference between the coveted major league look and minor league look in the majority of cases is simply the ability to afford the major league look. He said when he was in WCW, the wrestlers would fly to the Bahamas to get physicals that allowed them to get GH under the guise of being an anti-aging medication. There are plenty of stateside clinics now doing the same thing. . . While doing the Hollywood thing, Steve Austin is living with DDP in Southern California. DDP & Kimberly Page have recently split up. . . Terry Funk is recuperating from cataracts surgery. Apparently he's doing well and his vision has improved a lot. . . Gary Juster's Lucha Libre League USA had its first shows outside of Atlanta this past weekend. The group is looking a