This is
Exhibit No. . .56. . .
on the examination of:
. M. D. Pasquale . . in
. . . . Warrior . . . . . . . .
. . . . . Titan . . . . . . . .
. . . . on . . June 11. . 19 99
P . . . W. ROSEN . . . . . .
. . . FFICIAL EXAMINER.
. . Toronto, Ontario

### AFFIDAVIT OF MAURO G. Di PASQUALE, M.D.

PROVINCE OF ONTARIO, )
                      )  ss.
CANADA                )

BEFORE ME, the undersigned authority, personally appeared, MAURO G.

Di PASQUALE, M.D., who, being duly sworn, deposes and states:

1. My name is Mauro G. Di Pasquale, M.D. Attached hereto as Exhibit 1 is my

curriculum vitae.

2. The following statements are based on my personal knowledge.

3. In 1992, I was the Drug Program Advisor to Titan Sports, Inc. with respect to

its Drug Testing and Rehabilitation Policy.

4. As Drug Program Advisor I was involved in the drafting and implementation

of Titan's Drug Testing and Rehabilitation Policy, and Amendments thereto. Attached hereto as

Exhibit 2 is a true and correct copy of Titan's Drug Testing and Rehabilitation Policy dated May

1, 1992, which was in effect in November of 1992.

5. The Drug Testing procedure used to conduct tests on Titan's wrestlers in 1992

was as follows. All testing was done on the wrestlers randomly and without prior notice. The

collection of urine samples was done by Comprehensive Drug Testing ("CDT") of Long Beach,

California. After collection, all samples would be sent to Aegis Analytical Laboratories, Inc. in

Nashville, Tennessee and for analysis and testing. The Laboratory Director of Aegis was David

L. Black, PhD. After Aegis tested and analyzed the urine samples, the written reports would be

sent to me for review.

6. As of November of 1992, and for that matter as of today, no specific test exists

to determine if a person has taken Human Growth Hormone ("HGH").

7. As of 1992, and for that matter as of today, no direct test exists to determine if

a person has taken testosterone. Instead, in all drug testing programs at that time, that

determination was made by a comparison of testosterone to epitestosterone and corroborated by

PI-346283.01



WARRIOR
EXHIBIT NO. 28
4-15-08
DONNA TERRELL

WWE/WAR 001835

ratios of other androgens and luteinizing hormone.  In most men, the natural ratio of testosterone to epitestosterone is 1:1 or 2:1.  There are exceptions, however, and some men do have a higher ratio naturally.  In order to attempt to curb the use of testosterone, and to account for the fact that some men do have a higher testosterone/epitestosterone ratio than 1:1 or 2:1, all drug testing policies of which I am aware require that a ratio substantially higher than 2:1 is required to be treated as a positive indicator of testosterone use.  In the Titan Drug Policy, we specified that a ratio of greater than 8:1 would be treated as a positive test for the use of testosterone, unless there were mitigating circumstances.  See Exhibit 2, ¶ 2.(3).

8.  Decades ago, scientists attempted to modify the chemical structure of testosterone in order to retain the anabolic or tissue building effects while reducing the adverse side effects associated with taking testosterone.  These synthetic modifications to testosterone are commonly called anabolic steroids.

9.  Unlike testosterone, which occurs naturally in all males, anabolic steroids, when metabolized, produce a metabolic byproduct in urine that can be detected and which acts as a "marker" of use of a particular anabolic steroid.

10.  It is my understanding that Titan contractually required its wrestling talent to adhere to its Drug Testing and Rehabilitation Policy in 1992, and that Mr. James Hellwig so agreed when he signed a contract with Titan in April of 1992.

11.  In some instances, persons who contracted with Titan had used substances otherwise prohibited by Titan's policy at a point in time prior to signing their contracts.  Because the presence of drug metabolites can be measured for some time after their use, such persons would test positive for such substances on their original test.  Merely testing positive on the first test did not, therefore, mean that the person had taken such drugs after agreeing not to do so and such a measurement could not fairly be regarded as a breach of the drug policy.

12.  Thus, as a general rule, the first test given a person under Titan's Drug Testing Policy was regarded as a baseline test against which future tests would be measured, using the criteria previously specified.

2

WWE/WAR 001836

13. As a general rule, if the testosterone/epitestosterone level was above 8:1, I would attempt to determine in subsequent tests whether the testosterone/epitestosterone ratio was descending, as would be expected. I would also seek to determine whether any new metabolites were present indicative of new and/or different use of anabolic steroids.

14. Prior to his termination, James Hellwig was given eight drug tests in 1992, pursuant to Titan's Drug Testing Program. See Exhibits 3 - 10.

15. Mr. Hellwig's baseline test was done on May 4, 1992. His testosterone/ epitestosterone ratio was very high and consistent and expected if one had been using testosterone. He also tested positive for metabolites of an anabolic steroid called nandrolone. See Exhibit 3.

16. Following his baseline test, Hellwig's testosterone/epitestosterone ratio began to decrease in subsequent tests, as would be expected if he ceased using testosterone. This remained true until the test of July 31, 1992, when there was no further depression of his testosterone/epitestosterone ratio. I began to suspect that Mr. Hellwig was taking so-called maintenance doses of testosterone designed to maintain his testosterone/epitestosterone ratio at or around where it had been. I recall telling Hellwig that I did not like the fact his testosterone level was not going down. Hellwig denied using testosterone. I did not declare his elevated testosterone/epitestosterone ratio a positive test due to some mitigating circumstances and some changes in the androgen ratios in the urine drug profile.

17. On August 16, 1992, Hellwig's test showed that a new anabolic steroid had been taken – methyl testosterone. I spoke to Mr. Hellwig again, who denied knowingly using it, but stated that he had received Yohimbe bark at a gym and that the bark may have unknowingly been coated with it. Yohimbe bark is a popular supplement used by bodybuilders which can be obtained over-the-counter. Again, I did not determine this to be a positive test as I recall, due to the possibility of unintentional ingestion.

18. Under Section 2.(8), Human Growth Hormone is specifically listed as a drug banned under Titan's Drug Policy. See Exhibit 2, p. 5.

3

WWE/WAR 001837

19. Under Section 12 of Titan's Drug Policy, any WWF talent who admitted to a violation of law relating to the use, possession, purchase, sale or distribution of Human Growth Hormone was in breach of contract and was to be immediately dismissed.

FURTHER AFFIANT SAYETH NOT.

Mauro G. Di Pasquale, M.D.

Sworn to and subscribed
before me this _14th_ day of
April, 1999.

Notary Public

4

WWE/WAR 001838

1.

WWE/WAR 001839

# Short Curriculum Vitae

## Mauro G. Di Pasquale, B. Sc., M.D., M.R.O., M.F.S.

April 14, 1999

I am presently a licensed physician in Ontario, Canada, specializing in Nutrition and Sports Medicine.

I hold an honors degree in biological science, majoring in molecular biochemistry (1968), and a medical degree (1971) - both from the University of Toronto. I am certified as a Medical Review Officer (MRO) by the Medical Review Officer Certification Council (MROCC), and as a Master of Fitness Sciences (MFS) by the International Sports Sciences Association (ISSA). I am also a member of the American Academy of Sports Medicine.

I was an assistant professor at the University of Toronto for ten years (1988 to 1998) lecturing and researching on athletic performance, nutritional supplements and drug use in sports.

I was the Drug Program Advisor to the World Wrestling Federation (WWF) and Medical Director and Drug Program Advisor to the World Bodybuilding Federation (WBF). I am the acting MRO for the National Association for Stock Car Auto Racing (NASCAR).

I have been involved (and am still actively involved) in international sports and drug testing for the past thirty years, as an athlete, an administrator and a physician.

I was a world class athlete for over twenty years, winning the world championships in Powerlifting in 1976, and the World Games in the sport of Powerlifting in 1981. I was Canadian champion eight times, Pan American champion twice, and North American champion twice.

Over the last three decades I have had extensive exposure to athletic injuries and disabilities, and drug use by athletes. I have been chairman/member of several national and international powerlifting, bodybuilding and Olympic weight lifting sports federation medical committees. Over this period of time I have acted as a consultant, medical advisor, drug testing officer and technical expert on the pharmacology and pathophysiology of sports drug testing. In the early 1980's, I initiated and developed the IPF drug testing protocols and procedures and was the chairman of the International Powerlifting Federation's Medical Committee for eight years (1979 - 1987). At present I am the International Powerlifting Federation (IPF) Doping Control Secretary in charge of drug testing internationally. As well, I am the Pan American (North, Central and South

America, Bermuda, the Bahamas and the Caribbean Islands) Powerlifting Federation President and designated IPF Vice President.

I have written several books dealing with diet, nutritional supplements and the use of ergogenic aids by athletes, including "Drug Use and Detection in Amateur Sports," "Beyond Anabolic Steroids," and "Anabolic Steroid Side Effects, Fact, Fiction and Treatment."

In 1995 I wrote two books. One of these books, the Bodybuilding Supplement Review is a review of nutritional supplements and the other describes my new Anabolic Diet for bodybuilders and strength athletes. Both books were written to provide information to athletes on how to increase muscle mass and strength and to offer an alternative to drug use. My new book, Amino Acids and Proteins for the Athlete - The Anabolic Edge published by CRC Press was released in October, 1997. At present I'm working on two books for CRC Press, one on Nutrition for the Competitive Athlete, and the other on Aging and Hormonal Replacement Therapy. I have also written and am in the process of writing chapters for several books on nutrition, sports medicine, substance abuse, fitness and weight training.

In the past thirty years I have written several hundred articles on training, diet, nutritional supplements, and drug use in sports for many magazines and association journals. I've also contributed chapters on nutrition, anabolic steroids and drug testing to several fitness, weight and sports medicine books as well as books on anabolic steroids and substance abuse. The latest chapter on Anabolic Steroids appears in the Handbook of Substance Abuse, Neurobehavioral Pharmacology. Edited by Ralph E. Tarter et al. Published in late 1998 by Plenum Press.

In the past three decades I have been on several Editorial Boards for various fitness and strength magazines. I was the editor-in-chief of a quarterly international newsletter titled DRUGS in SPORTS. This newsletter was published in English, Spanish and Italian. I was also editor-in-chief of a bimonthly newsletter titled the Anabolic Research Review. Both newsletters contained information on drug testing and the use of drugs and nutritional supplements by athletes.

I presently act as an international consultant for athletes, and amateur and professional sports bodies, on all aspects of training, nutrition and supplementation.

I also act as an international consultant and expert witness for athletes, amateur and professional sports bodies, and government agencies on legal matters relating to the use and abuse, and drug testing of anabolic steroids, growth hormone and other ergogenic drugs and supplements.

2.

WWE/WAR 001842

**WWF DRUG TESTING AND REHABILITATION POLICY - May 1, 1992**

1

## 1. General Policy

The use of performance enhancing and illegal drugs, including anabolic steroids, amphetamines and cocaine, marijuana, narcotics, and peptide hormone and analogs by World Wrestling Federation (WWF) talent, is unacceptable for the following reasons.

_ Use, possession, purchase, sale or distribution of many of these drugs is illegal. Some of these drugs such as all forms of cocaine except that used topically by certain ENT specialists, and some narcotics compounds are classified as illicit drugs.

_ Use of these compounds can adversely affect the health of the user. For example, the use of cocaine and the amphetamines has resulted in some sports related illnesses and deaths. Also anabolic steroid use has been linked to liver, kidney, heart, cholesterol, psychological, orthopedic, reproductive and other health problems.

_ The use of these drugs by WWF talent would possibly send the wrong message to young people who may be tempted to use these compounds.

## 2. List of Banned Drugs

1) Stimulants (including cocaine, amphetamine and amphetamine derivatives,
   This class includes cocaine, crack, amphetamine, methamphetamine, amphetamine derivatives (such as prescription diet pills), ephedrine, and compounds with central or peripheral nervous system effects. Examples of drugs banned are as follows:

Amfepramone
amfetaminil
amiphenazole
amphetamine
bemegride
benzphetamine
cathine
chlorphentermine
chlorprenaline
clortermine
cocaine
cropropamide (component of "micoren")
crotethamide (component of "micoren")
diethylpropion
dextroamphetamine
dimethylamphetamine
doxapram
ephedrine

WWE/WAR 001843

2

etafedrine
ethamivan
ethylamphetamine
ethylnorepinephrine
femcamfamine
fenetylline
fenproporex
furfenorex
isoproterenol (isoprenaline)
leptazol
meclofenoxate
mefenorex
methamphetamine
methoxyphenamine
methylephedrine
methyphenidate
morazone
nikethamide
norpseudoephedrine
pemoline
pentetrazol
phendimetrazine
phenmetrazine
phentermine
picrotoxine
pipradol
prolintane
propylhexedrine
pyrovalerone
strychnine and related compounds

The addendum "and related compounds" is added to the bottom of the list of examples of WWF doping classes because new drugs - and old ones resurrected - are constantly being added to the various doping classification and its impossible to list all the drugs that are or could be available.

Beta-2 agonists are also banned by the WWF. Special consideration will be given to any talent with asthma. In special cases certain beta-2-agonists by inhalation only will allowed. Banned beta-2-agonists include carbuterol, cimaterol, clenbuterol, fenoterol, mabuterol, procaterol, reproterol, rimiterol, salbutamol, terbutaline and tolbuterol.

Under special circumstances the allowable beta-2 agonists will be:
bitolterol
orciprenaline (metaproterenol)
rimiterol
salbutamol (albuterol)

3

terbutaline

Note that the anti-asthmatic compound fenoterol (Berotec) is also banned by the WWF since this compound metabolizes into p-OH amphetamine.

2) The narcotic analgesics.

The drugs belonging to this class are represented by morphine and its chemical and pharmacological analogs. The list of examples is as follows:

alpha-prodine
anileridine
bupremorphine
codeine
dextromoramide
dextropropoxyphene
diactylmorphine (heroin)
dihydrocodeine
dipipanone
ethoheptazine
ethylmorphine
fentanyl
hydrocodone
levorphanol
methadone
metopon
morphine
nalbuphine
oxycodone
oxymorphone
pentazocine
pethidine
pholcodine
phenadoxone
phenazocine
thebaine
trimeperidine and related compounds

The WWF feels that the treatment of slight to moderate pain can be relieved by the use of other drugs which do not have the dangerous side-effects and addictive potential of the narcotic analgesics.

The newer non-steroidal anti-inflammatories (such as Naprosyn, Voltaren, Feldene etc., either orally or topically) are felt to be ideal for the treatment of musculoskeletal pain.

Dextromethorphan and pholcodine are not banned and may be used as anti-tussives.

3) Anabolic Steroids

For testosterone the definition of a positive depends upon the following: the administration of testosterone or the use of any other manipulation having the result of increasing the ratio in urine of testosterone/epitestosterone to above 8.

The list of examples of anabolic steroids is as follows:

methyltrienolone
bolasterone
boldenone
chloroxomesterone (dehydrochlormethyltestosterone)
clostebol
dromostanolone
fluoxymesterone
formebolone
mesterolone
methandienone (methandrostenolone)
methenolone
methylclostebol
methyltestosterone
methyltrienolone
mibolerone
nandrolone
norethandrolone
oxabolone
oxandrolone
oxymesterone
oxymetholone
stanozolol
stenbolone
testosterone
trenbolone
and related compounds

4) Masking agents and techniques used to avoid detection. Including maneuvers to provide false urine samples (for example urine substitution), and the use of masking agents (such as probenecid and related compounds).

5) Diuretics
The list of examples of diuretics is as follows:

acetozolomide
amiloride
bendroflumethiazide
benzthiazide
bumetanide

WWE/WAR 001846

5

canrenone
chlormerodrin
chlorthalidone
diclophenamide
ethacrynic acid
furosemide
hydrochlorothiazide
mersalyl
spironolactone
triamterene                    and related compounds

6) Marijuana and other substances containing cannabinoids. The detection levels we will use will be by NIDA standards and will reflect the use of marijuana within 72 to 96 hours (in some cases slightly longer). Please note that it is quite possible to show positive from inhaling second hand smoke (also applies to a cocaine positive with second hand crack smoke).

7) Corticosteroids - The systemic use of both natural and synthetic cortisone compounds is banned by the WWF. If corticosteroids are a medical necessity then this will be discussed individually with the DPA. The use of corticosteroids will also adversely the urine hormonal profile used for drug testing purposes.

8) Peptide Hormones and Analogues. Including human chorionic gonadotropin (HCG), luitinizing hormone (LH), follicle stimulating hormone (FSH), gonadotropin releasing hormone (GnRH) and GnRH analogs, growth hormone (GH), growth hormone releasing hormone (GHRH), corticotropin releasing hormone (CRH), adrenocorticotropic hormone (ACTH, corticotropin), thyrotropin releasing hormone (TRH), thyroid stimulating hormone (TSH, thyrotropin), erythropoietin (EPO) and any synthetic analogues of these hormones. See section 16 for exceptions.

9) Anti-estrogens such as clomiphene, cyclofenil and nolvadex (except for therapeutic reasons as described in section 16).

## 3. Administration of the policy

The administration of this policy is directed by Mauro G. Di Pasquale, M.D., the Drug Program Advisor (DPA) for the WWF. Dr. Di Pasquale is available to consult with the talent with respect to drug education and clinical monitoring , which includes medical evaluations, treatment, counselling and testing.

## 4. Types of testing

Pre-contract testing: Talent may be tested before contracts are entered into as part of the medical evaluation.

6

Scheduled testing: Tests for baseline determinations or for other reasons may be scheduled at any time depending on the need.

Reasonable-cause testing: The talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical or behavioral indicators of steroid use.

Unannounced random testing: The talent will be subject to unannounced testing based on a computer generated random program.

Follow-up testing: The talent may be tested on a follow-up or continuing basis if he has:

i) Tested positive for banned drugs during pre-contract testing (if subsequently engaged by the WWF);

ii) tested positive as a result of announced or random testing during his contract term or subsequent renewal periods.

(iii) Been arrested for an offense related to taking drugs (e.g. driving under the influence of drugs).

(iv) Tested positive when tested for reasonable cause.

(v) Tested positive as a result of random testing.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

5. Testing procedures

The talent should tell the collector exactly what medication they were on for the past week and why they were taking the medication.

The talent will provide a urine specimen to the collector under direct unobstructed (clothing removed from waist to knees) observation. The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the talent's name. The talent will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service that meets legal requirements. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

The urine specimen will be tested for the presence of the list of substances contained in section 2. above.

WWE/WAR 001848

### 6. Definition of a positive test

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present. As well a positive test can also be based on alterations in the hormonal profile that are indicative of the use of testosterone, anabolic steroids, and growth hormone.

### 7. Failure or refusal to test

Failure to appear for a required test or a refusal to be tested will result in breach of contract and immediate dismissal.

### 8. Attempt to falsify a test

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will result in breach of contract and immediate dismissal. This means the use of substances to dilute the urine such as Defend, or any other method or means to beat the urine test - including the use of epitestosterone to change the testosterone/epitestosterone ratio.

All urine samples will be measured to make sure they are not too dilute. If a dilute urine sample is given, then the talent will be detained for as long as necessary until a more concentrated sample is obtained.

### 9. Threats to doping control staff

Intimidation of or threats made to any of the doping control staff will result in the same punitive measures as a positive doping test.

### 10. Testing laboratory

The laboratory that will do the testing will be on par with the IOC accredited laboratories.

### 11. Procedures Following a Positive Test

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will notify only Vince McMahon. Subsequent to this notification there will be a meeting with the talent who tested positive, the DPA, and Vince McMahon.

8

The individual will be offered appropriate medical treatment, which may include counseling, psychological treatment, out-patient or in-patient treatment and an after-care program. Progress will be monitored by the Drug Program Advisor.

If medical treatment and/or psychological counseling is recommended, the WWF will pay one-half of a previously approved cost for said treatment in the following manner:

i) If a talent is being treated and not under suspension (see Paragraph 12, Sec.B and C), the WWF will pay for the full amount of the treatment program and will deduct a mutually agreed to amount from the talent's weekly fees for services until the WWF has recouped one-half of the cost of the program.

ii) If a talent is being treated during a period of suspension, the WWF will advance the cost of the treatment and recoup one-half of the cost on a weekly basis when the talent is reinstated on the booking schedule.

The talent will be informed that he will be scheduled for unannounced follow-up tests which should indicate, by a negative result, that use of banned substances has stopped. In the case of anabolic steroids, testosterone and growth hormone, unannounced follow-up hormonal profile tests will directly indicate whether the banned substance is still being used.

## 12. Discipline for Violation of Law

Any WWF talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale, or distribution of drugs of abuse (including steroids and growth hormone) will be in breach of contract and immediately dismissed.

## 13. Penalties

A. Screening Test

Test will be either announced or unannounced.

A test result will be considered "positive" if in the opinion of the DPA the presence of banned substances or hormonal profile indicate:

(i) continued use of banned substances; or

(ii) that the talent who has tested negative on previous tests now has begun to use banned substances.

Except for the presence of cannabinoids and some over the counter cold and pain medication, in the event of this "positive" result, the talent will be suspended without pay for six weeks. This includes positive tests for anabolic steroids, testosterone, growth

9

hormone, cocaine, amphetamines, clenbuterol, gonadal stimulating hormones, and narcotics.

C. A second "positive" test will result in a three month suspension without pay.

D. A third "positive" test will result in contract termination with the WWF.

E. In the event of a positive for cannabinoids, the first offence is punishable by a fine of $1,000, the second offence by a 5,000 fine, the third by a 10,000 fine. Further offences will include mandatory rehabilitation, fines of $20,000, and eventually contract termination.

### 14. Re-test of split sample

Talent who test positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection. The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

### 15. Confidentiality of test results and medical condition

No one will publicly disclose or allude to any information acquired in connection with this program.

### 16. Medical Treatment for Hypothalamic-Pituitary-Testicular Axis Dysfunction.

Effects on urine samples of specific treatments to normalize the hypothalamic-pituitary-testicular axis will be taken into account, and will not be considered positive tests in individuals being treated. In some individuals, in order to reestablish normal function, there may be the need to use such therapeutic levels of compounds such as tamoxifen (Nolvadex), clomiphene (Clomid), human chorionic gonadotropin (HCG), adrenocorticotropic hormone (ACTH), gonadotropin releasing hormone (GnRH) and GnRH analogs. In unusual cases other drugs may also have to be used.

In cases where systemic dysfunction must be treated with any of these compounds, these compounds will only be used for a short period of time (maximum 6-8 weeks) and only at levels necessary to treat the underlying problem.

3.

WWE/WAR 001852

## DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT 06902

CONTROL ID NUMBER: **101674**

**1.a.** The below named donor produced a urine specimen under direct observation. I then personally initialled, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _8:27 PM_   Date: _5/4/92_   Signature: _Anthony Gambino_

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _Anthony Gambino_

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☒ Yes   ☐ No   Signature: _Anthony Gambino_

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Motrin_

Test Required:   ☐ Drug of Abuse      Sex of Donor:   ☒ Male
                 ☐ Anabolic Steroids                  ☐ Female
                 ☐ CODE 101
                 ☒ CODE 102

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

| | |
|---|---|
| *1st Page (White Copy):* | Medical Review Officer |
| *2nd Page (Yellow Copy):* | Drug Program Coordinator |
| *3rd Page (Pink Copy):* | Donor |
| *4th Page (Blue Copy):* | Collector |
| *5th Page (Gold Copy):* | Anabolic Steroids Testing Laboratory |
| *6th Page (Green Copy):* | Drug of Abuse Testing Laboratory |

T-JH 01767

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _James Kelly_   Date: _5/4/92_

Name of Donor: _Kuuwio_   _James_   _B_
                (Last)      (First)    (M)

Telephone No. (Donor): _203 352 8600_

Site of Collection: _Albany   New York_

UCLA 015  2/92

WWE/WAR 001853



**AEGIS ANALYTICAL LABORATORIES, INC.**
624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | |
| DATE RECEIVED : | MAY 4, 1992 |
| DATE REPORTED : | MAY 6, 1992 (0418) |
| | MAY 21, 1992 |
| IDENTIFICATION # : | 101674 |
| INSTITUTION: | MAURO DIPASQUALI, MD |
| | 23 MAIN STREET |
| | WARKWORTH, ONTARIO |
| | K0K3K0 |

## (00103)   URINE DRUG PROFILE - CDT (DRUG/STEROIDS/HORMONES)

```
*****************************************************************
```
SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS CHROMATOG-
RAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING DRUG CLASSES
AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN CHORIONIC GONADOTROPIN (HCG) | 1.0 IU/ML |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED
PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER
TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN
REFERENCE MATERIAL.
```
*****************************************************************
```

### PROFILE RESULTS - DRUG/ANABOLIC STEROIDS

DRUG RESULTS : POSITIVE

CODEINE                                    T-JH 01768
MORPHINE

19-NORANDROSTERONE
19-NORETIOCHOLANOLONE
19-NOREPIANDROSTERONE
19-NORANDROSTERONE/CIS-ANDROSTERONE
  RATIO = 0.12
(CONSISTENT AND EXPECTED WITH THE USE
  NANDROLONE).
TESTOSTERONE/EPITESTOSTERONE RATIO
> 6 (CONSISTENT AND EXPECTED WITH
THE USE OF TESTOSTERONE.

David L. Black, Ph.D. 5-21-92
David L. Black, Ph.D.
Laboratory Director

OTHER DRUGS: NONE DETECTED

WWE/WAR 001854

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black. Ph.D., DABFT
Director of Laboratories

DATE COLLECTED:
DATE RECEIVED  :    MAY 4, 1992
DATE REPORTED  :    MAY 6, 1992 (0418)
                    MAY 21, 1992

IDENTIFICATION # :   101674

INSTITUTION:
                    MAURO DIPASQUALI, MD
                    23 MAIN STREET
                    WARKWORTH, ONTARIO
                    K0K3K0

## (00103)   PROFILE RESULTS—ANDROGEN STEROIDS/HORMONES

```
************************************************************
                        SEX: M
                         PH: 5.0
           SPECIFIC GRAVITY: 1.020
          CREATININE (MG/L): 1165

           TESTOSTERONE(NG/ML):   71
        EPITESTOSTERONE(NG/ML):   0.9
                    T/E RATIO:    78

HUMAN CHORIONIC GONADOTROPIN (HCG): <1.0  IU/ML
         HUMAN GROWTH HORMONE (HGH):  0.9  NG/ML
         LUTEINIZING HORMONE (LH):    3.2  MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | 0.23 | 0.23 |
| CIS-ANDROSTERONE | 8.44 | 8.27 |
| ANDROSTENEDIONE | 0.20 | 0.20 |
| DEHYDRO-EPIANDROSTERONE | 4.78 | 4.69 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | 1.68 | 1.65 |
| ETIOCHOLANOLONE | 13.43 | 11.53 |
| TESTOSTERONE | 2.08 | 2.04 |

```
************************************************************
```
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

T-JH 01769

David L. Black. Ph.D.
Laboratory Director

WWE/WAR 001855

4.

WWE/WAR 001856

## DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT 06902

CONTROL ID NUMBER: **101631**

**1.a.** The below named donor produced a urine specimen under direct observation. I then personally initialed, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: 7:26 pm   Date: 6/7/92   Signature: _K Mesch_

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _Sam L_

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☑ Yes   ☐ No   Signature: _K Mesch_

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Tylenol III ; Nasal Spray_

Test Required:   ☐ Drug of Abuse       Sex of Donor:   ☑ Male
☐ Anabolic Steroids                    ☐ Female
☐ CODE 101
☐ CODE 102
☑ Code 103

---

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

| | |
|---|---|
| **1st Page (White Copy):** | Medical Review Officer |
| **2nd Page (Yellow Copy):** | Drug Program Coordinator |
| **3rd Page (Pink Copy):** | Donor |
| **4th Page (Blue Copy):** | Collector |
| **5th Page (Gold Copy):** | Anabolic Steroids Testing Laboratory |
| **6th Page (Green Copy):** | Drug of Abuse Testing Laboratory |

---

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _James Hellwig_   Date: 6/7/92

Name of Donor: _Hellwig_   _James_   _B_
                (Last)      (First)   (M)

Telephone No. (Donor): _____

Site of Collection: _Dayton_          T-JH 01770

WWE/WAR 001857

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED:   **JUNE 7, 1992**
DATE RECEIVED  :  **JUNE 9, 1992(0520)**
DATE REPORTED  :  **JUNE 19, 1992**

IDENTIFICATION # :  **101631**

INSTITUTION:
**MAURO DIPASQUALI, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0**

## (00103)   URINE DRUG PROFILE - CDT (DRUG/STEROIDS/HORMONES)

****************************************************************

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (ng/mL) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED PAGES OF THIS REPORT. POSITIVE RESULTS ARE REPORTED ONLY AFTER TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN REFERENCE MATERIAL.

****************************************************************

### PROFILE RESULTS - DRUG/ANABOLIC STEROIDS

DRUG RESULTS : POSITIVE

19-NORANDROSTERONE
19-NORETIOCHOLANOLONE
19-NORANDROSTERONE/cis-ANDROSTERONE
RATIO = 0.13
(CONSISTENT AND EXPECTED WITH THE USE Nandrolone).
TESTOSTERONE/EPITESTOSTERONE
RATIO >6 (CONSISTENT AND EXPECTED WITH THE USE OF TESTOSTERONE).

OTHER DRUGS: NONE DETECTED

*David L. Black, Ph.D. 6-14-92*
David L. Black, Ph.D.
Laboratory Director

T-JH 01771

WWE/WAR 001858

**AEGIS**
**ANALYTICAL**
**LABORATORIES, INC.**
624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED:
DATE RECEIVED  :   JUNE 7, 1992
DATE REPORTED  :   JUNE 9, 1992 (0520)
                   JUNE 19, 1992

IDENTIFICATION #:
                   101631
INSTITUTION:
                   MAURO DIPASQUALI, MD
                   23 MAIN STREET
                   WARKWORTH, ONTARIO
                   K0K3K0

## (00103)   PROFILE RESULTS–ANDROGEN STEROIDS/HORMONES

```
*************************************************************
                 SEX:  M
                  PH:  5.0
     SPECIFIC GRAVITY:  1.020
      CREATININE (MG/L):  1215

     TESTOSTERONE (NG/ML):  110
   EPITESTOSTERONE (NG/ML):  3.5
            T/E RATIO:  31

  HUMAN GROWTH HORMONE (HGH):  0.6  NG/ML
    LUTEINIZING HORMONE (LH):  3.4  MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | 0.19 | 0.16 |
| CIS-ANDROSTERONE | 8.10 | 6.67 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 1.92 | 1.58 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 10.78 | 8.87 |
| TESTOSTERONE | 2.40 | 1.98 |

```
*************************************************************
```
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

David L. Black, Ph.D. 6-19-92
David L. Black, Ph.D.
Laboratory Director

WWE/WAR 001859

6.

WWE/WAR 001860

DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT 06902

CONTROL ID NUMBER: **101733**

**1.a.** The below named donor produced a urine specimen under direct observation.  I then personally initialed, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _8 15 pm_   Date: _6/19/9 2_   Signature: _____

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _____

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☑ Yes   ☐ No   Signature: _____

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Buspar.   Excell_

| Test Required: | | Sex of Donor: | |
|---|---|---|---|
| ☐ Drug of Abuse | | ☐ Male | Spec Gravity 1.030 |
| ☐ Anabolic Steroids | | ☐ Female | PH. 50 |
| ☐ CODE 101 | | | |
| ☐ CODE 102 | | | |
| ☐ Code 107 | | | |

---

INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
(Do not write in this section)

*1st Page (White Copy):*   Medical Review Officer

*2nd Page (Yellow Copy):*   Drug Program Coordinator

*3rd Page (Pink Copy):*   Donor

*4th Page (Blue Copy):*   Collector

*5th Page (Gold Copy):*   Anabolic Steroids Testing Laboratory

*6th Page (Green Copy):*   Drug of Abuse Testing Laboratory

---

DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _____   Date: _6/19/92_

Name of Donor: _Hellwig_ (Last)   _James_ (First)   _B_ (M)

Telephone No. (Donor): _____

Site of Collection: _Pittsburg, PA._   T-JH 01773

WWE/WAR 001861

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED:
DATE RECEIVED  :  JUNE 19, 1992
DATE REPORTED  :  JUNE 23, 1992(0568)
                  JULY 9, 1992

IDENTIFICATION #:  101733

INSTITUTION:
MAURO DIPASQUALI, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0

### (00103)   URINE DRUG PROFILE – CDT (DRUG/STEROIDS/HORMONES)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS
CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING
DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED
PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER
TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN
REFERENCE MATERIAL.

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

#### PROFILE RESULTS – DRUG/ANABOLIC STEROIDS

DRUG RESULTS : POSITIVE

T-JH 01774

CODEINE - 1000 NG/ML
19-NORANDROSTERONE
19-NORETIOCHOLANOLONE
19-NORANDROSTERONE/CIS-ANDROSTERONE
  RATIO = 0.137
(CONSISTENT AND EXPECTED WITH THE USE
 NANDROLONE).

OTHER DRUGS: NONE DETECTED

*PLEASE NOTE SPECIFIC GRAVITY
LOWER THAN NORMAL OF 1.010

David L. Black, Ph.D.
Laboratory Director

WWE/WAR 001862

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park · Suite 21 · Nashville, Tennessee 37211
(615) 331-5300 · 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED: **JUNE 19, 1992**
DATE RECEIVED : **JUNE 23, 1992 (0568)**
DATE REPORTED : **JULY 9, 1992**

IDENTIFICATION # : **101733**

INSTITUTION:
**MAURO DIPASQUALI, MD**
**23 MAIN STREET**
**WARKWORTH, ONTARIO**
**K0K3K0**

---

### (00103)   PROFILE RESULTS–ANDROGEN STEROIDS/HORMONES

```
*****************************************************************
                            SEX:  -
                             pH:  5.0
              SPECIFIC GRAVITY:  1.005*
            CREATININE (MG/L):  230

          TESTOSTERONE(NG/ML):  9.4
        EPITESTOSTERONE(NG/ML): <3.5
                    T/E RATIO:  N/A

     HUMAN GROWTH HORMONE (HGH): <0.2  NG/ML
        LUTEINIZING HORMONE (LH):  1.8 MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | 0.12 | 5.22 |
| CIS-ANDROSTERONE | 1.59 | 6.91 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 0.24 | 1.04 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 1.42 | 6.17 |
| TESTOSTERONE | 0.19 | 0.83 |

```
*****************************************************************
```
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

David L. Black, Ph.D.
Laboratory Director

T-JH 01775

WWE/WAR 001863

6.

WWE/WAR 001864

# DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
**1241 East Main Street**
**Stamford, CT 06902**

CONTROL ID NUMBER: **101055**

**1.a.** The below named donor produced a urine specimen under direct observation. I then personally initialed, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: 8:45pm   Date: 7/31/92   Signature: _____

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _____

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☒ Yes   ☐ No   Signature: _____

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

BUSPAR, EXCEL, VICODIN

Test Required:   ☐ Drug of Abuse        Sex of Donor: ☒ Male
                ☐ Anabolic Steroids                   ☐ Female
                ☐ CODE 101                 PH   7.0c
                ☐ CODE 102                 SPG  1.010
                ☒ CODE 103                 TEMP 96

---

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

*1st Page (White Copy):*   Medical Review Officer
*2nd Page (Yellow Copy):*   Drug Program Coordinator
*3rd Page (Pink Copy):*   Donor
*4th Page (Blue Copy):*   Collector
*5th Page (Gold Copy):*   Anabolic Steroids Testing Laboratory
*6th Page (Green Copy):*   Drug of Abuse Testing Laboratory

---

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: JAMES Brunk Allen Kellen   Date: 7/31/92

Name of Donor: Kellen   James   B
                  (Last)        (First)     (M)

Telephone No. (Donor): 203-352-8600

Site of Collection: SALT LAKE CITY

T-JH 01776

UC/AA4TE  7/87

WWE/WAR 001865

**AEGIS
ANALYTICAL
LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | JULY 31, 1992 |
| DATE RECEIVED : | AUG. 3, 1992 (736/753) |
| DATE REPORTED : | AUG. 24, 1992 |
| IDENTIFICATION # : | **101055** |
| INSTITUTION: | MAURO DIPASQUALE, MD 23 MAIN STREET WARKWORTH, ONTARIO K0K3K0 |

## (00103)  URINE DRUG PROFILE - CDT (DRUG/STEROIDS/HORMONES)

*****************************************************************

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN REFERENCE MATERIAL.

*****************************************************************

### PROFILE RESULTS - DRUG/ANABOLIC STEROIDS

DRUG RESULTS :  POSITIVE

19- NORANDROSTERONE
19- NORANDROSTERONE/CIS-ANDROSTERONE
    RATIO = 0.91
(CONSISTENT AND EXPECTED WITH THE
USE OF NANDROLONE)

TESTOSTERONE/EPITESTOSTERONE RATIO
> 6 (CONSISTENT AND EXPECTED WITH THE
USE OF TESTOSTERONE)

OTHER DRUGS: NONE DETECTED

David L. Black, Ph.D.
Laboratory Director

T-JH 01778

WWE/WAR 001866

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | JULY 31, 1992 |
| DATE RECEIVED : | AUG. 3, 1992 (736/753) |
| DATE REPORTED : | AUG. 24, 1992 |
| IDENTIFICATION #: | 101055 |
| INSTITUTION: | MAURO DIPASQUALE, MD |
| | 23 MAIN STREET |
| | WARKWORTH, ONTARIO |
| | K0K3K0 |

## (00103)   PROFILE RESULTS-ANDROGEN STEROIDS/HORMONES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
                          SEX:  M
                           PH:  5.0
              SPECIFIC GRAVITY:  1.020
             CREATININE (MG/L):  1486

         TESTOSTERONE (NG/ML):  45
      EPITESTOSTERONE (NG/ML):  1.3
                  T/E RATIO:    35

    HUMAN GROWTH HORMONE (HGH):  1.3  NG/ML
        LUTEINIZING HORMONE (LH):  2.7 MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | <0.10 | N/A |
| CIS-ANDROSTERONE | 0.61 | 0.41 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 3.46 | 2.33 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 1.36 | 0.92 |
| TESTOSTERONE | 0.36 | 0.20 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

David L. Black, Ph.D.
Laboratory Director

T-JH 01777

WWE/WAR 001867

7.

WWE/WAR 001868

## DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
**1241 East Main Street**
**Stamford, CT 06902**                    CONTROL ID NUMBER: **101161**

**1.a.** The below named donor produced a urine specimen under direct observation. I then personally initialed, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _8:47 P_    Date: _8/16/92_    Signature: _Robert T. Mart_

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _____

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☒ Yes    ☐ No    Signature: _Robert T. Martin_

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Buspar      Excel      Vicodin      Tylenol_

Test Required:  ☐ Drug of Abuse    Sex of Donor: ☒ Male      Specific Gravity  _1.015_
_103_          ☐ Anabolic Steroids                ☐ Female      pH              _5.0_
               ☐ CODE 101                                      Temperature     _96°_
               ☐ CODE 102

---

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

| | |
|---|---|
| *1st Page (White Copy):* | Medical Review Officer |
| *2nd Page (Yellow Copy):* | Drug Program Coordinator |
| *3rd Page (Pink Copy):* | Donor |
| *4th Page (Blue Copy):* | Collector |
| *5th Page (Gold Copy):* | Anabolic Steroids Testing Laboratory |
| *6th Page (Green Copy):* | Drug of Abuse Testing Laboratory |

---

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _James B. Hellwig_    Date: _8/16/92_

Name of Donor: _HELLWIG_ (Last)    _JAMES_ (First)    _B_ (M.I.)

Telephone No. (Donor): _(203) 352-8602_

Site of Collection: _PETERBOURUGH, ONTARIO_                    T-JH 01779

WWE/WAR 001869

**AEGIS
ANALYTICAL
LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | AUG. 16, 1992 |
| DATE RECEIVED : | AUG. 19, 1992 (796/816) |
| DATE REPORTED : | SEPTEMBER 2, 1992 |
| IDENTIFICATION # : | 101161 |
| INSTITUTION: | MAURO DIPASQUALE, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0 |

## (00103)   URINE DRUG PROFILE – CDT (DRUG/STEROIDS/HORMONES)

*****************************************************************

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS
CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING
DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED
PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER
TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN
REFERENCE MATERIAL.

*****************************************************************
PROFILE RESULTS – DRUG/ANABOLIC STEROIDS

DRUG RESULTS :   POSITIVE

T-JH 01780

19-NORANDROSTERONE
19-NORANDROSTERONE/CIS-ANDROSTERONE
RATIO = 0.11
(CONSISTENT AND EXPECTED WITH THE
USE OF NANDROLONE).

METHYLTESTOSTERONE METABOLITE #1
METHYLTESTOSTERONE METABOLITE #2
(CONSISTENT AND EXPECTED WITH THE
USE OF METHYLTESTOSTERONE).

TESTOSTERONE/EPITESTOSTERONE RATIO
>6 (CONSISTENT AND EXPECTED WITH THE
USE OF TESTOSTERONE).

OTHER DRUGS:  NONE DETECTED

David L. Black, Ph.D.
Laboratory Director

WWE/WAR 001870



**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park · Suite 21 · Nashville, Tennessee 37211
(615) 331-5300 · 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED: Aug. 16, 1992
DATE RECEIVED : Aug. 19, 1992 (796/816)
DATE REPORTED : September 2, 1992

IDENTIFICATION #: 101161

INSTITUTION: Mauro DiPasquale, MD
23 Main Street
Warkworth, Ontario
K0K3K0

## (00103)   PROFILE RESULTS—ANDROGEN STEROIDS/HORMONES

```
**************************************************************
                          SEX:  M
                          pH:   5.0
             SPECIFIC GRAVITY:  1.020
            CREATININE (mg/L):  900

        TESTOSTERONE (ng/mL):   50
      EPITESTOSTERONE (ng/mL): <3.5
                   T/E RATIO:  >14

    HUMAN GROWTH HORMONE (HGH):  0.9  ng/mL
    LUTEINIZING HORMONE (LH):    1.7  mIU/mL
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-Beta-hydro-Androsterone | <0.10 | N/A |
| cis-Androsterone | 2.17 | 2.41 |
| Androstenedione | <0.10 | N/A |
| Dehydro-epiandrosterone | 0.68 | 0.76 |
| Dihydro-testosterone | <0.10 | N/A |
| Epitestosterone | <0.10 | N/A |
| Beta-Estradiol | <0.10 | N/A |
| Estriol | <0.10 | N/A |
| Etiocholanolone | 3.14 | 3.49 |
| Testosterone | 0.98 | 1.09 |

```
**************************************************************
```
*Ratio (mass spectrometer base ion/434 amu deuterated Testosterone) compared to 50 ng/mL deuterated Testosterone

David L. Black, Ph.D.
Laboratory Director

T-JH 01781

WWE/WAR 001871

8.

WWE/WAR 001872

## DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
**1241 East Main Street**
**Stamford, CT 06902**

CONTROL ID NUMBER: **100895**

1.a. The below named donor produced a urine specimen under direct observation. I then personally initialled, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _8:27 pm_ Date: _9-11-92_ Signature: _____

1.b. If the person who observed the collection is different than the person who signed above:

Signature of observer: _____

2. I certify that the urine specimens appeared normal in color, temperature and sediment content.

☒ Yes    ☐ No    Signature: _____

3. The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_PERCOCET, BUSPAR, SOMA & VALIUM EXCEL_

| Test Required: | | Sex of Donor: | | |
|---|---|---|---|---|
| ☐ Drug of Abuse | | ☒ Male | Specific Gravity | 1.025 |
| ☐ Anabolic Steroids | | ☐ Female | pH | 5.5 |
| ☐ CODE 101 | | | Temperature | 96 |
| ☐ CODE 102 | | | | |
| ☒ CODE 103 | | | | |

---

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

| | |
|---|---|
| *1st Page (White Copy):* | Medical Review Officer |
| *2nd Page (Yellow Copy):* | Drug Program Coordinator |
| *3rd Page (Pink Copy):* | Donor |
| *4th Page (Blue Copy):* | Collector |
| *5th Page (Gold Copy):* | Anabolic Steroids Testing Laboratory |
| *6th Page (Green Copy):* | Drug of Abuse Testing Laboratory |

T-JH 01782

---

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _____    Date: _9/11/92_

Name of Donor: _HENNIG_ (Last)    _JAMES_ (First)    _B_ (M)

Telephone No. (Donor): _(203) 752-8602_

Site of Collection: _L.A. SPORTS ARENA_    WWE/WAR 001873



**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED : | |
| DATE RECEIVED : | SEPT. 11, 1992 |
| DATE REPORTED : | SEPT. 15 1992(795) |
| | OCT. 5, 1992 |
| IDENTIFICATION # : | 100895   (0902/0932) |
| INSTITUTION: | MAURO DIPASQUALE, MD |
| | 23 MAIN STREET |
| | WARKWORTH, ONTARIO |
| | K0K3K0 |

## (00103)  URINE DRUG PROFILE - CDT (DRUG/STEROIDS/HORMONES)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS
CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING
DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED
PAGES OF THIS REPORT. POSITIVE RESULTS ARE REPORTED ONLY AFTER
TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN
REFERENCE MATERIAL.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROFILE RESULTS - DRUG/ANABOLIC STEROIDS

DRUG RESULTS : POSITIVE

19 - NORANDROSTERONE

19 - NORANDROSTERONE/CIS
ANDROSTERONE = 0.12

OTHER DRUG: NONE DETECTED

David L. Black, Ph.D.
Laboratory Director

T-JH 01783

WWE/WAR 001874



**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED: SEPT. 11, 1992
DATE RECEIVED : SEPT. 15, 1992
DATE REPORTED : OCT. 5, 1992

IDENTIFICATION #: 100895   (0902/0932)

INSTITUTION: MAURO DIPASQUALE, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0

---

## (00103)  PROFILE RESULTS-ANDROGEN STEROIDS/HORMONES

```
*****************************************************************
                      SEX:  M
                       pH:  5.0
          SPECIFIC GRAVITY:  1.020
          CREATININE (MG/L):  1.10

        TESTOSTERONE(NG/ML):  20
   EPITESTOSTERONE(NG/ML): <3.5
              T/E RATIO: >5.7

   HUMAN GROWTH HORMONE (HGH):  1.9   NG/ML
   LUTEINIZING HORMONE (LH):  0.7   MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | <0.10 | N/A |
| CIS-ANDROSTERONE | 1.78 | 1.60 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 1.16 | 1.05 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 2.28 | 2.05 |
| TESTOSTERONE | 0.52 | 0.47 |

```
*****************************************************************
```
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
 TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

David L. Black, Ph.D.
Laboratory Director

T-JH 01784

WWE/WAR 001875

9.

WWE/WAR 001876

# DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT 06902

CONTROL ID NUMBER: **101303**

1.a. The below named donor produced a urine specimen under direct observation. I then personally initialled, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: **09:43 m** Date: **09-19-92** Signature: **Robert P. Hall**

1.b. If the person who observed the collection is different than the person who signed above:

Signature of observer:

2. I certify that the urine specimens appeared normal in odor, temperature and sediment content.

☒ Yes ☐ No Signature: **Robert P. Hall**

3. The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

**Cepro, penecillin, perkiset, Tylonol, Excel, Valium**

| Test Required: | | Sex of Donor: | | | |
|---|---|---|---|---|---|
| ☐ Drug of Abuse | | ☒ Male | Specific Gravity | 1.025 |
| ☐ Anabolic Steroids | | ☐ Female | pH | 6.0 |
| ☐ CODE 101 | | | Temperature | 98° |
| ☐ CODE 102 | ☒ Code 103 | | | |

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

1st Page (White Copy):    Medical Review Officer

2nd Page (Yellow Copy):   Drug Program Coordinator

3rd Page (Pink Copy):     Donor

4th Page (Blue Copy):     Collector

5th Page (Gold Copy):     Anabolic Steroids Testing Laboratory

6th Page (Green Copy):    Drug of Abuse Testing Laboratory

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _____   Date: **9/19/92**

Name of Donor: **Hellwig** (Last)   **James** (First)   **B.** (M)

Telephone No. (Donor): **203 372 8602**

Site of Collection: **INDY**

T-JH 01785

WWE/WAR 001877

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED: **SEPT. 19, 1992**
DATE RECEIVED : **SEPT. 23, 1992**
DATE REPORTED : **OCT. 22, 1992**

IDENTIFICATION # : **101303 (0947/1000)**

INSTITUTION: **MAURO DIPASQUALE, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0**

## (00103)  URINE DRUG PROFILE – CDT (DRUG/STEROIDS/HORMONES)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | |
| BETA-BLOCKERS | 10 |
| CANNABINOID METABOLITES | 500 |
| DIURETICS | 100 |
| HUMAN CHORIONIC GONADOTROPIN (HCG) | 500 |
| HUMAN GROWTH HORMONE (HGH) | 1.0 IU/ML |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | N/A |
| STIMULANTS | 500 |
| | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN REFERENCE MATERIAL.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROFILE RESULTS – DRUG/ANABOLIC STEROIDS

DRUG RESULTS: POSITIVE

T/E >6

(CONSISTENT AND EXPECTED WITH THE USE OF TESTOSTERONE)

OTHER DRUGS:  NONE DETECTED

David L. Black, Ph.D.
Laboratory Director

T-JH 01786

WWE/WAR 001878

**AEGIS**
**ANALYTICAL**
**LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

DATE COLLECTED :   SEPT. 19, 1992
DATE RECEIVED  :   SEPT. 23, 1992
DATE REPORTED  :   OCT. 22, 1992

IDENTIFICATION # :   101303 (0947/1000)

INSTITUTION:
MAURO DIPASQUALE, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0

### (00103)   PROFILE RESULTS–ANDROGEN STEROIDS/HORMONES

************************************************************

|  |  |  |
|---|---|---|
| SEX: | M | |
| pH: | 5.0 | |
| SPECIFIC GRAVITY: | 1.020 | |
| CREATININE (MG/L): | 1168 | |
| | | |
| TESTOSTERONE (NG/ML): | 43 | |
| EPITESTOSTERONE (NG/ML): | <3.5 | |
| T/E RATIO: | >12 | |
| | | |
| HUMAN GROWTH HORMONE (HGH): | 0.5 | NG/ML |
| LUTEINIZING HORMONE (LH): | 1.4 | MIU/ML |

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | <0.10 | N/A |
| CIS-ANDROSTERONE | 0.84 | 0.72 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 2.18 | 1.87 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 1.72 | 1.47 |
| TESTOSTERONE | 0.53 | 0.45 |

************************************************************
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE

David L. Black, Ph.D.
Laboratory Director

T-JH 01787

WWE/WAR 001879

10.

WWE/WAR 001880

# DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT  06902

CONTROL ID NUMBER: **100445**

**1.a.** The below named donor produced a urine specimen under direct observation.  I then personally initialled, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _750 AM_ Date: _10-24-92_ Signature: _Paul Holdip_

**1.b.** If the person who observed the collection is different than the person who signed above:

Signature of observer: _NA_

**2.** I certify that the urine specimens appeared normal in color, temperature and sediment content.

☑ Yes   ☐ No   Signature: _Paul Holdip_

**3.** The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Valium, Plasadil, Solmin, Buspar, Palapnor_
_Cortisone, Tylenol 3_

Test Required:  ☐ Drug of Abuse   Sex of Donor: ☑ Male   Specific Gravity _1.015_
☐ Anabolic Steroids   ☐ Female   pH _5.0_
☐ CODE 101
☐ CODE 102   Temperature _96_
✓ CODE 103

---

# INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

*1st Page (White Copy):*   Medical Review Officer

*2nd Page (Yellow Copy):*   Drug Program Coordinator

*3rd Page (Pink Copy):*   Donor

*4th Page (Blue Copy):*   Collector

*5th Page (Gold Copy):*   Anabolic Steroids Testing Laboratory

*6th Page (Green Copy):*   Drug of Abuse Testing Laboratory

---

# DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _Allen B. Hellwig_   Date: _10/23/92_

Name of Donor: _HELLWIG_ (Last)   _JAMES_ (First)   _B_ (M)

Telephone No. (Donor): ( _203_ ) _352-8602_

Site of Collection: _Baltimore, Md._

T-JH 01786

WWE/WAR 001881

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | OCT. 24, 1992 |
| DATE RECEIVED : | OCT. 27, 1992 |
| DATE REPORTED : | NOV. 10, 1992 |
| IDENTIFICATION #: | 100445 (1081/1120) |
| INSTITUTION: | MAURO DIPASQUALE, MD<br>23 MAIN STREET<br>WARKWORTH, ONTARIO<br>K0K3K0 |

## (00103)   URINE DRUG PROFILE – CDT (DRUG/STEROIDS/HORMONES)

************************************************************

SPECIMEN SUBMITTED WAS ANALYZED BY IMMUNOASSAY AND GAS CHROMATOGRAPHY-MASS SPECTROMETRY TECHNIQUES FOR THE FOLLOWING DRUG CLASSES AT THE THRESHOLDS INDICATED:

| DRUG CLASS | THRESHOLD (NG/ML) |
|---|---|
| ANABOLIC STEROIDS | 10 |
| BETA-BLOCKERS | 500 |
| CANNABINOID METABOLITES | 100 |
| DIURETICS | 500 |
| HUMAN GROWTH HORMONE (HGH) | N/A |
| LUTEINIZING HORMONE (LH) | N/A |
| NARCOTICS | 500 |
| STIMULANTS | 500 |

THE DRUGS INCLUDED IN EACH CLASS ARE INDICATED ON THE ATTACHED PAGES OF THIS REPORT.  POSITIVE RESULTS ARE REPORTED ONLY AFTER TWO SEPARATE ANALYSES OF THE SPECIMEN AND COMPARISON TO KNOWN REFERENCE MATERIAL.

************************************************************

### PROFILE RESULTS – DRUG/ANABOLIC STEROIDS

DRUG RESULTS:  POSITIVE

T/E > 6  (CONSISTENT AND  EXPECTED WITH THE USE OF TESTOSTERONE)

OTHER DRUGS: NONE DETECTED

David L. Black, Ph.D.
Laboratory Director

T-JH 01789

WWE/WAR 001882

**AEGIS
ANALYTICAL
LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | Oct. 24, 1992 |
| DATE RECEIVED : | Oct. 27, 1992 |
| DATE REPORTED : | Nov. 10, 1992 |

IDENTIFICATION #: 100445 (1081/1120)

INSTITUTION: Mauro DiPasquale, MD
23 Main Street
Warkworth, Ontario
K0K3K0

### (00103)  PROFILE RESULTS-ANDROGEN STEROIDS/HORMONES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SEX: | M |
| pH: | 5.0 |
| SPECIFIC GRAVITY: | 1.020 |
| CREATININE (MG/L): | 1124 |
| TESTOSTERONE (NG/ML): | 60 |
| EPITESTOSTERONE (NG/ML): | <3.5 |
| T/E RATIO: | >17 |
| HUMAN GROWTH HORMONE (HGH): | <0.2   NG/ML |
| LUTEINIZING HORMONE (LH): | 1.7   MIU/ML |

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-Beta-hydro-Androsterone | <0.10 | N/A |
| cis-Androsterone | 1.48 | 0.43 |
| Androstenedione | <0.10 | N/A |
| Dehydro-epiandrosterone | 0.75 | 0.67 |
| Dihydro-testosterone | <0.10 | N/A |
| Epitestosterone | <0.10 | N/A |
| Beta-Estradiol | <0.10 | N/A |
| Estriol | <0.10 | N/A |
| Etiocholanolone | 3.44 | 3.06 |
| Testosterone | 1.96 | 1.74 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*Ratio (mass spectrometer base ion/434 amu deuterated
Testosterone) compared to 50 ng/ml deuterated Testosterone

David L. Black, Ph.D.
Laboratory Director

T-JH 01790

WWE/WAR 001883

## DRUG ANALYSIS REQUEST AND CHAIN OF CUSTODY FORM

**TITANSPORTS**
1241 East Main Street
Stamford, CT  06902

CONTROL ID NUMBER: **100445**

1.a. The below named donor produced a urine specimen under direct observation.  I then personally initialled, dated and affixed the security seals to the specimen bottles in the visual presence of the donor and I had the donor initial and date the security seals in my presence.

Time of Day: _750 pm_  Date: _10-24-92_  Signature: _Paul Holdt_

1.b. If the person who observed the collection is different than the person who signed above:

Signature of observer: _NA_

2. I certify that the urine specimens appeared normal in color, temperature and sediment content.

☑ Yes    ☐ No    Signature: _Paul Holdt_

3. The donor stated he has taken the following prescription and non-prescription (over-the-counter) medication and/or supplements within the last 15 days.

_Valium, Plasadil, Solmin, Buspar, Palapnor_
_Cortisone, Tylenol 3_

Test Required:
☐ Drug of Abuse
☐ Anabolic Steroids
☐ CODE 101
☐ CODE 102
✓ _Code 103_

Sex of Donor:
☑ Male
☐ Female

Specific Gravity _1.015_
pH _5.0_
Temperature _96_

---

## INSTRUCTIONS FOR DISTRIBUTION OF THIS FORM
### (Do not write in this section)

| | |
|---|---|
| *1st Page (White Copy):* | Medical Review Officer |
| *2nd Page (Yellow Copy):* | Drug Program Coordinator |
| *3rd Page (Pink Copy):* | Donor |
| *4th Page (Blue Copy):* | Collector |
| *5th Page (Gold Copy):* | Anabolic Steroids Testing Laboratory |
| *6th Page (Green Copy):* | Drug of Abuse Testing Laboratory |

---

## DONOR'S STATEMENT

I certify that I produced the attached urine specimen under observation; that it consists entirely of my own urine; that my specimen bottles were capped and sealed in my presence; and that the Control Identification Numbers on all specimen bottles are the same.

Signature: _____    Date: _10/23/92_

Name of Donor: _Hellwig_ (Last)    _James_ (First)    _B_ (MI)

Telephone No. (Donor): _(203) 352-8602_

Site of Collection: _Portmore, IL_

T-JH 01786

WWE/WAR 001881

**AEGIS ANALYTICAL LABORATORIES, INC.**

624 Grassmere Park • Suite 21 • Nashville, Tennessee 37211
(615) 331-5300 • 1-800-533-7052

David L. Black, Ph.D., DABFT
Director of Laboratories

| | |
|---|---|
| DATE COLLECTED: | OCT. 24, 1992 |
| DATE RECEIVED : | OCT. 27, 1992 |
| DATE REPORTED : | NOV. 10, 1992 |
| IDENTIFICATION #: | 100445 (1081/1120) |

INSTITUTION: MAURO DiPASQUALE, MD
23 MAIN STREET
WARKWORTH, ONTARIO
K0K3K0

## (00103)   PROFILE RESULTS–ANDROGEN STEROIDS/HORMONES

```
************************************************************
                          SEX:   M
                           PH:   5.0
             SPECIFIC GRAVITY:   1.020
             CREATININE (MG/L):  1124

            TESTOSTERONE (NG/ML): 60
         EPITESTOSTERONE (NG/ML): <3.5
                  T/E RATIO:      >17

    HUMAN GROWTH HORMONE (HGH):   <0.2   NG/ML
      LUTEINIZING HORMONE (LH):   1.7    MIU/ML
```

| HORMONE/STEROID RATIOS | $D_2T$ RATIO* | RATIO/G CREATININE |
|---|---|---|
| 11-BETA-HYDRO-ANDROSTERONE | <0.10 | N/A |
| CIS-ANDROSTERONE | 1.48 | 0.43 |
| ANDROSTENEDIONE | <0.10 | N/A |
| DEHYDRO-EPIANDROSTERONE | 0.75 | 0.67 |
| DIHYDRO-TESTOSTERONE | <0.10 | N/A |
| EPITESTOSTERONE | <0.10 | N/A |
| BETA-ESTRADIOL | <0.10 | N/A |
| ESTRIOL | <0.10 | N/A |
| ETIOCHOLANOLONE | 3.44 | 3.06 |
| TESTOSTERONE | 1.96 | 1.74 |

```
************************************************************
*RATIO (MASS SPECTROMETER BASE ION/434 AMU DEUTERATED
TESTOSTERONE) COMPARED TO 50 NG/ML DEUTERATED TESTOSTERONE
```

David L. Black, Ph.D.
Laboratory Director

T-JH 01790

WWE/WAR 001883