# EXHIBIT 19

1

GOVERNMENT
EXHIBIT
3E00-8

1

2    UNITED STATES GRAND JURY

3    EASTERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - X

5    UNITED STATES OF AMERICA,

6                    v.

7    JOHN DOE,

8                    Defendant.

     - - - - - - - - - - - - - - - X

9
                         United States Courthouse
10                       Brooklyn, New York

11                       April 1, 1993

12

13          APPEARANCES:

14
                    SEAN O'SHEA
15                  Assistant United States Attorney

16

17
            WITNESS:
18

19               James Hellwig

20

21                       Grand Jury Reporter
                         HENRY SHAPIRO #420
22

23    Exhibit No. 6
      Deposition of Ulferio
24    Date 11-1-9
      Becky Baumert
25
                                        T-JH 01933

EASTERN DISTRICT COURT REPORTERS
225 Cadman Plaza East      Brooklyn, New York 11201

2

```
 1
 2
 3    J A M E S      B R I A N       H E L L W I G ,
 4          having been first duly sworn, was examined
 5          and testified as follows:
 6    EXAMINATION BY
 7    MR. O'SHEA:
 8       Q.   State your full name and spell it.
 9       A.   James Brian Hellwig.
10            H E L L W I G.
11       Q.   Mr. Hellwig, would you tell us how you
12    are employed?
13       A.   On the advice of my counsel, I refuse
14    to answer on the ground my answer may tend to
15    incriminate me, in violation of my Fifth
16    Amendment privilege against self-incrimination.
17       Q.   I'm showing you an order which is
18    signed by Judge Amon of this district, and dated
19    with today's date, which gives you immunity for
20    your testimony here today.
21            Do you see that?
22       A.   Yes, sir.
23       Q.   Let me ask you again, what your full
24    name is?
25       A.   James Brian Hellwig.
```

T-JH 01934

16

1

2          There was a lot frustration among the

3   wrestlers. They were getting the crap knocked

4   out of them and they could not take steroids and

5   body the builders were.

6          I never seen anyone taking steroids,

7   but I have been working out in gyms for over 20

8   years, and I know when somebody is and is not and

9   I know the body builders were taking steroids.

10          And the rumor was that they were taking

11   human growth.

12      Q.    What was it that made you think they

13   were?

14      A.    Supposedly, they were under the same

15   testing procedures and human growth hormone could

16   not be detected in a urine test.

17      Q.    Did you have ever attempt to take human

18   growth hormones?

19      A.    Yes.  In 1984, I took 14 shots of it.

20      Q.    And what about after that?

21      A.    No.

22      Q.    Did there come a time when you

23   attempted to obtain unsuccessfully?

24      A.    Yes.

25      Q.    Would you tell us about that?

WWE/WAR 001718

EASTERN DISTRICT COURT REPORTERS
225 Cadman Plaza East     Brooklyn, New York 11201

17

1

2      A.      When I came back -- I had been living

3   in Santa Fe, New Mexico, for eight months and my

4   priorities weren't how I looked or appeared every

5   night in front of 20 thousand people, so I came

6   back at a lesser body weight, not as hard and

7   lean -- as muscular.

8           And when I came back, Vince had

9   acquired these body builders and I knew they were

10  taking steroids.

11           I could afford it and so I sent five

12  thousand dollars overseas through a Davie Bois

13  Smith (phonectic), the British Bull Dog.

14           They didn't come for six weeks and,

15  finally, the package arrived.  It was not sent to

16  my house, to a friend's house, and it was all

17  taped up in green tape that had U.S. Customs all

18  over.

19           By that time, two months had passed.  I

20  had my diet back my order and priorities were

21  straight.  I didn't weigh as much as I did the

22  first time.

23           But because of changes in my diet and

24  training habits and stuff, I created the same

25  look on the TV and in arena light to make the

18

1

2   people think it was the same package.

3          So I said that I wasn't going to do the

4   steroids.

5      Q.   When the Customs tape was around it in

6   that particular instance, was there anything

7   inside the package?

8      A.   One empty box of growth hormone and a

9   piece of paper that said contents of this box had

10  been confiscated by U.S. Customs.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

WWE/WAR 001720

# EXHIBIT 20

```
PRODIGY(R) interactive personal service        07/08/96          4:09 PM

          WRESTLING BB
TOPIC:    WRES.FOR SMARTS
TIME:     07/01 11:42 AM

TO:       ALL
FROM:     ROBERT RYDER   (EEKA95A)
SUBJECT:  WARRIOR NOT LEAVING

THE ULTIMATE WARRIOR IS ***NOT*** LEAVING THE WWF.
------------------------------------------------------
In an exclusive PRODIGY interview, the Ultimate Warrior
reveals that he is NOT leaving the WWF.

RYDER: Are you aware of the rumors that you have left the
WWF?
WARRIOR:  No, your message was the first I had heard of it.
RYDER:  Various hotlines are reporting you have either quit
or been fired for missing shows.
WARRIOR:  I had a good reason to miss shows.  My father died
a few days ago.                                >>>>>
RYDER:  I'm very sorry to hear that.
(personal comments deleted)
RYDER:  The rumors have swept the computer services and the
hotlines this weekend.  I guess it was sparked by the way
WWF handled the announcement to the fans.  In Detroit and
Pittsburgh, fans were told "The Ultimate Warrior refuses to
wrestle".
WARRIOR:  I don't know why they would do that.  It's not
true.  My father died and I had to be with my family.
RYDER:  There had been reports that you and Vince had a
blowup last week that prompted the noshows.
WARRIOR:  Vince and I butt heads all the time.  Linda is
the one that closed the deal to bring me back.  It seems
like anytime Vince and I have any dealings we butt heads.
We're both stubborn.
RYDER:  How long is your deal with them?
WARRIOR:  It's for 18 months, 4 months have already gone by.
RYDER:  What is your short term schedule?
WARRIOR:  This week I'm going to a comic book show.  My
first date back is in Albany on the 11th.
RYDER:  How is the University going?
WARRIOR:  It's doing great.  We've closed the gym to the
public and we're converting it to a facility just for the
University.  We've got 40 guys comining in on the 7th.   >>>
RYDER:  You have the rights to the name again?
WARRIOR:  Yes, I have the rights to the name, and it's
licensed back to the WWF for wrestling related purposes.
------------------------------------------------------
That concludes the interview.  The rumors are false.  He
missed the shows because his father died.  It's not clear
why the WWF made the announcement in the way they did.  He
will apparently continue with the company for the remainder
of his contract.


Bob Board Leader
```

WWE/WAR 001305

WARRIOR

EXHIBIT NO. 38

4-15-09

DONNA TERRELL

T-JH 00784

Exhibit No. 7

Deposition of Warrior

Date 11-11-97

Becky Baumert

# EXHIBIT 21

Subj:   Re:The Ultimate Warrior
Date:   96-07-01 23:04:40 EDT
From:   WARRUniv
Posted on:   America Online

Warrior here...yes the real one, not some pitiful imitation or someone hiding behind their computer screen wishing they could be something they will never be. For the last 3 years of my life I have sat back and watched as others have spoken for me...some in support...some in disapproval of what The Ultimate Warrior represented to the World of Sports Entertainment...both in and out of the ring. I will never...could never...can never live up to all the opinions, judgements and rumors others wish to spread about me. In knowing so, I long ago chose not to inflict the same vicious expression upon others. Therefore in response to recent rumors of my non-appearance at WWF events in Indianapolis, Detroit, and Pittsburg I make the following statement from my office in Scottsdale, AZ...Since my return at Wrestlemania in March there has from day one been contractual discussion for one reason...Titan Sports has not made the finalization of my contract a priority, yet I have fulfilled all aspects of the agreement that we do have. Although the rumors speculate my recent no-show at the listed venues is contractually related...the truth is my father passed away. If resolving my personal issues and protecting the way I choose to believe puts me in the WWF doghouse as stated on the money-making 1-900# line...then so be it, bow-wow and Kiss my ASS. Always Believe-Warrior



WARRIOR
EXHIBIT NO. 39
4-15-09
DONNA TERRELL

Exhibit No. 19
Deposition of Warrior
Date 11-12-47
Becky Baumert

T-JH 00783

WWE/WAR 001308

# EXHIBIT 22

✓  ⚖ - 2 1996

THE FOLLOWING IS A TRANSCRIPT OF ULTIMATE WARRIOR MAKING
COMMENTS CONCERNING EVENTS OF THE PAST WEEK, FROM THE
WARRIOR WHEREABOUTS HOT LINE, JULY 2, 1996

Hello Warriors, this is the Warrior checking with you on the evening of July 1. It's
been a rather long weekend for me, but I did want to get back with you guys and
respond to some important issues that have seemed to have surfaced somewhere out
of nowhere, in regards to my no show, my non appearance at the Indianapolis,
Detroit, and Pittsburgh, the scheduled events of the WWF this past weekend.

The simple fact of the matter is that my father passed away. I know that message
has been brought in onto everybody's computer screen, or brought to some other
forum by now. But it wasn't something that was communicated over the weekend,
and I don't know why. I'm still looking into that.

But I was in New York prior to the weekend dates, and I was at a licensee show for
the WWF. I've been in contact with the people in Florida that were aware of my
father's condition, where he did pass away. I got a phone call that things were
taking a turn, and I took the appropriate steps, made the appropriate phone calls,
informed the appropriate people in regards to what I was preparing to do, and what
I had to do. And that's the last time I heard anything about it until I got back in
town this morning.

I had numerous messages. One of those messages was from a Mr. Bob Ryder at
Prodigy On Line Services, telling me that they were really trashing me or eating me
alive on the Internet. I was thrown off guard, I didn't know why. He told me that
they were saying that there was an announcement made at the arenas that I refused
to wrestle at those particular cities. Some had added story line to the effect that I
refused to wrestle in those particular cities because I hated those cities. You know,
it's a weird world that we live in, but nothing could be further from the truth. And
other people had created even more story line, saying that I had not appeared this
weekend because of contractual differences with the WWF and Titan.

The simple fact of the matter is that since my return at WrestleMania, Titan Sports
and I have had ongoing contractual discussions in regards to getting to a finalized,
long form contract, the standard WWF long form contract. I have not operated
under that long form contract since my return. I have an agreement, I have a
contractual agreement with them, and I have fulfilled all aspects of that.

Exhibit No. 11
Deposition of _Ullria_
Date _11-12-97_
Becky Baumert

T-JH 00785

WWE/WAR 001309

So, I don't know how things got started that way. Those are things I'm still looking into, and somebody got a little bit too carried away. But to be quite honest with you, in regards to what has taken place in my life in the last week, and even responding or hunting down the people that spread vicious rumors that they do, it seems really petty in regards to this one time thing that you gotta deal with in your life. So, I can only say that much at this time.

I also wanted to leave a message real quick that I will be on the line tomorrow, answering the questions. I'm sure, I haven't even went in that section, I'm sure there's a lot of questions in regards, hey Warrior, what happened, and all that. So I'll be in there tomorrow, answering all the questions that I can, and taking care of all the messages. So you might want to call back later tomorrow night, tomorrow afternoon, and check and see if your question has been answered. And I will also get back on here and leave further message in regards to what I have found out and what's going on. OK?

Thanks a lot. I appreciate those who have supported me, and those who always knew otherwise, when they read the messages and the rumors that were started, I appreciate that very much. Thank you, and I will talk to you tomorrow. Bye.

T-JH 00786

WWE/WAR 001310

# EXHIBIT 23

1

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

WARRIOR and ULTIMATE CREATIONS, INC.,      )
                                           )
                              Plaintiff,   )
                                           )
vs.                                        ) No. CV 96-15377
                                           )
TITAN SPORTS, INC.; WORLD WRESTLING        )
FEDERATION; VINCENT K. McMAHON and LINDA   )
McMAHON, husband and wife; INTERNATIONAL   )
PROMOTIONS, INC.; STANLEY TORGERSON;       )
MACFRUGALS BARGAINS CLOSE OUTS, INC., and  )
JOHN DOE 1-15,                             )
                                           )
                              Defendants.  )
                                           )

TITAN SPORTS, INC., a Delaware corporation,)
                                           )  DEPOSITION OF:
                           Counterclaimant,)
                                           )     WARRIOR
vs.                                        )
                                           )     VOLUME IV
JAMES HELLWIG aka WARRIOR, ULTIMATE        )
CREATIONS, INC., an Arizona corporation,   )
                                           )
                         Counterdefendants.)

Phoenix, Arizona
October 19, 1999
8:45 o'clock a.m.

REPORTED BY: DONNA FORD TERRELL, RDR, RMR, CRR

PREPARED FOR:                        BRUSH & TERRELL
                                     Court Reporters
MR. JERRY S. McDEVITT                23331 North 90th Drive
Attorney at Law                      Peoria, Arizona 85382
                                       623-561-8046

---

**Page 730**

1 doing the trademark stuff.

2     But I told him -- I said, when I came home

3 on Sunday or Monday on the 8th -- Sunday the 7th, Monday the

4 8th, I also found out that they had made the announcement

5 that I was suspended, and that was totally contradicted

6 where I left off agreement-wise with Vince and Linda that we

7 were going to resolve these issues.

8     And so I know that -- I believe he fired a

9 letter off stating my position, but also saying, "There's

10 these issues. Warrior's got a date coming up. He wants to

11 get things taken care of. Or let's move forward or" -- you

12 know, he may have taken a legal position there.

13     Q   By July 8th of '96, none of the issues that

14 you had put on the table had been resolved; had they?

15     They hadn't agreed to pay your $25,000 fine

16 or whatever you want to call it for using "Always Believe"?

17     A   I hadn't had any communication with them.

18     Q   They -- that means they didn't agree to

19 that, right?

20     A   Is that what it means?

21     Q   Did they agree to do that?

22     A   I don't know that that's what that means.

23     Q   Well, did they ever say, "Jim, we'll go

24 along with point one of your letter of July 1, '96 and agree

25 to pay you $25,000 for the use of the "Always Believe"?

---

**Page 731**

1     Did they tell you they would?

2     A   They didn't say they will wouldn't. In the

3 last conversation I had with them, I suspected that we were

4 going to -- we were going to negotiate back and forth for

5 our positions and what we wanted -- how we wanted to resolve

6 it.

7     Q   They didn't tell you they would pay the

8 25,000 at any time; did they?

9     A   I understood that there was going to be --

10 they were going to recognize -- they were going to provide

11 me adequate assurances. And I was going to provide them,

12 you know, adequate assurances in the long-form contract.

13     I mean, the language and the letters that I

14 sent reflected that "Come on, guys. I want to work this

15 thing out."

16     And this agreement in here means that "I'm

17 ready, willing and able. I'm Ultimate Warrior. I'm

18 physically -- I can do it. Let's do it. I haven't talked

19 to you all week."

20     Some things fell threw, out at the San Diego

21 Comicon. Here's my short, adequate assurance to you that

22 I'm ready, willing and able, if we can get these other

23 things worked out.

24     Q   Well, it doesn't say that. It says, "I'm

25 ready, willing and able to perform in accordance with my

---

**Page 732**

1 scheduled event we have between us at the time;" that's what

2 it says?

3     A   And the agreement at that time is that we

4 were going to resolve this things that we had outstanding.

5     Q   Oh, so that's not referring to--

6     A   It's not referring to--

7     Q   -- the written agreement of February of '96?

8     A   No.

9     Q   It's referring to some other agreement?

10     A   It's referring to the agreement we had when

11 I got off a half-hour phone conversation with these guys and

12 then I spent four to six hours the rest of the evening

13 working with Linda to revise the America On-line statement.

14     And then I go to the -- the Comi -- I say

15 licensing show. It's the comic book convention in San

16 Diego. I had no contact all week.

17     I come home on Sunday evening, and I find

18 out that they -- Sunday evening or first thing Monday

19 morning, because I'm a early riser and I went to the gym, I

20 would get there at 4:00 or 5:00 -- I found out that they

21 were announcing that I was going to be suspended.

22     And then come that evening, they had the

23 official Gorilla Monsoon announcement. So I was right about

24 -- my intuition was right.

25     Q   Well, when you first told them about your

---

**Page 733**

1 father were, they sympathetic during the first conversation

2 you mentioned that to them?

3     A   Vince wasn't, you know, and not that I

4 expected him to be. You know, I -- myself, I was -- there's

5 a lot of things that I was thinking about.

6     You know, I was thinking about the almost

7 parental relationship that I had with Vince and the two

8 previous occasions there. I was thinking about the

9 relationship I had established with Linda where she's

10 signing letters "mom," you know.

11     And I'm thinking about my father's passing

12 away at 57. I'm thinking about a relationship I hadn't had

13 with somebody. I'm thinking about the lady that's called me

14 -- she's like his fifth wife, and she's trying to

15 communicate with me that he wants to make peace or he wants

16 to -- but she ends up taking the conversation down the road

17 what's she going to do.

18     I'm thinking about my own brothers and

19 sisters. I'm thinking about here's a guy that left when I

20 was a young kid, never paid no support, no nothing. I'm

21 thinking about, you know -- I just had my 37th birthday. I

22 got 20 years left in my life maybe.

23     I mean, you know, I'm doing these

24 calculations in my head. My grandfathers die at 52. And

25 when I walked in, the "Always Believe" things. I saw the

---

# EXHIBIT 24

**TRANSCRIPT OF SELECTED COMMENTS MADE BY WARRIOR AT
UNIVERSITY OF CONNECTICUT SPEECH DATED APRIL 5, 2008
WWE/WAR 2269**

And another thing happened to me.  Throughout my whole life, I never have had a
mentor.  My dad left when I was twelve years old, never to look back.  He didn't provide
financial support or any other kind.

He blew his life…on women, fast living and promiscuity.  I know every single day he
regretted it.  But he died a few years ago, at a young age, because he blew his life.

# EXHIBIT 25

# In The Matter Of:

*Warrior and Ultimate Creations   v.*
*Titan Sports*

---

*Vincent McMahon*
*Deposition Vol. 2, February 19, 1999*

---

*Griffin and Associates*
*Court Reporters*
*3030 North Central Avenue*
*Suite 605*
*Phoenix, AZ  85012*
*(602) 264-2230    FAX: (602) 264-2245*

*Original File MCMAHON2.SUM, 214 Pages*
*Min-U-Script® File ID: 4020838406*

# Word Index included with this Min-U-Script®

WWE/WAR 001418

Page 416

[1]  A: It would have been either that weekend
[2] or the following Monday. And it was then Mr. Hellwig
[3] had — although I had read about it on, I think it was
[4] Prodigy or something like that — Mr. Hellwig then
[5] added insult to injury and then came up with a made-up
[6] story of how he was concerned for his father and his
[7] father had passed away and his father's funeral, and
[8] that's why he didn't make Indianapolis, Pittsburgh,
[9] and Detroit.
[10]  Q: Was that the first time you heard that?
[11]  A: Absolutely the very first time I had
[12] heard that. He never raised that point with me at
[13] all. It was simply, "You're going to pay, Vince, you
[14] know, and you're going to pay me 100,000 magazines
[15] every month. You're going to pay me the equivalent of
[16] that," which is over 1.2, in addition to compensation
[17] that was in his contract. "And that's what you're
[18] going to do. You're going to — you know, I'm going
[19] to make you pay," you know. It was so irrational.
[20]  Q: What was your response to that
[21] announcement?
[22]  A: Flabbergasted.
[23]  Q: What did you do?
[24]  A: What did I do?
[25]  Q: Yes.

Page 417

[1]  A: I pleaded with him, "Don't make this
[2] mistake. This is, you know, business suicide, Jim,
[3] going home. This is the last straw, strike three.
[4] Don't do this. I'm begging you, don't do it."
[5]  Q: No. I'm saying, was there a
[6] conversation you had with Mr. Hellwig following the
[7] Prodigy announcement?
[8]  A: There were conversations. And, again,
[9] exactly when, I'm not certain. But there were
[10] conversations, I believe on that Monday after the
[11] weekend, with Jim Hellwig, in which he told me the
[12] story about his father, then, which is the first time
[13] he had ever reared that.
[14]  Subsequent to him telling me that
[15] story, which, you know — which he never raised with
[16] me, apparently it was — he never cared anything about
[17] his dad and never saw him, didn't bother going to the
[18] funeral. In addition to that, apparently, not only
[19] that, I guess Jim Hellwig has a sister who asked Jim
[20] to participate in the funeral expenses for his dad.
[21] He even refused to do that.
[22]  So here he was using it as an excuse,
[23] you know, for his no-showing. Always looking for
[24] excuses, you know, and not accepting the fact that he
[25] screwed up. And he did. And this was the last straw.

Page 418

[1]  This is one that broke the camel's back. And
[2] especially, then, using this excuse about his dad.
[3] That's — that's pretty low, when you come up with a
[4] back story as to — on the computer and so forth, as
[5] to why you didn't make live events when in fact you
[6] never cared anything about your dad, hated your dad,
[7] you know, and didn't go to the funeral and didn't even
[8] bother, you know, with funeral expenses, but yet
[9] you're claiming that to the public, that's the reason
[10] why you missed these shots? Boy, that's real —
[11] that's bad.
[12]  Q: Did you have all that information when
[13] he was telling you about his father?
[14]  A: No. It had been suggested on — I had
[15] information that Davey Boy Smith, in a conversation,
[16] had relayed to, I believe, Jack Lanzo that Jim had
[17] never cared for his dad, hated his dad.
[18]  And then, I believe, on the Internet
[19] stuff, it subsequently came out about the fact that he
[20] didn't go to the funeral and all that kind of stuff.
[21] I mean, I — as I recall, at the time that he
[22] apparently was at the funeral, I was talking with him
[23] in Arizona. So —
[24]  Q: What happened next? What was your
[25] response to Mr. Hellwig's telling you that he missed

Page 419

[1] the shots because of going to his dad's funeral?
[2]  A: You know, I didn't know at first, you
[3] know. I mean —
[4]  Q: No. I mean, what happened next? What
[5] is your recollection of what happened next?
[6]  A: Well, eventually what happened was, I
[7] tried to — I probably need to have my head examined
[8] for wanting to try to continue, you know, to work with
[9] him. I wanted to in some way give him the opportunity
[10] of returning to work, but only if, in some way, he
[11] could assure, as I mentioned yesterday, that he would
[12] fulfill his contractual obligations. And if he
[13] didn't, then there was a penalty. And that penalty
[14] was in the bank or whatever.
[15]  I suggested that he consider some sort
[16] of bond that he post. I suggested that the company
[17] hold back, you know, a certain number of weeks'
[18] compensation to give us some assurance and our fans
[19] some assurance that he would finally — after even
[20] strike three, that he would finally come back and
[21] fulfill his obligations and not do this coercion stuff
[22] and not screw over the fans, which is what he did, and
[23] the company, and himself in the process.
[24]  And he balked on every recommendation
[25] that we gave him. And he came up with none. He just

WWE/WAR 001469

# EXHIBIT 26





*Created for Those who Believe*

10320 N. Scottsdale Rd. • Scottsdale, Az. 85253 • (602) 586-4276 • Fax: (602) 991-5957

## FAX COVER SHEET

DATE: _July 8th 1996_

TOTAL NUMBER OF PAGES INCLUDING COVER: _2_

TO: _VINCE AND LINDA M^c MAHON_

FAX: _(203) 352-8730 / 352-8717_

FROM: _WARRIOR_ _____, WARRIORS GYM

FAX #: (602) 991-5957

RE: _UPCOMING SCHEDULED EVENTS —_

_____

_____

_____

_____

PLEASE CONTACT _____ AT (602)991-5212 IF

YOU DO NOT RECEIVE ALL PAGES OR THERE HAS BEEN AN ERROR

IN TRANSMISSION.

T-JH 00797

WWE/WAR 001199

*Founded in Nineteen Hundred and Ninety-five*

July 8, 1996

Vince/Linda-

Hello. The personal issues in regards to the recent death of my father have been resolved and I am ready, willing and able to perform in accordance with my scheduled events and the agreement we have between us at this time. I will await confirmation that this is what you wish me to do.

Always Believe —

Warrior

WWE/WAR 001200

T-JH 00799

# EXHIBIT 27



**WORLD WRESTLING FEDERATION®**

LINDA E. McMAHON
President and COO

<u>Via Fax (212) 791-7276 and U.S. Mail</u>

July 19, 1996

Mr. Charles E. Baxley, Esquire
HART, BAXLEY, DANIELS & HOLTON
59 John Street
New York, NY 10038

*Warrior*
EXHIBIT NO. 52
4-16-09
DONNA TERRELL

Re:     *Your Reference 7891*
        *Titan Sports, Inc. w. Warrior*

Dear Mr. Baxley:

I am writing to you today after considerable reflection on our behalf regarding the current state of matters with respect to your client, Mr. James Hellwig. First of all, please do not construe our remarks to be a reflection of an opinion regarding dealings with you personally, since you have been both cordial and gracious and have dealt with us in good faith. Unfortunately, for the reasons summarized below, we do not derive the same conclusions regarding Mr. Hellwig.

Based on all the facts and circumstances currently known and available to us, we have come to the conclusion that Mr. Hellwig never did intend to deal with Titan in good faith and that the representations he made to us in order to induce us to enter into a contractual relationship with him were fraudulently induced with no intention of being performed. In any event, Mr. Hellwig has clearly breached the contract between Titan Sports and Mr. Hellwig.

As you know, Titan Sports was the owner of various registered trademarks in ULTIMATE WARRIOR prior to Mr. Hellwig engaging in the recent round of discussions with us. Based on various representation and assurances given to us by Mr. Hellwig, we proceeded to negotiate with him in good faith towards the execution of a contractual arrangement whereby he could resume his wrestling career at Titan. Based on those representations, the agreement signed by the parties provided for the transfer of ownership of various marks in the ULTIMATE WARRIOR to Mr. Hellwig.

TITAN TOWER
1241 East Main Street
Post Office Box 3857
Stamford, CT 06902
Phone: 203 352 8612
Fax:   203 352 8717

® Registered trademark of TitanSports, Inc.

UCI 000919



Charles E. Baxley, Esquire
July 19, 1996
Page 2

Obviously, it was the intention of Titan, based on the representations of Hellwig, that Titan would have the benefit of the services specified in the agreement as well as compliance with Mr. Hellwig with all other terms. It now appears to us that Mr. Hellwig's true intention was not to perform and not to comply with the terms of the contract but to create an instrument whereby he could then claim that he had obtained the rights to the ULTIMATE WARRIOR registrations.

Following execution of the contract, Titan proceeded to discharge the obligations it assumed under the contract based on Mr. Hellwig's representations. Shortly thereafter, however, problems began to develop with Mr. Hellwig and his performance of the contract. These problems were complicated by the irrational and unpredictable behavior of Mr. Hellwig in response to certain situations which developed during the course of the relationship. Rather than deal with the situations that came up in a professional manner, Mr. Hellwig first made ridiculous financial demands unrelated to the problems and then decided that he would not perform scheduled events and went home. As I trust your realize, such actions on the part of Mr. Hellwig do irreparable damage to both the character of the ULTIMATE WARRIOR and to the WWF since it disappoints the fans who have bought tickets on the assumption that the ULTIMATE WARRIOR would perform. Due to Mr. Hellwig's actions, Titan had no choice but to suspend booking him for matches pending receipt of adequate assurance on his part that this sort of conduct would not repeat itself and that the WWF would receive the full benefits of the contract with Mr. Hellwig. After Titan suspended booking Mr. Hellwig, he again acted irrationally and chose to portray Titan in an unflattering light by suggesting that he had missed his scheduled appearances due to the death of his father, which we all know not to be true.

Following our demand for adequate assurance of Mr. Hellwig's future performance, you have indicated that you believe a resolution of the matter lies in the presentation of terms and in a long form contract. However, and while we do not doubt your sincerity in your stated beliefs, we have reason to believe that your client does not wish to enter into a long form contract and never did. We also understand that Mr. Hellwig is now attempting to negotiate with the WCW following the suspension. Moreover, as we learned recently, Mr. Hellwig's failure to pay his previous counsel the legal fees which are claimed to be owed to him now has placed in jeopardy the confidentiality provisions of the contract. We understand that Mr. Hellwig's previous counsel will be filing suit against Mr. Hellwig which obviously will further deny Titan the benefits of the contract it negotiated in good faith.

® Registered Trademark of Titan Sports, Inc.

UCI 000920

07/19/1996  16:46   2127917276          HART BAXLEY DANIELS                PAGE  04



Charles E. Baxley, Esquire
July 19, 1996
Page 3

Accordingly, this is to advise that it is Titan's position that Mr. Hellwig fraudulently induced the contract and that all rights previously owned by Titan remain with Titan including, but not limited to, ownership of the service marks in the ULTIMATE WARRIOR. It is also Titan's position that Mr. Hellwig materially breached the agreement in any event. Thus, it remains Titan's position, and will be Titan's position, that it is the owner of the registered marks in the ULTIMATE WARRIOR.

Given the aforementioned circumstances as well as others known to Mr. Hellwig, and we presume you, we wish to advise you that Titan has no further interest in the services of Mr. Hellwig or attempting to secure his performance under the agreement since it is obvious that it was fraudulently induced and has been materially breached in any event.

Very truly yours,

Linda E. McMahon
President & COO

LEM/dd