John T. Gilbert, #004555
Steven G. Ford, #016492
**ALVAREZ & GILBERT PLLC**
14500 N. Northsight Blvd. Ste. 216
Scottsdale, AZ 85260
(602) 263-0203 (phone)
(480) 686-8708 (facsimile)

Of Counsel:
Jerry S. McDevitt, Esq., Pro hac vice
Curtis B. Krasik, Esq., Pro hac vice
Amy L. Barrette, Esq., Pro hac vice
**KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP**
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ULTIMATE CREATIONS, INC., an Arizona corporation; WARRIOR and DANA WARRIOR, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation,<br><br>Defendants. | Case No. CV06-0535-PHX-ROS<br><br>**DEFENDANTS/COUNTERCLAIM-PLAINTIFFS' RULE 26(a) INITIAL DISCLOSURES** |
| VINCENT K. McMAHON and LINDA McMAHON, husband and wife; TITAN SPORTS, INC., a Connecticut corporation; | |

| | |
|---|---|
| 1 | WORLD WRESTLING ENTERTAINMENT, INC., a Connecticut corporation, |
| 2 | |
| 3 | Counterclaim-Plaintiffs, |
| 4 | vs. |
| 5 | WARRIOR, |
| 6 | Counterclaim-Defendant. |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants/Counterclaim-Plaintiffs Vincent and Linda McMahon, World Wrestling Entertainment, Inc., and Titan Sports, Inc. (collectively "WWE") make the following initial disclosures. In providing these initial disclosures, WWE specifically reserves the right to supplement and/or amend these initial disclosures, in accordance with Rule 26(e) of the Federal Rules of Civil Procedure, in the event that new and/or additional information and/or documents become known or available to WWE.

**A.     Individuals Likely to Have Discoverable Information**

The following individuals, among others that may be identified as this matter proceeds, are likely to have discoverable information that WWE may use to support its defenses and counterclaims in this action:

> Vincent K. McMahon
> Chairman
> World Wrestling Entertainment, Inc.
> 1241 East Main Street
> Stamford, CT  06902
> 203-352-8600

Mr. Vincent McMahon may have knowledge and information regarding, among other things, Warrior's wrestling career with WWE and various terminations by WWE.

2. Jennifer Good
Vice-President, Television Programming
World Wrestling Entertainment, Inc.
120 Hamilton Ave
Stamford, CT 06902
203-353-2900

Ms. Good may have knowledge and information regarding, among other things, the production of the DVD entitled "the Self-Destruction of the Ultimate Warrior," (hereinafter the "DVD").

3. Lori Calabrese
Producer
World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Ms. Calabrese may have knowledge and information regarding, among other things, the production of the DVD.

4. Kevin Dunn
Executive Vice President, Television Production
World Wrestling Entertainment, Inc.
120 Hamilton Avenue
Stamford, CT 06902
203-353-2900

Mr. Dunn may have knowledge and information regarding, among other things, the production of the DVD.

5. Warrior
c/o Daniel D. Maynard
Maynard Cronin Erickson Curran & Sparks, P.L.C.
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona 85012
(602) 279-8500

Warrior may have knowledge and information regarding, among other things, disparaging statements he has made about WWE and/or Vince McMahon.

Mr. McMahon, Ms. Good, Ms. Calabrese and Mr. Dunn may be reached through WWE's undersigned attorneys.

**B.    Description by Category of Documents WWE May Use to Support Its Claims**

The following categories of documents may be used by WWE to support its defenses and counterclaims in this action:

1   Documents concerning disparaging statements made by Warrior about WWE and/or Vince McMahon.

2   Documents concerning WWE's production of the DVD.

3   Documents concerning the basis for allegedly actionable statements on the DVD.

4   Documents concerning prior litigation involving Warrior.

**C.    Computation of Damages**

The computation of WWE's damages claim is not yet determined. WWE will supplement this response, as appropriate, at a later date. WWE has further asserted that its costs and attorneys' fees attributable to this action should be borne by Warrior, as provided by A.R.S. § 12-341.01. These costs and fees continue to accrue and are not yet subject to calculation.

**D.  Insurance Agreements**

Not applicable.

ALVAREZ & GILBERT PLLC

By: *[signature]*

John T. Gilbert, #004555
Steven G. Ford, #016492
14500 N. Northsight Blvd. Ste. 216
Scottsdale, AZ 85260
 (602) 263-0203 (phone)
 (480) 686-8708 (facsimile)

Of Counsel:
Jerry S. McDevitt, Pro hac vice
Curtis B. Krasik, Pro hac vice
Amy L. Barrette, Pro hac vice
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
The Henry Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania  15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

ORIGINAL of the foregoing mailed
this 19th day of November, 2007,
to:
Daniel D. Maynard, Esq.
Michael D. Curran, Esq.
MAYNARD CRONIN ERICKSON
CURRAN & SPARKS, PLC
1800 Great American Tower
3200 North Central Avenue
Phoenix, Arizona  85012
Attorneys for Plaintiffs

By: *[signature]*