Index of Appendix to Plaintiff's Statement of Facts

| Exhibit | Description |
|---|---|
| 1 | Excerpts from Deposition of Vincent McMahon 4/23/09 |
| 2 | WWF Drug Testing and Rehabilitation Policy 3/16/92 |
| 3 | DRAFT WWF Drug Testing and Rehabilitation Policy 5/1/92 |
| 4 | DRAFT WWF Drug Testing and Rehabilitation Policy as of 3/23/93 |
| 5 | DRAFT Titan Sports, Inc. Drug Testing and Rehabilitation Policy as of 4/13/93 |
| 6 | Customs printout 5/30/922 |
| 7 | 19 U.S.C. §1595a |
| 8 | 18 U.S.C. §545 |
| 9 | Titan Sports, Inc. Booking Contract 2/18/96 |
| 10 | Donna Goldsmith e-mail dated 3/4/05 |
| 11 | Jennifer Good e-mail to K. Dunn dated 5/6/05 |
| 12 | Donna Goldsmith e-mail dated 5/11/05 |
| 13 | Dunn/Good e-mails dated 6/9/05 |
| 14 | E-mails re title of DVD (Dunn deposition exhibits 14-19) |
| 15 | Dunn e-mail to J. Good 6/16/05 |
| 16 | Calabrese/Bent e-mails 6/20/05 |
| 17 | Satin/Calabrese e-mails 7/18/05 |
| 18 | Calabrese/Good e-mails 6/9/05 |
| 19 | Excerpts from V. McMahon Deposition 2/18/99 and 2/19/99 |
| 20 | Excerpts from M. Di Pasquale Deposition 6/11/99 |
| 21 | Excerpt from L. McMahon Deposition 3/23/99 |
| 22 | Excerpts from K. Dunn Deposition 4/23/09 |
| 23 | Excerpts from T. Bollea Deposition 4/18/09 |
| 24 | Cover of DVD |

F:\CLIENTS\ULTIMA11.162\WWE.004\PLDG\PSOF Appendix Index.WPD