**EXHIBIT 2**



# WORLD WRESTLING FEDERATION

# DRUG TESTING AND

# REHABILITATION POLICY

## PART ONE:
## STEROID AND RELATED
## SUBSTANCE POLICY

## PART TWO:

## DRUGS OF ABUSE



This is 7

Exhibit No. . . . . . . .

on the examination of:

Dr. Di Pasquale in

V

. . . June 11 . 1999

W. ROSENBERGER

OFFICIAL EXAMINER

Toronto, Ontario



PLAINTIFF'S
EXHIBIT

9

PENGAD 800-631-6989

™ Registered Trademark of TitanSports, Inc

T-JH 06487

March 16, 1992

# PART ONE:

# STEROID AND RELATED SUBSTANCES POLICY

## 1.   General Policy

The use of androgenic anabolic steroids and related substances (collectively referred to herein as "steroids") by World Wrestling Federation (WWF) talent, "talent", is unacceptable. Related substances include, but are not limited to, masking agents and/or diuretics. The WWF is concerned with steroid use for the following reasons:

- Use, possession, purchase, sale or distribution of steroids is illegal.

- Steroid use can adversely affect the health of the user. Research is ongoing with respect to the short and long term effects of steroid use, however, use of steroids has been linked to liver, kidney, heart, cholesterol, psychological, orthopedic, reproductive and other serious health problems.

- Steroid use by WWF talent would possibly send the wrong message to young people who may be tempted to use steroids.

## 2.   Administration of the policy

The administration of this policy is directed by the Drug Program Advisor (DPA) for the WWF. The Drug Program Advisor is available to consult with the talent with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

## 3.   Types of testing

Pre-contract testing:   Talent may be tested before contracts are entered into as part of the medical evaluation.

Reasonable-cause testing:   The talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical or behavioral indicators of steroid use.

Random testing:   The talent will be subject to unannounced testing based on a computer generated random program.

Follow-up testing:   The talent may be tested on a follow-up or continuing basis if he has:

T-JH 06488

    i)     tested positive for "steroids" during pre-contract testing (if subsequently engaged by the WWF);

    ii)    tested positive as a result of announced or random testing during his contract term or subsequent renewal periods.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

## 4. Testing procedures

The talent will provide a urine specimen to the collector, under direct observation. The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the talent's name. The talent will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service that meets legal requirements. The "A" specimen will be analyzed at the laboratory. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

## 5. Drugs tested for

The urine specimen will be tested for the presence of anabolic steroids, and related substances including masking agents or diuretics used to hide their presence.

## 6. Definition of a positive test

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present.

## 7. Failure or refusal to test

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

## 8. Attempt to falsify a test

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will be considered equivalent to a positive test and will result in disciplinary action.

## 9. Testing laboratory

The laboratory has a national reputation for excellence in steroid testing.

2

T-JH 06489

## 10.   Procedures Following a Positive Test

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will contact the talent and notify Vince McMahon. After consultation among the talent, DPA, and Vince McMahon, a plan of action will be decided.

If medical treatment and/or psychological counseling is recommended, the WWF will pay one-half of a previously approved cost for said treatment in the following manner:

(i)   If a talent is being treated and not under suspension (see Paragraph 12, Sec. B and C), the WWF will pay for the full amount of the treatment program and will deduct a mutually agreed to amount from the talent's weekly fees for services until the WWF has recouped one-half of the cost of the program.

(ii)   If a talent is being treated during a period of suspension, the WWF will advance the cost of the treatment and recoup one-half of the cost on a weekly basis when the talent is reinstated on the booking schedule.

The talent will be informed that he will be scheduled for unannounced follow-up tests which should indicate either a reduction in steroid metabolites or a negative result.

However, if a talent who has tested negative for steroids on previous tests at any time tests positive, he will be subject to the disciplinary action stated in Paragraph 12, Section B.

## 11.   Discipline for Violation of Law

Any WWF talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale, or distribution of steroids or related substances will be subject to the following disciplinary action:

(i)   First offense - suspended without pay for six weeks

(ii)   Second offense - termination of contract with the WWF.

## 12.   Penalties

### A.   First Positive (Screening Test)

The first steroid test whether it be pre-contractual or during the contract period will be considered a "screening" test, and a positive result on this test alerts the Drug Program Advisor that a talent either has in the recent past

3

T-JH 06490

used steroids (even though he may have stopped using them) or is a current steroid user. A talent who tests "positive" on this screening test will not be subject to disciplinary action, but will instead be subject to the provisions in Paragraph 10.

B.  First Positive Test After Initial "Screening"

After the original screening test, a test result will be considered "positive" if in the opinion of the DPA the levels of steroid metabolites found in the urine indicate:

(i)  continued use of steroids; or

(ii)  that the talent who has tested negative on previous tests now has begun to use steroids.

In the event of this "positive" result, the talent will be suspended without pay for six weeks.

C.  A second "positive" test will result in a three month suspension without pay.

D.  A third "positive" test will result in contract termination with the WWF.

## 13.  Procedures in response to positive tests for testosterone

If the administration of testosterone or the use of any other substance or manipulation of the specimen results in increasing the ratio of the total concentration of testosterone to that of epitestosterone in the urine to greater than 6:1, the test will be considered presumptively positive. In cases where initial tests reveal a testosterone/epitestosterone ratio that is elevated but not conclusive of steroid use, the Advisor will require the talent to submit to follow-up testing and other medical procedures.

If on the basis of such follow-up tests, records, prior or subsequent test results, discussions with the talent, or other studies, the advisor concludes that the test results do in fact reflect the talent's continued use of steroids, the talent will be subject to discipline according to the terms of the policy.

## 14.  Re-test of split sample

Talent who test positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection. The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

4

T-JH 06491

15. **Confidentiality of test results and medical condition**

No one will publicly disclose or allude to any information acquired in connection with this program.

T-JH 06492

March 16, 1992

# PART TWO:

# DRUGS OF ABUSE POLICY

## 1.   General Policy

The use of illegal drugs and abuse of other substances by World Wrestling Federation (WWF) personnel, "personnel", and those contracted with the WWF, "talent" is unacceptable. Substance abuse can result in serious injuries in the ring and can adversely affect the health of the user. The WWF has instituted this policy to ensure the safety and health of its personnel and talent and to protect the public esteem for the World Wrestling Federation.

The drug policy for the WWF is simply stated:

There is no place for the use of illegal drugs and related substances in the WWF. Substance abuse by WWF personnel including ring crew, referees and time keepers and WWF talent cannot be condoned or tolerated. Substance abuse can lead to injuries, diminished job performance, short and long term adverse health effects and alienation of those on whom the WWF's success depends - fans. WWF personnel and talent cannot be permitted to give even the slightest suggestion that illegal drug use is either acceptable or safe.

This policy is designed to deter and detect drug use and to treat and otherwise assist persons in the WWF with substance abuse problems. The WWF will approach its treatment and rehabilitation efforts considering the welfare of both the individual and the WWF; however, the WWF will not hesitate to terminate those individuals who, despite our efforts to treat and rehabilitate, refuse to accept responsibility for their problem and continue the use of illegal drugs.

## 2.   Covered Personnel

Those covered by the policy include ring crew, announcers, referees, time keepers and WWF talent.

Drivers are covered in accordance with the Department of Transportation Drug Testing Regulations.

## 3.   Administration of the Policy

The administration of this policy is directed by the Drug Program Advisor for the WWF. The Drug Program Advisor is available to consult with personnel and talent with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

## 4.   Types of Testing

6

Pre-employment testing:  Personnel and talent may be tested before employment or contractual engagement as part of their medical evaluation.

Reasonable-cause testing:  Personnel and talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical, behavioral or performance indicators of substance abuse.

Random testing:  Personnel and talent will be subject to unannounced testing based on a computer generated random selection program.

Follow-up testing:  Personnel and talent may be tested on a follow-up or continuing basis if he has:

(i)   Previously tested positive for substance abuse while employed or under contract by the WWF or in pre-employment testing (if subsequently hired);

(ii)  Been arrested for an offense related to taking drugs (e.g. driving under the influence of drugs);

(iii) Tested positive when tested for reasonable cause; or

(iv)  Tested positive as a result of random testing.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing.  The testing may be scheduled or unscheduled and may continue for an indefinite period.  The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

## 5.   Testing procedures

The donor will provide a urine specimen to the collector, under direct observation.   The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the donor's name. The donor will be asked to witness the procedure and sign a chain-of-custody form.  The specimen will be sent to the testing laboratory by courier service that meets legal requirements.  The "A" specimen will be analyzed at the laboratory.  The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

## 6.   Drugs Tested For

The urine specimen will be tested for the presence of the following drugs, their metabolites or both:   amphetamine(s) including methamphetamine, cocaine, opiates (including morphine and codeine), benzodiazepines, and marijuana.

## 7.   Definition of a Positive Test

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present at or above

T-JH 06494

the following concentrations:

| | |
|---|---|
| Amphetamine or methamphetamine: | 300 ng/ml |
| Benzoylecgonine (cocaine) | 100 ng/ml |
| Morphine and codeine | 300 ng/ml |
| Benzodiazepines | 300 ng/ml |
|     Oxazepam | |
|     Nordiazepam | |
| Marijuana | 15 ng/ml |

## 8.  Failure or Refusal to Test

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

## 9.  Attempt to Falsify a Test

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will result in disciplinary action.

## 10.  Testing Laboratory

The laboratory is certified by the National Institute on Drug Abuse (NIDA) for testing for drugs of abuse.

## 11.  Procedures Following a Positive Test

### A.  Review and evaluation by Drug Program Advisor

All test results will be sent to the Drug Program Advisor for medical review.  If a test is confirmed as positive, the DPA will contact the talent and notify Vince McMahon.  No test will be considered positive unless the results have been confirmed by the laboratory and the Drug Program Advisor.  The individual will be offered appropriate medical treatment, which may include counseling, psychological treatment, out-patient or in-patient treatment and an after-care program.  Progress will be monitored by the Drug Program Advisor.

The WWF will pay for the cost of treatment and after successful completion of a rehabilitation program and the return of the talent to the booking schedule, the WWF will recoup one half the cost of the program over a period of time, to be agreed upon by the WWF and personnel or talent.

### B.  Notification

The Drug Program Advisor will notify only Vince McMahon at the WWF of a confirmed positive test result.

## 12.  Discipline for Violation of Law

8

T-JH 06495

Any personnel or talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale or distribution of drugs of abuse will be subject to the following disciplinary action:

    (i)    First Offense - suspended without pay for six weeks

    (ii)    Second Offense - termination of contract with the WWF.

## 13.  Penalties

    A.    An individual who tests positive for the first time for drugs of abuse will be suspended without pay for six weeks.

    B.    An individual who tests positive a second time for drugs of abuse will be suspended indefinitely until he has successfully completed a drug rehabilitation program in a facility approved by both the DPA and Vince McMahon.

    C.    If an individual tests positive a third time, his contract with the WWF will be terminated.

## 14.  Re-test of split sample

    An individual who tests positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection. The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

## 15.  Confidentiality of test results and medical condition

    No one will publicly disclose or allude to any information acquired in connection with this program.

T-JH 06496

**EXHIBIT 3**

### WWF DRUG TESTING AND REHABILITATION POLICY – May 1, 1992

## 1. General Policy

The use of performance enhancing and illegal drugs, including anabolic steroids, amphetamines and cocaine, marijuana, narcotics, and peptide hormone and analogs by World Wrestling Federation (WWF) talent, is unacceptable for the following reasons.

_ Use, possession, purchase, sale or distribution of many of these drugs is illegal. Some of these drugs such as all forms of cocaine except that used topically by certain ENT specialists, and some narcotics compounds are classified as illicit drugs.

_ Use of these compounds can adversely affect the health of the user. For example, the use of cocaine and the amphetamines has resulted in some sports related illnesses and deaths. Also anabolic steroid use has been linked to liver, kidney, heart, cholesterol, psychological, orthopedic, reproductive and other health problems.

_ The use of these drugs by WWF talent would possibly send the wrong message to young people who may be tempted to use these compounds.

## 2. List of Banned Drugs

1) Stimulants (including cocaine, amphetamine and amphetamine derivatives,
    This class includes cocaine, crack, amphetamine, methamphetamine, amphetamine derivatives (such as prescription diet pills), ephedrine, and compounds with central or peripheral nervous system effects. Examples of drugs banned are as follows:

Amfepramone
amfetaminil
amiphenazole
amphetamine
bemegride
benzphetamine
cathine
chlorphentermine
chlorprenaline
clortermine
cocaine
cropropamide (component of "micoren")
crotethamide (component of "micoren")
diethylpropion
dextroamphetamine
dimethylamphetamine
doxapram
ephedrine





PLAINTIFF'S
EXHIBIT
16

etafedrine
ethamivan
ethylamphetamine
ethylnorepinephrine
femcamfamine
fenetylline
fenproporex
furfenorex
isoproterenol (isoprenaline)
leptazol
meclofenoxate
mefenorex
methamphetamine
methoxyphenamine
methylephedrine
methyphenidate
morazone
nikethamide
norpseudoephedrine
pemoline
pentetrazol
phendimetrazine
phenmetrazine
phentermine
picrotoxine
pipradol
prolintane
propylhexedrine
pyrovalerone
strychnine and related compounds

The addendum "and related compounds" is added to the bottom of the list of examples of WWF doping classes because new drugs - and old ones resurrected - are constantly being added to the various doping classification and its impossible to list all the drugs that are or could be available.

Beta-2 agonists are also banned by the WWF. Special consideration will be given to any talent with asthma. In special cases certain beta-2-agonists by inhalation only will allowed. Banned beta-2-agonists include carbuterol, cimaterol, clenbuterol, fenoterol, mabuterol, procaterol, reproterol, rimiterol, salbutamol, terbutaline and tolbuterol.

Under special circumstances the allowable beta-2 agonists will be:
bitolterol
orciprenaline (metaproterenol)
rimiterol
salbutamol (albuterol)

T-JH 05453

3

terbutaline

Note that the anti-asthmatic compound fenoterol (Berotec) is also banned by the WWF since this compound metabolizes into p-OH amphetamine.

  2) The narcotic analgesics.
  The drugs belonging to this class are represented by morphine and its chemical and pharmacological analogs. The list of examples is as follows:

alpha-prodine
anileridine
bupremorphine
codeine
dextromoramide
dextropropoxyphene
diactylmorphine (heroin)
dihydrocodeine
dipipanone
ethoheptazine
ethylmorphine
fentanyl
hydrocodone
levorphanol
methadone
metopon
morphine
nalbuphine
oxycodone
oxymorphone
pentazocine
pethidine
pholcodine
phenadoxone
phenazocine
thebaine
trimeperidine and related compounds

  The WWF feels that the treatment of slight to moderate pain can be relieved by the use of other drugs which do not have the dangerous side-effects and addictive potential of the narcotic analgesics.
  The newer non-steroidal anti-inflammatories (such as Naprosyn, Voltaren, Feldene etc., either orally or topically) are felt to be ideal for the treatment of musculoskeletal pain.
  Dextromethorphan and pholcodine are not banned and may be used as anti-tussives.

3) Anabolic Steroids

For testosterone the definition of a positive depends upon the following: the administration of testosterone or the use of any other manipulation having the result of increasing the ratio in urine of testosterone/epitestosterone to above 8.

The list of examples of anabolic steroids is as follows:
methyltrienolone
bolasterone
boldenone
chloroxomesterone (dehydrochlormethyltestosterone)
clostebol
dromostanolone
fluoxymesterone
formebolone
mesterolone
methandienone (methandrostenolone)
methenolone
methylclostebol
methyltestosterone
methyltrienolone
mibolerone
nandrolone
norethandrolone
oxabolone
oxandrolone
oxymesterone
oxymetholone
stanozolol
stenbolone
testosterone
trenbolone
and related compounds

4) Masking agents and techniques used to avoid detection. Including maneuvers to provide false urine samples (for example urine substitution), and the use of masking agents (such as probenecid and related compounds).

5) Diuretics
The list of examples of diuretics is as follows:

acetozolomide
amiloride
bendroflumethiazide
benzthiazide
bumetanide

T-JH 05455

5

canrenone
chlormerodrin
chlorthalidone
diclophenamide
ethacrynic acid
furosemide
hydrochlorothiazide
mersalyl
spironolactone
triamterene                    and related compounds

6) Marijuana and other substances containing cannabinoids. The detection levels we will use will be by NIDA standards and will reflect the use of marijuana within 72 to 96 hours (in some cases slightly longer). Please note that it is quite possible to show positive from inhaling second hand smoke (also applies to a cocaine positive with second hand crack smoke).

7) Corticosteroids - The systemic use of both natural and synthetic cortisone compounds is banned by the WWF. If corticosteroids are a medical necessity then this will be discussed individually with the DPA. The use of corticosteroids will also adversely the urine hormonal profile used for drug testing purposes.

8) Peptide Hormones and Analogues. Including human chorionic gonadotropin (HCG), luitinizing hormone (LH), follicle stimulating hormone (FSH), gonadotropin releasing hormone (GnRH) and GnRH analogs, growth hormone (GH), growth hormone releasing hormone (GHRH), corticotropin releasing hormone (CRH), adrenocorticotropic hormone (ACTH, corticotropin), thyrotropin releasing hormone (TRH), thyroid stimulating hormone (TSH, thyrotropin), erythropoietin (EPO) and any synthetic analogues of these hormones. See section 16 for exceptions.

9) Anti-estrogens such as clomiphene, cyclofenil and nolvadex (except for therapeutic reasons as described in section 16).

## 3. Administration of the policy

The administration of this policy is directed by Mauro G. Di Pasquale, M.D., the Drug Program Advisor (DPA) for the WWF. Dr. Di Pasquale is available to consult with the talent with respect to drug education and clinical monitoring , which includes medical evaluations, treatment, counselling and testing.

## 4. Types of testing

Pre-contract testing: Talent may be tested before contracts are entered into as part of the medical evaluation.

T-JH 05456

Scheduled testing: Tests for baseline determinations or for other reasons may be scheduled at any time depending on the need.

Reasonable-cause testing: The talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical or behavioral indicators of steroid use.

Unannounced random testing: The talent will be subject to unannounced testing based on a computer generated random program.

Follow-up testing: The talent may be tested on a follow-up or continuing basis if he has:

i) Tested positive for banned drugs during pre-contract testing (if subsequently engaged by the WWF);

ii) tested positive as a result of announced or random testing during his contract term or subsequent renewal periods.

(iii) Been arrested for an offense related to taking drugs (e.g. driving under the influence of drugs).

(iv) Tested positive when tested for reasonable cause.

(v) Tested positive as a result of random testing.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

## 5. Testing procedures

The talent should tell the collector exactly what medication they were on for the past week and why they were taking the medication.

The talent will provide a urine specimen to the collector under direct unobstructed (clothing removed from waist to knees) observation. The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the talent's name. The talent will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service that meets legal requirements. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

The urine specimen will be tested for the presence of the list of substances contained in section 2. above.

T-JH 05457

### 6. Definition of a positive test

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present. As well a positive test can also be based on alterations in the hormonal profile that are indicative of the use of testosterone, anabolic steroids, and growth hormone.

### 7. Failure or refusal to test

Failure to appear for a required test or a refusal to be tested will result in breach of contract and immediate dismissal.

### 8. Attempt to falsify a test

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will result in breach of contract and immediate dismissal. This means the use of substances to dilute the urine such as Defend, or any other method or means to beat the urine test – including the use of epitestosterone to change the testosterone/epitestosterone ratio.

All urine samples will be measured to make sure they are not too dilute. If a dilute urine sample is given, then the talent will be detained for as long as necessary until a more concentrated sample is obtained.

### 9. Threats to doping control staff

Intimidation of or threats made to any of the doping control staff will result in the same punitive measures as a positive doping test.

### 10. Testing laboratory

The laboratory that will do the testing will be on par with the IOC accredited laboratories.

### 11. Procedures Following a Positive Test

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will notify only Vince McMahon. Subsequent to this notification there will be a meeting with the talent who tested positive, the DPA, and Vince McMahon.

T-JH 05458

8

The individual will be offered appropriate medical treatment, which may include counseling, psychological treatment, out-patient or in-patient treatment and an after-care program. Progress will be monitored by the Drug Program Advisor.

If medical treatment and/or psychological counseling is recommended, the WWF will pay one-half of a previously approved cost for said treatment in the following manner:

i) If a talent is being treated and not under suspension (see Paragraph 12, Sec.B and C), the WWF will pay for the full amount of the treatment program and will deduct a mutually agreed to amount from the talent's weekly fees for services until the WWF has recouped one-half of the cost of the program.

ii) If a talent is being treated during a period of suspension, the WWF will advance the cost of the treatment and recoup one-half of the cost on a weekly basis when the talent is reinstated on the booking schedule.

The talent will be informed that he will be scheduled for unannounced follow-up tests which should indicate, by a negative result, that use of banned substances has stopped. In the case of anabolic steroids, testosterone and growth hormone, unannounced follow-up hormonal profile tests will directly indicate whether the banned substance is still being used.

## 12. Discipline for Violation of Law

Any WWF talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale, or distribution of drugs of abuse (including steroids and growth hormone) will be in breach of contract and immediately dismissed.

## 13. Penalties

A. Screening Test

Test will be either announced or unannounced.

A test result will be considered "positive" if in the opinion of the DPA the presence of banned substances or hormonal profile indicate:

(i) continued use of banned substances; or

(ii) that the talent who has tested negative on previous tests now has begun to use banned substances.

Except for the presence of cannabinoids and some over the counter cold and pain medication, in the event of this "positive" result, the talent will be suspended without pay for six weeks. This includes positive tests for anabolic steroids, testosterone, growth

T-JH 05459

hormone, cocaine, amphetamines, clenbuterol, gonadal stimulating hormones, and narcotics.

C. A second "positive" test will result in a three month suspension without pay.

D. A third "positive" test will result in contract termination with the WWF.

E. In the event of a positive for cannabinoids, the first offence is punishable by a fine of $1,000, the second offence by a 5,000 fine, the third by a 10,000 fine. Further offences will include mandatory rehabilitation, fines of $20,000, and eventually contract termination.

### 14. Re-test of split sample

Talent who test positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection. The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

### 15. Confidentiality of test results and medical condition

No one will publicly disclose or allude to any information acquired in connection with this program.

### 16. Medical Treatment for Hypothalamic-Pituitary-Testicular Axis Dysfunction.

Effects on urine samples of specific treatments to normalize the hypothalamic-pituitary-testicular axis will be taken into account, and will not be considered positive tests in individuals being treated. In some individuals, in order to reestablish normal function, there may be the need to use such therapeutic levels of compounds such as tamoxifen (Nolvadex), clomiphene (Clomid), human chorionic gonadotropin (HCG), adrenocorticotropic hormone (ACTH), gonadotropin releasing hormone (GnRH) and GnRH analogs. In unusual cases other drugs may also have to be used.

In cases where systemic dysfunction must be treated with any of these compounds, these compounds will only be used for a short period of time (maximum 6-8 weeks) and only at levels necessary to treat the underlying problem.

**EXHIBIT 4**

*Len's revisions*

# WORLD WRESTLING FEDERATION

## DRUG TESTING AND REHABILITATION POLICY

### PART ONE:
### STEROID AND RELATED
### SUBSTANCE POLICY

### PART TWO:

### DRUGS OF ABUSE

This is Exhibit No. 24
on the examination of:
Dr. D. Pasquale in
V
held on June 11 19 99
PAUL W. ROSENBERGER
OFFICIAL EXAMINER
at Toronto, Ontario

T-JH 06587

As of March 23, 1993

## PART ONE:

## STEROID AND RELATED SUBSTANCES POLICY

1.    **General Policy**

The use of androgenic anabolic steroids and related substances (collectively referred to herein as "steroids") by World Wrestling Federation (WWF) talent, "talent", is unacceptable. Related substances include, but are not limited to, masking agents and/or diuretics. The WWF is concerned with steroid use for the following reasons:

o    Use, possession, purchase, sale or distribution of steroids is illegal.

o    Steroid use can adversely affect the health of the user. Research is ongoing with respect to the short and long term effects of steroid use, however, use of steroids has been linked to liver, kidney, heart, cholesterol, psychological, orthopedic, reproductive and other serious health problems.

o    Steroid use by WWF talent would possibly send the wrong message to young people who may be tempted to use steroids.

2.    **Administration of the policy**

The administration of this policy is directed by the Drug Program Advisor (DPA) for the WWF. The Drug Program Advisor is available to consult with the talent with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

3.    **Types of testing**

Pre-contract testing:  Talent may be tested before contracts are entered into as part of the medical evaluation.

Reasonable-cause testing:  The talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical or behavioral indicators of steroid use.

Random testing:  The talent will be subject to unannounced testing.

Follow-up testing:  The talent may be tested on a follow-up or continuing basis if he has:

i)    tested positive for "steroids" during pre-contract testing (if subsequently engaged by the WWF);

    ii)    tested positive as a result of announced or random testing during his contract term or subsequent renewal periods.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

## 4.    Testing procedures

The talent will provide a urine specimen to the collector, under direct observation. ❷The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the talent's name. The talent will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service. The "A" specimen will be analyzed at the laboratory. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

*[handwritten left margin: stripped]*

*[handwritten right margin: wasn't thru a memo abroad stripped for except for short]*

## 5.    Drugs tested for

The urine specimen will be tested for the presence of anabolic steroids, and related substances including masking agents or diuretics used to hide their presence(*see a Wached Addendum to Part I*)

## 6.    Definition of a positive test

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present.

## 7.    Failure or refusal to test

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

## 8.    Attempt to falsify a test

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will be considered equivalent to a positive test and will result in disciplinary action.

## 9.    Testing laboratory

The laboratory has a national reputation for excellence in steroid testing.

## 10.    Procedures Following a Positive Test

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will contact the talent

and notify Vince McMahon.  After consultation among the talent, DPA, and Vince McMahon, a plan of action will be decided.

If medical treatment and/or psychological counseling is recommended, the WWF will pay one-half of a previously approved cost for said treatment in the following manner:

(i)   If a talent is being treated and not under suspension (see Paragraph 12, Sec. B and C), the WWF will pay for the full amount of the treatment program and will deduct a mutually agreed to amount from the talent's weekly fees for services until the WWF has recouped one-half of the cost of the program.

(ii)   If a talent is being treated during a period of suspension, the WWF will advance the cost of the treatment and recoup one-half of the cost on a weekly basis when the talent is reinstated on the booking schedule.

The talent may be scheduled for unannounced follow-up tests which should indicate either a reduction in steroid metabolites or a negative result.

However, if a talent who has tested negative for steroids on previous tests at any time tests positive, he will be subject to the disciplinary action stated in Paragraph 12, Section B.

## 11.   Discipline for Violation of Law

*[handwritten: remove]*  *[handwritten: Isn't a positive test an admission in fact.]*

Any WWF talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale, or distribution of steroids or related substances will be ~~subject to the following disciplinary action:~~ *[handwritten: terminated.]* *[handwritten: including Human Growth Hormone (HGH)]*

~~(i)   First offense - suspended without pay for six weeks~~

~~(ii)   Second offense - termination of contract with the WWF.~~

## 12.   Penalties

### A.   First Positive (Screening Test)

The first steroid test whether it be pre-contractual or during the contract period will be considered a "screening" test, and a positive result on this test alerts the Drug Program Advisor that a talent either has in the recent past used steroids (even though he may have stopped using them) or is a current steroid user.  A talent who tests "positive" on this screening test will not be subject to disciplinary action, but will instead be subject to the provisions in Paragraph 10.

### B.   First Positive Test After Initial "Screening"

After the original screening test, a test result will be considered "positive" if in the opinion of the DPA the levels of steroid metabolites found in the urine indicate:

(i)     continued use of steroids; or

(ii)    that the talent who has tested negative on previous tests now has begun to use steroids.

In the event of this "positive" result, the talent will be suspended without pay for six weeks.

C.     A second "positive" test will result in a three month suspension without pay.

D.     A third "positive" test will result in contract termination with the WWF.

13.     **Procedures in response to positive tests for testosterone**

If the administration of testosterone or the use of any other substance or manipulation of the specimen results in increasing the ratio of the total concentration of testosterone to that of epitestosterone in the urine to greater than 6:1, the test will be considered presumptively positive. In cases where initial tests reveal a testosterone/epitestosterone ratio that is elevated but not conclusive of steroid use, the Advisor will require the talent to submit to follow-up testing and other medical procedures.

If on the basis of such follow-up tests, records, prior or subsequent test results, discussions with the talent, or other studies, the advisor concludes that the test results do in fact reflect the talent's continued use of steroids, the talent will be subject to discipline according to the terms of the policy.

14. →

15. ~~14~~.     **Re-test of split sample**

Talent who test positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection.  The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

16, ~~15~~.     **Confidentiality of test results and medical condition**

No one will publicly disclose or allude to any information acquired in connection with this program.

PART TWO:        As of March 23, 1993

DRUGS OF ABUSE POLICY

1.     **General Policy**

The use of illegal drugs and abuse of other substances by World Wrestling Federation (WWF) personnel, "personnel", and those contracted

with the WWF, "talent" is unacceptable. Substance abuse can result in serious injuries in the ring and can adversely affect the health of the user. The WWF has instituted this policy to ensure the safety and health of its personnel and talent and to protect the public esteem for the World Wrestling Federation.

The drug policy for the WWF is simply stated:

There is no place for the use of illegal drugs and related substances in the WWF. Substance abuse by WWF personnel including ring crew, referees and time keepers and WWF talent cannot be condoned or tolerated. Substance abuse can lead to injuries, diminished job performance, short and long term adverse health effects and alienation of those on whom the WWF's success depends – fans. WWF personnel and talent cannot be permitted to give even the slightest suggestion that illegal drug use is either acceptable or safe.

This policy is designed to deter and detect drug use and to treat and otherwise assist persons in the WWF with substance abuse problems. The WWF will approach its treatment and rehabilitation efforts considering the welfare of both the individual and the WWF; however, the WWF will not hesitate to terminate those individuals who, despite our efforts to treat and rehabilitate, refuse to accept responsibility for their problem and continue the use of illegal drugs.

2.     **Covered Personnel**

Those covered by the policy include ring crew, announcers, referees, time keepers and WWF talent.

Drivers are covered in accordance with the Department of Transportation Drug Testing Regulations.

3.     **Administration of the Policy**

The administration of this policy is directed by the Drug Program Advisor for the WWF. The Drug Program Advisor is available to consult with personnel and talent with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

4.     **Types of Testing**

Pre-employment testing: Personnel and talent may be tested before employment or contractual engagement as part of their medical evaluation.

Reasonable-cause testing: Personnel and talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical, behavioral or performance indicators of substance abuse.

Random testing: Personnel and talent will be subject to unannounced testing.

Follow-up testing: Personnel and talent may be tested on a follow-up or continuing basis if he has:

(i)     Previously tested positive for substance abuse while employed or under contract by the WWF or in pre-employment testing (if subsequently hired);

(ii)    Been arrested for an offense related to taking drugs (e.g. driving under the influence of drugs);

(iii)   Tested positive when tested for reasonable cause; or

(iv)    Tested positive as a result of random testing.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

5.   **Testing procedures**

*same note as before as being scanned*

The donor will provide a urine specimen to the collector, under direct observation. The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the donor's name. The donor will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service. The "A" specimen will be analyzed at the laboratory. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

6.   **Drugs Tested For**

The urine specimen will be tested for the presence of the following drugs, their metabolites or both: amphetamine(s) including methamphetamine, cocaine, opiates (including morphine and codeine), benzodiazepines, and marijuana *(see a attached Addendum to Part II for a complete list of drugs currently tested for).*

7.   **Definition of a Positive Test**

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present at or above the following concentrations: *(see attached addendum to Part II for a list of banned substances in not integrity tested before):*

| | |
|---|---|
| Amphetamine or methamphetamine: | 300 ng/ml |
| Benzoylecgonine (cocaine) | 100 ng/ml |
| Morphine and codeine | 300 ng/ml |
| Benzodiazepines | 300 ng/ml |
|     Oxazepam | |
|     Nordiazepam | *NIDA* |
| Marijuana *and other substances containing cannabinoids.* | (15) ng/ml |

*Do we want to leave this amount this high?*

8.   **Failure or Refusal to Test**

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

9.   **Attempt to Falsify a Test**

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will result in disciplinary action.

10.   **Testing Laboratory**

The laboratory is certified by the National Institute on Drug Abuse (NIDA) for testing for drugs of abuse.

*Is this NIDA certified?*
*YES*

11.   **Procedures Following a Positive Test**

A.   Review and evaluation by Drug Program Advisor

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will contact the talent and notify Vince McMahon. No test will be considered positive unless the results have been confirmed by the laboratory and the Drug Program Advisor. The individual will be offered appropriate medical treatment, which may include counseling, psychological treatment, out-patient or in-patient treatment and an after-care program. Progress will be monitored by the Drug Program Advisor.

The WWF will pay for the cost of treatment and after successful completion of a rehabilitation program and the return of the talent to the booking schedule, the WWF will recoup one half the cost of the program over a period of time, to be agreed upon by the WWF and personnel or talent.

B.   Notification

The Drug Program Advisor will notify only Vince McMahon at the WWF of a confirmed positive test result.

12.   **Discipline for Violation of Law**

Any personnel or talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale or distribution of drugs of abuse will be ~~subject to the following disciplinary action:~~ *terminated.*

(i)   ~~First Offense - suspended without pay for six weeks~~

(ii)   ~~Second Offense - termination of contract with the WWF.~~

13.   **Penalties**

A.   An individual who tests positive for the first time for drugs of abuse will be suspended without pay for six weeks.

B.   An individual who tests positive a second time for drugs of abuse will be suspended indefinitely until he has successfully completed a drug rehabilitation program in a facility approved by both the DPA and Vince McMahon.

C.   If an individual tests positive a third time, his contract with the WWF will be terminated.

14.   **Penalties for marijuana**

A.   An individual who tests positive for the first time for marijuana will be fined $1,000.

B.   An individual who tests positive for the second time for marijuana will be fined $3,000

C.   An individual who tests positive for the third time for marijuana will be fined $5,000

D.   An individual who tests positive for the fourth time will be suspended without pay for six weeks.

E.   An individual who tests positive for the fifth time will be suspended indefinitely until he has successfully completed a drug rehabilitation program in a facility approved by both the DPA and Vince McMahon.

F.   If an individual tests positive for the sixth time, his contract with the WWF will be terminated.

16.   All drugs and supplements currently being used must be declared at the time of testing.   This includes all narcotic medications (those containing codeine, oxycodone, hydrocodone, demerol, morphine and other narcotics) cold medications, asthmatic medications, diuretics, and any medications used as sedatives (such as Valium and Altivan) and hypnotics (sleeping pills such as Daimane).

In all cases of positive tests for these compounds, proof that this drug has been given by prescription must be available.  In most cases, the DPA will require copies of the prescriptions and the name, address and telephone number of the prescribing doctor.

15.   **Re-test of split sample**

An individual who tests positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection.  The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

16.   **Confidentiality of test results and medical condition**

No one will publicly disclose or allude to any information acquired in connection with this program.

**EXHIBIT 5**

TITAN SPORTS, INC.

DRUG TESTING AND REHABILITATION POLICY

This is
Exhibit No. .. 25
on the examination of:
Dr. Di Pasquale in
. . . . . . . . . . . . .
v
. . . . . . . . . . . . .
held on . June 11 . 19 99
PAUL W. ROSENBERGER
OFFICIAL EXAMINER
at Toronto, Ontario

PART ONE:

STEROID AND RELATED

SUBSTANCE POLICY

PART TWO:

DRUGS OF ABUSE

As of    April 13, 1993

## PART ONE:

## STEROID AND RELATED SUBSTANCES POLICY

1.     **General Policy**

The use of androgenic anabolic steroids and related substances (collectively referred to herein as "steroids") by Titan Sports, Inc. (Titan) Talent, is unacceptable.  Related substances include, but are not limited to, masking agents and/or diuretics.  Titan is concerned with steroid use for the following reasons:

o     Use, possession, purchase, sale or distribution of steroids is illegal.

o     Steroid use can adversely affect the health of the user.  Research is ongoing with respect to the short and long term effects of steroid use, however, use of steroids has been linked to liver, kidney, heart, cholesterol, psychological, orthopedic, reproductive and other serious health problems.

o     Steroid use by Talent would possibly send the wrong message to young people who may be tempted to use steroids.

2.     **Administration of the policy**

The administration of this policy is directed by the Drug Program Advisor (DPA) for Titan.  The Drug Program Advisor is available to consult with the Talent with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

3.     **Types of testing**

Pre-contract testing:  Talent may be tested before contracts are entered into as part of the medical evaluation.

Reasonable-cause testing:  The Talent may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical or behavioral indicators of steroid use.

Random testing:  The Talent will be subject to unannounced testing.

Follow-up testing:  The Talent may be tested on a follow-up or continuing basis if he has:

i)     tested positive for "steroids" during pre-contract testing (if subsequently engaged by Titan);

ii)    tested positive as a result of announced or random testing during his contract term or subsequent renewal periods.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing.  The testing may be scheduled or unscheduled and may continue for an indefinite period.  The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

4.     **Testing procedures**

T-JH 06597

After advising the collector exactly what medication they were on for the past week and why they were taking the medication, the Talent will provide a urine specimen to the collector, under direct unobstructed observation (clothing removed from waist up completely and from the waist down with the exception of undergarments). The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the Talent's name. The Talent will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service. The "A" specimen will be analyzed at the laboratory. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

5.     **Drugs tested for**

The urine specimen will be tested for the presence of anabolic steroids, and related substances including masking agents or diuretics used to hide their presence. (See attached Addendum to Part I).

6.     **Definition of a positive test**

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present. A positive test can also be based on alterations in the hormonal profile that are indicative of the use of testosterone, anabolic steroids, and growth hormone.

7.     **Failure or refusal to test**

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

8.     **Attempt to falsify a test**

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will be considered equivalent to a positive test and will result in disciplinary action.

9.     **Testing laboratory**

The laboratory has a national reputation for excellence in steroid testing.

10.     **Procedures Following a Positive Test**

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will contact the Talent and notify Vince McMahon. After consultation among the Talent, DPA, and Vince McMahon, a plan of action will be decided.

If medical treatment and/or psychological counseling is recommended, Titan will pay one-half of a previously approved cost for said treatment in the following manner:

(i)     If a Talent is being treated and not under suspension (see Paragraph 12, Sec. B and C), Titan will pay for the full amount of the treatment program and will deduct a mutually agreed to amount from the Talent's weekly fees for services until Titan has recouped one-half of the cost of the program.

(ii)     If a Talent is being treated during a period of suspension, Titan will advance the cost of the treatment and recoup one-half of the cost on a weekly basis when the Talent is reinstated on the booking schedule.

T-JH 06598

The Talent may be scheduled for unannounced follow-up tests which should indicate either a reduction in steroid metabolites or a negative result.

However, if a Talent who has tested negative for steroids on previous tests at any time tests positive, he will be subject to the disciplinary action stated in Paragraph 12, Section B.

11.    **Discipline for Violation of Law**

Any Talent who is convicted or who admits to a violation of law relating to use, possession, purchase, sale, or distribution of steroids or related substances including Human Growth Hormone (HGH) will be terminated.

12.    **Penalties**

A.    <u>First Positive (Screening Test)</u>

The first steroid test whether it be pre-contractual or during the contract period will be considered a "screening" test, and a positive result on this test alerts the Drug Program Advisor that a Talent either has in the recent past used steroids (even though he may have stopped using them) or is a current steroid user. A Talent who tests "positive" on this screening test will not be subject to disciplinary action, but will instead be subject to the provisions in Paragraph 10.

B.    <u>First Positive Test After Initial "Screening"</u>

After the original screening test, a test result will be considered "positive" if in the opinion of the DPA the levels of steroid metabolites found in the urine indicate:

(i)    continued use of steroids; or

(ii)    that the Talent who has tested negative on previous tests now has begun to use steroids.

In the event of this "positive" result, the Talent will be suspended without pay for six weeks.

C.    A second "positive" test will result in a three month suspension without pay.

D.    A third "positive" test will result in contract termination with Titan Sports, Inc.

13.    **Procedures in response to positive tests for testosterone**

If the administration of testosterone or the use of any other substance or manipulation of the specimen results in increasing the ratio of the total concentration of testosterone to that of epitestosterone in the urine to greater than 6:1, the test will be considered presumptively positive. In cases where initial tests reveal a testosterone/epitestosterone ratio that is elevated but not conclusive of steroid use, the Advisor will require the Talent to submit to follow-up testing and other medical procedures.

If on the basis of such follow-up tests, records, prior or subsequent test results, discussions with the Talent, or other studies, the advisor concludes that the test results do in fact reflect the Talent's continued use of steroids, the Talent will be subject to discipline according to the terms of the policy.

14.    Re-test of split sample

4

T-JH 06599

Talent who test positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection. The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

15.   Confidentiality of test results and medical condition

No one will publicly disclose or allude to any information acquired in connection with this program.

T-JH 06600

PART TWO:   As of April 8, 1993

## DRUGS OF ABUSE POLICY

### 1.  General Policy

The use of illegal drugs and abuse of other substances by Titan Sports, Inc. those who are contracted to Titan Sports, Inc., is unacceptable.  Substance abuse can result in serious injuries and can adversely affect the health of the user.  Titan Sports has instituted this policy to ensure the safety and health of its Talent and to protect the public esteem for the Company..

The drug policy for Titan Sports, Inc. is simply stated:

There is no place for the use of illegal drugs and related substances in Titan Sports,   Inc. Substance abuse by Titan Sports' Talent cannot be condoned or tolerated.  Substance abuse can lead to injuries, diminished job performance, short and long term adverse health effects and alienation of those on whom Titan Sports' success depends - fans.  Titan's Talent cannot be permitted to give even the slightest suggestion that illegal drug use is either acceptable or safe.

This policy is designed to deter and detect drug use and to treat and otherwise assist persons in Titan Sports with substance abuse problems.  Titan will approach its treatment and rehabilitation efforts considering the welfare of both the individual and Titan, however, Titan will not hesitate to terminate those individuals who, despite our efforts to treat and rehabilitate, refuse to accept responsibility for their problem and continue the use of illegal drugs.

### 2.  Covered Individuals

Those covered by the policy include all those who are contracted to Titan Sports, Inc.

### 3.  Administration of the Policy

The administration of this policy is directed by the Drug Program Advisor for Titan Sports.  The Drug Program Advisor is available to consult with individuals with respect to drug education and clinical monitoring, which includes medical evaluations, treatment, and testing.

### 4.  Types of Testing

Pre-contract testing:  Individuals may be tested before employment or contractual engagement as part of their medical evaluation.

Reasonable-cause testing:   Individual may be tested for cause if in the medical opinion of the Drug Program Advisor he shows physical, behavioral or performance indicators of substance abuse.

Random testing:  Individuals will be subject to unannounced testing.

Follow-up testing:  Individuals may be tested on a follow-up or continuing basis if he has:

(i)     Previously tested positive for substance abuse while employed or under contract by Titan or in pre-contract testing (if subsequently retained);

(ii)    Been arrested for an offense related to taking drugs (e.g. driving under the influence of drugs);

T-JH 06601

(iii)    Tested positive when tested for reasonable cause; or
(iv)    Tested positive as a result of random testing.

The Drug Program Advisor will determine the duration and frequency of the follow-up testing. The testing may be scheduled or unscheduled and may continue for an indefinite period. The Drug Program Advisor may request a medical examination of an individual undergoing follow-up testing.

5.    **Testing procedures**

After advising the collector exactly what medication they were on for the past week and why they were taking the medication, the donor will provide a urine specimen to the collector, under direct unobstructed observation. (Clothing removed from the waist up completely and from the waist down with the exception of undergarments.) The urine will be split into "A" and "B" specimens, sealed and identified by a number, not the donor's name. The donor will be asked to witness the procedure and sign a chain-of-custody form. The specimen will be sent to the testing laboratory by courier service. The "A" specimen will be analyzed at the laboratory. The "B" specimen will be stored securely pending a request in accordance with Paragraph 14 for analysis.

6.    **Drugs Tested For**

The urine specimen will be tested for the presence of the following drugs, their metabolites or both: amphetamine(s) including methamphetamine, cocaine, opiates (including morphine and codeine), benzodiazepines, and marijuana. (See attached Addendum to Part II for a complete list of drugs currently tested for).

7.    **Definition of a Positive Test**

A positive urine analysis is one which is confirmed by gas chromatography-mass spectrometry (for most drugs) and has shown the drug, or metabolite, or both to be confirmed present at or above the following concentrations:

| | |
|---|---|
| Amphetamine or methamphetamine: | 300 ng/ml |
| Benzoylecgonine (cocaine) | 100 ng/ml |
| Morphine and codeine | 300 ng/ml |
| Benzodiazepines | 300 ng/ml |
| Oxazepam | |
| Nordiazepam | |
| Marijuana and other substances | |
| containing cannabinoids | 15 ng/ml |

8.    **Failure or Refusal to Test**

Failure to appear for a required test or a refusal to be tested will be considered equivalent to a positive test and will result in disciplinary action.

9.    **Attempt to Falsify a Test**

A deliberate attempt to falsify a test result by substitution of another specimen, adulteration of the specimen, or other means will result in disciplinary action. This means the use of substances to dilute the urine such as Defend, or any other method or means to beat the urine test – including the use of epitestosterone to change the testosterone/epitestosterone ratio. All urine samples will be measured to make sure they are not too dilute. If a dilute urine sample is given, then the Talent will be detained for as long as necessary until a more concentrated sample is obtained.

T-JH 06602

10.    **Testing Laboratory**

The laboratory is certified by the National Institute on Drug Abuse (NIDA) for testing for drugs of abuse.

11.    **Procedures Following a Positive Test**

A.    Review and evaluation by Drug Program Advisor

All test results will be sent to the Drug Program Advisor for medical review. If a test is confirmed as positive, the DPA will contact the individual and notify Vince McMahon. No test will be considered positive unless the results have been confirmed by the laboratory and the Drug Program Advisor. The individual will be offered appropriate medical treatment, which may include counseling, psychological treatment, out-patient or in-patient treatment and an after-care program. Progress will be monitored by the Drug Program Advisor.

Titan Sports, Inc. will pay for the cost of treatment and after successful completion of a rehabilitation program and the return of the Talent to the booking schedule, Titan will recoup one half the cost of the program over a period of time, to be agreed upon by the Titan and personnel or Talent.

B.    Notification

The Drug Program Advisor will notify only Vince McMahon of a confirmed positive test result.

12.    **Discipline for Violation of Law**

Any personnel or Talent who is convicted of a violation of law relating to use, possession, purchase, sale or distribution of drugs of abuse will be terminated.

13.    **Penalties**

A.    An individual who tests positive for the first time for drugs of abuse will be suspended without pay for six weeks. Except for cannabinoids an some over the counter cold and pain medication, in the event of this "positive" result, the Talent will be suspended without pay for six weeks. This includes positive tests for anabolic steroids, testosterone, growth hormone, cocaine, amphetamines, clenbuterol, gonadal stimulating hormones, an narcotics.

B.    An individual who tests positive a second time for drugs of abuse will be suspended indefinitely without pay until he has successfully completed a drug rehabilitation program in a facility approved by both the DPA and Vince McMahon.

C.    If an individual tests positive a third time, his contract with Titan Sports will be terminated.

14.    **Penalties for marijuana**

A.    An individual who tests positive for the first time for marijuana will be fined $1,000.

B.    An individual who tests positive for the second time for marijuana will be fined $3,000

C.    An individual who tests positive for the third time for marijuana will be fined $5,000

T-JH 06603

     D.     An individual who tests positive for the fourth time will be suspended without pay for six weeks.

     E.     An individual who tests positive for the fifth time will be suspended indefinitely until he has successfully completed a drug rehabilitation program in a facility approved by both the DPA and Vince McMahon.

     F.     If an individual tests positive for the sixth time, his contract with the Titan Sports will be terminated.

15.     All drugs and supplements currently being used must be declared at the time of testing.  This includes all narcotic medications (those containing codeine, oxycodone, hydrocodone, Demerol, morphine and other narcotics) cold medications, asthmatic medications, diuretics, and any medications used as sedatives (such as Valium and Altivan) and hypnotics (sleeping pills such as Daimane).

In all cases of positive tests for these compounds, proof that this drug has been given by prescription must be available.  In most cases, the DPA will require copies of the prescriptions and the name, address and telephone number of the prescribing doctor.

16.     **Re-test of split sample**

An individual who tests positive may request a re-test from the "B" bottle of his specimen that was split at the time of collection.  The re-test will be performed at the same laboratory that did the original test according to the procedures used for the original test and by a technologist other than the one performing the original confirmation test on the "A" sample.

17.     **Confidentiality of test results and medical condition**

No one will publicly disclose or allude to any information acquired in connection with this program.

dpolicy

T-JH 06604

As of March 23, 1993

<u>ADDENDUM TO WWF DRUG TESTING AND REHABILITATION POLICY</u>
<u>PART I</u>

Anabolic Steroids

For <u>testosterone</u> the definition of a positive depends upon the following: the administration of testosterone or the use of any other manipulation including HGH having the result of increasing the ratio in urine of testosterone/epitestosterone to above 8. [Dr. Di Pasquale to further clairify this once he receives draft of this policy and addendum).

The list of examples of anabolic steroids is as follows:
bolasterone
boldenone
chloroxomesterone (dehydrochlormethyltestosterone)
clostebol
dromostanolone
fluoxymesterone
formebolone
mesterolone
methandienone (methandrostenolone)
methenolone
methylclostebol
methyltestosterone
methyltrienolone
mibolerone
nandrolone
norethandrolone
oxabolone
oxandrolone
oxymesterone
oxymetholone
stanozolol (including HGH)
stenbolone
testosterone (see above)
trenbolone and related compounds

4) Masking agents and techniques used to avoid detection. Including maneuvers to provide false urine samples (for example urine substitution), and the use of masking agents (such as probenecid and related compounds).

5) Diuretics

T-JH 06605

The list of examples of diuretics is as follows:

acetozolomide
amiloride
bendroflumethiazide
benzthiazide
bumetanide
canrenone
chlormerodrin
chlorthalidone
diclophenamide
ethacrynic acid
furosemide
hydrochlorothiazide
mersalyl
spironolactone
triamterene and related compounds

6) Marijuana and other substances containing cannabinoids. The detection levels we will use will be by NIDA standards and will reflect the use of marijuana within 72 to 96 hours (in some cases slightly longer). Please note that it is quite possible to show positive from inhaling second hand smoke (also applies to a cocaine positive with second hand crack smoke).

7) Corticosteroids – The systemic use of both natural and synthetic cortisone compounds is banned by the WWF. If corticosteroids are a medical necessity then this will be discussed individually with the DPA. The use of corticosteroids will also adversely the urine hormonal profile used for drug testing purposes.

8) Peptide Hormones and Analogues. Including human chorionic gonadotropin (HCG), luitinizing hormone (LH), follicle stimulating hormone (FSH), gonadotropin releasing hormone (GnRH) and GnRH analogs, growth hormone (GH), growth hormone releasing hormone (GHRH), corticotropin releasing hormone (CRH), adrenocorticotropic hormone (ACTH, corticotropin), thyrotropin releasing hormone (TRH), thyroid stimulating hormone (TSH, thyrotropin), erythropoietin (EPO) and any synthetic analogues of these hormones. See section 16 for exceptions.

9) Anti-estrogens such as clomiphene, cyclofenil and nolvadex (except for therapeutic reasons as described in section 16).

As of March 23, 1993

T-JH 06606

11

ADDENDUM TO WWF DRUG TESTING AND REHABILITATION POLICY
Part II

I.      List of Banned Drugs

1) Stimulants (including cocaine, amphetamine and amphetamine
derivatives,   This class includes cocaine, crack, amphetamine,
methamphetamine, amphetamine derivatives (such as prescription diet pills),
ephedrine, and compounds with central or peripheral nervous system effects.
Examples of drugs banned are as follows:

amfepramone
amfetaminil
amiphenazole
amphetamine
bemegride
benzphetamine
cathine
chlorphentermine
chlorprenaline
clortermine
cocaine
cropropamide (component of "micoren")
crotethamide (component of "micoren")
diethylpropion
dextroamphetamine
dimethylamphetamine
doxapram
ephedrine
etafedrine
ethamivan
ethylamphetamine
ethylnorepinephrine
femcamfamine
fenetylline
fenproporex
furfenorex
isoproterenol (isoprenaline)
leptazol
meclofenoxate
mefenorex
methamphetamine
methoxyphenamine
methylephedrine

T-JH 06607

methyphenidate
morazone
nikethamide
norpseudoephedrine
pemoline
pentetrazol
phendimetrazine
phenmetrazine
phentermine
picrotoxine
pipradol
prolintane
propylhexedrine
pyrovalerone
strychnine and related compounds

The addendum "and related compounds" is added to the bottom of the list of examples of WWF doping classes because new drugs – and old ones resurrected – are constantly being added to the various doping classification and its impossible to list all the drugs that are or could be available.   Beta-2 agonists are also banned by the WWF. Special consideration will be given to any talent with asthma. In special cases certain beta-2-agonists by inhalation only will allowed. Banned beta-2-agonists include carbuterol, cimaterol, clenbuterol, fenoterol, mabuterol, procaterol, reproterol, rimiterol, salbutamol, terbutaline and tolbuterol.

Under special circumstances the allowable beta-2 agonists will be:
    bitolterol
    orciprenaline (metaproterenol)
    rimiterol
    salbutamol (albuterol)
    terbutaline

Note that the anti-asthmatic compound fenoterol (Berotec) is also banned by the WWF since this compound metabolizes into p-OH amphetamine.

2) The narcotic analgesics.

The drugs belonging to this class are represented by morphine and its chemical and pharmacological analogs. The list of examples is as follows:

    alpha-prodine
    anileridine
    bupremorphine
    codeine

T-JH 06608

dextromoramide
dextropropoxyphene
diactylmorphine (heroin)
dihydrocodeine
dipipanone
ethoheptazine
ethylmorphine
fentanyl
hydrocodone
levorphanol
methadone
metopon
morphine
nalbuphine
oxycodone
oxymorphone
pentazocine
pethidine
pholcodine
phenadoxone
phenazocine
thebaine
trimeperidine and related compounds

The WWF feels that the treatment of slight to moderate pain can be relieved by
the use of other drugs which do not have the dangerous side-effects and
addictive potential of the narcotic analgesics.   The newer non-steroidal anti-
inflammatories (such as Naprosyn, Voltaren, Feldene etc., either orally or
topically) are felt to be ideal for the treatment of musculoskeletal pain.
Dextromethorphan and pholcodine are not banned and may be used as anti-
tussives.

T-JH 06609