**EXHIBIT 10**

| | |
|---|---|
| _rom:_ | Goldsmith, Donna |
| Sent: | Friday, March 4, 2005 10:58 AM |
| To: | Good, Jennifer <jennifer65092862@wwe.com>; Satin, Joel <jsatin03640968@wwe.com> |
| Cc: | Archer, Mike <marcher44676607@wwe.com>; Romer, Alex <aromer@wwe.com>; DiDomizio, Michael <mdidomiz25869529@wwe.com>; DiGiorgio, Florence <flouisgr34659875@wwe.com> |
| Subject: | Notes from VKM meeting.... |



REDACTED

- Ultimate Warrior – Make this controversial. Will he participate? Why did he self-destruct?



REDACTED

PLAINTIFF'S EXHIBIT

CONFIDENTIAL

WWE/WAR 000006

W0001042

**EXHIBIT 11**

| | |
|---|---|
| **From:** | Good, Jennifer |
| **Sent:** | Friday, May 06, 2005 12:49 PM |
| **To:** | Dunn, Kevin |
| **Subject:** | Heather Mitchell & Ultimate Warrior |
| **Importance:** | High |

Hi KD- I met with Heather today to discuss the future of Special and the suggestion of combining Special & Home Video. As I anticipated she wasn't entirely thrilled. She was bummed that Specials are sort of going away- she really enjoyed doing them. She also expressed concerns about her philosophy on home video production being different that others (implying that she likes highly edited biographies and others are satisfied with more match roll ins). I told her we could isolate one HV that she would work on and that could be what she wanted. She said she'd be happy to help out of course in any way.

**I really think it would be great if you could talk to Heather to help sell her on this.** Otherwise Heather may not be the person to put on Home Videos- Mark? Mike Calabrese?

**I asked her to think about doing the Ultimate Warrior home video which is due in 6 weeks.** I sold it to her as being controversial & sophisticated- wanting to get Warrior to participate & Vince too. I gave her the info and told her to think about it over the weekend.

**Who should reach out to the Warrior for this project? What are the Warrior's beefs with the WWE?**

**Jennifer Good**
VP, TV Programming
World Wrestling Entertainment
120 Hamilton Ave
Stamford, CT 06902
**203-353-2952**
203-328-4307 (fax)



PLAINTIFF'S EXHIBIT 3

PENGAD 800-631-6989

**EXHIBIT 12**

| From: | Satin, Joel |
|---|---|
| Sent: | Wednesday, May 11, 2005 3:26 PM |
| To: | Good, Jennifer |
| Subject: | RE: The Ultimate Warrior Documentary |

We'll need a replacement.  Call me.  I spoke to Shane and he doesn't think Warrior's involvement is necessary.

Joel

Joel Satin * Director of Multi-Media Products * WWE Consumer Products * 1241 East Main Street * Stamford, CT * 06902 * PH:  203.328.2525 * Fax:  203.353.5007 * joel.satin@wwecorp.com

-----Original Message-----
From: Good, Jennifer
Sent: Wednesday, May 11, 2005 1:27 PM
To: Satin, Joel
Subject: RE: The Ultimate Warrior Documentary

I agree!  That's the issue.  I'll let you know what I discuss with KD.  What happens if we don't do that video?

-----Original Message-----
From: Satin, Joel
Sent: Wednesday, May 11, 2005 1:22 PM
To: Goldsmith, Donna; Good, Jennifer
Subject: RE: The Ultimate Warrior Documentary

Jen, keep us up to speed but I don't think we would want an "authorized" documentary out there at the same time our "authorized/official" documentary is out there.

Joel

Joel Satin * Director of Multi-Media Products * WWE Consumer Products * 1241 East Main Street * Stamford, CT * 06902 * PH:  203.328.2525 * Fax:  203.353.5007 * joel.satin@wwecorp.com

-----Original Message-----
From: Goldsmith, Donna
Sent: Wednesday, May 11, 2005 8:54 AM
To: Good, Jennifer; Satin, Joel
Subject: RE: The Ultimate Warrior Documentary

It's really KD and VKM's call - - I thought (you would know more) that we had a poor relationship with UW...is this the case?

Let Joel and me know what Kevin says and we'll go from there.
Thx Jenny,
dg

Donna Goldsmith
Senior Vice President - Consumer Products World Wrestling Entertainment, Inc.
1241 East Main Street



PLAINTIFF'S
EXHIBIT

7

1    CONFIDENTIAL

WWE/WAR 000262

**EXHIBIT  13**

From:           Dunn, Kevin
Sent:           Thursday, June 09, 2005 2:27 PM
To:             Good, Jennifer
Subject:        Re: VINCE interview for Warrior

Would you mind calling Bruce to get his recollections on your factsheet ?  I am sure he will have additional information regarding your sheet that VKM will want.

Vince is expecting this feedback - so if you can't get it please let me know.

FYI - Bruce is coming back to work next week. I will call Pat and get you some additional information.

Thanks,
Kd
_____
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Good, Jennifer <Jennifer.Good@wwecorp.com>
To: Dunn, Kevin <Kevin.Dunn@wwecorp.com>
Sent: Thu Jun 09 10:48:22 2005
Subject: VINCE interview for Warrior

Hi KD- you told Beth or Vince you would talk to Pat and Bruce for info to refresh his memory for his interview tomorrow.  Was this done?  Do I need to do anything?


Jennifer Good

VP, TV Programming

World Wrestling Entertainment

120 Hamilton Ave

Stamford, CT 06902

203-353-2952

203-328-4307 (fax)



CONFIDENTIAL

1

WWE/WAR 000405

PLAINTIFF'S EXHIBIT 26   PENGAD 800-631-6989

**EXHIBIT 14**

**From:**      Pucherelli, Dan <dpuchere@wwecorp.com>
**Sent:**      Tuesday, May 17, 2005 1:43 PM
**To:**        Bent, Kieran <kieran.bent46035164@wwe.com>
**Subject:**   RE: warrior names

---

I got a few more:

The Ultimate Warrior's Village
The Ultimate Reservation
Village Chief: The Ultimate Warrior
Dances with The Little Warriors

-----Original Message-----
**From:** Bent, Kieran
**Sent:** Tuesday, May 17, 2005 1:40 PM
**To:** Pucherelli, Dan; Calabrese, Lori; Cooney, Steve; Kushner, Shai; Poccia, Cory
**Subject:** RE: warrior names

Ultimate Warrior: Mystifying
Ultimate Warrior: The Path of the Warrior
Ultimate Warrior: The Ultimate Maniac
Ultimate Warrior: Energy Personified
Ultimate Warrior: Fasten Your Seatbelts!
Ultimate Warrior: The Mystical Journey

-----Original Message-----
**From:** Pucherelli, Dan
**Sent:** Friday, May 13, 2005 4:58 PM
**To:** Calabrese, Lori; Bent, Kieran; Cooney, Steve; Kushner, Shai; Poccia, Cory
**Subject:** RE: warrior names

Hi Lori,

Here are some more titles:

The Ultimate Journey
The Ultimate Journey of The Warrior
The Ultimate Legend
The Triumphs and Troubles of the Ultimate Warrior
The Ultimate Saga
The Ultimate Saga of the Warrior
The Legend of the Warrior
The Ultimate Legend
The Ultimate Chronicles of the Warrior
The Never Told Legend of the Ultimate Warrior
The Real-Life Battles of the Ultimate Warrior
A Warrior for Life
War Stories: The Ultimate Warrior
Fall from Grace: The Ultimate Warrior Story

- Dan

-----Original Message-----
**From:** Calabrese, Lori
**Sent:** Friday, May 13, 2005 4:35 PM
**To:** Bent, Kieran; Cooney, Steve; Pucherelli, Dan; Kushner, Shai; Poccia, Cory
**Cc:** Calabrese, Lori
**Subject:** warrior names



PLAINTIFF'S
EXHIBIT
14

PENGAD 800-631-6989

CONFIDENTIAL

WWE/WAR 000771

W0013448

Hey guys. Thinking of Taker names inspired me to start thinking of Warrior titles- any ideas? We can send them on to Jen in one e-mail. Let me know.

Ultimate Warrior- Feel the Power
Through the eyes of a Warrior
Ultimate Warrior: Parts Unknown
One Warrior Nation
The reality of the Ultimate Warrior
The man who is called Warrior
The spirit of the Warrior
The power of the Warrior
The Ultimate Warrior: Always Believe
The Ultimate Story

*Lori Calabrese*
Producer
World Wrestling Entertainment
120 Hamilton Avenue
Stamford, CT 06902
203-353-2931
203-967-9455 (fax)

WWE/WAR 000772

W0013449

CONFIDENTIAL

**From:** Calabrese, Lori
**Sent:** Tuesday, May 17, 2005 2:13 PM
**To:** Good, Jennifer
**Cc:** Cooney, Steve; Bent, Kieran; Pucherelli, Dan; Calabrese, Lori
**Subject:** Ultimate Warrior Title Suggestions

Hi Jen,

We compiled a list of Ultimate Warrior titles for you...

ULTIMATE WAR – The Life and Times of the Ultimate Warrior

STAR POWER – The Ultimate Warrior's Rise and Demise

PASSING THE TORCH – The Saga of the Ultimate Warrior

The Ultimate Journey
The Ultimate Journey of The Warrior
The Ultimate Legend
The Triumphs and Troubles of the Ultimate Warrior
The Ultimate Saga
The Ultimate Saga of the Warrior
The Legend of the Warrior
The Ultimate Legend
The Ultimate Chronicles of the Warrior
The Never Told Legend of the Ultimate Warrior
The Real-Life Battles of the Ultimate Warrior
A Warrior for Life
War Stories: The Ultimate Warrior
Fall from Grace: The Ultimate Warrior Story

Here and Gone: The Ultimate Warrior
A Warrior Here Today, Gone Tomorrow
The Triumph and Disappearance of the Ultimate Warrior
Ultimate Warrior- Feel the Power
Through the eyes of a Warrior
Ultimate Warrior: Parts Unknown
One Warrior Nation
The reality of the Ultimate Warrior
The man who is called Warrior
The spirit of the Warrior
The power of the Warrior
The Ultimate Warrior: Always Believe
The Ultimate Story

Ultimate Warrior: Mystifying
Ultimate Warrior: The Path of the Warrior
Ultimate Warrior: The Ultimate Maniac
Ultimate Warrior: Energy Personified
Ultimate Warrior: Fasten Your Seatbelts!
Ultimate Warrior: The Mystical Journey

*Lori Calabrese*
*Producer*
*World Wrestling Entertainment*
*120 Hamilton Avenue*
*Stamford, CT 06902*
*203-353-2931*


PLAINTIFF'S EXHIBIT
15
PENGAD 800-631-6989

10/26/2007                          CONFIDENTIAL                    WWE/WAR 000275

203-967-9455 (fax)

CONFIDENTIAL   WWE/WAR 000276

| | |
|---|---|
| **From:** | Bent, Kieran |
| **Sent:** | Thursday, June 2, 2005 10:54 AM |
| **To:** | Calabrese, Lori <lori.sims90167920@wwe.com> |
| **Subject:** | RE: warrior names |

Hey Lori- maybe this would work for UW instead of RW

Ultimate Warrior: The Man Behind the Paint

-----Original Message-----
**From:** Calabrese, Lori
**Sent:** Friday, May 13, 2005 4:35 PM
**To:** Bent, Kieran; Cooney, Steve; Pucherelli, Dan; Kushner, Shai; Poccia, Cory
**Cc:** Calabrese, Lori
**Subject:** warrior names

Hey guys.  Thinking of Taker names inspired me to start thinking of Warrior titles- any ideas?  We can send them on to Jen in one e-mail.  Let me know.

Ultimate Warrior- Feel the Power
Through the eyes of a Warrior
Ultimate Warrior:  Parts Unknown
One Warrior Nation
The reality of the Ultimate Warrior
The man who is called Warrior
The spirit of the Warrior
The power of the Warrior
The Ultimate Warrior:  Always Believe
The Ultimate Story

*Lori Calabrese*
Producer
World Wrestling Entertainment
120 Hamilton Avenue
Stamford, CT 06902
203-353-2931
203-967-9455 (fax)



PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT
16

WWE/WAR 000830

W0013548

CONFIDENTIAL

| From: | Good, Jennifer |
|---|---|
| Sent: | Wednesday, June 08, 2005 4:55 PM |
| To: | Kepshire, Todd; Wilson, Andrew |
| Subject: | RE: Warrior Titles |

Tracking: **Recipient        Read**

Kepshire, Todd

Wilson, Andrew Read: 06/08/2005 4:57 PM

Wow- great. Thank you very much. Will you be sending another ECW cover today?

-----Original Message-----
**From:** Kepshire, Todd
**Sent:** Wednesday, June 08, 2005 4:53 PM
**To:** Good, Jennifer; Wilson, Andrew
**Subject:** Re: Warrior Titles

Hi Jen:

Heres a few names for the Warrior DVD.

Always Believe
Unleashed
Shakin' Ropes & Shattered Hopes
Unmatchable
Ultimate Glory
Ultimate Intensity
Way of the Warrior
War of the Warrior
Facepaint
Warpaint
Renegade
Painted Hero
Painted Warrior
War Tales
Blunt, Basic, No-Bull
Lone Warrior
Path of the Warrior
Warrior Wisdom
Parts Unknown
Warrior's Call
Unleashed
Supreme Being

Todd M. Kepshire
Art Director
World Wrestling Entertainment
1241 East Main Street
Stamford, CT 06902
-----------------------------------
Tel: 203.353.2847
Fax: 203.353.2856
-----------------------------------
todd.kepshire@wwecorp.com
-----------------------------------

PENGAD 800-631-6989

PLAINTIFF'S
EXHIBIT

17

**From:** "Good, Jennifer" <Jennifer.Good@wwecorp.com>
**Date:** Wed, 1 Jun 2005 15:43:27 -0400
**To:** "Wilson, Andrew" <Andrew.Wilson@wwecorp.com>, "Kepshire, Todd" <Todd.Kepshire@wwecorp.com>
**Subject:** Warrior Titles

Hi guys- Lori gave me a list of title suggestions for this production- did she solicit from you? (She's out this week) If not, would you like to put your thinking caps on and suggest a title for the Ultimate Warrior's home video. It will be controversial! Here is a brief synopsis I wrote which may give you an idea:

The Ultimate Warrior- a household name and icon in sports entertainment. A driving guitar beat heralded his explosion to the ring with trademark arm bands and face. His intensity was unparalleled. His controversial personality and work relations behind the scenes are equally unmatched. Learn about the man, the myth from the people who witnessed his meteoric rise to the WWE Championship in a victory against Hulk Hogan before 65,000 fans at WrestleMania VI. Hear from the Superstars who worked with the man- what was behind his disappearances, the rumors surrounding his death, the law suits? Did he burn out or drop out? Why did he legally change his name to Warrior? Relive his feuds with Macho Man Randy Savage, Ravishing Rick Rude, Hulk Hogan, and more. Exclusive interviews with Vince McMahon and Eric Bischoff break down the Ultimate Warrior's stints in WWE & WCW. Who is the man behind the most intense wrestler ever?

I'm afraid we'll end up with another "Rise and Fall of Ultimate Warrior"! ☺

# Jennifer Good

VP, TV Programming
World Wrestling Entertainment
120 Hamilton Ave
Stamford, CT 06902

## 203-353-2952

203-328-4307 (fax)



PLAINTIFF'S EXHIBIT
18
PENGAD 800-631-6989

**From:** Good, Jennifer
**Sent:** Thursday, June 16, 2005 4:26 PM
**To:** Dunn, Kevin
**Subject:** Warrior Titles

The Ascent and Downward Spiral of the Ultimate Warrior

Catapult to Catastrophe- The Ultimate Warrior

STAR POWER – The Ultimate Warrior's Rise and Demise

The Triumphs and Troubles of the Ultimate Warrior

The Triumph and Disappearance of the Ultimate Warrior

The Ultimate Warrior- emergence & self destruction

The Ultimate Warrior- Glory and Descent

Warrior- Rush to Glory, Descent to Madness

Championships and Controversy- the Ultimate Warrior

The Ultimate Warrior- Running the Road from Glory to Madness

The Ultimate Warrior- Intensity & Insanity

**Jennifer Good**
VP, TV Programming
World Wrestling Entertainment
120 Hamilton Ave
Stamford, CT 06902
**203-353-2952**
203-328-4307 (fax)



**EXHIBIT 15**

**From:**     Dunn, Kevin <Kevin.Dunn@wwecorp.com>
**Sent:**     Thursday, June 16, 2005 8:06 PM
**To:**     Good, Jennifer <jennifer65092862@wwe.com>
**Subject:**

Approved – "The Self-Destruction of the Ultimate Warrior"

kd

PLAINTIFF'S
EXHIBIT
20

PENGAD 800-631-6989

WWE/WAR 000626

W0001340

CONFIDENTIAL

**EXHIBIT 16**

| | |
|---|---|
| **From:** | Calabrese, Lori <Lori.Calabrese@wwecorp.com> |
| **Sent:** | Monday, June 20, 2005 4:13 PM |
| **To:** | Bent, Kieran <kieran.bent46035164@wwe.com> |
| **Subject:** | RE: Warrior title |

Yeah, right?

I guess we're okay with your section the way it is! ☺  We have to live up to the title!

-----Original Message-----
**From:** Bent, Kieran
**Sent:** Monday, June 20, 2005 4:12 PM
**To:** Calabrese, Lori
**Subject:** RE: Warrior title

Oh my goodness are you serious?  Wow no holding back on this project huh?

-----Original Message-----
**From:** Calabrese, Lori
**Sent:** Monday, June 20, 2005 4:04 PM
**To:** Bent, Kieran
**Subject:** Warrior title

Hey Kieran,

Can you please have a title page made for Warrior- looks like it's...

"The Self-Destruction of the Ultimate Warrior"

*Lori Calabrese*
Producer
World Wrestling Entertainment, Inc.
120 Hamilton Ave.
Stamford, CT 06902
203-353-2931
203-967-9455 (fax)

PLAINTIFF'S
EXHIBIT
21

PENGAD 800-631-6989

WWE/WAR 000904

W0013674

CONFIDENTIAL

**EXHIBIT 17**

From:       Satin, Joel
Sent:       Monday, July 18, 2005 2:47 PM
To:         Calabrese, Lori
Cc:         Vozzella, Ann; Good, Jennifer
Subject:    RE: Ultimate Warrior DVD description

This is great. Thanks Lori. Please keep us posted on the matches as we'll want to include as a selling point on the sellsheet and DVD packaging.

Joel Satin * Sr Director of Multimedia * WWE Consumer Products * 1241 East Main Street * Stamford, CT * 06902 * PH: 203.328.2525 * Fax: 203.353.5007 * joel.satin@wwecorp.com

-----Original Message-----
From: Calabrese, Lori
Sent: Monday, July 18, 2005 2:12 PM
To: Satin, Joel
Cc: Vozzella, Ann; Good, Jennifer
Subject: RE: Ultimate Warrior DVD description

I'm not sure how many complete matches there will be. We're still working on the extras. That's something we can get you in the middle of the week.

If you're looking for more controversy, some good points to add would be...
-Find out exactly what happened at SummerSlam 1991 when the Ultimate Warrior held up the WWE for more money!
-Hear from the superstars who worked with the man. Was he in it because he had a love for sports entertainment or was it just to make a quick buck? Why did the Ultimate Warrior legally change his name to Warrior? Could Ultimate Warrior be considered on the same level as Hulk Hogan?
-Heenan says, "He is one of the few guys I know in this business that nobody likes."

Easter Eggs- Christian imitates an Ultimate Warrior backstage interview, Ted Dibiase tells a story of how the Ultimate Warrior snubbed him and Sting at an autograph signing.

Lori Calabrese
Producer
World Wrestling Entertainment
120 Hamilton Avenue
Stamford, CT 06902
203-353-2931
203-967-9455 (fax)

-----Original Message-----
From: Satin, Joel
Sent: Monday, July 18, 2005 1:40 PM
To: Calabrese, Lori
Cc: Vozzella, Ann; Good, Jennifer
Subject: Ultimate Warrior DVD description

Here is the rough description that we've working with. Please let me know if we should add (or subtract) anything. Are there controversial interviews or answers that would better sell this DVD? How many complete matches will there be? Any easter eggs (this is always a good selling feature).

We will be using this description on the Warrior sellsheet which goes out to all home video retail buyers.

10/26/2007



PLAINTIFF'S
EXHIBIT
ZZ

CONFIDENTIAL                WWE/WAR 000446

**EXHIBIT 18**

**From:**     Calabrese, Lori
**Sent:**     Thursday, June 09, 2005 10:59 AM
**To:**       Good, Jennifer
**Subject:** RE: Vince

Hi Jen- Thanks for the advice. Can you please send me your updated Vince questions again? They didn't come along in your e-mail.

Also, should we write up a disclaimer for Vince to read from the prompter or that he could say in his own words for the beginning of the dvd stating that we tried to contact Warrior but he did not want to participate? We can write that up today and forward it on to you for approval.

Steve and I were also thinking that we might want to put up a written disclaimer at the top saying that the views expressed in this production are not those of WWE but are the opinions of those interviewed. There's a lot of bashing! What do you think?

Thanks.

*Lori Calabrese*
Producer
World Wrestling Entertainment
120 Hamilton Avenue
Stamford, CT 06902
203-353-2931
203-967-9455 (fax)

        -----Original Message-----
        **From:** Good, Jennifer
        **Sent:** Thursday, June 09, 2005 10:18 AM
        **To:** Calabrese, Lori
        **Subject:** Vince

        Hi Lori- I adjusted the questions a little and made them bigger so that I could read them easily while doing the interview. Here they are. You'll do fine. Two notes- Vince doesn't like it when people are reading and not listening to him. Make sure you're looking and responding as he talks. #2- Vince's memory of this stuff may be fuzzy- you may have to help him remember a little. That might be a good thing to mention to him before you start. Something like-

        I know this was a long time ago so if at any point you need more info before answering just let me know- I have the info and can help you prepare to answer. Obviously, we'll only use your best responses and if there's something you don't want to or can't talk about- no worries!

        Know what I mean?

        **Jennifer Good**
        VP, TV Programming
        World Wrestling Entertainment
        120 Hamilton Ave
        Stamford, CT 06902
        **203-353-2952**
        203-328-4307 (fax)



PLAINTIFF'S
EXHIBIT
25

PENGAD 800-631-6989

CONFIDENTIAL                 WWE/WAR 000404