**EXHIBIT 21**

SUPERIOR COURT, STATE OF ARIZONA

COUNTY OF MARICOPA


Case Number: CV 96-15377

- - - - - - - - - - - - - - - - - - - - - - -

WARRIOR and ULTIMATE CREATIONS, INC.,
      Plaintiffs,
        vs.
TITAN SPORTS, INC.; WORLD WRESTLING
FEDERATION; VINCENT K. McMAHON and LINDA
McMAHON, husband and wife; INTERNATIONAL
PROMOTIONS, INC.; STANLEY TORGERSON;
MACFRUGALS BARGAINS CLOSEOUTS, INC.; and
JOHN DOES 1-15,
      Defendants.
- - - - - - - - - - - - - - - - - - - - - - -
TITAN SPORTS, INC., a Delaware corporation,
      Counterclaimants,
        vs.
WARRIOR and ULTIMATE CREATIONS, INC.
      Counterdefendants.
- - - - - - - - - - - - - - - - - - - - - - -
STANLEY TORGERSON'S INTER-NATIONAL
PROMOTIONS, INC.,
      Counterclaimants,
        vs.
WARRIOR and ULTIMATE CREATIONS, INC.,
      Counterdefendants.


- - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF LINDA E. McMAHON

March 23, 1999

227

1    look at.

2         It's not exactly at all the

3    language.

4      Q.  The very first document I handed

5    you to look at?

6      A.  I believe so, that had attached as

7    an agreement and the drug policy, and you

8    asked me was the drug policy attached, and I

9    said I couldn't tell you, that I didn't

10   package them and send them out.

11     Q.  The December 13th letter?  Could we

12   get an exhibit number on that, please.

13         I'm showing you Exhibit 1.  Is that

14   the enclosed booking agreement that you're

15   referring to?

16     A.  Yes.  Well, it may be.  This does

17   say "Intellectual Property Agreement" --

18   yeah, that's what I'm -- that's the basis of

19   the boilerplate of intellectual property, may

20   get amended or revised along the way, but

21   that's primarily the language.

22     Q.  All right.  Before you signed

23   Exhibit 31 and Exhibit 32, the letter

24   agreement and the rider of February 19th, did

25   Mr. McMahon review either one?

**Linda McMahon, 03/23/99**                **Page 227**

**EXHIBIT 22**

Certified Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Ultimate Creations, Inc., and
Arizona corporation, Warrior and
Dana Warrior, husband and wife,

       Plaintiffs

      VS                         CV06-00535-PHX-ROX

Vincent K. McMahon and Linda
McMahon, husband and wife; Titan
Sports, Inc., a Connecticut
corporation, World Wrestling
Entertainment, a Connecticut
corporation,

       Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~

## VIDEOTAPED DEPOSITION OF

## KEVIN DUNN

April 23, 2009
9:11 a.m.

Rosenblum Newfield LLC
One Landmark Square
Stamford, Connecticut  06901

Clifford Edwards, LSR



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

13

1       Q    Okay.  Is it acceptable for this

2   deposition for us just to refer to WWE, and that

3   would encompass your time at both WWF and WWE?

4       A    Yes.

5       Q    Okay.  Is your actual employer Titan

6   Sports?

7       A    Now?

8       Q    Yes.

9       A    No.

10      Q    Okay.  How long were you employed by Titan

11  Sports?

12      A    I was employed with them until they

13  changed their name to World Wrestling Federation or

14  World Wrestling Entertainment.

15      Q    You just don't recall when that was.

16      A    No.

17      Q    Okay.  Your employer changed its name.

18  Did your job responsibilities change when the name

19  change occurred?

20      A    Not necessarily.

21      Q    Okay.  Sort of give me a brief history of

22  your tenure at Titan Sports, WWF, WWE?  You start in

23  1983, and you're currently employed there.

24           Correct?

25      A    Started in 1983, currently employed there,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn
April 23, 2009

14

1   worked my way up being an associate producer, to a

2   producer, to senior producer, to a supervising

3   producer, to an executive producer, to what I am now

4   which is executive vice president television.

5        Q    Do you happen to recall when you became a

6   producer?

7        A    No.

8        Q    Did your job responsibilities change every

9   time your job title changed?

10       A    Most likely.

11       Q    Okay.  When did you become an executive

12  producer?

13       A    I believe it was 1993.

14       Q    And what were your jobs as an executive

15  producer?

16       A    To supervisor the television studio, the

17  television production studio.

18       Q    Can you explain to me exactly what those

19  responsibilities were?

20       A    To be the head person in charge of all

21  technical television facilities and production

22  facilities.

23       Q    And were you responsible for the

24  videotaping of all WWE wrestling matches?

25       A    When I became executive producer?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

                                    15

1          Q     Yes, sir.

2          A     Yes.

3          Q     Were you responsible for the various

4    programming that WWE would put on, including

5    vignettes interviews and things of that nature?

6          A     Yes.

7          Q     Okay.  When did WWE -- and again, I'm

8    going to use it generically to cover Titan

9    Sports, WWF and WWE.

10               Is that okay?

11         A     Yes.

12         Q     At some point, did WWE start making home

13   videos?

14         A     I'm sorry.  Was there a question there?

15         Q     Did WWE start producing videos to be sold

16   to consumers?

17         A     Yes.

18         Q     When did that occur?

19         A     I don't know.

20         Q     What's your best recollection?

21         A     Mid '80s.

22         Q     Okay.  When did you start having any

23   responsibility, if at all, for the production of

24   those home videos?

25         A     I'm not a hundred percent sure.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

16

1    Certainly, when I was executive producer, that fell

2    under me at that point.

3         Q    So at least as early as 1993?

4         A    Yes.

5         Q    Okay.   Who -- once you -- strike

6    that.

7              Once you became the executive producer and

8    had some responsibility for the home videos, who was

9    it that would make the decision as to what the

10   subjects were going to be for the home videos?

11        A    Back in 1993, I could not tell you.

12        Q    Okay.   Was there a separate division of

13   WWE that did home videos versus the television's

14   productions?

15        A    No.

16        Q    They were done together.

17             Is that correct?

18        A    I wouldn't say they were done together.

19   It was certainly housed in the same building.

20        Q    Okay.   I'm going to show you some exhibits

21   later on and primarily a number of e-mails.

22             Did you look at any of the e-mails that

23   were sent to you or that you sent out concerning

24   this "Self Destruction of Ultimate Warrior" video in

25   preparation for today.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                        April 23, 2009

                            23

1    ever, whether it was 2005 or before, having

2    discussions with anyone about making the Warrior

3    DVD?

4        A    I don't know.

5        Q    Okay.  I will tell you that the DVD was

6    made in summer of 2005.

7             Do you have any recollection -- does that

8    help refresh your recollection as to when you had

9    your first discussions?

10       A    No.

11       Q    Who makes -- in 2005, who made the

12   decisions what subjects were going to be made into

13   home videos?

14       A    The -- those discussions were -- were a

15   group decision.

16       Q    And who was a part of that group?

17       A    Donna Goldsmith, who is in charge of

18   consumer products, Vince McMahon, myself, Jennifer

19   Good, maybe -- maybe others.

20       Q    Who is Jennifer Good?

21       A    She's the vice president of television

22   programming.

23       Q    Does she report to you?

24       A    Yes.

25       Q    Is she directly under you?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

31

1    employed by WWE?

2                    MR. McDEVITT:   Object to the form and

3              conclusion of employment.

4                    You can answer.

5         A    Not necessarily.

6    BY MR. MAYNARD:

7         Q    Okay.   There will be times during the day

8    when your counsel will object to the form of the

9    question.   He's making a record.   You can go ahead

10   and answer those questions unless he instructs you

11   not to answer.

12                   For instance, if I were to ask you a

13   question about the conversations you had with him

14   and you were starting to answer.   He'd instruct you

15   not to answer, and I'd suggest you follow his

16   instructions.

17                   Do you understand that?

18        A    Yes.

19        Q    Okay.   Have there ever been DVDs that WWE

20   has put out that portray the individual wrestler or

21   the character in a negative connotation?

22        A    I would --

23                   MR. McDEVITT:   I object to the form

24             of the question.

25                   Go ahead, Kevin.   You can



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

32

1          answer.

2      A    I assume so.

3    BY MR. MAYNARD:

4      Q    Are you aware of any as we sit here?

5      A    Not necessarily.

6      Q    Do you believe that the Warrior video

7    portrays Warrior in a negative way?

8      A    I don't know.

9      Q    Are you aware, as we sit here, of any

10   videos put out by WWE that portrays an individual in

11   a negative way?

12     A    I --

13              MR. McDEVITT:  Again, I have to

14         object to the form of that.  I think

15         that's so ambiguous I don't know how

16         someone would answer that.

17              But go ahead, Kevin, if you can.

18     A    Not that I know of.

19   BY MR. MAYNARD:

20     Q    Okay.  Is it fair to say that generally

21   the videos that are put out by WWE concerning

22   wrestlers are positive about the wrestler's

23   career?

24     A    I'm not -- I'm not sure.

25     Q    Are you aware of any videos, for



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

38

```
1        A     Laurie Calabrese.

2        Q     Did Laurie Calabrese report to you?

3        A     No.

4        Q     I'm going to get this name wrong, but it's

5   Kieran Bent?

6        A     Yes.

7        Q     Who is that?

8        A     He's an assistant producer in home video.

9        Q     Who did he report to?

10        A     I believe Laurie Calabrese.

11        Q     Does he continue to be with the business

12   today?

13        A     Yes.

14        Q     What's his position today?

15        A     I don't know.

16        Q     Does he report to you at all?

17        A     No.

18        Q     Do you work with him at all?

19        A     No.

20        Q     Dan Pucherelli?

21        A     Yes.

22        Q     What was his position in 2005?

23        A     I don't know.

24        Q     Is he with WWE today?

25        A     Yes.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                             April 23, 2009

42

1      Q    A lot of this appears to have been

2    redacted.

3           But there's the bullet point that's

4    not, it says, "Ultimate Warrior make this

5    controversial."

6           Do you see that?

7      A    Yes.

8      Q    Do you have any understanding of what that

9    meant?

10     A    I think it would --

11          MR. McDEVITT:  Again, I object.

12     A    Make it controversial.

13          MR. McDEVITT:  Form.

14          Foundation.

15   BY MR. MAYNARD:

16     Q    What does that mean to you?

17     A    That means make it controversial, make it

18   interesting, make it marketable.

19     Q    Do you consider your WrestleMania DVDs are

20   interesting?

21     A    Yes.

22     Q    Do you consider that they're marketable?

23     A    Yup.

24     Q    Do you consider they're controversial?

25     A    Not necessarily, but they could be.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                April 23, 2009

43

1      Q    Is there some other element in your mind

2   that goes into making something controversial, other

3   than interesting and marketable?

4      A    Not necessarily.  I don't know.  I don't

5   know how to answer that question.

6      Q    Okay.  Did you ever participate in

7   conversations with Mr. McMahon concerning the

8   Warrior DVD when you discussed making the DVD

9   controversial?

10     A .  Not that I recall.

11     Q    Did you ever have discussions with anyone

12  at WWE concerning the Warrior DVD about making it

13  controversial?

14     A    Not that I recall.

15     Q    To follow up on Exhibit No. 1, it

16  says, "Will he participate?"

17          And then after that, it says, "Why did he

18  self destruct?"

19          Do you see that?

20     A    Yes.

21     Q    Do you have any understanding of what is

22  meant by "Why did he self destruct?"

23              MR. McDEVITT:  Again, objection.

24              Form and foundation.

25              MR. MAYNARD:  I understand,



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                    April 23, 2009

44

1        Jerry.  I understand your objection.

2             Form is just fine.

3             MR. McDEVITT:  It's not form.  It's

4        foundation.

5             He didn't write the document.  You

6        are asking him to explain --

7             MR. MAYNARD:  I know exactly what I'm

8        asking him.

9             And if he can answer it, he can

10       answer it.  And if he can't, then, he

11       can't.

12            MR. McDEVITT:  He didn't write the

13       document.

14            MR. MAYNARD:  Is that right?

15            MR. McDEVITT:  How can he explain

16       what she meant?

17            MR. MAYNARD:  He may have had

18       conversations.

19            MR. McDEVITT:  If you want to ask him

20       if he had conversations, then, go

21       ahead.

22            MR. MAYNARD:  And I will ask him

23       that.

24            MR. McDEVITT:  But your question is

25       asking him to explain what the author of



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

45

1    the document meant that he didn't

2    write.

3         MR. MAYNARD:  I didn't ask him what

4    the author meant.

5         MR. McDEVITT:  I think you did.

6         MR. MAYNARD:  No, I didn't.

7         MR. McDEVITT:  I think you did.

8         MR. MAYNARD:  If you want it, we'll

9    read the question back.

10        '  I asked him what his understanding

11   was.  And he can either tell me or he

12   can't.

13        MR. McDEVITT:  You are asking his

14   understanding of what somebody else

15   wrote.

16        MR. MAYNARD:  That's right.

17        MR. McDEVITT:  That he didn't

18   write --

19        MR. MAYNARD:  I understand.

20        MR. McDEVITT:  -- or receive.

21        MR. MAYNARD:  I understand.

22        MR. McDEVITT:  There's no foundation

23   for that question.

24        But if you can answer it, Kevin, go

25   ahead.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                        April 23, 2009

                              46

1              MR. MAYNARD:   I would appreciate

2         it, though, if you quit doing speaking

3         objections.

4              MR. McDEVITT:   I'm not doing speaking

5         objections.

6              These are self-evident

7         objections, and any lawyer would

8         know.

9    BY MR. MAYNARD:

10        Q    Go ahead.

11        Do you have an understanding of what is

12   meant by "why did he self destruct"?

13             MR. McDEVITT:   Same objection.

14        A    My understanding would be to put -- to

15   explain why he self destructed in the video.

16   BY MR. MAYNARD:

17        Q    Do you have any understanding having

18   worked on this Warrior DVD that he, Warrior, self

19   destructed?

20             MR. McDEVITT:   Again, object for

21        foundation.

22             You haven't established that he

23        worked on the Warrior video.

24   BY MR. MAYNARD:

25        Q    Can go ahead and answer.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn
April 23, 2009

55

1    you, "What are Warrior's beefs with the WWE?"

2         Do you see that?

3    A    Yes.

4    Q    Did you respond to her?

5    A    I don't know.

6    Q    What, if anything, did you understand were

7    Warrior's beefs with the WWE?

8    A    Well, he was no longer here.  And he was

9    here, not here, here, not here some amount of times.

10   So I would assume that he had beefs.

11   Q    Okay.  Ms. Good is somebody who reported

12   to you at this time.

13        Correct?

14   A    Yes.

15   Q    She seems to be asking you that

16   question, implying that she thought you might

17   understand what those beefs were.

18        What did you understand those beefs

19   were, if you did?

20   A    Oh, I -- I disagree with your

21   assumption.

22        This -- this e-mail is about Heather

23   Mitchell and what we were going to do with her

24   future without question.  That's what this e-mail is

25   about.  The Warrior stuff is an add-on at the



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

56

1    end.  I wanted to talk to her about editing

2    Warrior.

3            At this point we were trying to keep

4    Heather with our company.  Our -- we were doing much

5    more character0driven stuff, and Heather liked doing

6    more human-being related stuff.

7            So the question is how are we going to

8    keep Heather here and keep her happy and do you

9    think we should throw her the Warrior video because

10   that would be something that she could sink her

11   teeth into.  That's all I'm getting at.  This is all

12   about Heather.

13       Q    Okay.  Heather liked doing -- at this

14   particular time, heather liked doing things that was

15   based upon the individuals?

16       A    Individuals and how it thread through

17   their characters.  It's the magic of -- of what we

18   do, what's real, what's not real, you can't

19   tell.

20            That's where -- that's where you get some

21   interesting stuff, and that's what Heather liked to

22   do.  At this point, Vince was moving much

23   more -- much more away from that and much more into

24   character-driven stuff.

25       Q    Okay.  Is it fair to say that you and



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                               April 23, 2009

57

1    Ms. Good were talking about Heather being involved

2    in the Warrior DVD because this was going to involve

3    him as an individual?

4         A    I'm sorry.

5              What was the question again?

6         Q    Is it fair to say that you and Ms. Good

7    were talking about getting Heather involved in the

8    Warrior DVD because that video was going to be

9    dealing with Warrior as an individual rather than

10   character driven?

11        A    Well, first of all, she wrote this to

12   me.  I don't know what we were talking about at

13   all.  This was her opinion.

14             If that -- if you are asking me is that

15   what Jennifer was thinking?

16        Q    Is that your understanding of it based

17   upon the e-mail?

18        A    You could take it that way, certainly, the

19   way this reads.

20        Q    Okay.  At the very end, though,

21   nevertheless, she does say, "Who should reach out to

22   Warrior for this project, and what are Warrior's

23   beefs with the WWE?"

24        A    Right.

25        Q    She seems to be asking you those two



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

67

1      A      He's a television announcer, works for me.

2      Q      Was he a television announcer in 2005?

3      A      Yes.

4      Q      Okay.  And you don't recall having any

5  conversations with him about the Warrior DVD?

6      A      I do not.

7      Q      Okay.  I'll show you what's been marked as

8  Exhibit 6.

9                      (THEREUPON, PLAINTIFF'S EXHIBIT

10                     NO. 6, E-MAIL DATED 5/6/05 FROM

11                     JENNIFER GOOD, WAS MARKED FOR

12                     IDENTIFICATION.)

13  BY MR. MAYNARD:

14      Q      All right.  This is an e-mail again on the

15  same date, May 6, 2005, from Jennifer Good to you

16  giving you Warrior's phone number.  You'll also note

17  it says, "tracking, recipient read."

18             Do you have an understanding of what that

19  shows?

20      A      What it shows is tracking recipient read

21  Dunn/Kevin read 6/28/05:11:04 a.m.

22      Q      Does this indicate to you that the first

23  time you read this e-mail was on June 28?

24             Or is this a subsequent reading of the

25  e-mail?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                April 23, 2009

73

1          Q      Do you have any understanding as to why he

2    thought that?

3          A      I believe that Mr. Ross considers himself

4    an authority in the wrestling business, and he has a

5    lot of opinions.

6          Q      Okay.  On the first page of Exhibit No. 4,

7    it says at the bottom, there's an e-mail from Donna

8    Goldsmith to Jennifer Good and Joel Satin on

9    May 11th at 8:54 in the morning.  It says, "It's

10   really K.D. and V.K.M."'s call."

11              That's you and Mr. McMahon.

12              Right?

13         A      Yes.

14         Q      And she goes on to say, "I thought (you

15   would know more) that we had a poor relationship

16   with U.W.," that being Ultimate Warrior.

17              Do you see that?

18         A      Yes.

19         Q      Okay.  At the very top, which would be the

20   last e-mail on this string, it's from Joel Satin to

21   Jennifer Good dated May 11th, 2005, at 3:26.  It

22   says, "Will need a replacement.  Call me.  I spoke

23   to Shane, and he doesn't think that Warrior's

24   involvement is necessary."

25              Would that be Shane McMahon?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

83

MR. MAYNARD:  I've got you.

BY MR. MAYNARD:

Q    Let me see if I can put it in context
then.

You -- you learned that Warrior wanted
some -- to do some interviews with WWE, including
Vince McMahon for his video.

Correct?

And then you had this meeting with the
group from consumer products legal and TV --

A    Right.

Q    -- and it was decided not to assist?

A    Right.

Q    Okay.  And then, after that, you contacted
Warrior and offered him an opportunity to give his
side of the story on your video which was, as you
say here, which basically is going to wind up being
the rise and fall of the Ultimate Warrior.

Do you see that?

A    Yes.

Q    Okay.  And in your discussion with
Warrior, he then asked you about -- again about
participating in his video, WWE participating in his
video.

Correct?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn

84

1     A     Yeah.

2     Q     Did you tell him when you talked to him

3     that the decision had already been made not to

4     participate in his video?

5     A     I don't recall.

6     Q     The last sentence of the third paragraph

7     says, "I told him he would hear back from me by the

8     end of this week."

9           And then, it goes on to say, "Again, he

10    really wanted to talk personally to Vince, and I got

11    the feeling it was about doing business.  Please let

12    me know if you need anything else."

13          Did you get back to Warrior as you

14    reference in this e-mail?

15    A     I -- I don't recall.

16          I assume I did, but I don't have a

17    recollection of it.

18    Q     Okay.  Now, it looks like you've got an

19    e-mail from Mr. McMahon to you on June 5th at

20    11:13 p.m.

21          Do you see that?

22               MR. McDEVITT:  Middle of the

23          page.

24    BY MR. MAYNARD:

25    Q     It's in the middle of the page.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn

April 23, 2009

93

```
 1          You just don't have any recollection of
 2  talking to Hunter?
 3      A    None.
 4      Q    It then goes on and says, "Be
 5  aggressive.  Pat apparently just hates Warrior and
 6  that's why."
 7          Do you know who the Pat is?
 8      A    Pat Patterson.
 9      Q    Do you have any understanding of what is
10  meant by "Pat apparently hates Warrior and that's
11  why"?
12      A    Pat -- according to this, Pat hates
13  Warrior and that's why he won't do the
14  interview.
15      Q    Okay.  It goes on it says, "K.D. said he
16  would approach him again."
17          Did you approach Pat Patterson about doing
18  an interview?
19      A    I don't know.
20      Q    Okay.  And when it says "again," it sounds
21  like you had approached him at least one time?
22      A    Yup.
23      Q    Do you recall approaching him at any time
24  about doing an interview?
25      A    I do not.
```



Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

ESQUIRE
an Alexander Gallo Company

94

1      Q    Do you know whether he did do an interview
2  for the Warrior DVD?
3      A    I don't.
4      Q    It says remind me to -- "remind me to
5  remind K.D. or plant the bug in Kasama's ear."
6          Do you see that?
7      A    Yes.
8      Q    Do you have any understanding what that
9  means?
10     A    Yes.
11         Kasama is a producer that regularly
12 travels on the road, and she's an assistant out
13 there.  And she -- it's her job to remind people of
14 a lot of things.
15         So it would be a thing where either remind
16 me to Kevin to talk to Pat and Hunter or plant the
17 bug in Kasama's ear, and she'll remind K.D. to do
18 it.  There's a lot going on at TVs generally.
19                   (THEREUPON, PLAINTIFF'S EXHIBIT
20                   NO. 13, E-MAILS DATED 6/9/05, WAS
21                   MARKED FOR IDENTIFICATION.)
22 BY MR. MAYNARD:
23     Q    Let me show you what I've had marked as
24 Exhibit No. 13.
25     A    Okay.



Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

95

1    Q    Okay.  Again, at the very bottom, it's an

2    e-mail from Jennifer Good to you on June 9th about

3    Vince interview for Warrior.  It says, "Hi K.D., you

4    told Beth or Vince you would talk to Pat and Bruce

5    for info to refresh his memory for his interview

6    tomorrow.  Was this done?  Do I need to do

7    anything."

8         All right.  Who is the Pat that's being

9    referenced, if you know?

10   A    Pat Patterson.

11   Q    Okay.  Does this help refresh your

12   recollection that you did talk to Pat Patterson

13   about the Warrior DVD?

14   A    No.

15   Q    Do you have an understanding of who the

16   Bruce is?

17   A    Bruce Prichard.  Bruce Prichard.

18   Q    Who is Mr. Prichard?

19   A    Well, he's no longer with our company.

20   But both he and Pat had a direct creative working

21   relationship with Vince during the years that

22   Warrior wrestled for us.

23   Q    Did you talk to Bruce Prichard?

24   A    I have no idea.

25   Q    You have no recollection of that?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                    April 23, 2009

                                    96

1        A     None.

2        Q     Does this refresh your recollection that

3   you were to talk to Pat Patterson and Bruce Prichard

4   in an effort to help Vince refresh his recollection

5   before he did the interview?

6        A     Without question.

7        Q     Okay.  And if Vince had asked you to do

8   that, wouldn't you have done it?

9        A     Absolutely.

10       Q     You just have no recollection of having

11  done it?

12       A     Nope.

13       Q     Do you have any recollection of having sat

14  down with Vince to help him refresh his recollection

15  before he did his interview?

16       A     No.

17       Q     Did you participate in Vince's interview

18  about the Warrior DVD?

19       A     Not that I recall.

20       Q     At any time did you -- strike that.

21             This -- do you have any recollection of

22  getting information for Vince to help him before he

23  did his interview concerning the Warrior DVD?

24       A     I have no recollection of that.

25             If I said I was going to do it, I would



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                          April 23, 2009

97

1    bet you I did it.

2         Q    So based upon this e-mail, it would appear

3    that you did talk to Pat Patterson and to Bruce to

4    get information to help Vince prepare for his

5    DVD?

6         A    That's right.

7              MR. McDEVITT:  Object to the form and

8              the foundation.

9    BY MR. MAYNARD:

10        Q    Is that correct?

11        A    That's correct.  That's what -- that's

12   what I would think happened.

13             I don't -- I don't have a recollection

14   that it did happen.

15        Q    Okay.  But you don't have any reason to

16   doubt that it happened --

17        A    No.

18        Q    -- if you were asked to?

19        A    That's right.

20        Q    And you don't have any reason to doubt the

21   authenticity of this e-mail, do you?

22        A    That's correct.  I do not.

23        Q    Okay.  And then when we go to the top

24   e-mail, which came later on June 9th at 2:27, you

25   say -- you are writing to Jennifer Good and you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

                                    98

1     say, "Would you mind calling Bruce to get his

2     recollections on your fact sheet.

3              "I'm sure he will have additional

4     information regarding your sheet that V.K.M. will

5     want."

6              Do you see that?

7        A    Uh-huh.

8        Q    "Yes"?

9        A    Yes.

10       Q    What is the fact sheet that you are

11    referencing there?

12       A    Well, I assume that fact sheet is

13    a -- is a document that lists out timelines and

14    incidents and things that happens so Vince can see

15    it and recall what happened -- help him recall what

16    happened so he can do his interview.

17       Q    Does this help refresh your recollection

18    that when individuals at WWE are interviewing people

19    for DVDs, that at times those interview -- those

20    people who are being interviewed are having their

21    recollections refreshed by giving -- by being given

22    certain information?

23       A    It's very unusual.

24              In fact, I dare say this is the only time

25    that would have ever happened.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

99

1       Q       This is the only time you remember it

2   happening?

3       A       Only with Vince, only because he's got so

4   much on his mind.  This has happened more than once

5   with Vince, chairman of a company.  He's busy.  He

6   can't remember all the stuff.  So we do fact sheets.

7   We remind him and he does his interviews.

8       Q       Is it routine before Vince does an

9   interview that people at WWE would prepare a fact

10  sheet or a chronology so that he would be prepared

11  before his interview?

12      A       Yes.

13      Q       And does this refresh your recollection

14  that that was done in this case?

15      A       Well, obviously it was.  I don't have a

16  recollection about it, though.

17      Q       But it's clear to you that it was?

18      A       Yes.

19      Q       Okay.  Do you recall ever seeing the fact

20  sheet?

21      A       No.

22      Q       You then go on to say that "Vince is

23  expecting this feedback.  So if you can't get it,

24  please let me know."

25              If they couldn't get it, what would you



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                           April 23, 2009

100

1    have done?

2         A    Get it.

3              I mean, that was basically a line to

4    say, you know, if you are not getting this task

5    done, let me know so I can make sure it gets

6    done.  It needs to get done.

7         Q    And then you said, "For your

8    information, Bruce is coming back to work next

9    week.  And I will call Pat and get you some

10   additional information." '

11             Again, this doesn't refresh your

12   recollection that you ever talked to him?

13        A    Absolutely not.

14        Q    Okay.  But you have -- based upon these

15   e-mails, you have no doubt that you did talk to

16   him?

17        A    That's correct.

18        Q    Okay.  And when it says, "Bruce is coming

19   back to work next week," was there a time period

20   when Bruce Prichard was not working for WWE?

21        A    Yes.

22        Q    Had he been gone for a number of years, or

23   do you recall?

24        A    I don't know if it was a number of

25   years.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn

April 23, 2009

101

1    Bruce has been back and forth with our

2  company several times.  I -- I believe this would be

3  off of vacation, quite frankly.

4      Q    Okay.

5      A    But the fact is he's been off and on

6  several times.

7      Q    Okay.  So at least as of 2005, is it your

8  recollection that Bruce Prichard was actually

9  working for WWE?

10     A    Yes.

11     Q    And as of the two -- strike that.

12          What is it that Bruce Prichard did for

13  WWE?

14     A    Well, he did a lot of things, a lot of

15  things.  He's done everything from -- at one point

16  he managed TV studio.

17          He was on the creative team several

18  times.  He was working in talent relations.  He's

19  done any number of things for our company.

20     Q    And what is it that Pat Patterson did for

21  WWE?

22     A    Pat was in charge of talent at one

23  point, and he was -- helped Vince with

24  creative, and he helped produce action at our

25  events.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

                                    102

1        Q    What does that mean "produce action"?

2        A    Helps of -- the execution of wrestling in

3    the ring.

4        Q    Did these e-mails that we've been looking

5    at so for help refresh your recollection that you

6    did have something to do with the creation of the

7    Warrior DVD?

8        A    I stand by what I said.

9             I had very little to do with it.

10       Q    Okay.

11       A    This is little stuff.

12            MR. MAYNARD:   Let's go off the

13       record.

14            I think the tape is about to

15       end.

16            THE VIDEOGRAPHER:   This is the end of

17       tape one.

18            Going off the record, the time will

19       be 11:21.

20            (THEREUPON, THERE WAS A RECESS

21            TAKEN.)

22            THE VIDEOGRAPHER:   We are back on

23       record.

24            This is the beginning of tape

25       two.   The time will be 11:29.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

103

1      You may continue.

2    BY MR. MAYNARD:

3        Q     Before we broke, we were looking at

4    Exhibit No. 13, which there's some e-mails that you

5    were involved in concerning Mr. McMahon's interview

6    for the Warrior DVD.

7             And if I recall correctly, you -- you just

8    don't recall having discussions with him about

9    preparing him for the interview for the Warrior DVD

10   other than what's on this e-mail.

11            Is that correct?

12       A     That's correct.

13       Q     Okay.  But based upon what's on the

14   e-mail, you believe that you did participate in his

15   preparation for the DVD?

16       A     No.  I did not participate in his -- in

17   his preparation.

18            I -- I attained the information so he

19   could be refreshed.  I helped get that information

20   for him.

21       Q     When you would help obtain that

22   information, you would have gotten that from Pat

23   Patterson and Bruce.

24            Is that correct?

25       A     I don't know if I would have personally



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

107

1      A    I may have.

2                MR. McDEVITT:  Sorry.

3                Did you say a DVD or this DVD?

4                MR. MAYNARD:  A DVD.

5                MR. McDEVITT:  Any.

6      A    I may have.

7    BY MR. MAYNARD:

8      Q    What role would you played?

9      A    I may have picked the title out of -- off

10   a suggested list.

11              The titles I may have chosen one.

12     Q    Was it generally -- strike that.

13              Was there any particular format that was

14   followed in picking the titles for a DVD?

15     A    No.

16     Q    Was there a process by which people would

17   come up with various names and throw them out

18   and --

19     A    That happened.

20              I don't think it was a process.  But,

21   yeah, that would definitely happen.

22     Q    Okay.

23     A    Suggestions for name titles virtually for

24   every one, there's a suggestion list for name

25   titles.


ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

108

1      Q      Okay.

2                     (THEREUPON, PLAINTIFF'S EXHIBIT

3                     NO. 14, E-MAIL REGARDING TITLES OF

4                     DVDS, WAS MARKED FOR

5                     IDENTIFICATION.)

6   BY MR. MAYNARD:

7      Q      Let me show you what I've had marked as

8   Exhibit No. 14.

9              Have you ever seen this exhibit

10  before?

11     A      No.

12     Q      Okay. Does it appear that this is the

13  process by which most WWE DVDs would have been or

14  people at WWE would have been looking at titles for

15  WWE DVDs?

16     A      I don't think this the general

17  process.

18              I think this happens often.

19     Q      And in this case, what it appears to be is

20  an e-mail where different individuals that were

21  involved in the production of this were coming up

22  with names.

23              Is that correct?

24     A      That's correct.

25     Q      And the individuals who are receiving



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

109

1   copies of these, these were all WWE employees?

2        A    Yes.

3        Q    Okay.

4                MR. McDEVITT:   So if we went Dances

5            with the Little Warriors, we wouldn't have

6            been sued?

7                MR. MAYNARD:   Might have.

8                MR. McDEVITT:   Dances with the Little

9            Warrior.

10               (THEREUPON, PLAINTIFF'S EXHIBIT

11               NO. 15, E-MAIL DATED 5/17/05, WAS

12               MARKED FOR IDENTIFICATION.)

13  BY MR. MAYNARD:

14       Q    Let me show you what I've had marked as

15  Exhibit 15.   This is a two page document and again

16  this is an e-mail from Laurie Calabrese to Jennifer

17  Good copied to a number of people with Ultimate

18  Warrior title suggestions.

19               Have you ever seen this document

20  before?

21       A    No.

22       Q    The document, the e-mail is dated

23  May 17th, 2005.

24               Is it routine for people who are working

25  on the DVD to start coming up with title suggestions



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

110

1    a month or more before the DVD is finished?

2         A    Yes.

3                   (THEREUPON, PLAINTIFF'S EXHIBIT

4                   NO. 16, E-MAIL DATED 5/13, WAS MARKED

5                   FOR IDENTIFICATION.)

6    BY MR. MAYNARD:

7         Q    Let me show you what I've had marked as

8    Exhibit 16.  Again, what it looks like the bottom

9    part of the e-mail is from May 13.

10              ' But somebody is adding another

11   suggestion, Ultimate Warrior, the Man Behind the

12   Paint.

13              Have you ever seen this e-mail

14   before?

15        A    No.

16        Q    When it says, "Hey, Laurie, maybe this

17   would work for U.W. instead of R.W."

18              Do you know who that's a reference

19   to?

20        A    R. --

21                   MR. McDEVITT:  Objection --

22   BY MR. MAYNARD:

23        Q    R.W.?

24                   MR. McDEVITT:  Objection to

25                   foundational knowledge.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

111

1      A      I don't.

2   BY MR. MAYNARD:

3      Q      Do you ever -- strike that.

4          Did you ever have any conversations with

5   anyone concerning the Warrior DVD being titled

6   "Ultimate Warrior the Man Behind the Paint"?

7      A      Not that I recall.

8      Q      From looking at that particular proposed

9   title "Ultimate Warrior the Man Behind the

10  Paint," does that tell you or does that give you an

11  understanding that this DVD was going to be about

12  Warrior, the person who played Ultimate Warrior and

13  not the character?

14              MR. McDEVITT:   Again, lack of

15              foundational knowledge what he meant by

16              this.

17     A      I just don't know.

18  BY MR. MAYNARD:

19     Q      Okay.

20              (THEREUPON, PLAINTIFF'S EXHIBIT

21              NO. 17, E-MAIL REGARDING TITLES, WAS

22              MARKED FOR IDENTIFICATION.)

23  BY MR. MAYNARD:

24     Q      I'll show you 17.

25          Have you ever seen this before?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

112

```
 1        A    No.

 2        Q    And the first paragraph it says,

 3   "Wow, great.  Thank you very much.  Will you be

 4   sending another ECW cover today.""

 5             Do you know what "ECW cover" referred

 6   to?

 7                  MR. McDEVITT:  Again, lack of

 8                  foundation that he can speak to.

 9                  This is not an e-mail he

10                  drafted.

11                  MR. MAYNARD:  Right.

12        A    I assume it's about a ECW --

13                  MR. McDEVITT:  Don't assume.

14                  If you know, you answer.

15        A    Okay.  I don't know.

16   BY MR. MAYNARD:

17        Q    Have you ever seen the three letters,

18   "ECW," refer to anything in particular at WWE?

19        A    Yes.

20        Q    What is "ECW" refer to?

21        A    It's a brand at WWE called "Extreme

22   Championship Wrestling."

23        Q    Okay.  Show you what I've had marked as

24   Exhibit No. 18.

25
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

113

```
 1

 2              (THEREUPON, PLAINTIFF'S EXHIBIT

 3              NO. 18, E-MAIL FROM JENNIFER GOOD

 4              DATED 6/1/05, WAS MARKED FOR

 5              IDENTIFICATION.)

 6     A    Okay.

 7 BY MR. MAYNARD:

 8     Q    Okay.  Have you ever seen this document

 9 before?

10     A    No.

11     Q    Do you have any understanding of what

12 Ms. Good meant when she said, "I'm afraid we'll wind

13 up with another, quote, rise and fall of another

14 Ultimate Warrior end quote"?

15              MR. McDEVITT:  Objection to form and

16              foundation.

17              That's asking him to speak for

18              someone else.

19     A    I don't.

20              MR. McDEVITT:  Sorry, Kevin.

21              (THEREUPON, PLAINTIFF'S EXHIBIT

22              NO. 19, E-MAIL DATED 6/16/05, WAS

23              MARKED FOR IDENTIFICATION.)

24 BY MR. MAYNARD:

25     Q    I'm going to show you what I've had marked
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

114

1    as Exhibit 19.

2        A    All right.

3        Q    Okay.  This is an e-mail from Jennifer

4    Good to you dated June 16th, 2005.

5             Do you recall receiving this e-mail?

6        A    I don't.

7        Q    Do you have any reason to doubt that you

8    received it?

9        A    None.

10       Q    Okay.  Was it typical or is it typical for

11   the people that are producing a video to send you a

12   list of names for approval?

13       A    I don't think it's typical.

14            I think it happens a lot.

15       Q    Okay.  If WWE is doing 14 pay-per-view

16   videos a year, those are already -- those titles are

17   already decided.

18            Correct?

19       A    Yes.

20       Q    So the other 14 that are out there may not

21   be decided or they may, depending on what the video

22   is on, for instance, if the subject matter is the

23   hall of fame.

24            Correct?

25       A    Correct.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                        April 23, 2009

116

1       A     I think we are marketing that there was a

2  huge star that had a meteoric rise through his

3  career and just as quick a fall.

4       Q     Had WWE ever used the rise and fall of a

5  particular star in the title of a DVD?

6       A     No.

7       Q     Had WWE ever used the phrase "self

8  destruction" in a title of a DVD before the Warrior

9  DVD?

10      A     I don't know.

11      Q     Has W -- strike that.

12            Has WWE ever done any DVDs or home videos

13 before you got there?

14            In other words, haven't you been, at

15 least, responsible in part for the DVDs that are

16 sent out?

17      A     Yes.

18      Q     Are you aware of any other DVDs that use

19 the phrase "self destruction" in them?

20      A     I'm not aware.

21      Q     What did you do with Exhibit No. 19 when

22 you received it?

23      A     I have no recollection.

24      Q     Do you recall ever discussing with

25 Mr. McMahon what the title of the DV -- Warrior DVD



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

117

1  would be?

2      A    I have some recollection of that.

3  Yes.

4          We had discussion about it.

5      Q    Tell me what you recall about that

6  discussion.

7      A    I said, Vince, what should we call the

8  title -- what we should it?  Do you have any

9  suggestions?

10          ' I'm sure I gave him some suggestions, and

11  then he chose the title.

12      Q    This June 16 memo to you, it's the first

13  one that I've seen that's been produced to me that

14  shows that suggested titles were actually sent to

15  you.

16          Do you recall receiving any prior to this?

17      A    No.

18      Q    Okay.  This shows that you received it on

19  June 16th, 2005, at 4"26.

20          Do you see that?

21      A    Yes.

22      Q    Okay.  Do you recall that you would have

23  met with Mr. McMahon on June 26 of 2005 to come up

24  with a title for the Warrior DVD?

25      A    I do not.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                  118

1                MR. McDEVITT:  On what date did you

2          say?

3     BY MR. MAYNARD:

4          Q    June 6th -- I'm sorry.

5               June 16 of 2005?

6          A    I do not.

7          Q    Okay.

8                    (THEREUPON, PLAINTIFF'S EXHIBIT

9                    NO. 20, E-MAIL DATED 6/16/05, WAS

10                   MARKED FOR IDENTIFICATION.)

11    BY MR. MAYNARD:

12         Q    Let me show you what I've had marked as

13    Exhibit No. 20.

14              Okay.  Exhibit 20 is a DVD written on

15    June 16, 2005, at 8:06 in the evening from you to

16    Jennifer Good.

17              Do you see that?

18         A    Yes.

19         Q    Okay.  And have you seen this DVD --

20    strike that.

21              Have you seen this e-mail before?

22         A    I have not -- I don't recall it.  No.

23         Q    You don't have any reason to doubt that

24    you wrote it, though?

25         A    None.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

119

1     Q     And it appears that as of June 16,

2   2005, the title for the DVD was going to be "The

3   Self Destruction of the Ultimate Warrior."

4         Do you see that?

5     A     Yes.

6     Q     Approximately, three-and-a-half hours

7   earlier, you had been sent -- oh -- Exhibit No. 19

8   which had a list of potential working titles.

9         During that three-and-a-half of hour

10  period, did you go to Mr. McMahon and discuss the

11  titles with him?

12    A     I don't know.

13    Q     I believe you told me earlier today that

14  Mr. McMahon was the one who came up with the

15  title, "The Self Destruction of the Ultimate

16  Warrior."

17        Do you recall that?

18    A     Yes.

19    Q     And that's still your testimony

20  today?

21    A     Yes.

22    Q     Okay.  Can you tell me -- strike

23  that.

24        You told me a minute ago that you recalled

25  having a conversation with him about the title.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

120

1      Do you have any recollection that you

2   showed him Exhibit No. 19?

3        A    No.

4        Q    Do you know where Mr. McMahon came up with

5   the title, "The Self Destruction of the Ultimate

6   Warrior"?

7        A    No.

8        Q    In the discussion that you had with

9   Mr. McMahon, do you recall him saying, Let's call it

10  "The Self Destruction of the Ultimate Warrior"?

11       A    Yes.

12       Q    Did he tell you where he was coming up

13  with that name?

14       A    I don't recall.

15       Q    Did he tell you how he thought it would

16  affect marketing of the Warrior DVD?

17       A    I don't recall.

18       Q    Did you have an opinion as to how the

19  title, "The Self Destruction of the Ultimate

20  Warrior," would affect marketing of the DVD?

21       A    Yes.

22       Q    What did you think?

23       A    I think it's a good title.

24       Q    Why?

25       A    Because it's interesting.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

121

1          It's -- it's -- it's controversial.

2      Q    Do you think it gives a negative

3  connotation towards Warrior?

4      A    I think that's what makes it

5  controversial.

6          You could take it negatively or

7  positively.

8      Q    How do you --

9      A    That's what makes controversy.

10     Q    How do you take the phrase

11 "self-destruction" as a positive?

12     A    You could take it that way because you

13 consider the source.

14     Q    What do you understand

15 "self-destruction" to mean?

16     A    Actions that cause your -- your self to

17 self -- to destruct.

18         I don't know.

19     Q    As somebody who talked to Mr. McMahon

20 about this title and somebody who's involved in the

21 marketing of WWE DVDs, did you intend that title

22 self-destruction was going to imply that somehow or

23 another this individual had destructed himself?

24         MR. McDEVITT:  Again, I object to the

25         form and foundation of the question.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

122

1          And none of these -- this is not part

2      of the case.  You keep wasting time on

3      this.

4  BY MR. MAYNARD:

5      Q    You can answer the question.

6      A    What was the question?

7      Q    What did you feel the phrase,

8  "self-destruction" was going to connote to

9  the -- the potential purchasers?

10     A    I think it could connote two things.  I

11 think it could component that the Ultimate Warrior

12 self destructed.

13          And the second thing is the source is

14 WWE.  So they are saying he self destructed.

15          Did he self destruct?

16          You have to consider the source.  That

17 makes it controversial and interesting and good

18 marketing.

19     Q    Had WWE, as of 2005 when it came out with

20 the Warrior DVD, put out any DVDs about any

21 wrestlers that had any connotations similar to self

22 destruct?

23          MR. McDEVITT:  Asked and

24      answered.

25     A    Yeah.  I don't know.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

123

BY MR. MAYNARD:

        Q    You think "self-destruction" has a
positive connotation to it?

        A    To -- what is it?

             You said --

        Q    To self destruct.

             I mean, if someone were to say that Kevin
Dunn self destructed, do you think that's
positive?

        A    Positive thing about me?

        Q    Yes.

        A    No.

        Q    Why not?

        A    Because I don't think anyone wants to
destruct on their own.

        Q    I'll show you what I've had marked as
Exhibit 21.

                    (THEREUPON, PLAINTIFF'S EXHIBIT

                    NO. 21, E-MAILS DATED 6/20/05, WAS

                    MARKED FOR IDENTIFICATION.)

BY MR. MAYNARD:

        Q    After it was determined that the title was
going to be "The Self Destruction of the Ultimate
Warrior," did you have any conversations with



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

126

1        The producers do, in this case Laurie

2   Calabrese.  And then Jennifer reviews the DVD, gives

3   notes, those DVDs are -- revisions are made.  She

4   reviews it again, and it's finalized.

5        Q    Okay.  So in this case, Jennifer Calabrese

6   would have been the one who is producing it --

7        A    Laurie Calabrese.

8        Q    Laurie Calabrese, and Jennifer Good was

9   her boss?

10       A    Yes.

11       Q    And so she would have -- Calabrese would

12  have put it together and, then, sent it to Laurie

13  Good for approval?

14       A    Jennifer Good.

15       Q    Jennifer Good.

16       A    Yes.

17       Q    Okay.  Would Jennifer Good then have to

18  seek approval from anyone else before it was

19  marketed?

20       A    No.

21       Q    Were there any steps taken to make sure

22  that the things said in the DVD were accurate?

23       A    I don't know of that for a fact, no.

24       Q    Is there a process by which WWE does any

25  fact checking on its DVDs before it sends them out



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                              April 23, 2009

127

1    to marketing?

2         A    That's certainly Jennifer Good's

3    responsibility.

4         Q    Do you have any understanding of how she

5    would have satisfied that responsibility?

6         A    I know she has a relationship with legal,

7    and legal has often looked at these DVDs.  And she's

8    had conversations with them.

9         Q    Do you know whether or not she had

10   conversations with legal in this·case before the DVD

11   went out to marketing.

12        A    I believe she did.

13        Q    Without telling me the substance or your

14   conversation, what's your basis for telling me

15   that?

16             I haven't seen any e-mails.

17        A    Right.

18             My basis -- recollection is Jennifer told

19   me she was going to have this reviewed by

20   legal.

21        Q    And when you say "reviewed by legal," is

22   it your understanding that it would have been done

23   in-house?

24        A    Yes.

25        Q    And how many in-house lawyers did WWE have



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                          April 23, 2009

147

```
 1        A    No.

 2        Q    Did you ever watch any of it?

 3        A    No.

 4        Q    I've got the -- I believe this is the

 5   intro section that's up on the screen over here to

 6   your right where it says "The Self Destruction of

 7   the Ultimate Warrior."

 8             It says "play, chapters, extras."

 9             Do you see that?

10        A    Yeah.

11        Q    Have you ever seen that before?

12        A    No.

13        Q    Do you know who created the visual effect

14   for the self-destruction, and then it looks like

15   lines going out from it?

16        A    No.

17        Q    Would it have been somebody at WWE?

18        A    I'm assuming that's true.  Yes.

19        Q    Does it --

20        A    We do everything in-house.

21        Q    Yeah.  I was just going to ask that.

22             Is it fair to say that everything with the

23   production of the Warrior DVD would have been done

24   in-house at WWE?

25        A    Yes.
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

148

1        Q    Okay.  And is all of the marketing on the

2    Warrior DVD done in-house at WWE?

3        A    I don't know.

4        Q    Are you aware of any marketing that is not

5    done in-house?

6        A    I'm aware that retailers market product

7    for us.

8        Q    Okay.  The Warrior DVD comes in a

9    particular box.

10            Would that have been designed by people at

11   WWE?

12       A    Yes.

13       Q    The graphics, photographs and all of that

14   would be --

15       A    Yes.

16       Q    -- from folks at WWE?

17       A    Yes.

18       Q    Is that correct?

19       A    Yes.

20       Q    Okay.  Do you happen to know whether or

21   not the portion that I have on the screen right now

22   at the very beginning where it has the play and the

23   chapters and the extras, is that meant to depict a

24   broken or shattered window?

25            MR. McDEVITT:  Again, objection.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

151

1    you recall it, just let me know.  You wrote an

2    e-mail to Mr. McMahon after you had talked to

3    Warrior, and in that e-mail you sort of related to

4    him the essence of your conversation and you said it

5    seemed to you that Warrior wanted to do business.

6         Do you recall that?

7    A    Yes.

8    Q    What did you mean by the phrase "to do

9    business"?

10   A    What I meant by the phrase "to do

11   business" is I get the impression from the

12   conversation that the Warrior wanted to work again

13   in some capacity for us, wrestling-type capacity.

14   Q    Okay.  So you took it then that the

15   conversation you had with Warrior was a serious

16   conversation?

17   A    Yes.

18   Q    Okay.  I asked you earlier today some

19   questions about whether or not there was any fact

20   checking actually done for the DVD, and I think you

21   told me that there might have been some through the

22   legal department.

23        Do you recall that question?

24   A    Yeah.

25        MR. McDEVITT:  I'll object to



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

152

1          that.

2                    Go ahead you can answer.

3     A     Yes.

4  BY MR. MAYNARD:

5     Q     Okay.  Is there any separate fact checking

6  department, like newspapers have fact checkers that

7  go out and check facts on things.

8          Does WWE have any fact checkers or --

9  that's their sole job?

10               MR. McDEVITT:  I object to form and

11               foundation to the incorporation of your

12               statement in the question.

13               You can answer it if you can.

14     A     Not that I know of.

15               MR. McDEVITT:  You obviously never

16               worked at the New York Post.

17               MR. MAYNARD:  I did not.

18  BY MR. MAYNARD:

19     Q     Do you know when WWE producers have a

20  talent interviewed and the talent says something

21  about an individual, do the producers have those

22  statements checked for accuracy before they put them

23  into DVDs?

24     A     I don't -- I don't know if that happens or

25  not.



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

153

1        I know it's Jennifer Good's

2   responsibility.

3        Q    What is her responsibility in that

4   regards?

5        A    Is to make sure that there is everything

6   on a DVD fits within the legal parameters of what we

7   need to put out an entertainment DVD.

8        Q    In this particular DVD, the Warrior

9   DVD -- well, strike that.

10        After Mr. McMahon was interviewed for the

11   Warrior DVD, did you talk to him about the

12   interview?

13        A    No.

14        Q    Prior to him being interviewed, do you

15   recall ever having discussions with him about

16   whether WWE had ever terminated Warrior?

17        A    No.

18        Q    Did you have any discussions with

19   Mr. McMahon as to what the questions were going to

20   be put to him --

21        A    No.

22        Q    -- concerning Warrior?

23        A    Nope.

24        Q    Do you know whether or not anyone at WWE,

25   prior to the Warrior DVD being released, went back



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn                                                    April 23, 2009

155

1    a documentary style?

2         A    I don't know what you mean by "documentary

3    style."

4         Q    Well, is it meant to portray to the public

5    this is what actually happens behind the

6    scenes.

7              We are going to tell you the truth.

8         A    Well, no, actually, we -- we don't like to

9    do things behind the scenes because we don't -- we

10   don't think our public -- our audience is interested

11   behind the scenes.

12             I think they are much more interested in

13   the characters themselves.  That's why we try and do

14   our videos on the characters.

15        Q    Okay.  Do you know whether or not in the

16   Warrior video, that it was done more on the

17   character or more on the man?

18        A    I don't know.

19        Q    Is it your testimony that most of the DVDs

20   that are done on subject matters concerning

21   wrestlers, that it's done on the character, rather

22   than the individual man who plays the character?

23        A    That's definitely the intent.

24        Q    Okay.  But you don't know whether that was

25   done for the Warrior DVD?



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

Kevin Dunn
April 23, 2009

166

## INDEX OF EXHIBITS (CONTINUED)

PLAINTIFF'S EXHIBIT                                    PAGE

NO. 14, E-MAIL REGARDING TITLES OF DVDS        108

NO. 15, E-MAIL DATED 5/17/05                   109

NO. 16, E-MAIL DATED 5/13                      110

NO. 17, E-MAIL REGARDING TITLES               111

NO. 18, E-MAIL FROM JENNIFER GOOD DATED

      6/1/05                                113

NO. 19, E-MAIL DATED 6/16/05                   113

NO. 20, E-MAIL DATED 6/16/05                   118

NO. 21, E-MAILS DATED 6/20/05                  123

NO. 22, E-MAILS DATED 6/18/05                  129

NO. 23, E-MAILS, TARGET INFORMATION           131

NO. 24, E-MAIL DATED 5/12/05                   133

NO. 25, E-MAIL REGARDING PAT PATTERSON

      INTERVIEW                             140

NO. 26, QUESTIONS FOR VINCE                    143

NO. 27, INTERVIEW DOCUMENTS                    144

(Reporter's Note:  Original exhibits forwarded to

Esquire, Fort Lauderdale for production.)



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

167

C E R T I F I C A T E

I hereby certify that I am a Notary Public,
in and for the State of Connecticut, duly
commissioned and qualified to administer oaths.

I further certify that the deponent named in
the foregoing deposition was by me duly sworn, and
thereupon testified as appears in the foregoing
deposition; that said deposition was taken by me
stenographically in the presence of counsel and
reduced to typewriting under my direction, and the
foregoing is a true and accurate transcript of the
testimony.

I further certify that I am neither of
counsel nor attorney to either of the parties to
said suit, nor am I an employee of either party to
said suit, nor of either counsel in said suit, nor
am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public
this _15th_ day of ___May___ , 2009.


/s/ Clifford Edwards

Clifford Edwards

Notary Public

My commission expires:   9/30/2011



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.211.3376
Facsimile: 954.331.4418

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com