**EXHIBIT 23**

Certified Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

ULTIMATE CREATIONS, INC., an
Arizona Corporation, WARRIOR
and DANA WARRIOR,
husband and Wife,

        Plaintiffs,

vs.

VINCENT K. McMAHON and LINDA
McMAHON, husband and wife;
TITAN SPORTS, INC., a Connecticut
Corporation, WORLD WRESTLING
ENTERTAINMENT, a Connecticut
Corporation,

        Defendants.

CASE NO.

CV06-00535-PHX-ROS

**VIDEOTAPED DEPOSITION OF**

**TERRY G. BOLLEA**

April 18, 2009
1:30 p.m.

4500 140th Avenue North
Suite 101
Clearwater, Florida 33762

AUDREY LANDRY
Notary Public, State of Florida



Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

```
 1        Q    And how did you first meet Mr. Hellwig?
 2        A    I don't remember.
 3        Q    Do you remember when you met him?
 4        A    No.
 5        Q    Do you remember having a number of matches
 6   with him?
 7        A    Yes.
 8        Q    And is it fair to say that at some point in
 9   time, say in the early 90s, that you and Mr. Hellwig
10   were two of the superstars of the WWF?
11        A    Yes.
12        Q    In 19 -- late '93, early 1994, you left the
13   WWF and went to work with the World Championship
14   Wrestling, WCW.  Is that correct?
15        A    I'm not sure of the date, but I did work
16   there, yes.
17        Q    At some point, did you go back to work with
18   WWF?
19        A    I went back with the WWE.
20        Q    Okay.  WWF, with the trademark issues, became
21   WWE at some time?
22             MR. McDEVITT:  Object to the form of the
23        question.
24        A    Yes.
25   BY MR. MAYNARD:
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

1    answer in an interview, I really don't.
2         MR. MAYNARD:  Okay.  Let's -- I'm going to
3    turn to the second page.  I'm going to ask you a
4    couple of preliminary questions, then we're going
5    to get back into this interview.
6         Do you want more coffee?
7         THE WITNESS:  I would love more coffee.  Yes,
8    please.
9         MR. MAYNARD:  Why don't we go off the record
10   for five minutes.
11        THE VIDEOGRAPHER:  Going off the record at
12   2:08.
13        (Recess 2:08 P.M. to 2:11 P.M.)
14        THE VIDEOGRAPHER:  And we are back on the
15   record at 2:11.
16   BY MR. MAYNARD:
17        Q    All right.  In 1990 at WrestleMania VI, you
18   wrestled the Ultimate Warrior; correct?
19        A    Yes.
20        Q    And I've heard it referred to a number of
21   times as the passing of the torch.  He won the belt at
22   that time?
23        A    Yes.
24        Q    Okay.  And later on in August 26th of 1991,
25   that was SummerSlam at Madison Square Garden.  Do you



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                    24

1      A     It seems as if I should, but I don't remember
2  or recall anything like that.  I mean, those are like --
3  those are moments that I recall in my wrestling life,
4  you know, that I would remember.  But, you know, I don't
5  remember saying, you know, let's go break someone's legs
6  because they won't wrestle or something.  I mean, no, I
7  don't remember that.
8      Q     In the 19 -- 1990, '91, '92 time frame, what
9  was your relationship with Jim Hellwig?
10     A     Well, I mean, I don't know those dates.  So if
11 you're pegging me to dates in '90 and '91, I really
12 can't tell you when I worked with Jim or what my
13 relationship was during those dates.  I can only tell
14 you generally what my relationship was when I was around
15 him.  I don't know dates.
16     Q     Okay.  Why don't you just tell me that.
17     A     When I was around him and worked with him, he
18 was always cordial, you know, with me.  And when I
19 worked with him, he was business in the ring.  We didn't
20 have much of a rapport as far as friends outside the
21 ring.
22          There was a very short period of time that I think
23 we talked and we traveled for maybe a few weekends or
24 weeks.  I don't really remember.  I think he came to my
25 house one weekend and hung out with me and my kids.  But



Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

1   it wasn't like we had been friends for 25 or 30 years
2   and we were inseparable or best friends. We were
3   business partners, you know, during certain matches.
4       And as far as the business goes, we interacted and
5   there was no friction with us, I felt, you know. And
6   when we spent time together, it was mainly under a
7   business setting.
8       I think the whole time I interacted with Jim it was
9   business except for, I think, a couple of times we may
10  have been traveling and we came through, and I remember
11  he stayed at my house. I don't know if it was for a day
12  or a week or three days. But there was a time where we
13  had some personal time.
14      I remember sitting around at my pool and my kids
15  were just amazed: Oh, my gosh, the Ultimate Warrior's at
16  the house, dad, we can't believe it, you know. But
17  other than that, that was pretty much the time we spent
18  together.
19      Q    Do you recall actually going to his home in --
20      A    Yes, I do.
21      Q    -- Scottsdale?
22      A    Yes, I do. I remember we wrestled in Phoenix
23  or somewhere in that area and the word was kind of out
24  that Vince McMahon and Pat Patterson and -- who else? I
25  think Jim had a limo driver that he hung out with. I



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                    37

1      A      Right.

2      Q      It's good versus evil?

3      A      Right.

4      Q      Okay. If Mr. McMahon had come to you and
said: "Geez, this guy's wanting a half a million dollars
from me --

7      A      Right.

8      Q      -- before he's going to go out," wouldn't you
remember that?

10           MR. McDEVITT:   Object to the form and
11     foundation.

12     A      Well, I should remember it because it is an
important piece of wrestling history. I mean, things
have been said to me about the Ultimate Warrior, that he
held people up in Europe when he saw the building is
full of people so he demanded more money from the
promoter above and beyond what he agreed to. I remember
rumors like that.

So it seems like I would remember this. But to me,
the only thing I can say is that it must not have been
important to me not to remember it, because I don't
remember Vince McMahon or the Ultimate Warrior holding
up Vince McMahon or actually don't remember talking
about it.

25     Q      Okay. When you watched this DVD, did you come



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                  38

1    away with the impression that Mr. McMahon was saying on
2    the DVD that Jim Hellwig had held him up that day before
3    SummerSlam, demanding money and refusing to go on unless
4    he was paid?
5         A    That's the impression the interview gives you,
6    yes.
7         Q    Do you ever recall instances in your career
8    where talents held up the promoter and refused to go on
9    and do a match unless they were paid more money?
10        A    I remember being in Montreal, I think Bruiser
11   Brody held up the promoter and got more money.  It
12   happened occasionally.  But I don't remember being in
13   arenas where it happened, you know, on a consistent
14   basis.  But there were rumors of guys, you know, holding
15   up promoters, and like Vince said in the tape,
16   hypothetically, putting a gun to their head.
17             I mean, certain guys in this business that don't
18   see the big picture, you know, of being real consistent
19   with their character for 20 or 30 years and the outcome.
20   There's certain guys that may not understand this
21   business, how you have to ride the highs and survive the
22   lows.  You know, good paydays and bad paydays.  You
23   know, some are short-termers.
24             And most of the guys that really didn't look for
25   the -- well, some people don't want to be in the


ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

1  wrestling business for 20 or 30 years. Some people will
2  take advantage of promoters and try to get more money
3  out of them on the spot, because they know they need
4  them to perform. It's happened in the business.
5       Q    Did any -- did Vince McMahon ever come to you
6  before any match that the Ultimate Warrior was
7  performing in with you, and tell you that the Ultimate
8  Warrior is holding me up for money today?
9       A    I don't remember him saying that.
10      Q    Looking at Exhibit Number 4. And again we can
11 look at your interview, if you want, but I think it
12 would be easier to go off the transcript.
13      A    Sure.
14      Q    But whatever you want to do is fine. I have a
15 copy of your interview. On the second page under
16 1:21:18, it says: "When I found out the Warrior was
17 demanding money" -- ellipsis -- "there's a certain
18 element of old-school, disappointment, rationale, let's
19 get through this."
20      I'm going to stop there. What are you referring
21 to?
22      A    I was reading as you were talking. I
23 apologize.
24      Q    Under 1:21:18, it says: "When I found out the
25 Warrior was demanding money." What were you referring



Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                      40

1   to?
2       A   I don't remember what I was referring to.  I
3   guess whatever is written here, whoever wrote it, I
4   guess it pertains to the tape I just watched where Vince
5   McMahon said the Ultimate Warrior was asking for more
6   money.  I guess I don't really know what it's referring
7   to.
8       Q   Well, I can show you your actual interview,
9   but this is a pretty accurate transcript of your
10  interview.  Do you want me to cue up the interview?
11      A   Either way.  You can do whatever you want.  I
12  don't -- I'm not sure.  I mean, common-sense about
13  trying to make a decision here would probably be the
14  subject we're talking about here, the wrestling match at
15  Madison Square Garden.
16      Q   And this is an interview you were doing in
17  2005 concerning the match that happened in 1991.  You
18  seemed to have recalled this event in 2005.  I'm trying
19  to understand why you don't recall it today.
20          MR. McDEVITT:  That's not a question.  Object
21      to that.  What's your question?
22      A   I don't understand what you're trying to say.
23  BY MR. MAYNARD:
24      Q   Yeah.  At the interview in 2005, they seemed
25  to have asked you about this particular event at



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

1  SummerSlam.
2       A    Right.
3       Q    And you said:  "When I found out the Warrior
4  was demanding money, there's a certain amount -- a
5  certain element of old-school, disappointment,
6  rationale, let's get through this.  Then you realize the
7  brother doesn't get it.  It's so hard when you take your
8  guys and sacrifice -- to see somebody not want it
9  anymore.  I felt bad when he was trying to hold Vince
10 up, especially for the guys.  The whole family of
11 wrestling."
12      That paragraph there, aren't you taking about when
13 you say: "I felt bad when he was trying to hold Vince
14 up," that Vince McMahon had told you that he was being
15 held up by the Ultimate Warrior?
16           MR. McDEVITT:  Again same objection, lack of
17      form and foundation.
18      A    Well, let me refer back and let me refresh my
19 memory.  First off, I don't remember the match.  I don't
20 remember the date, and I don't remember doing this
21 interview.  I don't remember last weekend, if you ask me
22 where I went to eat last weekend.  So if you're talking
23 about whatever year it was, 1991, I don't remember.
24      You can show me -- you can show me the match.  But
25 I don't remember it.  I mean, I can say I was there and



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

42

1  that's me talking. But I don't remember the reason why
2  the words were said, right here today. So what -- what
3  is the question you're trying to ask me?
4      Q   Well, you say in this: "I felt bad when he was
5  trying to hold Vince up."
6      A   Right.
7      Q   I'm trying to understand how you came to
8  understand that somebody was saying that Jim Hellwig was
9  trying to hold Vince up. How did you come by that
10 understanding? Did somebody tell you that? Did
11 Mr. McMahon tell you that?
12     A   Oh, I don't remember.
13         MR. McDEVITT: You have asked that same
14 question now about ten different times in different
15 ways and you haven't gotten the answer you wanted
16 yet, so you keep asking the same question. And
17 it's been asked and answered ad nauseam. I object
18 to that practice. That's harassment.
19         MR. MAYNARD: Go ahead. He's just trying to
20 annoy me.
21         THE WITNESS: Well, just ask the question
22 again, so I can listen to what you're trying to ask
23 me.
24         MR. McDEVITT: I'm trying to get done with the
25 deposition.



Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

43

BY MR. MAYNARD:

Q   You said, "I felt" -- you testify, "I felt bad." You didn't testify. You gave a statement in an interview. You said, "I felt bad" when he was trying to hold Vince up." Who told you that Jim Hellwig was trying to hold Vince up?

A   I don't remember who told me that, if anybody told me that. Sometimes it's -- it can be a rumor or something's going on in the locker room. Nobody has to tell you, you can hear people talking.

It doesn't -- I mean, things that you hear in the locker room, you know, whether it's somebody's, you know, got their girlfriend in the back or someone's drinking booze in the back room -- I mean, you don't know if it's true or not.

So if someone told me or Vince told me or the Ultimate Warrior told me he's going to hold Vince up for money, I don't remember who told me this. I just don't remember where it came from.

Q   But do you now remember that somebody told you that?

A   No, I don't. I don't remember.

Q   Do you recall that Jim Hellwig was suspended or fired after SummerSlam?

A   No, I don't remember that. The one thing I do



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

                                    44

1    know with Jim Hellwig, I know he was in and out of the
2    WWF a few times. He came back, left and came back. But
3    I don't know the reasons, times or how long he was there
4    or how long he was gone. It's just wrestling knowledge
5    you get from being around the business, when people come
6    and go in and out.
7        Q   If you'll look at Exhibit Number 4 on the
8    bottom of Page 2. We go to it looks like an hour,
9    29:25. And then the tape stops and we go to Reel 2,
10   which starts about a half hour later, which is on
11   page -- the next page of the exhibit.
12       A   Uh-huh.
13       Q   Page 3. Do you see that?
14       A   2 of 2.
15           MR. HOUSTON: I got a 1 of 1, a 2 of 2 and 1
16       of 2.
17   BY MR. MAYNARD:
18       Q   Yeah. And you'll notice at the top it says
19   Reel 2 of 2 and then it starts at 2 hours, 52.
20       A   Okay.
21       Q   You just don't recall this interview at all?
22       A   No, I don't.
23       Q   Is that what you're telling me?
24       A   I've done tens of thousands of interviews. I
25   don't recall this interview. What am I supposed to be



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

90

CERTIFICATE OF REPORTER

STATE OF FLORIDA    )
COUNTY OF HILLSBOROUGH)

    I, Audrey Landry, Court Reporter, certify that I was authorized to and did stenographically report the deposition of TERRY G. BOLLEA, Pages 1 through 91; that a review of the transcript was requested and that the transcript is a true record of my said stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

    Dated this 30th day of April, 2009.


    Audrey Landry
    Court Reporter
    Esquire Deposition Solutions - Tampa, FL



ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

91

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF HILLSBOROUGH)

I, Audrey Landry, Court Reporter, Notary Public, State of Florida, certify that TERRY G. BOLLEA personally appeared before me on the 18th day of April, 2009, and was duly sworn.

Signed this 30th day of April, 2009.

_____
Audrey Landry
Notary Public
State of Florida at Large
My Commission Number: DD589338
Expires: 10/17/10

ESQUIRE
an Alexander Gallo Company

Toll Free: 877.495.0777
Facsimile: 954.987.7780

Suite 1300
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301
www.esquiresolutions.com

**EXHIBIT 24**

