IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ultimate Creations, Inc., a Arizona corporation, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Vincent K. McMahon and Linda McMahon, husband and wife, et al.,<br><br>Defendants. | No. CV06-535-PHX-ROS<br><br>**ORDER** |

Upon Stipulation to Dismiss, With Prejudice, entered into by all parties who have appeared herein, and good cause appearing;

**IT IS ORDERED, ADJUDGED and DECREED** dismissing the above captioned and numbered cause of action, and all claims and counterclaims therein asserted, with prejudice, with each party to bear its, his and her own attorney's fees and costs.

DATED this 19th day of November, 2009.

_____
Roslyn O. Silver
United States District Judge